# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No: 2:17-cr-0419-AKK-TMP |
| v. ) | |
| ) | |
| JOEL IVERSON GILBERT, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW, J. Alan Baty and moves this Honorable Court for leave to withdraw as counsel for Defendant Joel Iverson Gilbert ("Defendant Gilbert") in this case. The undersigned notes that Defendant Gilbert will continue to be represented by David P. Burns, Jackson R. Sharman III, Brandon Essig, and Jeffrey P. Doss. The undersigned further states that his withdrawal will not necessitate any change in the current deadlines and trial date for this case.

Respectfully submitted, this the 12th day of February 2018.

          One of the Attorneys for
          Joel Iverson Gilbert

          /s/ ALAN BATY
          J. ALAN BATY (BAT029)
          J. Alan Baty, LLC
          402 Office Park Dr., Ste. 250
          Birmingham, AL  35223
          Telephone:  205.933.4006, x-5
          batylaw@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel record.

/s/ ALAN BATY
Of Counsel
