Case 2:17-cr-00419-AKK-TMP   Document 66-1   Filed 02/16/18   Page 1 of 2

FILED
2018 Feb-16 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

Alabama Environmental Management
Commission Meeting dated February 20, 2015

February 20, 2015

Page 29

1  is April 17, 2015, at 11 a.m. in this
2  room. I understand all Commissioners are
3  currently available to be here.
4      Moving on to the public-comment
5  period, we have a request from State
6  Representative Oliver L. Robinson, Jr. on
7  behalf of concerned citizens working and
8  residing in north Birmingham regarding
9  the proposed addition of the 35th Avenue
10 site in north Birmingham to the EPA's
11 National Priority List and the impacts
12 thereof.
13     The Chair recommends that the
14 Commission vote in favor of hearing from
15 Representative Robinson and will
16 entertain a motion.
17     VICE CHAIRMAN PHILLIPS: So
18 moved.
19     DR. LAIER: Second.
20     CHAIRMAN BROWN: All in favor.
21     (Unanimous.)
22     CHAIRMAN BROWN: After that, we
23 will have Mitch Reid on behalf of the

Page 30

1  Alabama Rivers Alliance speak on the
2  subject of Coal Ash Regulation and the
3  recently released federal regulations on
4  that issue. The Chair recommends we
5  consider granting the request for comment
6  and will entertain a motion.
7      VICE CHAIRMAN PHILLIPS: So move.
8      DR. LAIER: Second.
9      CHAIRMAN BROWN: All in favor.
10     (Unanimous.)
11     CHAIRMAN BROWN: To
12 Representative Robinson and Mr. Reid, as
13 you know, we prefer that you limit your
14 comments to ten minutes. And we will
15 hear from Representative Robinson first,
16 if that's okay.
17     REPRESENTATIVE ROBINSON: Thank
18 you very much, Mr. Chairman and members
19 of the Commission. I promise you I'll
20 keep it under ten.
21     I'm here today because of the 35th
22 Avenue North Superfund Site. And there
23 have been petitions provided to the

Page 31

1  Environmental Protection Agency to have
2  the City of Tarrant and Inglenook
3  neighborhood designated as Superfund
4  sites. And both of these locations were
5  in my legislative district, and I have
6  been called by constituents to have
7  questions answered and to understand
8  better the process of them becoming --
9  being on the Superfund site. That led
10 me, as the vice chairman of the Jefferson
11 County House delegation, to do some
12 research on the Superfund designations
13 and the NPL listings and to look at the
14 North Birmingham 35th Avenue area
15 location with some fervor.
16     And I've had an opportunity to meet
17 with the EPA and the GASP organization
18 who are involved in this process, but I
19 have yet to see any information that
20 shows me that this area should be
21 designated as a Superfund site, not to
22 mention being put on the NPL listing.
23 And maybe I can get some of those answers

Page 32

1  from this body or -- or ADEM.
2      I'm really here today to try to
3  protect the residents of north
4  Birmingham. To date, after meeting with
5  everybody, there's been no reports
6  produced to me or for me by the EPA
7  that's available to the public that
8  accurately states who is responsible for
9  that contamination. And one company --
10 Walter Coke -- in the area has accepted
11 responsibility for what they have -- the
12 part that they have contaminated. But
13 the thing that gets me and what is in the
14 process of hurting the residents in that
15 area is that the EPA has included five
16 other corporations in on this process,
17 but there has been no reports stating
18 that these individuals are culpable in
19 any way. And where that hurts the
20 residents is the fact that we will have
21 decades of litigation that will occur
22 because of these five individual
23 companies being added to Walter Coke.

Alabama Environmental Management
Commission Meeting dated February 20, 2015

February 20, 2015

Page 33

1  And that is where it all begins for
2  the residents, because at that point, I
3  can tell you from the responses that I've
4  been getting is that, number one, their
5  property values have plummeted. And in
6  doing so, we've had a couple of -- or
7  more -- to go to our tax assessor's
8  office in Jefferson County and ask
9  whether their tax burdens can be reduced
10 because of the Superfund's site
11 designation and the -- the decline in
12 their property value. And that can't
13 happen and sorry that it can't, but the
14 tax assessors cannot do anything to help
15 them in any way from that perspective.
16 That is hurting them bad.
17    The thing that we want more than
18 anything is to find out or to get a
19 fingerprint of who actually contaminated
20 that area, and we haven't received that
21 yet from the EPA. And I think that's
22 what is creating this litigation, number
23 one, and the time that it's going to take

Page 34

1  for this to be resolved. I'm hoping that
2  this body, along with ADEM, can come, if
3  there are current reports or current
4  ways, to let us know through testing or
5  whatever that can be done to find out who
6  is culpable in this situation. And if
7  all five or six are and we can determine
8  that, then let's move forward and -- and
9  with posthaste.
10    But if we can't do that, then let's
11 get those out that we can't identify so
12 that we can reduce the number of people
13 that's involved from that perspective.
14 These individuals, they can't rent the
15 properties, they can't sell the
16 properties, and, actually, it's against
17 the law if they go out and turn the dirt
18 on their own property because of this
19 designation as a Superfund site. And it
20 will be even more if it goes to be put on
21 the NPL list, because at that point,
22 wherever you're living, it's considered a
23 dump. That's what it is. If you are --

Page 35

1  if you're put on that listing, then where
2  you live is considered a dump and nothing
3  can happen there until it's either
4  cleaned up and after that, it will take
5  tremendous investment to get it to move
6  forward.
7     And just in closing, again,
8  Mr. Chairman and members, my request here
9  today is if ADEM has the ability or if
10 there are any reports out there that --
11 that they can share that will help us to
12 narrow down who's responsible, then that
13 will be very helpful for the residents in
14 my area. And, finally, Mr. Chairman,
15 if -- if at all possible, I may have a
16 question or two because you-all know more
17 about this than I do and ever will. But
18 if I could present those questions
19 through written format that they will be
20 answered for.
21    So that is my statement here today,
22 and I thank you-all for giving me the
23 opportunity to make those statements.

Page 36

1     CHAIRMAN BROWN: Thank you. Does
2  anybody have any questions for
3  Representative Robinson or any comments?
4     (No response.)
5     REPRESENTATIVE ROBINSON: Thank
6  you very much.
7     CHAIRMAN BROWN: Thank you.
8  Would the -- I guess I'd like to say,
9  Representative, first, thank you for
10 being here and we appreciate your concern
11 on the -- on behalf of the citizens of
12 Birmingham. And I think, as reflected in
13 the record, that ADEM's comments to EPA,
14 I think a lot of your concerns that you
15 have raised are shared by the Department
16 and, by extension, the Commission. And
17 Director LeFleur is the man to ask for
18 any information that you need, and you
19 can always feel free to contact us as
20 well. But that's the most efficient
21 source.
22    REPRESENTATIVE ROBINSON: All
23 right. Thank you very much.