FILED

2018 Feb-16  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

12/21/2017

**OR!GINAL**

TRANSCRIBED AUDIO FILE

DATE TRANSCRIBED:  DECEMBER 21, 2017

TRANSCRIBED BY:  Nancy Pannell, CCR

**BIRMINGHAM REPORTING SERVICE**
**(205) 326-4444**

FEMALE 1:  -- under the Superfund.  So the whole idea of proposing the final NPL --

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  -- is to help us get into a posture where we can do the rest of the work that needs to be done, to get the responsible parties to the table to sign agreements with us to help move forward.

I think the other thing that is really good about what Superfund is doing here is we have been engaged in the community.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  So we have the North Birmingham Community Coalition that has been established.  We have contractors here who have really took the community through a process to look at the concerns and learn about what can be done to

address them.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  And so they're coming up with an action plan right now that's in draft that will be finalized talking about things that they want to do in terms of health care, access to fresh foods, economic development, housing, community development so that is an ongoing process so I --

MR. ROBINSON:  Can I stop you right there?

FEMALE 1:  Uh-huh (affirmative).

MR. ROBINSON:  With that being said, is that a part -- is that what you actually, in addition to the Superfund, that you bring as a way to enhance the quality of life --

FEMALE 1:  Exactly.

MR. ROBINSON:  -- in that process?

FEMALE 1:  Because what we have found in so many places is when we go into do cleanups --

MR. ROBINSON:  Right.

FEMALE 1:  -- is that they are -- and I also read the Environmental Justice Act.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  There are environmental justice areas that have been impacted, the communities have been disenfranchised.  You have blight.  You have crime.

You have all of those things that so many of our communities are facing, so one way to do that is to try to bring people together --

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  -- to start having those conversations --

MR. ROBINSON:  Uh-huh

(affirmative).

        FEMALE 1:  -- about what can be done.  So that's really what the whole coalition piece is about.

        And also we're working with the federal agencies through our inner agency process to really explore what additional resources the Federal Government can bring to that area --

        MR. ROBINSON:  Right.

        FEMALE 1:  -- in terms of technical assistance, capacity building, hoping that the city will go after some major funding to help revitalize that area.

        MR. ROBINSON:  Uh-huh (affirmative).  Now, the, the -- I guess you would look at it as being grants, any kind of funding from the Federal Government?

        FEMALE 1:  Uh-huh (affirmative).

        MR. ROBINSON:  Is that

connected to --

FEMALE 3:  It's our convening power.  So, so we start with the Superfund site.

MR. ROBINSON:  Right.

FEMALE 3:  That's what brought us there.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 3:  But we get there and we look around and we see, as we see so frequently, that there are many other problems facing the neighborhoods.

And our administrator and especially our regional administrator have asked us to focus on making a visible difference in communities.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 3:  So the one thing that EPA does have is, and they refer to it as our convening power, and that's what's happened here as a result of

organization around Superfund that reached

out to the community that's kind of

expanded to identify not only the

Superfund hazardous waste issues --

        MR. ROBINSON:  Right.

        FEMALE 3:  -- we can

directly address, but the other issues.

        MR. ROBINSON:  Uh-huh

(affirmative).

        FEMALE 3:  And using our

convening power to try to bring other

resources to bear to address those, so

that's the broader context.

        MR. ROBINSON:  Uh-huh

(affirmative).  And the funding that the

-- whether it's the stay -- well, it

probably would have to be the city to try

to get any additional funding to do other

things out there, is that tied to the

status as being a Superfund site, or is

that a requirement of being on the

national -- the NPL list --

        FEMALE 1:  So Cynthia can

correct me, but, you know, I look at it
like a ring.  You know, if you bring in
all of the federal agencies and the
private parties and the city, that would
be the ring.

        MR. ROBINSON:  Right.

        FEMALE 1:  And you look and
see what kinds of monies and sources and
funds these various parties have.  And if
there is a way to link what these entities
have with the needs of the community --

        MR. ROBINSON:  Uh-huh
(affirmative).

        FEMALE 1:  -- what helps
that is when the community has a vision --

        MR. ROBINSON:  Uh-huh
(affirmative).

        FEMALE 1:  -- that we can
shape what it is asking for from these
partners but those funds are not EPA
funds.

        MR. ROBINSON:  Right, right.

        FEMALE 1:  Those are --

well, they're not all EPA funds, there

might be grants from EPA or there might be

HUD funds or there might be FEMA that

might come in and say ooh, look at this

city, it's in a mess if we have a disaster

so we can -- we have funds that will help

address that or whatever sources are

available to try to help the community

achieve its objectives.  Does that --

          MR. ROBINSON:  Yeah, that

helps me a lot, that -- because, I mean,

you know what the -- I mean, if I go over

there and I hear several different things

from the people, I mean we have an ability

to make things up.

          But that's why I wanted to

ask that question because it was like,

well, if there are any funds that are

going to come from any federal agencies

you have to be on the NPL in order to get

those.

          (All in unison said no.)

          MR. ROBINSON:  That's --

FEMALE 2:  The only thing
the NPL is guaranteeing is a long-term
cleanup for those other properties that
were not --

MR. ROBINSON:  Not under the
--

FEMALE 2:  -- deemed
emergency properties.

MR. ROBINSON:  Uh-huh
(affirmative), right.

FEMALE 2:  That's all the
NPL.  It's not tied to HUD funding.  It's
not tied to DOT funding or anything like
that, so.

MR. ROBINSON:  That's good.
That had come up a lot of times even with
Representative Moore in our conversations
that she was saying that -- not that she
had said that, but she had stated others
had stated to her that the only way that
we can get those funds we have to -- or
the only way that they could get those
funds they have to be on the NPL list in

order to go out to get them.  And from

what you're saying -- I mean the agencies

are already there.

           FEMALE 3:  They're already

there.

           FEMALE 1:  There's not a

link, but what Superfund, what makes it so

critical what it does allow us to do is to

have a greater presence.  It allows EPA --

           MR. ROBINSON:  Uh-huh

(affirmative).

           FEMALE 1:  -- to have

greater leverage as far as talking to the

parties who put the pollution there in the

first place.

           MR. ROBINSON:  Uh-huh

(affirmative).

           FEMALE 1:  And bringing them

to the table to try to clean up the

pollution directly.

           MR. ROBINSON:  Uh-huh

(affirmative).

           FEMALE 1:  And hopefully

achieve some of these other objectives.

So when you have -- if we run out of --

our removal authority is limited.  The

amount of money that we can spend using

our emergency response authority is much

smaller than --

                MR. ROBINSON:  Uh-huh

(affirmative).

                FEMALE 1:  -- our ability to

address sites under our remedial

authority, and you have to be under or on

the NPL in order for us to use remedial

funds.  If you're not on the NPL, you

can't access those funds generally.

                MR. ROBINSON:  Uh-huh

(affirmative).  When you said remedial

funds that's not like the emergency?

                FEMALE 2:  That's the long

term.

                MR. ROBINSON:  That's the

long term?

                FEMALE 3:  Yeah.

                MR. ROBINSON:  So the

remedial funds where do they come from?

FEMALE 2:  The NPL.

MR. ROBINSON:  All right.

FEMALE 2:  They finalize on
the National Priorities List.

FEMALE 1:  That's right.

MR. ROBINSON:  All right.
And those -- that's the federal dollars,
or is that dollars that come in from those
individuals you stated that --

FEMALE 2:  The potentially
responsible parties, it could be those --

FEMALE 3:  We would like it
to be their money.

MR. ROBINSON:  All right.

FEMALE 2:  And the state,
the state as well.

MR. ROBINSON:  And the
state.  Yeah, that's a couple of my
questions.

And I know that initially,
and Representative Moore brought to my
attention about Walter Coke, that

particular business out there that has

just been in the cleanup process.

FEMALE 3:  They're under a

RCRA.

MR. ROBINSON:  Yeah, right.

FEMALE 2:  So it's a

different statute, but they're under that

corrective action right now and --

FEMALE 1:  They have an

operating -- they have to have a permit to

conduct their business that would allow

them to -- that governs how they manage

the waste that they generate as a function

of operating and that's the Resource

Conservation and Recovery Act.  That's

their RCRA permit.

MR. ROBINSON:  Uh-huh

(affirmative).

FEMALE 1:  And that, that

requires them to keep their site in a

certain order, and if the contamination

from their site is kind of spreading

out --

MR. ROBINSON:  Uh-huh
(affirmative).

FEMALE 1:  -- it makes them
correct that.

MR. ROBINSON:  Right.

FEMALE 1:  So we're using
that law to look at how they're operating
and making sure that they aren't, you
know, kind of contaminating --

MR. ROBINSON:  Contaminating
the area --

FEMALE 1:  -- their
neighbor's property and see that they are
taking care of that.

MR. ROBINSON:  So how did
the -- another one of my questions as it
relates to the other companies or are
there other companies, and I heard about
Alagasco, I mean some companies that are
surrounding kind of the area, even going
over to ACIPCO.

But what other companies are
-- will be focusing under the NPL or that

you're looking at right now under the

Superfund site?  Is there others because I

mean if -- or are you depending on Walter

Coke?

FEMALE 1:  No.

FEMALE 2:  No, there are

others.

MR. ROBINSON:  All right.

FEMALE 1:  The way the

Superfund works and the contamination that

you have out there is mixed, so it's

contamination from a number of sources.

So the way the Superfund

works is anybody who might have

contributed to the contamination,

contributed to the problem, is potentially

responsible for helping to pay for the

cleanup of that problem --

MR. ROBINSON:  Uh-huh

(affirmative).

FEMALE 1:  -- so Walter Coke

is one.

MR. ROBINSON:  Right.

FEMALE 1:  But there might
be others.  And if there are others, then
what we would do either using our removal
authority, but especially using our
remedial authority is to bring everyone
that we can identify that might be
potentially responsible for contributing
to the contamination --

MR. ROBINSON:  Uh-huh
(affirmative).

FEMALE 1:  -- to the table
to say, okay, this site needs cleaning up,
what are you able or willing --

MR. ROBINSON:  Willing.

FEMALE 1:  -- to do, and if
-- our preference is that they do it and
not EPA.

MR. ROBINSON:  Uh-huh
(affirmative).

FEMALE 1:  What the
Superfund does is it sets out the standard
for cleanup.  It tells those potentially
responsible parties how they have to clean

up, how well they have to clean up, what
they have to do, and it requires them to
pay for that.

And if they -- if we can get
them to agree, great.  If not, then we can
use our enforcement authority to go after
them.

We can use the Superfund
money.  We can use our taxpayer dollars to
go do the work and then --

MR. ROBINSON:  Okay.

FEMALE 1:  -- to pursue them
for repayment.

FEMALE 3:  So we signed what
we call notice letters of five different
companies --

MR. ROBINSON:  All right.

FEMALE 3:  -- and I can --

MR. ROBINSON:  You can send
them?

FEMALE 3:  Yeah, I can send
them -- yeah, I just look them up and send
them out, and so in addition to Walter

Coke additional companies were notified.

        MR. ROBINSON:  Right.

        FEMALE 3:  And so, yeah --

        MR. ROBINSON:  And -- and
now I'm going to step into my state
representative seat because it was stated
that in order, I guess it may be the NPL,
in order for it to happen, the state has
to agree or sign on or something and we're
in Alabama.

        I'm just saying that -- if
that's the -- if that's the case, being in
the Legislature, we don't do anything now
and then unless we're like choked to do it
and almost don't have any breath left, so
how does that work if the state decides
say, well, you know, whatever it is you're
doing up there, we're not -- we're not
signing off, we're not paying anything?

        FEMALE 2:  I think what's
important is that EPA we actually,
especially region four, we pride ourselves
in our relationship with our state

partners.

          MR. ROBINSON:  Right.

          FEMALE 2:  So we --

          MR. ROBINSON:  Because I
hadn't -- I hadn't dealt with -- is it the
EMA -- the --

          FEMALE 2:  Well, we -- our
ADEM, the Alabama Department of
Environmental Management --

          MR. ROBINSON:  ADEM, yes.

          FEMALE 2:  -- and our --

          MR. ROBINSON:  I haven't
said anything to them.

          FEMALE 2:  And we continue
to coordinate with them, and part of EPA
policy is to get state cost share.

          MR. ROBINSON:  All right.

          FEMALE 2:  To clean up
sites.  Again, that's policy.

          FEMALE 1:  It's required
under the statute.

          FEMALE 2:  It's required
under the statute.

FEMALE 3:  It's required.
You have to pay a certain percentage of
the --

FEMALE 1:  Ten percent.

FEMALE 2:  Oh, excuse me,
the policy is the concurrence, you're
right.  Sorry, yeah, you're absolutely
right.

It is required under the
statute, it's 10 percent?

FEMALE 1:  Uh-huh
(affirmative).

FEMALE 2:  10 percent cost
share of it.

MR. ROBINSON:  All right.

FEMALE 2:  The policy is the
concurrence part, sorry.

FEMALE 1:  Right.  So to
answer your question, we do have to have
-- if the site gets on the NPL --

MR. ROBINSON:  Uh-huh
(affirmative).

FEMALE 1:  -- and we are

going to do remedial action there, and we
are going to spend EPA funds to do that
action, the remedial action.

       MR. ROBINSON:  Uh-huh
(affirmative).

       FEMALE 1:  Then the state
has to kick in its 10 percent cost share.

       So there are a number of
ways we work with states on doing that.
There's payments out the back.  We take
payment in kind.  We take all -- so we
understand the states and we work with
them.

       MR. ROBINSON:  Yeah.

       FEMALE 1:  So the 10 percent
cost share is not usually a stopper, a
show stopper.

       MR. ROBINSON:  Uh-huh
(affirmative).

       FEMALE 1:  We find ways to
work with that.  But I know that most
states have or sometimes, especially in
the south --

MR. ROBINSON:   Uh-huh (affirmative).

FEMALE 1:   -- express concern about how they are going to come up with their 10 percent cost share if this is a remedial action.

But we go back to -- before we even get to EPA spending its money we're going to go after Walter Coke and ACIPCO and --

MR. ROBINSON:   Uh-huh (affirmative).

FEMALE 1:   -- and CSX, or XXX, or whoever we can to get that work done.   We use our enforcement authority first.

So before we spend our federal dollars we'll have exhausted all possibilities for getting potentially responsible parties to take care of whatever needs to be done.

MR. ROBINSON:   Uh-huh (affirmative).

FEMALE 1:  And then if we can't do that, before we come to the state for their 10 percent cost share --

MR. ROBINSON:  Right.

FEMALE 1:  -- we're going to talk about how the state can make that payment and --

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  -- and we're very flexible.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  We're a good creditor.

MR. ROBINSON:  Right.  And so with that, I could see those companies, especially the ones that are not Walter Coke, those that have not been in the game before but now they're being pulled in the game because of, you know, the Superfund and such --

FEMALE 1:  (Inaudible) it's

their responsibility.

           MR. ROBINSON:  Yeah, or
their responsibility.

           FEMALE 1:  Uh-huh
(affirmative).

           MR. ROBINSON:  That they
will use their resources to litigate the
situation for as long as they possibly can
if they can't come up with an agreement,
you know, depending, I guess depending on
how much money everybody's got, but -- or
what responsibility do they hold, you
know, for what portion.

           FEMALE 3:  I think we're
hopeful, and this may be something you
could help us with.

           MR. ROBINSON:  All right.

           FEMALE 3:  We're hopeful
that these companies come together and
form a group and work with us.

           MR. ROBINSON:  All right.

           FEMALE 3:  Not only to clean
up the site, but to help revitalize the

area because you can't -- you can't really
separate the two.

        MR. ROBINSON:   Uh-huh
(affirmative).

        FEMALE 3:   Because of the
communities.   The communities have so many
impacts and we're in conversations.   We
know what's needed there.

        The city is very much on
board with helping to revitalize that
area, so we're hoping that we can get the
companies to come together, work closely
with us, not have to go through a lot of
litigation at all.

        MR. ROBINSON:   Uh-huh
(affirmative).

        FEMALE 3:   Let's just get
out here and let's do what we need to do.

        MR. ROBINSON:   Right.   And
that -- that's the way it needs to be
done.

        FEMALE 3:   And you can help
us with that.

MR. ROBINSON:  Yeah, yeah, I
could help with that.  The -- do you have
to get to the NPL to force them to do it
before --

FEMALE 1:  Huh-uh
(negative), huh-uh (negative).

MR. ROBINSON:  You know what
I'm saying, before --

FEMALE 1:  No.

FEMALE 2:  You don't.

FEMALE 1:  But we have found
that the NPL acts as a great motivator.
Because you can get off the NPL.

MR. ROBINSON:  Yeah.

FEMALE 1:  There are a lot
of things that we've learned about sites
that get on the NPL, and one is, I mean,
there is a perception that it's a bad
thing.

But once a site is on the
NPL, what the studies are showing is it
serves as a revitalizing effect because,
first of all, federal dollars are going to

come in there and clean up the

contamination, and most of these

properties will then be, you know -- are

reused for some beneficial purpose.

So what we have found is

that Superfund actually stimulates or it's

helpful, but it's definitely a motivator

for people who contributed to the

contamination because if they don't

cooperate, the penalties are pretty high.

MR. ROBINSON:  Uh-huh

(affirmative).

FEMALE 1:  If they are

liable and they fail to either respond to

an EPA order to do the work or to ante up

for their portion of liability, then, you

know, we have some pretty strong

enforcement mechanisms --

MR. ROBINSON:  Uh-huh

(affirmative).

FEMALE 1:  -- to get back at

them for that.

MR. ROBINSON:  What

determines their liability?  You know,

what -- I mean is it, is it that when it

gets to or through the courts that their

liability is there?

Or is it the EPA say well,

you're liable for this and you have to --

you all have to share in this cost?  Where

does the liability -- where does it kick

in I guess?  Do you kind of understand

what I'm saying?

FEMALE 1:  Yeah.  The way

the Superfund works if you contribute a

little bit or a lot --

MR. ROBINSON:  Uh-huh

(affirmative).

FEMALE 1:  -- doesn't

matter.

MR. ROBINSON:  All right.

FEMALE 1:  You're

responsible for the whole thing.  And what

the responsible parties tend -- that's an

overstatement.

There are, there are

provisions for -- there's recognition that people have different levels of contribution.

        MR. ROBINSON:  Yeah, yeah.

        FEMALE 1:  And so there are provisions to allow people to apportion their liability.  I contributed 10 percent of the problem, so I'm going to, if I'm smart, come to EPA and say ooh, I did 10 percent.  I'm willing to pay my 10 percent, and I'll make an agreement with you --

        MR. ROBINSON:  Uh-huh (affirmative).

        FEMALE 1:  -- to do that, but --

        MR. ROBINSON:  I mean if a company thought that now because they've already gotten the letters that they're --

        FEMALE 2:  Well, you know, you have to also realize it's heavily industrialized area, too, so, and a lot of the companies emitted a lot of the same --

MR. ROBINSON:  Thing, yeah.

FEMALE 2:  -- contaminant, so EPA everything we do is -- we have the science to back it up.  We have the testing.  We have the data that's going to back it up, so.

MR. ROBINSON:  Uh-huh (affirmative).  And that goes back to what you were saying, I mean if you put a little bit in there --

FEMALE 2:  Yeah, yeah.

FEMALE 1:  In for a penny, in for a pound.

FEMALE 2:  Yeah.

MR. ROBINSON:  You know, so that, that was one of my questions because I wanted to try to figure out exactly the, the responsible parties how they are going to be --

FEMALE 2:  I think to Cynthia's point, your assistance with that would be -- right?

FEMALE 1:  Uh-huh

(affirmative).  So they usually organize.

They go behind doors and they don't tell

us what they're doing.

FEMALE 2:  Uh-huh

(affirmative).

MR. ROBINSON:  How, how, how

do they know -- how do they know right now

how much it would cost?

FEMALE 1:  They don't really

know until we do the studies and we --

FEMALE 2:  Come up with a

plan --

FEMALE 1:  -- come up with a

remedy, but this -- you know, Superfund's

been around for a while and the technology

there's some savvy in the area, so what

happens is everything happens in stages so

the PRP go -- they could go off and say

okay, we don't know how much the remedy is

going to cost because we don't know what

you're going to want to do --

MR. ROBINSON:  Uh-huh

(affirmative).

FEMALE 1:  -- but we will
agree to pay for the study.  That's the
first part of a Superfund action.

And they go behind closed
doors and they agree who's going to pay
what and they just come to EPA and sign an
agreement with us --

MR. ROBINSON:  Uh-huh
(affirmative).

FEMALE 1:  -- that requires
the work, and they sort all of that
liability stuff out.

MR. ROBINSON:  Uh-huh
(affirmative).  Tell me about this part
about the properties because I have
another friend that said, you know, most
of the time, and he may have been wrong,
most of the time the Superfund and NPL all
off that occurs, it's usually not an
environment where you have so many
residents.

Usually it's an industrial
property or, you know, something, that's

what -- because I know we have Stockham
Valve and Fitting here that was on the --
I forget the name of it, but it was under
that because of the environmental hazards
that were on that site.

And so, so what -- being
that these individuals live on this
property and continue to live on this
property, what is the effects to them as
it relates to property value?

Because I'm hearing, you
know, the property's not going to be worth
anything, and, you know, going under the
Superfund or the NPL or whatever it is,
the property's not going to be worth
anything and they're going to -- not going
to be able to sell it, you know, that kind
of line of information.

And I wanted to get -- you
know, I really wanted to know for sure my
own self, as my father would say --

FEMALE 1:  I have an answer
for that.

MR. ROBINSON:  My own self,
you know, and I understand that the -- I
mean the hazard is there, I mean
regardless --

FEMALE 1:  So for their
property values to sustain and be in good
condition --

MR. ROBINSON:  Uh-huh
(affirmative).

FEMALE 1:  -- they need to
get those properties cleaned.

MR. ROBINSON:  Cleaned up,
uh-huh (affirmative), no doubt about that.
No doubt about that.

FEMALE 1:  That's where the
rubber hits the road.  I know people often
say, you know, it shouldn't be in a
residential area doing cleanups and that,
you know.  And that happens, we do do
cleanups in residential areas.

MR. ROBINSON:  Right, right.

FEMALE 1:  Because that's
our job.  We have to protect the public.

So I think to look at it maybe as, you know, the way -- and I know the concerns.  I've been around a long time about property values.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  The way to help the most is to get it cleaned up but also the revitalization.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  And the conversations that needs to take place, the work that needs to take place.

A lot of things can go on at the local level to help dispel that theory that these properties --

MR. ROBINSON:  Right.

FEMALE 1:  -- are not going to be sustainable or viable or the rates should be dropping or, you know.

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  So you guys again can help with those kind of things from an elected official standpoint is getting together and making sure you help protect those communities --

MR. ROBINSON:  Uh-huh (affirmative).

FEMALE 1:  -- as we move forward with development and clean up.

MR. ROBINSON:  Yeah, that, that -- and Representative Moore had made statements about that as well, and that was -- that was really one of my concerns is that especially if these companies come out and fight as long as they can fight, how long will, you know, these properties go, number one, I mean without being cleaned up?

But because of the Superfund, they may come in and do something to clean.  But I think that my issue was that once they have been declared a Superfund area and once they go

on the NPL, that they are -- at that point

there's nothing that they can do until

it's clean that is going to keep that

property value at the same level.

        And the thing about it is is

that the person next door, you know, I

might not have any contamination on my

property, but my property is not worth

anything either because I'm in the -- I'm

in the Superfund area, you know what I'm

saying?

        And that's what I'm getting

from that slither of folks right there in

Tarrant that's in my district that -- and

that's about the Tarrant other thing, but

that's what I'm trying to have an answer

for before it comes up on me as a

Legislator in my district.

        FEMALE 3:  And, you know,

there have been times we've met, we've

worked with the real estate folks.

        MR. ROBINSON:  Uh-huh

(affirmative).

FEMALE 3:  We've worked with
the property, the people who handle
property values.

MR. ROBINSON:  Right.

FEMALE 3:  And tax --

MR. ROBINSON:  Tax assessor.

FEMALE 3:  -- and the county
and stuff like that.

MR. ROBINSON:  Uh-huh
(affirmative).

FEMALE 3:  So I think there
are ways to work around some of the
problems that could come up.

MR. ROBINSON:  Uh-huh
(affirmative).


(Audio file ends.)

C E R T I F I C A T E

STATE OF ALABAMA      )

TUSCALOOSA COUNTY     )

     I hereby certify that the above transcript was typed by me from a DVD recording and transcribed true and correct to the best of my ability.

     I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the results of said cause.

NANCY W. PANNELL, CCR

ACCR#30-EXPIRES 9/30/18

**A**

ability 9:35
  12:25 40:29
able 17:33 34:41
absolutely 21:21
access 3:23
  12:35
ACCR#30-EX...
  40:53
achieve 9:25
  12:9
ACIPCO 15:49
  23:27
Act 4:21 14:37
action 3:17
  14:23 22:9,13
  22:13 23:19
  33:13 40:37
acts 27:31
addition 3:43
  18:53
additional 5:23
  7:43 19:9
address 3:9 7:21
  7:31 9:21
  12:27
ADEM 20:23,27
administrator
  6:35,37
affirmative 2:17
  2:41 3:13,37
  4:25,47 5:9,41
  5:51 6:25,45
  7:25,37 8:33
  8:41 10:27
  11:29,41,51
  12:23,39 14:43
  15:11 16:47
  17:27,45 21:31
  21:51 22:17,45
  23:11,31,53
  24:25,33 25:17
  26:15,39 28:31
  28:47 29:37
  30:35 31:23
  32:9,17,53

33:25,35 35:25
  35:33 36:19,29
  36:53 37:21
  38:53 39:27,37
agencies 5:19
  8:13 9:45
  11:11
agency 5:21
agree 18:17
  19:25 33:11,17
agreement
  25:25 30:29
  33:21
agreements 2:27
Alabama 19:27
  20:23 40:15
Alagasco 15:45
allow 11:23
  14:29 30:19
allows 11:25
amount 12:15
answer 21:45
  34:51 38:39
ante 28:37
anybody 16:35
anywise 40:37
apportion 30:19
area 5:25,37
  15:29,47 26:9
  26:29 30:51
  32:39 35:43
  37:53 38:27
areas 4:29 35:47
asked 6:39
asking 8:45
assessor 39:19
assistance 5:31
  31:49
attention 13:53
Audio 1:23
  39:41
authority 12:13
  12:17,29 17:15
  17:17 18:19
  23:37
available 9:23

**B**

back 22:27
  23:21 28:49
  31:15,19,23
bad 27:43
bear 7:31
beneficial 28:15
best 40:29
Birmingham
  2:45
bit 29:33 31:27
blight 4:33
board 26:27
breath 19:37
bring 3:45 4:43
  5:25 7:29 8:11
  17:17
bringing 11:43
broader 7:33
brought 6:21
  13:51
building 5:31
business 14:9,29

**C**

C 40:9,9
call 18:37
capacity 5:31
care 3:23 15:35
  23:47
case 19:31
cause 40:39
CCR 1:53 40:51
certain 14:49
  21:11
certify 40:23,33
choked 19:35
city 5:33 7:41
  8:15 9:17
  26:25
clean 11:45
  17:53 18:9
  20:43 25:51
  28:9 37:25,49
  38:13
cleaned 35:29

35:31 36:23
  37:43
cleaning 17:31
cleanup 10:13
  14:11 16:43
  17:51
cleanups 4:13
  35:43,47
closed 33:15
closely 26:31
coalition 2:45
  5:15
Coke 13:53
  16:15,49 19:9
  23:25 24:45
come 9:15,45
  10:39 13:9,25
  23:15 24:11
  25:25,45 26:31
  28:9 30:25
  32:29,33 33:19
  37:35,47 39:33
comes 38:41
coming 3:17
communities
  4:31,39 6:41
  26:19,19 37:17
community 2:37
  2:45,49 3:27
  7:11 8:29,37
  9:23
companies
  15:41,43,45,51
  18:39 19:9
  24:41 25:45
  26:31 30:53
  37:35
company 30:43
concern 23:15
concerns 2:51
  36:13 37:33
concurrence
  21:19,41
condition 35:21
conduct 14:29
connected 6:9

Conservation
  14:37
contaminant
  31:11
contaminating
  15:25,27
contamination
  14:49 16:27,31
  16:37 17:23
  28:11,25 38:21
context 7:33
continue 20:35
  34:23
contractors 2:47
contribute
  29:31
contributed
  16:37,39 28:23
  30:21
contributing
  17:21
contribution
  30:13
convening 6:13
  6:51 7:29
conversations
  4:51 10:41
  26:21 36:33
cooperate 28:27
coordinate
  20:37
correct 8:9
  15:15 40:27
corrective 14:23
cost 20:39 21:33
  22:21,39 23:17
  24:13 29:21
  32:23,47
counsel 40:35
county 39:21
  40:17
couple 13:45
courts 29:13
creditor 24:37
crime 4:35
critical 11:23

CSX 23:33
Cynthia 7:53
Cynthia's 31:49

**D**
data 31:17
DATE 1:51
dealt 20:17
DECEMBER
  1:51
decides 19:39
declared 37:53
deemed 10:21
DEFENSE 1:25
definitely 28:21
Department
  20:23
depending
  16:13 25:27,27
determines 29:9
development
  3:25,27 37:25
difference 6:41
different 9:33
  14:21 18:37
  30:11
directly 7:21
  11:47
disaster 9:17
disenfranchised
  4:33
dispel 36:39
district 38:35,43
doing 2:35 19:43
  22:25 32:13
  35:43
dollars 13:23,25
  18:25 23:43
  27:53
door 38:19
doors 32:11
  33:17
DOT 10:33
doubt 35:33,35
draft 3:19
dropping 36:49

DVD 40:25

**E**
E 40:9,9
economic 3:25
effect 27:51
effects 34:25
either 17:13
  28:35 38:25
elected 37:13
EMA 20:19
emergency
  10:23 12:17,41
emitted 30:53
ends 39:41
enforcement
  18:19 23:37
  28:43
engaged 2:35
enhance 3:47
entities 8:27
environment
  33:47
environmental
  4:19,29 20:25
  34:15
EPA 6:49 8:47
  9:9,11 11:25
  17:41 19:49
  20:37 22:11
  23:23 28:37
  29:17 30:25
  31:13 33:19
especially 6:37
  17:15 19:51
  22:51 24:43
  37:35
established 2:47
estate 38:49
everybody's
  25:29
exactly 3:49
  31:41
excuse 21:17
exhausted 23:43
expanded 7:13

explore 5:21
express 23:13

**F**
F 40:9
facing 4:41 6:33
fail 28:35
far 11:33
father 34:49
federal 5:19,23
  5:45 8:13 9:45
  13:23 23:43
  27:53
FEMA 9:13
FEMALE 2:9
  2:19,43 3:15
  3:35,49 4:9,17
  4:27,49 5:11
  5:29,49 6:11
  6:19,27,47
  7:19,27,53
  8:21,35,43,53
  10:9,21,29
  11:15,19,31,43
  11:53 12:25,43
  12:51 13:11,15
  13:19,29,33,39
  14:13,19,25,45
  15:13,19,31
  16:17,19,25,49
  17:9,29,37,47
  18:31,35,43,49
  19:13,47 20:13
  20:21,29,35,43
  20:47,51 21:9
  21:15,17,29,33
  21:39,43,53
  22:19,37,47
  23:13,33 24:9
  24:17,27,35,53
  25:15,35,43,51
  26:17,41,51
  27:17,25,27,29
  27:37 28:33,49
  29:29,39,45
  30:17,37,47

31:11,29,31,35
  31:47,53 32:15
  32:25,29,33
  33:9,27 34:51
  35:17,27,37,51
  36:21,31,45
  37:9,23 38:45
  39:9,17,21,29
fight 37:37,37
figure 31:41
file 1:23 39:41
final 2:13
finalize 13:15
finalized 3:19
find 22:47
first 11:37 23:39
  27:53 33:13
Fitting 34:11
five 18:37
flexible 24:29
focus 6:39
focusing 15:53
folks 38:33,49
foods 3:25
force 27:13
forget 34:13
form 25:47
forward 2:29
  37:25
found 4:11
  27:29 28:17
four 19:51
frequently 6:31
fresh 3:23
friend 33:39
function 14:33
funding 5:35,45
  7:37,43 10:31
  10:33
funds 8:25,47,49
  9:9,13,19,43
  10:49,53 12:33
  12:35,41 13:9
  22:11
further 40:33

**G**
game 24:45,49
generally 12:35
generate 14:33
getting 23:45
  37:13 38:31
go 4:11 5:33
  9:31 11:9
  18:19,27 23:21
  23:25 26:33
  32:11,43,43
  33:15 36:37
  37:41,53
goes 31:23
going 9:45 15:47
  19:17 22:9,11
  23:15,25 24:17
  27:53 30:23
  31:17,43 32:47
  32:49 33:17
  34:31,33,37,39
  34:39 36:45
  38:13
good 2:33 10:37
  24:35 35:19
gotten 30:45
Government
  5:25,47
governs 14:31
grants 5:43 9:11
great 18:17
  27:31
greater 11:25,33
group 25:47
guaranteeing
  10:11
guess 5:41 19:21
  25:27 29:25
guys 37:9

**H**
handle 39:11
happen 19:23
happened 6:53
happens 32:41
  32:41 35:45

hazard 35:13
hazardous 7:15
hazards 34:15
health 3:23
hear 9:33
heard 15:43
hearing 34:29
heavily 30:49
help 2:19,27
  5:35 9:19,23
  25:39,53 26:51
  27:11 36:21,39
  37:11,15
helpful 28:21
helping 16:41
  26:27
helps 8:35 9:29
high 28:27
hits 35:39
hold 25:31
hopeful 25:37
  25:43
hopefully 11:53
hoping 5:33
  26:29
housing 3:25
HUD 9:13 10:31
huh-uh 27:17,19

**I**

idea 2:11
identify 7:13
  17:19
impacted 4:31
impacts 26:21
important 19:49
Inaudible 24:53
individuals
  13:27 34:21
industrial 33:51
industrialized
  30:51
information
  34:43
initially 13:49
inner 5:19

interested 40:39
issue 37:51
issues 7:15,21

**J**

job 35:53
JOINT 1:25
justice 4:21,29

**K**

keep 14:47
  38:13
kick 22:21 29:23
kin 40:35
kind 5:45 7:11
  14:51 15:25,47
  22:29 29:25
  34:41 37:11
kinds 8:23
know 8:9,11
  9:31 13:49
  15:25 19:41
  22:49 24:49
  25:27,33 26:23
  27:21 28:13,41
  29:9 30:47
  31:37 32:21,21
  32:27,35,45,47
  33:39,53 34:9
  34:31,33,41,47
  34:47 35:11,39
  35:41,45 36:11
  36:11,49 37:39
  38:19,27,45

**L**

law 15:21
learn 2:53
learned 27:39
left 19:37
Legislator 38:43
Legislature
  19:33
let's 26:41,43
letters 18:37
  30:45
level 36:39

38:15
levels 30:11
leverage 11:33
liability 28:39
  29:9,15,23
  30:21 33:31
liable 28:35
  29:19
life 3:47
limited 12:13
line 34:43
link 8:27 11:21
list 7:51 10:53
  13:17
litigate 25:21
litigation 26:35
little 29:33
  31:27
live 34:21,23
local 36:39
long 12:43,49
  25:23 36:13
  37:37,39
long-term 10:11
look 2:51 5:43
  6:29 8:9,21
  9:15 15:21
  18:51 36:9
looking 16:9
lot 9:29 10:39
  26:33 27:37
  29:33 30:51,53
  36:37

**M**

major 5:35
making 6:39
  15:23 37:15
manage 14:31
Management
  20:25
matter 29:41
mean 9:29,31,35
  11:11 15:45
  16:13 27:41
  29:11 30:41

31:25 35:13,13
  37:41
mechanisms
  28:43
mess 9:17
met 38:47
mixed 16:29
money 12:15
  13:35 18:25
  23:23 25:29
monies 8:23
Moore 10:41
  13:51 37:29
motivator 27:31
  28:21
move 2:27 37:23

**N**

name 34:13
Nancy 1:53
  40:51
national 7:51
  13:17
need 26:43
  35:27
needed 26:23
needs 2:23 8:29
  17:31 23:49
  26:47 36:33,35
negative 27:19
  27:19
neighbor's
  15:33
neighborhoods
  6:33
neither 40:35
North 2:45
notice 18:37
notified 19:9
NPL 2:13 7:51
  9:47 10:11,31
  10:53 12:31,33
  13:11 15:53
  19:21 21:47
  27:13,31,33,41
  27:49 33:43

34:35 38:9
number 16:31
  22:23 37:41

**O**

objectives 9:25
  12:9
occurs 33:45
official 37:13
Oh 21:17
okay 17:31
  18:29 32:45
once 27:47
  37:51,53
ones 24:43
ongoing 3:29
ooh 9:15 30:25
operating 14:27
  14:35 15:21
order 9:47 11:9
  12:31 14:49
  19:21,23 28:37
organization 7:9
organize 32:9
overstatement
  29:51

**P**

Pannell 1:53
  40:51
part 3:41 20:37
  21:41 33:13,35
particular 14:9
parties 2:25
  8:15,25 11:35
  13:31 17:53
  23:47 29:49
  31:43 40:37
partners 8:47
  20:9
pay 16:41 18:13
  21:11 30:27
  33:11,17
paying 19:45
payment 22:29
  24:21

payments 22:27
penalties 28:27
penny 31:31
people 4:43 9:35
28:23 30:11,19
35:39 39:11
percent 21:15
21:27,33 22:21
22:37 23:17
24:13 30:21,27
30:29
percentage
21:11
perception
27:43
permit 14:27,39
person 38:19
piece 5:15
place 11:37
36:33,35
places 4:11
plan 3:17 32:31
point 31:49 38:9
policy 20:39,45
21:19,39
pollution 11:35
11:47
portion 25:33
28:39
possibilities
23:45
possibly 25:23
posture 2:21
potentially
13:29 16:39
17:21,51 23:45
pound 31:33
power 6:13,51
7:29
preference
17:39
presence 11:25
pretty 28:27,41
pride 19:51
Priorities 13:17
private 8:15

PRIVILEGED
1:25
probably 7:41
problem 16:39
16:43 30:23
problems 6:33
39:33
process 2:51
3:29,53 5:21
14:11
properties 10:13
10:23 28:13
33:37 35:29
36:41 37:39
property 15:33
33:53 34:23,25
34:27 35:19
36:15 38:15,23
38:23 39:11,13
property's
34:31,37
proposing 2:11
protect 35:53
37:15
provisions 30:9
30:19
PRP 32:43
public 35:53
pulled 24:47
purpose 28:15
pursue 18:31
put 11:35 31:25

Q
quality 3:47
question 9:41
21:45
questions 13:47
15:39 31:39

R
R 40:9
rates 36:47
RCRA 14:15,39
reached 7:9
read 4:19

real 38:49
realize 30:49
really 2:33,49
5:13,21 26:9
32:25 34:47
37:33
recognition 30:9
recording 40:27
Recovery 14:37
refer 6:49
regardless 35:15
region 19:51
regional 6:37
relates 15:41
34:27
relationship
19:53
remedial 12:27
12:31,39 13:9
17:17 22:9,13
23:19
remedy 32:35
32:45
removal 12:13
17:13
repayment
18:33
representative
10:41 13:51
19:19 37:29
required 20:47
20:51 21:9,25
requirement
7:49
requires 14:47
18:11 33:27
residential
35:43,47
residents 33:49
Resource 14:35
resources 5:23
7:31 25:21
respond 28:35
response 12:17
responsibility
25:9,13,31

responsible 2:25
13:31 16:41
17:21,53 23:47
29:47,49 31:43
rest 2:23
result 6:53
results 40:39
reused 28:15
revitalization
36:25
revitalize 5:35
25:53 26:27
revitalizing
27:51
right 3:17,33
4:15 5:27 6:17
7:17 8:19,51
8:51 10:27
13:13,19,21,37
14:17,23 15:17
16:9,23,53
18:41 19:11
20:11,41 21:21
21:23,37,43
24:15,39 25:41
25:49 26:45
29:43 31:51
32:21 35:49,49
36:43 38:33
39:15
ring 8:11,17
road 35:39
ROBINSON
2:15,39 3:11
3:31,39,51
4:15,23,45,53
5:27,39,53
6:17,23,43
7:17,23,35
8:19,31,39,51
9:27,53 10:17
10:25,37 11:27
11:39,49 12:21
12:37,47,53
13:13,21,37,43
14:17,41 15:9

15:17,27,37
16:23,45,53
17:25,35,43
18:29,41,45
19:11,15 20:11
20:15,27,31,41
21:37,49 22:15
22:35,43 23:9
23:29,51 24:15
24:23,31,39
25:11,19,41,49
26:13,37,45
27:9,21,35
28:29,45,53
29:35,43 30:15
30:33,41 31:9
31:21,37 32:19
32:51 33:23,33
35:9,23,31,49
36:17,27,43,51
37:19,27 38:51
39:15,19,25,35
rubber 35:39
run 12:11

S
savvy 32:39
saying 10:43
11:11 19:29
27:23 29:27
31:25 38:29
science 31:15
seat 19:19
see 6:29,29 8:23
15:33 24:41
self 34:49 35:9
sell 34:41
send 18:45,49
18:51
separate 26:11
serves 27:51
sets 17:49
shape 8:45
share 20:39
21:35 22:21,39
23:17 24:13

29:21
show 22:41
showing 27:49
sign 2:27 19:25
    33:19
signed 18:35
signing 19:45
site 6:15 7:47
    14:47,51 16:11
    17:31 21:47
    25:53 27:47
    34:17
sites 12:27 20:45
    27:39
situation 25:23
slither 38:33
smaller 12:19
smart 30:25
sorry 21:21,41
sort 33:29
sources 8:23
    9:21 16:31
south 22:53
spend 12:15
    22:11 23:41
spending 23:23
spreading 14:51
stages 32:41
standard 17:49
standpoint
    37:13
start 4:49 6:13
state 13:39,41
    13:45 19:17,23
    19:39,53 20:39
    22:19 24:11,19
    40:15
stated 10:45,47
    13:27 19:19
statements
    37:31
states 22:25,31
    22:51
status 7:47
statute 14:21
    20:49,53 21:27

stay 7:39
step 19:17
stimulates 28:19
Stockham 34:9
stop 3:31
stopper 22:39
    22:41
strong 28:41
studies 27:49
    32:27
study 33:11
stuff 33:31
    39:23
Superfund 2:11
    2:33 3:45 6:15
    7:9,15,47
    11:21 16:11,27
    16:33 17:49
    18:23 24:49
    28:19 29:31
    33:13,43 34:35
    37:47,53 38:27
Superfund's
    32:35
sure 15:23 34:47
    37:15
surrounding
    15:47
sustain 35:19
sustainable
    36:47

**T**
T 40:9,9
table 2:25 11:45
    17:29
take 22:27,29
    23:47 36:33,35
talk 24:19
talking 3:21
    11:33
Tarrant 38:35
    38:37
tax 39:17,19
taxpayer 18:25
technical 5:31

technology
    32:37
tell 32:11 33:35
tells 17:51
Ten 21:15
tend 29:49
term 12:45,49
terms 3:23 5:29
testing 31:17
theory 36:39
thing 2:31 6:47
    10:9 27:45
    29:47 31:9
    38:17,37
things 3:21 4:37
    7:45 9:33,37
    27:39 36:37
    37:11
think 2:31 19:47
    25:35 31:47
    36:9 37:49
    39:29
thought 30:43
tied 7:45 10:31
    10:33
time 33:41,43
    36:15
times 10:39
    38:47
transcribed
    1:23,51,53
    40:27
transcript 40:25
true 40:27
try 4:41 7:29,41
    9:23 11:45
    31:41
trying 38:39
TUSCALOOSA
    40:17
two 26:11
typed 40:25

**U**
uh-huh 2:15,39
    3:11,35 4:23

4:45,53 5:39
    5:49 6:23,43
    7:23,35 8:31
    8:39 10:25
    11:27,39,49
    12:21,37 14:41
    15:9 16:45
    17:25,43 21:29
    21:49 22:15,43
    23:9,29,51
    24:23,31 25:15
    26:13,37 28:29
    28:45 29:35
    30:33 31:21,53
    32:15,51 33:23
    33:33 35:23,33
    36:17,27,51
    37:19 38:51
    39:25,35
understand
    22:31 29:25
    35:11
unison 9:51
use 12:31 18:19
    18:23,25 23:37
    25:21
usually 22:39
    32:9 33:45,51

**V**
value 34:27
    38:15
values 35:19
    36:15 39:13
Valve 34:11
various 8:25
viable 36:47
visible 6:39
vision 8:37

**W**
W 40:51
Walter 13:53
    16:13,49 18:53
    23:25 24:43
want 3:21 32:49

wanted 9:39
    31:41 34:45,47
waste 7:15 14:33
way 3:45 4:41
    8:27 10:47,51
    16:25,33 26:47
    29:29 36:11,21
ways 22:25,47
    39:31
we'll 23:43
we're 5:17 15:19
    19:25,35,43,43
    19:45 23:25
    24:17,27,35
    25:35,43 26:21
    26:29
we've 27:39
    38:47,47 39:9
willing 17:33,35
    30:27
work 2:23 18:27
    19:39 22:25,31
    22:49 23:35
    25:47 26:31
    28:37 33:29
    36:35 39:31
worked 38:49
    39:9
working 5:17
works 16:27,35
    29:31
worth 34:31,37
    38:23
wrong 33:41

**X**
XXX 23:35

**Y**
yeah 9:27 12:51
    13:45 14:17
    18:49,51 19:13
    21:21 22:35
    25:11 27:9,9
    27:35 29:29
    30:15,15 31:9

**BIRMINGHAM REPORTING SERVICE**
**(205) 326-4444**

| | |
|---|---|
| 31:29,29,35 37:27 | 30:47 31:11,29 31:35,47 32:15 32:29 |
| **Z** | **2017** 1:51 |
| **0** | **21** 1:51 |
| **1** | **3** |
| **1** 2:9,19,43 3:15 | **3** 6:11,19,27,47 |
| 3:35,49 4:9,17 | 7:19,27 11:15 |
| 4:27,49 5:11 | 12:51 13:33 |
| 5:29,49 7:53 | 14:13 18:35,43 |
| 8:21,35,43,53 | 18:49 19:13 |
| 11:19,31,43,53 | 21:9 25:35,43 |
| 12:25 13:19 | 25:51 26:17,41 |
| 14:25,45 15:13 | 26:51 38:45 |
| 15:19,31 16:17 | 39:9,17,21,29 |
| 16:25,49 17:9 | **4** |
| 17:29,37,47 | |
| 18:31 20:47 | **5** |
| 21:15,29,43,53 | |
| 22:19,37,47 | **6** |
| 23:13,33 24:9 | |
| 24:17,27,35,53 | **7** |
| 25:15 27:17,25 | |
| 27:29,37 28:33 | **8** |
| 28:49 29:29,39 | |
| 29:45 30:17,37 | **9** |
| 31:31,53 32:25 | **9/30/18** 40:53 |
| 32:33 33:9,27 | |
| 34:51 35:17,27 | |
| 35:37,51 36:21 | |
| 36:31,45 37:9 | |
| 37:23 | |
| **10** 21:27,33 | |
| 22:21,37 23:17 | |
| 24:13 30:21,27 | |
| 30:29 | |
| **2** | |
| **2** 10:9,21,29 | |
| 12:43 13:11,15 | |
| 13:29,39 14:19 | |
| 16:19 19:47 | |
| 20:13,21,29,35 | |
| 20:43,51 21:17 | |
| 21:33,39 27:27 | |