FILED

9/28/2017
Page 1

2018 May-16 PM 09:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

U. S. ATTORNEY'S

PRESS CONFERENCE

09/28/2017

TRANSCRIBED BY:  Nancy Pannell, CCR

TRANSCRIBED DATE:  09/28/2017

**BIRMINGHAM REPORTING SERVICE**
**(205) 326-4444**

**APPENDIX A**

WOMAN: I'm going to introduce everybody and turn it over to U. S. Attorney Jay Town who is right here, our new U. S. Attorney.

And from the IRS criminal investigation Lisa Fontanette who is an acting special -- assistant special agent in charge, and Angel Castillo from the FBI, also an acting assistant special agent in charge.

So with that, I'm going to turn it over to U. S. Attorney Town. Thank you.

MR. TOWN: Okay. Appreciate the media leaving me plenty of podium space here for my, for my announcement today.

I would like to thank the IRS and the FBI for all their hard work in this case. We didn't leave our fight in the dressing room, and we were very deliberate in our investigation the

evidence that we have acquired over the
last months and years.

It's important to note that,
you know, this process -- the pace of this
process is not always agreeable to
everyone, but we have to be deliberate and
get it right.

And it was important that we
did so in this case, and I believe that we
have, so special thanks to ASAC Fontanette
and Castillo to my left and right.

Today the United States
announces a six count indictment against
David Roberson of Drummond Company, and
Joel Gilbert and Steven McKinney of the
Balch & Bingham Law Firm.

Count One is conspiracy to
commit bribery with a public official.
Count Two is the bribery.

Count Three, Four, and Five
are honest services wire fraud, which is
using electric or electronic
communications and payments to devise and

provide consideration for this illegal
scheme.

Count Six is the money
laundering conspiracy which is the scheme
by which all four of the defendants
figured out a way to get the money to
Oliver Robinson.

I believe you've all been
provided a copy of the true bill.  If you
have not, let us know at the end of the
press conference and Peggy Sanford will
make sure that you get a copy of it.

I want to give you an
overview of the essential facts, and then
the three of us will be available for a
short period of time for questions.

Here's an overview of the
essential facts.  Drummond hires Balch to
respond to EPA actions in north
Birmingham, specifically to their actions
regarding the 35th Avenue Superfund Site
which found elevated levels of arsenic,
lead, and benzopyrenes in the soil

Case 2:17-cr-00419-AKK-TMP   Document 134-1   Filed 05/16/18   Page 5 of 39

samples.  These are chemicals that are

commonly associated with coal.

McKinney and Gilbert are

hired by Roberson and Drummond to craft

the response to the EPA.

As you all know, at this

time Oliver Robinson has pleaded guilty,

and at the time of all of this he was an

elected official, a member of the Alabama

State House.

He was also the vice

chairman of the Jefferson County

legislative delegation.

The three defendants

announced today worked in concert to

conspire with Robinson to carry their

interests forward in his official capacity

to counter the EPA's actions and protect

their potential financial exposure for the

cleanup of the Superfund site.  The site

cleanup could expose Drummond to tens of

millions of dollars in remediation.

In September of 2013 the EPA

notified Drummond of their potential

exposure.

        In July of 2014, almost a

year later, the EPA considered a petition

from the Group Against Smog and Pollution,

or GASP as it's known, to extend the

Superfund site to two additional

neighborhoods in north Birmingham,

Inglenook and Tarrant.

        In October of the same year

EPA granted that petition and it began its

contacts with the state of Alabama.  What

happens is then the state and the federal

agencies start to determine what should be

done, if anything; and, if so, who pays

for it.

        They contacted the Alabama

Department of Environmental Management, or

ADEM as you'll hear it commonly referred

to, and that is the agency which is

responsible for developing Alabama's

environmental policies.

        The governor, Governor

Bentley at the time, put ADEM on point to
handle all interests for the state of
Alabama as it related to the Superfund
site.

In September of 2014,
basically an entire year after the EPA got
on deck, the EPA considered adding the
35th Street Superfund Site to the National
Priorities List, which requires priority
attention from the EPA and allows the
government to begin cleanup without input
or agreement from the polluters.

This action or consideration
prompted this conspiracy and these
criminal actions because of the financial
exposure that Drummond would likely face,
especially if the cleanup began without
their input or negotiation for liability.

The governor put ADEM again
on point to represent the interests of
Alabama, and it was in context with ADEM,
among others, that also led to this
conspiracy and these charges.

Essentially, if you're on
the NPL, you're a priority designated
Superfund site, and as a priority
designated Superfund site, the state and
Federal Government can begin cleanup
without negotiating with the polluters,
and then they'll just come after the
polluters later.

And so the polluters can't
lock in a liability amount or a
remediation amount.  They're just going to
have to be essentially sued by the state
of Alabama.

It's a little more artful
than as I'm explaining it, but the process
is basically the state goes and collects
or the Federal Government goes and
collects from the polluters the amount it
cost to remediate the Superfund site as
opposed to allowing them to negotiate some
sort of settled amount of responsibility.
So the exposure is much greater once you
are on the National Priority List.

There's really three goals, three essential goals. There's certainly a lot of other goals to this that are sort of in the ether, but the three essential goals to the conspiracy were, first, to prevent the Superfund site from getting on the National Priority List, limit that exposure.

The second was to prevent the Superfund site from expanding into additional neighborhoods.

And the third was to defeat the EPA's actions and the state altogether through official state channels. They needed a guy, and that guy was Oliver Robinson.

They needed someone who is known in the area, understood that constituency from the north Birmingham neighborhoods that were subject to the Superfund site.

And most importantly, they needed someone that was willing to accept

a bribe, and Oliver Robinson was that man.

Oliver Robinson was that public official.

And Oliver Robinson was that

co-conspirator.

A couple of points about the

contract.  You'll hear a lot about a

contract between Balch & Bingham and the

Oliver Robinson Foundation or with Oliver

Robinson.  It's all sort of alter ego

stuff.

Couple of points about that

contract.  One, the lawyers have to

justify to their accounting department why

all of this money is going out the door

from Balch to the foundation, so they have

to come up with a reason.

The total amount of money

that went out the door from Balch to the

foundation was roughly $360,000.  Also,

the contract is nothing more than a clever

way to craftily create the illusion of a

defense, that all of this was just cleared

by other people as legal, we let other

folks look at it, and they said that it
was fine so I just went ahead with it, and
if Oliver Robinson did something wrong,
well, we can't control the actions of a
third person.

            But unfortunately, the
defendants indicted today, the
co-conspirators, did not share all of the
pertinent information with the principals
at Drummond and at Balch.

            They didn't share the fact
that he was going to be -- Oliver Robinson
was going to act in his official capacity.
They simply let the four corners of the
contract sort of speak for itself, which
on its face might appear somewhat
innocuous, but certainly wouldn't have
what was the behind-the-scenes activities
of Oliver Robinson in a number of ways--
and I'll list some of them, just some of
them in a moment-- acting in his official
capacity as a public official.

            That was the purpose of the

contract was an illusion.  It was the true
purpose of the conspiracy and the true
purpose of the $360,000 that Oliver
Robinson collected as a result of that
conspiracy.

          Those contacted at Drummond
and Balch about this consulting contract
were in my judgment duped by these
co-conspirators and their concealment from
them the truth of the true purpose of
their dealings with Oliver Robinson.

          And frankly, it just further
underscores the depth of this bribery
scheme, and it is great evidence of that
scheme and conspiracy.

          It was done all under the
guise of a foundation doing outreach, but
really what it was was buying a public
official.

          The contract itself, and
you'll see in the indictment,
paragraph 54, that the Oliver Robinson
Foundation -- now get this, the Oliver

Robinson Foundation in the contract with

Balch, quote, could not, and this is

Oliver Robinson is going to be the one

who's going to go out and do all of these

things.

          Oliver Robinson could not

directly or indirectly engage or be

concerned or interested in any business or

activity which conflicts with its services

to Balch or the interests of Balch as

determined solely by Balch.

          Moreover, the contract

demands that the existence of the

agreement itself be kept confidential by

Oliver Robinson.

          So said differently, go act

in your official capacity as a public

official from the area at which the

Superfund site exists.  If we want your

opinion, we'll give it to you.  Do what we

tell you regarding the Superfund site and

we'll pay you to march in the direction

you're told, and oh, by the way, keep your

mouth shut about this whole thing.

That's in the contract
itself, and that's why it's in the
indictment.  That ladies and gentlemen, is
the guts of a conspiracy.  At this level
that's how conspiracies are born.

Some of the official actions
taken by Oliver Robinson, just some.  It
included using his official letterhead as
a state legislator to communicate the
interests of Balch as was directed by
Balch to an official Alabama -- Alabama
Department of Environmental Management, to
have official conversations in his
official capacity with Alabama
environmental agencies and their personnel
and directors regarding those exclusive
never-to-conflict-with interests of Balch
and Drummond.

Never once did Oliver
Robinson indicate to anyone that he talked
to while in his official capacity as a
legislator that he had this contract.

Never once did he ever
disclose this conflict of interest.  Never
once did he inform folks that he was
acting on behalf of a law firm and a coal
company.

Robinson also made public
comments in official meetings representing
himself in his official capacity but
presenting the exclusive interests of his
co-conspirators.

Robinson also put forward a
joint resolution that he voted for, went
before the House and the Senate, and that
joint resolution was to the distinct
advantage, ironically I'm sure, to Balch
and to Drummond opposing the EPA's
actions.  Robinson voted for that joint
resolution.

For his trouble, for all of
this, he received between seven and
$20,000 a month totaling the 360,000.  His
first payment was 14,000.  Presumably, he
was getting first and last month's rent up

front.

He also made comments before
the Alabama Environmental Management
Commission in his official -- in his
official capacity.

And a little bit about the
lawyers involved.  Both lawyers involved
in this case created, reviewed and/or
approved all of the documentation that was
executed by Oliver Robinson.

Both lawyers approved and
otherwise knew the monetary payments to
Oliver Robinson.  Both lawyers knew the
scheme to pass through the money through
Balch to the foundation, and then have
Balch reimbursed through either the
Alliance for Jobs and the Economy or
Drummond.

That scheme further
underscores the heights of the conspiracy
here, especially since Roberson as a
lobbyist couldn't pay any of those monies
directly to a public official.

The lawyers reviewed and crafted talking points for Robinson's official appearances.  They reviewed or crafted letters for Robinson to address the object of the conspiracy to be put on his official letterhead.

They reviewed and crafted the joint resolution.  They constantly consulted with one another in their preparation of Robinson for his public appearances.

Basically, McKinney and Gilbert were the brains behind every public or official action taken by Robinson.

And why wouldn't they be? They helped Drummond buy him, and they were getting what they paid for.

So in conclusion, in so many ways this is the worst type of public corruption.  It was all done for the greed of a few and at the expense of so many families and children living in

potentially toxic areas.

There's nothing new under
the sun.  This is about money.  This is
about limiting exposure for a cleanup.

This isn't about the EPA.
This isn't about overreach.  This is about
a refusal to take the legal, lawful, and
legitimate processes that everyone has to
counter the Federal Government, which I
believe that everybody should have a right
to do, and I say that as a member of the
Federal Government, but you have to go
through those legitimate processes.

You have to do it lawfully.
You don't get to buy politicians, and,
frankly, we should all be about tired of
this.

If anyone thinks the EPA or
any other governmental agency is
overreaching, there are legitimate
processes by which everyone is afforded,
but buying a politician is not one of
those processes and it certainly isn't

legitimate.

These charges only reflect the unlawful response to a few at the expense of many citizens of Alabama.  This was nothing more than bean counting in some environmental paradigm.  It's cheaper to pay for a politician than it is to pay for environmental cleanup.

That's just a summary. There's certainly a lot more to this. Before I open it up for questions, I want to say that our trial team has worked very hard along with our federal partners on this case.  They've worked long hours.

I've gotten emails at three in the morning or five in the morning from all of them updating me, updating our leadership in our office on this case.  We took it very seriously.

We had to be deliberate.  We couldn't always get the answers to you as quick as we would like.  Some of it is just procedural.  Some of it is we needed

to make sure, but all of it was the right
way to proceed.

So now, that we're here, we
can answer whatever questions you might
have.

THE REPORTER:  Mr. Gilbert's
lawyer has already responded saying
essentially that it was just a lawyer
doing business for a client.  Can you
address that directly?

MR. TOWN:  Well, look, it's
an adversarial process, and he's going to
represent his client zealously.  There's
-- you know, I've been in this business
for 20 years and there's nothing he said
that I didn't expect him to say.

So I appreciated his
comments, but I disagree.  You know, I
feel very confident about the charges that
we have here today.

THE REPORTER:  Can you say
when Oliver Robinson began cooperating,
from the time that he resigned?  And can

you explain how y'all came to find out
about this --

            MR. TOWN:  Yeah, I'm not
going to get into like the when.  I think
if I understand your question correctly is
when did he start cooperating with the
Federal Government?

            Yeah, I'm not going to get
into that.  I would just, I would just
simply tell you that he's been a helpful
witness.

            THE REPORTER:  (Inaudible.)

            MR. TOWN:  I'm sorry?

            THE REPORTER:  Any
discussion of plea deals with these three
defendants?

            MR. TOWN:  No discussion
about plea deals.  In fact, you know, if
that's something their lawyers want to
approach us about, but at this time we're
just preparing for trial.

            THE REPORTER:  Can you say
how y'all came about finding out about

this corruption?

        MR. TOWN:  Well, I mean,
hard work of federal agencies.  You mean
how did --

        THE REPORTER:  (Inaudible)
some kind of tip or something?

        MR. TOWN:  Well, yeah,
you're going to have to wait for all of
that, all right?

        So there's -- so there's
some aspects -- in all honesty and
sincerity, there's aspects of every
investigation, even at this point, right,
where we're announcing we have four
defendants essentially.  One has already
pleaded guilty.

        But there are aspects of it
that, you know, stuff that might be behind
the curtain that we just need to save for
our investigative and prosecutorial
purposes.  It's not to be void with you at
all.

        I would love to tell you

everything, but there will be a day
sometime in the future where we can
discuss all of this.

                THE REPORTER:  Are there any
other indictments anticipated?  Is there
anybody else in your cross hairs?

                MR. TOWN:  Not at this time,
but we're going to continue to review the
evidence as it comes into us.  I think
that what the department requires of me
and my office, and I think what everybody
in the northern district requires of my
office is that if we get more evidence, if
we pursue it, then the agencies to my left
and my right are going to track it down,
but as this time these are our four.

                THE REPORTER:  Are you
confident that Oliver Robinson is the only
public official involved in this
conspiracy?

                MR. TOWN:  Yes.  Go ahead.

                THE REPORTER:  How did you
reach the determination that the other

partners at Balch & Bingham and any other

executives at Drummond Coal were innocent

dupes getting played by these crooks?

        MR. TOWN:  Well, again, I

don't want to comment too much on

evidence, right, because I don't want this

to turn into a discovery conference, but

what I can tell you is the evidence

supports the conclusions that the folks

who were indicted from Balch did not

explain to the powers that be, the folks

that they would like to say let them, let

them pursue this contract and these

monies, they were not given the full

picture, and I believe that's remarkably

clear in the evidence.  Sir.

        THE REPORTER:  Yes,

Mr. Town, this is coming from Jack

Sharman's response that the foundation --

did the foundation do legitimate work, or

was it primarily all just for all the

funds?

        MR. TOWN:  I would say it

probably did some legitimate work.  It
didn't do 360K worth.  That's what I would
say.  Lauren.

        THE REPORTER:  Do you expect
Mr. Robinson to testify should it go to
trial against these three defendants?

        MR. TOWN:  I'd say it's a
pretty safe bet, yeah.

        THE REPORTER:  How soon will
it get to trial?

        MR. TOWN:  I'd be -- I don't
think we're going to get to it this year.
I think it will be docketed probably this
year.

        Procedurally they will be
giving a notice to appear and they'll be
arraigned sometime in the next two weeks.
The judge will give us a series of
appearance and court dates, and we'll get
sort of a calendar together.

        Mr. McKinney it's my
understanding if he has an attorney, I
don't know about him or her, so whoever

that is is probably going to need more

than the rest of this year to get up to

speed on what is a remarkable amount of

evidence in this investigation.

So I would be surprised if

we get to it this year, but we're ready to

go right now.  Yeah.  Kyle Whitmire

doesn't have a question?  Do you have any

letters?

Go ahead.  We're going to

give Kyle a minute to come up with

something.  Archibald was right out of the

gate.

THE REPORTER:  We've seen

both state and federal cases a number of

situations where public officials have had

these consulting contracts at some time.

MR. TOWN:  Yeah.

REPORTER:  Where is the

line?

MR. TOWN:  Okay, and that's

a fair question, and I would offer you

paragraph 54 again because -- in the

indictment, because I think what you're
going to find is the line in the sand is
not that I can't hire somebody to consult
with me.

            If there would have just
been this outreach to the north Birmingham
area, I don't think we would be here.  But
what it was is he acted and they conspired
for him to act in his official capacity to
defeat the EPA at the state level.

            It wasn't -- it wasn't a
grassroots movement that they bought with
their 360K.  They bought a politician to
go to Montgomery and tell agencies and
officials in the statehouse and the state
Senate that the EPA is overreaching and we
need them out of our state.

            And that was to the benefit
of Drummond and to the benefit of Balch,
so I don't know where the line is, but I
know that's on the other side of it.

            THE REPORTER:  Who inside
Balch approved these payments?  I mean,

there's some talk in the indictment about,
about these lawyers going to their billing
department and having names removed from
invoices and that sort of thing.

        MR. TOWN:  Sure.

        THE REPORTER:  So it seems
to suggest that the names were on the
invoices at some point.  Did that not
raise flags, red flags at Balch --

        MR. TOWN:  Well, and it may
have, and I'm not going to comment on
that, but I don't believe that the folks
writing checks to the Oliver Robinson
Foundation, and this, Kyle, I hope answers
your question, I don't believe they knew
about the public capacity of this
consulting agreement because it was no
where in the four corners of it, but that
was the activity that was afoot.

        So they had to come up with
a reason to justify those payments to the
foundation, and it couldn't be an illegal
one so they came up with a legal one and

then just did the illegal stuff anyway.
Does that make sense?

       WOMAN:  I think we've got
time for one more question.

       MR. TOWN:  Go ahead.

       THE REPORTER:  Okay.  Sorry
to take the last one.  I know I'm barking
on something that you guys have basically
already addressed, but is there any
inkling, any likelihood, any concern that
this is somewhat wider spread than what we
know right now?

       MR. TOWN:  Well, look, I
mean, here's, here's I guess what I would
caution and then I would profer to you is
that if more evidence comes up that we
believe we can prove beyond a reasonable
doubt, we're going to charge those folks.

       And when I say to you that
it matters not to me your benefactor or
station, if you're involved in breaking --
breaking the law or violating the federal
law, we're going to charge you if we have

evidence of it.

So right now our evidence supports the four charges we brought, and I'm very comfortable with those four charges right now.  I've got one more if anybody wants to take one more.

THE REPORTER:  Why -- where is the line of demarcation with, for instance, you know, Drummond Company actually seems to be benefiting from this scheme, right, that's been alleged?

MR. TOWN:  Yes.

REPORTER:  Because now they aren't going to have to pay out this money to the EPA or pay for this big issue, this cleanup.

At what -- what's their exposure here, or is it just all on Roberson personally?

MR. TOWN:  From my office's point of view it's all on Roberson.  I -- at this time there's -- we don't have evidence that would support a conclusion

that anyone else at Drummond acted in a
criminal manner that would expose them to
criminal sanctions.

          THE REPORTER:  But their
company benefited from his actions in
possibly millions of dollars --

          MR. TOWN:  Well --

          THE REPORTER:  -- that they
didn't have to pay out in cleanup costs;
right?

          MR. TOWN:  Well, that's --
and that's a fair comment, but the EPA
still has their available remedies, so I
guess what I can say from my office's
point of view, and I'm using that
deliberately, Roberson seems to be the
only one at this time that's going to be
exposed to any sanction from my office's
point of view.  Last one, Lauren.

          THE REPORTER:  Along the
lines of Kyle's question, was there any
consideration going after the entities?

          MR. TOWN:  Don't ever spring

one off of Kyle Whitmire.  Could you
repeat your question?

THE REPORTER:  Was there any
consideration going after the entities?

MR. TOWN:  Well, you know,
we're going to consider it all, but our,
our best course of action and the course
of action that we've chosen is to indict
these four co-conspirators so that's it
for now for sure.  All right?  All right,
one more.  Go ahead.  Last one.

THE REPORTER:  If they get
convicted from all of this, is there the
possibility that the Government may bring
civil litigation against Drummond or Balch
& Bingham as owners?

MR. TOWN:  Well, I mean,
we're not going to ever count those
options out, but at this time we're just
going to focus on the criminal charges.
All right.  Thank you, everybody.  I
appreciate you coming in.

[Proceedings concluded.]

                    C E R T I F I C A T E


STATE OF ALABAMA       )

TUSCALOOSA COUNTY       )


        I hereby certify that the above

transcript was typed by me from a

DVD/AUDIO recording and transcribed true

and correct to the best of my ability.


        I further certify that I am

neither of counsel nor of kin to the

parties to the action, nor am I in anywise

interested in the results of said cause.


NANCY W. PANNELL, CCR

ACCR#30-EXPIRES 9/30/18

**A**

ability 33:29
accept 9:53
accounting 10:33
ACCR#30-EX... 33:53
acquired 3:9
act 11:33 13:39 27:25
acted 27:23 31:9
acting 2:23,27 11:49 15:15
action 7:33 17:35 32:21,23 33:37
actions 4:45,47 5:43 7:37 9:33 11:15 14:21 15:41 31:17
activities 11:43
activity 13:25 28:45
adding 7:21
additional 6:21 9:29
address 17:15 20:27
addressed 29:25
ADEM 6:45 7:9 7:45,49
advantage 15:37
adversarial 20:31
afforded 18:49
afoot 28:45
agencies 6:35 14:39 22:13 23:35 27:35
agency 6:47 18:45
agent 2:23,29
agreeable 3:17
agreement 7:31 13:35 28:41
ahead 11:11

23:49 26:27 29:17 32:29
Alabama 5:25 6:31,41 7:13 7:49 8:33 14:31,31,37 16:13 19:15 33:15
Alabama's 6:49
alleged 30:29
Alliance 16:41
allowing 8:47
allows 7:27
alter 10:25
altogether 9:33
amount 8:27,29 8:43,49 10:41 26:13
and/or 16:23
Angel 2:25
announced 5:37
announcement 2:41
announces 3:33
announcing 22:35
answer 20:15
answers 19:49 28:35
anticipated 23:17
anybody 23:19 30:19
anyway 29:9
anywise 33:37
appear 11:39 25:39
appearance 25:45
appearances 17:13,29
appreciate 2:37 32:51
appreciated 20:41
approach 21:47

approved 16:25 16:29 27:53
Archibald 26:31
area 9:43 13:43 27:21
areas 18:9
arraigned 25:41
arsenic 4:51
artful 8:35
ASAC 3:27
aspects 22:29,31 22:41
assistant 2:23,27
associated 5:11
attention 7:27
attorney 2:15,17 2:33 25:51
ATTORNEY'S 1:21
available 4:37 31:33
Avenue 4:49

**B**

Balch 3:39 4:43 10:21,37,43 11:27 12:21 13:11,27,27,29 14:29,31,43 15:37 16:37,39 24:9,27 27:45 27:53 28:25 32:37
barking 29:21
basically 7:19 8:39 17:31 29:23
bean 19:17
began 6:29 7:41 20:51
behalf 15:15
behind-the-sc... 11:43
believe 3:25 4:23 18:27 24:37 28:31,37

29:41
benefactor 29:47
benefit 27:43,45
benefited 31:17
benefiting 30:27
Bentley 7:9
benzopyrenes 4:53
best 32:21 33:29
bet 25:23
beyond 29:41
big 30:37
bill 4:25
billing 28:11
Bingham 3:39 10:21 24:9 32:39
Birmingham 4:47 6:23 9:45 27:19
bit 16:19
born 14:19
bought 27:31,33
brains 17:33
breaking 29:49 29:51
bribe 10:9
bribery 3:43,45 12:33
bring 32:35
brought 30:13
business 13:23 20:25,35
buy 17:41 18:37
buying 12:43 18:51

**C**

C 33:9,9
calendar 25:47
capacity 5:41 11:33,51 13:41 14:37,51 15:23 16:17 27:25 28:39

carry 5:39
case 2:49 3:25 16:23 19:35,43
cases 26:37
Castillo 2:25 3:29
cause 33:39
caution 29:37
CCR 1:51 33:51
certainly 9:11 11:41 18:53 19:27
certify 33:23,33
chairman 5:31
channels 9:35
charge 2:25,29 29:43,53
charges 7:53 19:11 20:45 30:13,17 32:47
cheaper 19:19
checks 28:33
chemicals 5:9
children 17:53
chosen 32:23
citizens 19:15
civil 32:37
cleanup 5:47,49 7:29,41 8:17 18:15 19:23 30:39 31:25
clear 24:39
cleared 10:51
clever 10:47
client 20:25,33
co-conspirator 10:15
co-conspirators 11:23 12:25 15:27 32:25
coal 5:11 15:15 24:11
collected 12:15
collects 8:39,43
come 8:21 10:39 26:29 28:47

comes 23:25 29:39
comfortable 30:15
coming 24:43 32:51
comment 24:17 28:29 31:31
comments 15:21 16:11 20:43
Commission 16:15
commit 3:43
commonly 5:11 6:45
communicate 14:27
communicatio... 3:53
company 3:35 15:17 30:25 31:17
concealment 12:25
concern 29:27
concerned 13:23
concert 5:37
concluded 32:53
conclusion 17:45 30:53
conclusions 24:25
conference 1:23 4:29 24:21
confident 20:45 23:43
confidential 13:35
conflict 15:11
conflicts 13:25
consider 32:19
consideration 4:9 7:33 31:51 32:15
considered 6:15 7:21

conspiracies 14:19
conspiracy 3:41 4:15 7:35,53 9:17 12:11,17 12:37 14:17 16:47 17:17 23:47
conspire 5:39
conspired 27:23
constantly 17:23
constituency 9:45
consult 27:13
consulted 17:25
consulting 12:21 26:41 28:41
contacted 6:41 12:19
contacts 6:31
context 7:49
continue 23:23
contract 10:19 10:21,31,47 11:37 12:9,21 12:47 13:9,31 14:11,53 24:33
contracts 26:41
control 11:15
conversations 14:35
convicted 32:33
cooperating 20:51 21:19
copy 4:25,31
corners 11:35 28:43
correct 33:29
correctly 21:17
corruption 17:49 22:9
cost 8:45
costs 31:25
counsel 33:35
count 3:33,41,45 3:47 4:13

32:43
counter 5:43 18:25
counting 19:17
County 5:31 33:17
couple 10:17,29
course 32:21,21
court 25:45
craft 5:15
crafted 17:11,15 17:21
craftily 10:49
create 10:49
created 16:23
criminal 2:19 7:37 31:11,13 32:47
crooks 24:13
cross 23:19
curtain 22:45

**D**
DATE 1:53
dates 25:45
David 3:35
day 23:9
dealings 12:29
deals 21:37,43
deck 7:21
defeat 9:31 27:27
defendants 4:17 5:35 11:21 21:39 22:37 25:19
defense 10:51
delegation 5:33
deliberate 2:53 3:19 19:47
deliberately 31:39
demands 13:33
demarcation 30:23
department

6:43 10:33 14:33 23:27 28:13
depth 12:33
designated 8:11 8:15
determination 23:53
determine 6:35
determined 13:29
developing 6:49
devise 3:53
differently 13:39
directed 14:29
direction 13:51
directly 13:21 16:53 20:27
directors 14:41
disagree 20:43
disclose 15:11
discovery 24:21
discuss 23:13
discussion 21:37 21:41
distinct 15:35
district 23:31
docketed 25:33
documentation 16:25
doing 12:41 20:25
dollars 5:51 31:19
door 10:35,43
doubt 29:43
dressing 2:51
Drummond 3:35 4:43 5:15 5:49 6:9 7:39 11:27 12:19 14:45 15:39 16:43 17:41 24:11 27:45 30:25 31:9

32:37
duped 12:23
dupes 24:13
DVD/AUDIO 33:27

**E**
E 33:9,9
Economy 16:41
ego 10:25
either 16:39
elected 5:25
electric 3:51
electronic 3:51
elevated 4:51
emails 19:37
engage 13:21
entire 7:19
entities 31:51 32:15
environmental 6:43,51 14:33 14:39 16:13 19:19,23
EPA 4:45 5:17 5:53 6:15,29 7:19,21,27 18:17,43 27:27 27:39 30:37 31:31
EPA's 5:43 9:33 15:39
especially 7:41 16:49
essential 4:35,43 9:11,15
essentially 8:9 8:31 20:23 22:37
ether 9:15
everybody 2:13 18:27 23:29 32:49
evidence 3:9 12:35 23:25,33 24:19,23,39

26:15 29:39
30:9,11,53
**exclusive** 14:41
15:25
**executed** 16:27
**executives** 24:11
**existence** 13:33
**exists** 13:45
**expanding** 9:27
**expect** 20:39
25:15
**expense** 17:51
19:15
**explain** 21:9
24:29
**explaining** 8:37
**expose** 5:49
31:11
**exposed** 31:43
**exposure** 5:45
6:11 7:39 8:51
9:23 18:15
30:43
**extend** 6:19

**F**

**F** 33:9
**face** 7:39 11:39
**fact** 11:29 21:43
**facts** 4:35,43
**fair** 26:51 31:31
**families** 17:53
**FBI** 2:27,47
**federal** 6:33
8:17,41 18:25
18:31 19:33
21:21 22:13
26:37 29:51
**feel** 20:45
**fight** 2:49
**figured** 4:19
**financial** 5:45
7:37
**find** 21:9 27:11
**finding** 21:53
**fine** 11:11

**firm** 3:39 15:15
**first** 9:17 15:51
15:53
**five** 3:47 19:39
**flags** 28:25,25
**focus** 32:47
**folks** 11:9 15:13
24:25,29 28:31
29:43
**Fontanette** 2:21
3:27
**forward** 5:41
15:29
**found** 4:51
**foundation**
10:23,37,45
12:41,53 13:9
16:37 24:45,47
28:35,51
**four** 3:47 4:17
11:35 22:35
23:39 28:43
30:13,15 32:25
**frankly** 12:31
18:39
**fraud** 3:49
**front** 16:9
**full** 24:35
**funds** 24:51
**further** 12:31
16:45 33:33
**future** 23:11

**G**

**GASP** 6:19
**gate** 26:33
**gentlemen** 14:15
**getting** 9:19
15:53 17:43
24:13
**Gilbert** 3:37
5:13 17:33
**Gilbert's** 20:19
**give** 4:33 13:47
25:43 26:29
**given** 24:35

**giving** 25:39
**go** 13:15,39
18:31 23:49
25:17 26:21,27
27:35 29:17
32:29
**goals** 9:9,11,13
9:17
**goes** 8:39,41
**going** 2:11,31
8:29 10:35
11:31,33 13:13
13:15 20:31
21:15,23 22:23
23:23,37 25:31
26:9,27 27:11
28:11,29 29:43
29:53 30:35
31:41,51 32:15
32:19,43,47
**gotten** 19:37
**government**
7:29 8:17,41
18:25,31 21:21
32:35
**governmental**
18:45
**governor** 6:53
6:53 7:45
**granted** 6:29
**grassroots** 27:31
**great** 12:35
**greater** 8:51
**greed** 17:49
**Group** 6:17
**guess** 29:35
31:35
**guilty** 5:21
22:39
**guise** 12:41
**guts** 14:17
**guy** 9:37,37
**guys** 29:23

**H**

**hairs** 23:19

**handle** 7:11
**happens** 6:33
**hard** 2:47 19:33
22:13
**hear** 6:45 10:19
**heights** 16:47
**helped** 17:41
**helpful** 21:27
**hire** 27:13
**hired** 5:15
**hires** 4:43
**honest** 3:49
**honesty** 22:29
**hope** 28:35
**hours** 19:35
**House** 5:27
15:33

**I**

**illegal** 4:9 28:51
29:9
**illusion** 10:49
12:9
**important** 3:13
3:23
**importantly**
9:51
**Inaudible** 21:31
22:17
**included** 14:25
**indicate** 14:49
**indict** 32:23
**indicted** 11:21
24:27
**indictment** 3:33
12:49 14:15
27:9 28:9
**indictments**
23:17
**indirectly** 13:21
**inform** 15:13
**information**
11:25
**Inglenook** 6:25
**inkling** 29:27
**innocent** 24:11

**innocuous** 11:41
**input** 7:29,43
**inside** 27:51
**instance** 30:25
**interest** 15:11
**interested** 13:23
33:39
**interests** 5:41
7:11,47 13:27
14:29,43 15:25
**introduce** 2:13
**investigation**
2:21,53 22:33
26:15
**investigative**
22:47
**invoices** 28:15
28:23
**involved** 16:21
16:21 23:45
29:49
**ironically** 15:37
**IRS** 2:19,47
**issue** 30:37

**J**

**Jack** 24:43
**Jay** 2:15
**Jefferson** 5:31
**Jobs** 16:41
**Joel** 3:37
**joint** 15:31,35
15:41 17:23
**judge** 25:43
**judgment** 12:23
**July** 6:13
**justify** 10:33
28:49

**K**

**keep** 13:53
**kept** 13:35
**kin** 33:35
**kind** 22:19
**knew** 16:31,33
28:37

know 3:15 4:27
  5:19 20:35,43
  21:43 22:43
  25:53 27:47,49
  29:21,31 30:25
  32:17
known 6:19 9:43
Kyle 26:21,29
  28:35 32:9
Kyle's 31:49

**L**

ladies 14:15
laundering 4:15
Lauren 25:13
  31:45
law 3:39 15:15
  29:51,53
lawful 18:21
lawfully 18:35
lawyer 20:21,23
lawyers 10:31
  16:21,21,29,33
  17:9 21:45
  28:11
lead 4:53
leadership
  19:43
leave 2:49
leaving 2:39
led 7:51
left 3:29 23:35
legal 10:53
  18:21 28:53
legislative 5:33
legislator 14:27
  14:53
legitimate 18:23
  18:33,47 19:9
  24:47 25:9
letterhead 14:25
  17:19
letters 17:15
  26:25
level 14:17
  27:27

levels 4:51
liability 7:43
  8:27
likelihood 29:27
limit 9:21
limiting 18:15
line 26:47 27:11
  27:47 30:23
lines 31:49
Lisa 2:21
list 7:25 8:53
  9:21 11:47
litigation 32:37
little 8:35 16:19
living 17:53
lobbyist 16:51
lock 8:27
long 19:35
look 11:9 20:29
  29:33
lot 9:13 10:19
  19:27
love 22:53

**M**

man 10:9
Management
  6:43 14:33
  16:13
manner 31:11
march 13:51
matters 29:47
McKinney 3:37
  5:13 17:31
  25:49
mean 22:11,13
  27:53 29:35
  32:41
media 2:39
meetings 15:21
member 5:25
  18:29
millions 5:51
  31:19
minute 26:29
moment-- 11:49

monetary 16:31
money 4:13,19
  10:35,41 16:35
  18:13 30:35
monies 16:51
  24:35
Montgomery
  27:35
month 15:49
month's 15:53
months 3:11
morning 19:39
  19:39
mouth 14:9
movement
  27:31

**N**

names 28:13,21
Nancy 1:51
  33:51
National 7:23
  8:53 9:21
need 22:45 26:9
  27:41
needed 9:37,41
  9:53 19:53
negotiate 8:47
negotiating 8:19
negotiation 7:43
neighborhoods
  6:23 9:29,47
neither 33:35
Never 14:47
  15:9,11
never-to-confl...
  14:43
new 2:17 18:11
north 4:45 6:23
  9:45 27:19
northern 23:31
note 3:13
notice 25:39
notified 6:9
NPL 8:11
number 11:45

26:37

**O**

object 17:17
October 6:27
offer 26:51
office 19:43
  23:29,33
office's 30:47
  31:35,43
official 3:43
  5:25,41 9:35
  10:11 11:33,49
  11:51 12:45
  13:41,43 14:21
  14:25,31,35,37
  14:51 15:21,23
  16:15,17,53
  17:13,19,35
  23:45 27:25
officials 26:39
  27:37
oh 13:53
Okay 2:37 26:49
  29:19
Oliver 4:21 5:21
  9:37 10:9,11
  10:13,23,23
  11:13,31,45
  12:13,29,51,53
  13:13,19,37
  14:23,47 16:27
  16:33 20:51
  23:43 28:33
once 8:51 14:47
  15:9,13
open 19:29
opinion 13:47
opposed 8:47
opposing 15:39
options 32:45
outreach 12:41
  27:19
overreach 18:19
overreaching
  18:47 27:39

overview 4:35
  4:41
owners 32:39

**P**

pace 3:15
paid 17:43
Pannell 1:51
  33:51
paradigm 19:19
paragraph
  12:51 26:53
parties 33:37
partners 19:33
  24:9
pass 16:35
pay 13:51 16:51
  19:21,21 30:35
  30:37 31:25
payment 15:51
payments 3:53
  16:31 27:53
  28:49
pays 6:37
Peggy 4:29
people 10:53
period 4:39
person 11:17
personally
  30:45
personnel 14:39
pertinent 11:25
petition 6:15,29
picture 24:37
played 24:13
plea 21:37,43
pleaded 5:21
  22:39
plenty 2:39
podium 2:39
point 7:9,47
  22:33 28:23
  30:49 31:37,45
points 10:17,29
  17:11
policies 6:51

politician 18:51
19:21 27:33
politicians 18:37
polluters 7:31
8:19,23,25,43
Pollution 6:17
possibility 32:35
possibly 31:19
potential 5:45
6:9
potentially 18:9
powers 24:29
preparation
17:27
preparing 21:49
presenting
15:25
press 1:23 4:29
Presumably
15:51
pretty 25:23
prevent 9:19,25
primarily 24:49
principals 11:25
Priorities 7:25
priority 7:25
8:11,13,53
9:21
probably 25:9
25:33 26:9
procedural
19:53
Procedurally
25:37
proceed 20:11
Proceedings
32:53
process 3:15,17
8:37 20:31
processes 18:23
18:33,49,53
profer 29:37
prompted 7:35
prosecutorial
22:47
protect 5:43

prove 29:41
provide 4:9
provided 4:25
public 3:43
10:11 11:51
12:43 13:41
15:19 16:53
17:27,35,47
23:45 26:39
28:39
purpose 11:53
12:11,13,27
purposes 22:49
pursue 23:35
24:33
put 7:9,45 15:29
17:17

**Q**

question 21:17
26:23,51 28:37
29:15 31:49
32:11
questions 4:39
19:29 20:15
quick 19:51
quote 13:11

**R**

R 33:9
raise 28:25
reach 23:53
ready 26:19
really 9:9 12:43
reason 10:39
28:49
reasonable
29:41
received 15:47
recording 33:27
red 28:25
referred 6:45
reflect 19:11
refusal 18:21
regarding 4:49
13:49 14:41

reimbursed
16:39
related 7:13
remarkable
26:13
remarkably
24:37
remediate 8:45
remediation
5:51 8:29
remedies 31:33
removed 28:13
rent 15:53
repeat 32:11
REPORTER
20:19,49 21:31
21:35,51 22:17
23:15,41,51
24:41 25:15,25
26:35,45 27:51
28:19 29:19
30:21,33 31:15
31:23,47 32:13
32:31
represent 7:47
20:33
representing
15:21
requires 7:25
23:27,31
resigned 20:53
resolution 15:31
15:35,43 17:23
respond 4:45
responded
20:21
response 5:17
19:13 24:45
responsibility
8:49
responsible 6:49
rest 26:11
result 12:15
results 33:39
review 23:23
reviewed 16:23

17:9,13,21
right 2:15 3:21
3:29 18:27
20:9 22:25,33
23:37 24:19
26:21,31 29:31
30:11,17,29
31:27 32:27,27
32:49
Roberson 3:35
5:15 16:49
30:45,49 31:39
Robinson 4:21
5:21,39 9:39
10:9,11,13,23
10:25 11:13,31
11:45 12:15,29
12:51 13:9,13
13:19,37 14:23
14:49 15:19,29
15:41 16:27,33
17:15,27,37
20:51 23:43
25:17 28:33
Robinson's
17:11
room 2:51
roughly 10:45

**S**

S 1:21 2:15,17
2:33
safe 25:23
samples 5:9
sanction 31:43
sanctions 31:13
sand 27:11
Sanford 4:29
save 22:45
saying 20:21
scheme 4:11,15
12:35,37 16:35
16:45 30:29
second 9:25
see 12:49
seen 26:35

Senate 15:33
27:39
sense 29:11
September 5:53
7:17
series 25:43
seriously 19:45
services 3:49
13:25
settled 8:49
seven 15:47
share 11:23,29
Sharman's
24:45
short 4:39
shut 14:9
side 27:49
simply 11:35
21:27
sincerity 22:31
Sir 24:39
site 4:49 5:47,47
6:21 7:15,23
8:13,15,45
9:19,27,49
13:45,49
situations 26:39
six 3:33 4:13
Smog 6:17
soil 4:53
solely 13:29
somebody 27:13
somewhat 11:39
29:29
soon 25:25
sorry 21:33
29:19
sort 8:49 9:13
10:25 11:37
25:47 28:15
space 2:41
speak 11:37
special 2:23,23
2:27 3:27
specifically 4:47
speed 26:13

spread 29:29
spring 31:53
start 6:35 21:19
state 5:27 6:31
    6:33 7:11 8:15
    8:31,39 9:33
    9:35 14:27
    26:37 27:27,37
    27:41 33:15
statehouse
    27:37
States 3:31
station 29:49
Steven 3:37
Street 7:23
stuff 10:27
    22:43 29:9
subject 9:47
sued 8:31
suggest 28:21
summary 19:25
sun 18:13
Superfund 4:49
    5:47 6:21 7:13
    7:23 8:13,15
    8:45 9:19,27
    9:49 13:45,49
support 30:53
supports 24:25
    30:13
sure 4:31 15:37
    20:9 28:17
    32:27
surprised 26:17

**T**

T 33:9,9
take 18:21 29:21
    30:19
taken 14:23
    17:35
talk 28:9
talked 14:49
talking 17:11
Tarrant 6:25
team 19:31

tell 13:49 21:27
    22:53 24:23
    27:35
tens 5:49
testify 25:17
thank 2:35,45
    32:49
thanks 3:27
thing 14:9 28:15
things 13:17
think 21:15
    23:25,29 25:31
    25:33 27:9,21
    29:13
thinks 18:43
third 9:31 11:17
three 3:47 4:37
    5:35 9:9,11,15
    19:37 21:37
    25:19
time 4:39 5:21
    5:23 7:9 20:53
    21:47 23:21,39
    26:41 29:15
    30:51 31:41
    32:45
tip 22:19
tired 18:39
today 2:43 3:31
    5:37 11:21
    20:47
told 13:53
total 10:41
totaling 15:49
Town 2:15,33,37
    20:29 21:13,33
    21:41 22:11,21
    23:21,49 24:15
    24:43,53 25:21
    25:29 26:43,49
    28:17,27 29:17
    29:33 30:31,47
    31:21,29,53
    32:17,41
toxic 18:9
track 23:37

transcribed
    1:51,53 33:27
transcript 33:25
trial 19:31 21:49
    25:19,27
trouble 15:45
true 4:25 12:9
    12:11,27 33:27
truth 12:27
turn 2:13,33
    24:21
TUSCALOOSA
    33:17
two 3:45 6:21
    25:41
type 17:47
typed 33:25

**U**

U 1:21 2:15,17
    2:33
underscores
    12:33 16:47
understand
    21:17
understanding
    25:51
understood 9:43
unfortunately
    11:19
United 3:31
unlawful 19:13
updating 19:41
    19:41

**V**

vice 5:29
view 30:49
    31:37,45
violating 29:51
void 22:49
voted 15:31,41

**W**

W 33:51
wait 22:23
want 4:33 13:45

19:29 21:45
    24:17,19
wants 30:19
wasn't 27:29,29
way 4:19 10:49
    13:53 20:11
ways 17:47
ways-- 11:45
we'll 13:47,51
    25:45
we're 20:13
    21:47 22:35
    23:23 25:31
    26:19,27 29:43
    29:53 32:19,43
    32:45
we've 26:35
    29:13 32:23
weeks 25:41
went 10:43
    11:11 15:31
Whitmire 26:21
    32:9
wider 29:29
willing 9:53
wire 3:49
witness 21:29
WOMAN 2:11
    29:13
work 2:47 22:13
    24:47 25:9
worked 5:37
    19:31,35
worst 17:47
worth 25:11
wouldn't 11:41
    17:39
writing 28:33
wrong 11:13

**X**

**Y**

y'all 21:9,53
yeah 21:13,23
    22:21 25:23

26:21,43
year 6:15,27
    7:19 25:31,35
    26:11,19
years 3:11 20:37

**Z**

zealously 20:33

**0**

09/28/2017 1:25
    1:53

**1**

14,000 15:51

**2**

20 20:37
20,000 15:49
2013 5:53
2014 6:13 7:17

**3**

35th 4:49 7:23
360,000 10:45
    12:13 15:49
360K 25:11
    27:33

**4**

**5**

54 12:51 26:53

**6**

**7**

**8**

**9**

9/30/18 33:53