# ALABAMA ETHICS COMMISSION

## LOBBYIST'S FORM
## Quarterly Statement of Lobbying Activities

| | | | |
|---|---|---|---|
| Year: | 2016 | Quarter Covered by this Statement: | 1st (January - March) |

**General Information**

| | |
|---|---|
| Lobbyist: | GILBERT, JOEL IVERSON |
| Business | Balch & Bingham, LLP |
| Address: | 1901 6th Avenue North, Suite 1500 |
| City/State/Zip: | Birmingham, AL 35203 |
| Business Phone: | 205-251-8100 |
| E-Mail: | jgilbert@balch.com |

**Normal Business:**

| | |
|---|---|
| Normal Business | Balch & Bingham, LLP |
| Address: | 1901 6th Avenue North, Suite 1500 |
| City/State/Zip: | Birmingham, AL 35203 |

**Categories of legislation subject to lobbying activities**

Environmental

**Did you perform any lobbying activities during this period?**

Yes

- ◆_◆ **Yes:** If yes, complete the remainder of the form. If expenditures were made on behalf of several principals, you may add a list of those principals and amounts expended.
- ◆_◆ **No:** (see paragraph below)
  Lobbyist (1) performed no lobbying activities; (2) made no expenditures for lobbying activities; (3) loaned no money to any public official or candidate or member of their respective households or anyone on behalf of a public official or candidate or member of their respective households; and (4) had no direct business association with any candidate, public official, or public employee.

**Principal(s) for whom lobbying was done.**

| | | | |
|---|---|---|---|
| Principal Name: | Business Alliance for Responsible Development (BARD) | Phone: | 205-945-6472 |
| Address: | P.O. Box 430221 , Birmingham, AL 35243 | | |
| Name of Person Signing for Principal: | | | Sam G Lowrey III |

**Do you have any expenditures expended within a 24-hour period on a public official, public employee, and members of their respective households in excess of $250.00 for this principal?**

No

**Do you have any financial transactions, with public officials, candidates, or members of their households, of a value in excess of $500 during the prior quarter (excluding transactions required to be reported by Fair Campaign Practices Act)?**

No

**Were any loans made or promised to a public official or candidate?**

No

**Do you have any direct business association or partnership with any public official, candidate, or members of the household of such public official or candidate; provided, however, that campaign expenditures shall not be deemed a business association or partnership?**

| No |
|---|
| I certify that the above information is true and correct to the best of my knowledge. |
| **Date:** 04/13/2016 |
| **Type or Legibly Print name:** Joel Iverson Gilbert |