# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 2:17-cr-419-AKK-TMP |
| | ) | |
| JOEL IVERSON GILBERT | ) | |
| STEVEN GEORGE MCKINNEY | ) | |
| DAVID LYNN ROBERSON | ) | |

## MOTION TO SEAL

The United States respectfully requests that the Court allow the government to file under seal its response to the defendants' sealed motion docketed as Document 222.

Respectfully submitted,

JAY E. TOWN
United States Attorney

*/s/ John B. Ward*
GEORGE A. MARTIN, JR.
ROBIN B. MARK
JOHN B. WARD
Assistant United States Attorneys
1801 Fourth Avenue North
Birmingham, AL 35203

1

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2018, I filed this document electronically with the United States District Court for the Northern District of Alabama using the CM/ECF system and thereby caused a copy to be served on the defendants' counsel of record.

>*/s/ John B. Ward*
>JOHN B. WARD
>Assistant United States Attorney
>1801 Fourth Avenue North
>Birmingham, AL 35203
>(205) 244-2001