FILED
2018 Jul-21 PM 05:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:17-CR-00419-AKK-TMP |
| | ) | |
| JOEL IVERSON GILBERT, | ) | |
| DAVID LYNN ROBERSON, | ) | |

### Verdict

We, the jury, find the Defendant Joel Iverson Gilbert,

_____ Not Guilty \_\_\_X\_\_\_ Guilty as to Count One

_____ Not Guilty \_\_\_X\_\_\_ Guilty as to Count Two

_____ Not Guilty \_\_\_X\_\_\_ Guilty as to Count Three

_____ Not Guilty \_\_\_X\_\_\_ Guilty as to Count Four

_____ Not Guilty \_\_\_X\_\_\_ Guilty as to Count Five

_____ Not Guilty \_\_\_X\_\_\_ Guilty as to Count Six

SO SAY WE ALL.

July 20, 2018
Date