*United States of America v. Joel Iverson Gilbert, Steven George McKinney, David Lynn Roberson*

CASE NUMBER: 2:17-CR-00419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS **JURY TRIAL 6/25/18** **PLAINTIFF** GOVERNMENT **DEFENDANT** **David Lynn Roberson** COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | DESCRIPTION |
| | 3000 | | | | | | | | | | Undated PowerPoint on Community Strategy for 35th Ave. Superfund Site. |
| | 3001 | | | | | | | | | | 01/22/13 Trey Glenn email of notes to himself re: "Language for Initial Scope @ideas." |
| | 3002 | | | | | | | | | | 09/29/13 Email from Edmond Watters to Scott Phillips attaching article titled "Major Birmingham companies named responsible for North Birmingham contamination by EPA"; Scott Phillips forwards email to Trey Glenn. |
| | 3003 | | | | | | | | | | 09/30/13 Trey Glenn email to David Roberson, copying Scott Phillips attaching article titled "Major Birmingham companies named responsible for North Birmingham contamination by EPA." |
| | 3004 | | | | | | | | | | 10/10/13 Email from Trey Glenn to Joel Gilbert & David Roberson re: Drummond 35th Ave. Superfund Site Proposal. |
| | 3005 | | | | | | | | | | 11/22/13 Agreement Between Balch & Bingham, LLP and Southeast Engineering & Consulting, LLC. |

*United States of America v. Joel Iverson Gilbert,*  
*Steven George McKinney, David Lynn Roberson*

CASE NUMBER: 2:17-CR-00419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS JURY TRIAL 6/25/18 PLAINTIFF GOVERNMENT **DEFENDANT David Lynn Roberson** COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 3206 | | | | | | | | | Compilation of ORF Invoice and Payment Documents. |
| | 3207 | ✓ | | | | | | | 4/24/18 | Compilation of Drummond Invoice and Payment Documents. |
| | 3208 | | | | | | | | | Compilation of Balch & Bingham Invoice and Payment Documents. |
| | 3209 | | | | | | | | | Compilation of AJE Invoice and Payment Documents. |
| | 3210 | | | | | | | | | 02/12/15 Check 402024 from Balch & Bingham to Oliver Robinson Foundation for $14,000 re: Oliver Robinson Foundation/Community Involvement. |
| | 3211 | | | | | | | | | 02/12/15 Balch & Bingham invoice 571651. |
| | 3212 | | | | | | | | | 02/12/15 Email chain between Joel Gilbert & Blake Andrews, copying David Roberson re: Oliver Robinson. |
| | 3213 | | | | | | | | | 02/12/15 Check request from Linda Shaper to Joel Gilbert re: The Oliver Robinson Foundation. |

*United States of America v. Joel Iverson Gilbert,*  CASE NUMBER: 2:17-CR-00419-AKK-TMP
*Steven George McKinney, David Lynn Roberson*

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS **JURY TRIAL 6/25/18**<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>**DEFENDANT**<br>**David Lynn Roberson**<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 3214 | | | | | | | | | 02/12/15 Email from Linda Shaper to Chelsea Jones, copying Joel Gilbert re: check request for Oliver Robinson Foundation & invoice from The Oliver Robinson Foundation. |
| | 3215 | | | | | | | | | 02/12/15 Email chain among Dena Cote, Joel Gilbert, & Linda Shaper re: Drummond Company - Government Relations Expense attaching Balch Invoice 571651. |
| | 3216 | | | | | | | | | 02/12/15 Balch & Bingham invoice 571675. |
| | 3217 | | ✓ | | | | | | 6/24/18 | 02/13/15 Email chain among Dena Cote, Joel Gilbert, Linda Shaper, David Roberson, Carolyn Childs, & Jamie Ingle re: Drummond Co. invoice 571651. |
| | 3218 | | | | | | | | | 02/13/15 Email chain between Joel Gilbert, Steve McKinney, Dena Cote, copying Terri Gass, David Miceli, & Cindy Williams re: Drummond Expense Item. |
| | 3219 | | | | | | | | | 3/13/15 Invoice from Oliver Robinson Foundation re: Community Involvement; check attached. |

United States of America v. Joel Iverson Gilbert,
Steven George McKinney, David Lynn Roberson

CASE NUMBER: 2:17-CR-00419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. SECOND. OR LTD. | RECEIVED | EXHIBITS **JURY TRIAL 6/25/18**<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>**DEFENDANT**<br>**David Lynn Roberson**<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 3317 | | | | | | | | | 01/14/15 Letter from Lance LeFleur to EPA re: Proposed NPL Listing. |
| | 3318 | | | | | | | | | 01/15/15 Email from Joel Gilbert to Blake Andrews, Curtis Jones, Steve McKinney, & David Roberson, copying Mary Samuels re: Draft AG Comments on Proposed NPL. |
| | 3319 | | ✓ | | | | | | 7/2/19 | 01/20/15 R. Glaze files comments & exhibits on behalf of Drummond and ABC Coke in opposition to EPA's proposed NPL listing. |
| | 3320 | | | | | | | | | 01/20/15 Letter from Luther Strange to EPA re: National Priorities List, Proposed Rule No. 61. |
| | 3321 | | | | | | | | | 01/23/15 Letter from Lance LeFleur to Stacie Propst re: Propst's presentation at AEMC. |
| | 3322 | | | | | | | | | 01/27/15 Email chain between Lanier Brown & Lance LeFleur re: 35th Ave. proposed NPL. |

3469 ✓

7/5/18