FILED

2018 Jul-23  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

**STYLE:  U.S. v. Gilbert, et al.**                         **CASE NUMBER: 2:17-cr-000419-AKK-TMP**

| N O T O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D. C O N D. OR L T D. | R E C E I V E D | EXHIBITS DEFENDANTS Gilbert |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 511 | | | | | | | | | Oliver Robinson Get Smart |
| | 512 | ✓ | ✓ | | | | | | 7/11/18 | 3.10.16 email Gilbert to Powe, Amanda Robinson re: additional Get Smart questionnaires |
| | 513 | ✓ | ✓ | | | | | | 7/11/18 | 4.20.16 email Gilbert to Amanda Robinson changes to letter |
| | 514 | | | | | | | | | 4.27.16 email Gilbert to Roberson, Thompson, Richey, Godfrey, Comensky re: AJE update |
| | 515 | | | | | | | | | 2016 (Feb.-June) texts Amanda Robinson to Gilbert |
| | 516 | | | | | | | | | 2016 (Feb.-Dec.) texts between Gilbert & Powe |
| | 517 | | | | | | | | | 12.12.14 email Gilbert to Blake Andrews, McKinney, Roberson Robinson meeting with Toney |
| | 518 | | | | | | | | | 12.12.14 email Gilbert to Andrews re: report back from meeting |
| | 519 | | | | | | | | | 12.12.14 Alabama Department of Environmental Management Commission Meeting Minutes Transcript |
| | 520 | | | | | | | | | 2.6.15 email Irving Jones to Robinson, Gilbert, Roberson |

STYLE:  U.S. v. Gilbert, et al.                                               CASE NUMBER: 2:17-cr-000419-AKK-TMP

| N O T O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D. C O N D. OR L T D. | R E C I V E D | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 531 | | | | | | | | | 12.15.15 emails Linda Shaper, Carolyn Jeff, Chelsea Jones re: $10,875 check to Robinson Foundation |
| | 532 | | | | | | | | | 2.13.15 emails Roberson, Carolyn Childers, Jamie Ingle, Gilbert, Linda Shaper with attached Balch invoice |
| | | | | | | | | | | for Robinson Foundation to Drummond (2 months contract) |
| | 533 | | | | | | | | | 2.12.15 emails Gilbert, Blake Andrews re: how to handle payment for Robinson |
| | | | | | | | | | | (gilbert_email_drummond_OR_pay.pdf) |
| | 534 | | | | | | | | | 2.12.15 email Gilbert, Linda Shaper, Dena Cote, Chelsea Jones re: correct entity to pay |
| | 535 | | | | | | | | | 9.4.14 Tarrant City Council Meeting Minutes |
| | 536 | | | | | | | | | 9.5.14 Resolution 7955 signed by Loxcil Tuck, Lillian A. Keith, City Clerk |
| | 537 | | | | | | | | | Undated letter from Mayor Tuck to Citizens of Tarrant |
| | 538 | | | | | | | | | 8.3.16 EPA Franklin Hill to Tuck |
| | 539 | | | | | | | | | 2.22.16 EPA to Tuck |
| | 540 | | | | | | | | | 3.30.16 EPA Hill to Tuck |

STYLE: U.S. v. Gilbert, et al.                                                CASE NUMBER: 2:17-cr-000419-AKK-TMP

| N O T O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D. C O N D. OR L T D. | R E C E I V E D | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 551 | ✓ | | | | | | | 6/28/18 | Balch billing statements 35th Ave. Superfund |
| | 552 | ✓ | | | | | | | 6/28/18 | Balch billing statements GASP petition |
| | 553 | ✓ | | | | | | | 6/28/18 | Balch billing statements government relations |
| | 554 | | | | | | | | | 12.7.15 EPA letter to Lance LeFleur from Heather Toney with attached ADEM letter dated 10.20.15 |
| | 555 | | | | | | | | | 10.23.14 letter Luther Strange, AL Attorney General to Heather Toney EPA (with handwritten notes) with attached email exchanges, letters, LeFleur & others |
| | 556 | | | | | | | | | 10.30.14 letter from six AL US Congressman to EPA Toney re: concerns about EPA activities in Birmingham |
| | 557 | | | | | | | | | 8.25.14 Governor Bentley letter to LeFleur, cc: Phillip Davis |
| | 558 | | | | | | | | | 8.25.14 Governor Bentley letter to Mayor Bell re: concerns about EPA actions in Birmingham |
| | 559 | | | | | | | | | 9. .15 draft letter Shelby/Sessions to Gina McCarthy and Heather Toney, EPA |
| | 560 | | | | | | | | | 3.29.16 letter Heather Toney to Representative Gary Palmer |

**STYLE: U.S. v. Gilbert, et al.**                    **CASE NUMBER: 2:17-cr-000419-AKK-TMP**

| NO. OF FOFEREED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. C OR ND. OR LTD. | REC'VED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 611 | | | | | | | | | 7.20.16 email Suzanne Burger to Gilbert, Shaper, Crutcher re: Greenetrack draft agreement with Robinson |
| | 612 | | | | | | | | | 2.9.15 Oliver Robinson Foundation invoice to Balch for service provided – community involvement $14,000 |
| | 613 | | | | | | | | | Balch check 402024 dated 2.12.15 for $14,000 to Oliver Robinson Foundation |
| | 614 | | | | | | | | | Email correspondence to, from, among Gilbert, McKinney, Balch accounting regarding payment of Oliver Robinson Foundation invoice |
| | 615 | | | | | | | | | 10.9.14 902 Jefferson County Commission Resolution in opposition to 7.1.14 GASP petition |
| | 616 | | | | | | | | | 10.9.14 Jefferson County Commission resolution supporting City of Tarrant in opposition to GASP petition |
| | 617 | | | | | | | | | GASP Petition 7.1.14 Propst to Toney |
| | 618 | ✓ | | | | | | | | 8.3.16 email Robinson to Gilbert re: ethics commission deadlocks article / agreement with Robinson no vote |
| | 619 | ✓ | | | | | | | 7/11/18 | Journal Session 2015 |
| | 620 | | | | | | | | | 6.3.15 Rules Committee Vote tally sheet |

**STYLE: U.S. v. Gilbert, et al.**                                    **CASE NUMBER: 2:17-cr-000419-AKK-TMP**

| N O T O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D. C O N D. OR L T D. | R E C E I V E D | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 621 | | | | | | | | | SJR 97 by Senator Waggoner 6.4.15 Act. No. 2015-426 (final) |
| | 622 | | | | | | | | | SJR97 Engrossed version |
| | 623 | | | | | | | | | SJR97 Enrolled version |
| | 624 | | | | | | | | | SJR97 Introduced version |
| | 625 | | | | | | | | | 6.29.15 EPA letter to Propst in response to preliminary assessment petition 6.29.15 |
| | 626 | | | | | | | | | 9.8.14 LeFleur ADEM letter to Governor Bentley response to 9.4.14 request for briefing, Toney, Mayor Bell |
| | 627 | ✓ | | | | | | | 7/17/18 | 1.23.15 letter LeFleur ADEM to Propst re: comments at AEMC meeting |
| | 628 | | | | | | | | | 1.20.15 Richard Glaze (Balch) letter to EPA comments and exhibits supporting ABC Coke's objections |
| | 629 | ✓ | | | | | | | 7/2/18 | 1.20.15 Richard Glaze letter to Lodin re: ABC's detailed response to EPA's offer to conduct work at 35th Ave. superfund site |
| | 630 | | | | | | | | | 1.13.15 LeFleur ADEM letter to EPA |

**STYLE: U.S. v. Gilbert, et al.**

**CASE NUMBER: 2:17-cr-000419-AKK-TMP**

| N O T O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D. C O N D. OR L T D. | R E C E I V E D | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 631 | ✓ | | | | | | | 7/2/18 | 8.27.14 Richard Glaze (Balch) letter to Toney at EPA ABC Coke's response to GASP petition |
| | 632 | | | | | | | | | 4.21.15 ATSDR Public Health Assessment for Evaluation of Air Exposures in Communities adjacent to 35th Ave. Site Birmingham |
| | 633 | | | | | | | | | 3.31.16 letter Tuck to Franklin Hill at EPA |
| | 634 | | | | | | | | | Website capture – GASP |
| | 635 | | | | | | | | | Federal Register Vol. 79, No. 183 9.22.14 proposed rules |
| | 636 | | | | | | | | | 9.20.13 EPA to Curtis Jones at Drummond – general notice letter |
| | 637 | | | | | | | | | Withdrawn |
| | 638 | | | | | | | | | 4.20.16 email Amanda Robinson to Gilbert re: community outreach |
| | 639 | | | | | | | | | 3.4.15 email Jacqueline Tymes to Gilbert with attached 3.4.15 House Robinson letter to LeFleur |
| | 640 | | | | | | | | | 12.22.14 email Gilbert to Blake Andrews, Roberson, McKinney re: Robinson questions for GASP |

STYLE:  U.S. v. Gilbert, et al.                                          CASE NUMBER: 2:17-cr-000419-AKK-TMP

| N O T E O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D. C O N D. OR L T D. | R E C I V E D | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 651 | | | | | | | | | 10.15.14 Balch Drummond meeting agendas |
| | 652 | | | | | | | | | 10.1.14 Balch Drummond meeting agenda |
| | 653 | | | | | | | | | 2016 (April-Aug.) texts between Gilbert and Robinson |
| | 654 | | | | | | | | | SAT Initiative Tarrant Elementary School 6.1.11 |
| | 655 | | ✓ | | | | | | 7/5/18 | Compilation of community comments |
| | 656 | | ✓ | | | | | | 7/11/18 | 10.26.15-10.27.15 Amanda Robinson to Gilbert, Roberson emails regarding survey results |
| | 657 | | | | | | | | | 10.26.15 email Jeff to Jones requesting Robinson Foundation check |
| | 658 | | ✓ | | | | | | 7/5/18 | Parcel ownership research list Tarrant |
| | 659 | | ✓ | ✓ | | | | | 7/11/18 | Brochure/ Hand Bill handwritten notes |
| | 660 | | ✓ | | | | | | 7/5/18 | Get Smart Church Visitation schedule |

STYLE: U.S. v. Gilbert, et al.                                      CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 661 | ✓ | | | | | | | 7/5/18 | Flyer for Lilly Baptist Church informational meeting 3.8.16 |
| | 662 | ✓ | | | | | | | 7/11/18 | 12.14.15 email Amanda Robinson with Hezekiah Jackson |
| | 663 | ✓ | | ✓ | | | | | 7/11/18 | 3.9.16 correspondence Amanda Robinson and Hezekiah Jackson |
| | 664 | | | | | | | | | 11.18.15 Hezekiah Jackson to Amanda Robinson, Oliver Robinson |
| | 665 | ✓ | | | | | | | 7/11/18 | 3.14.16 agenda meeting Inglenook Neighborhood Association |
| | 666 | | | | | | | | | 2.8.15 Inglenook monthly meeting minutes Carolyn Cauthen, President |
| | 667 | ✓ | | | | | | | 7/11/18 | Get Smart Tarrant slide deck |
| | 668 | ✓ | | | | | | | 7/11/18 | Letter to parents from Amanda Robinson regarding 2016 Coat Drive |
| | 669 | | | | | | | | | 11.2.15 email Oliver Robinson to Amanda Robinson re: itemized Get Smart Invoice |
| | 670 | | | | | | | | | Get Smart Invoices composite all invoices |

STYLE:  U.S. v. Gilbert, et al.                                           CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 671 | ✓ | ✓ | | | | | | | Affidavits and transmittal correspondence |
| | 672 | | | | | | | | | Balch's response to EPA submitted 1.20.15 in opposition to the NPL proposal |
| | 673 | | | | | | | | | 8.3.16 text message exchange between Oliver Robinson and Gilbert |
| | 674 | | | | | | | | | 10.25.16 email John Powe to Gilbert, Oliver Robinson attaching Scope of work for community action plan |
| | 675 | | | | | | | | | 11.30.16 Oliver Robinson press release announcing resignation |
| | 676 | | | | | | | | | 11.30.16 Gilbert to Roberson article Robinson out |
| | 677 | | | | | | | | | FOIA complaint filed in the USDC/NDAL by Drummond against EPA |
| | 678 | | | | | | | | | |
| | 679 | | | | | | | | | Regions' privilege log |
| | 680 | ✓ | | | | | | | 7/11/18 | |

STYLE:  U.S. v. Gilbert, et al.                                      CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 691 | | | | | | | | | |
| | 692 | | | | | | | | | |
| | 693 | | | | | | | | | 12.23.14 email Gilbert to Andrews, McKinney, Roberson re: recording of Oliver's meeting with GASP |
| | 694 | | | | | | | | | 10.27.15 email Gilbert to Amanda Robinson, Roberson, Powe re: update from surveys |
| | 695 | | | | | | | | | 4.14.16 email Gilbert to Amanda Robinson, Powe re: community outreach |
| | 696 | ✓ | ✓ | | | | | | | 2.9.16 email Gilbert to Amanda Robinson, Powe, Roberson re: Tarrant Elementary School |
| | 697 | | | | | | | | | 2.3.16 email McBride to Gilbert re: attend meeting |
| | 698 | | | | | | | | | 10.16.15 email Gilbert to Richey, Bowden, Thompson, Roberson, McKinney re: draft AJE letter, etc. |
| | 699 | | | | | | | | | 12.16.14 email Gilbert to Roberson, Andrews, McKinney re: follow up from last week's meeting with EPA |
| | 700 | | | | | | | | | 7.13.16 email Gilbert to Messier, Roberson re: AJE disseminate to neighborhoods |

STYLE:  U.S. v. Gilbert, et al.                                           CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 701 | | | | | | | | | 5.24.16 email Gilbert to Roberson, Thompson, Richey, others re: House Oversight Committee |
| | 702 | | | | | | | | | 2.23.16 email Gilbert to Roberson, Thompson, Godfrey, Richey, Bowden re: initial results of Get Smart Survey |
| | 703 | | | | | | | | | 2.23.16 Amanda Robinson email to Gilbert re: obtaining ownership information for properties |
| | 704 | | | | | | | | | 3.10.16 email Gilbert to Roberson, Thompson, etc. re: Get Smart questionnaire |
| | 705 | | | | | | | | | 4.14.16 email Gilbert to Roberson, Thompson, etc. re: final results |
| | 706 | ✓ | | | | | | | 7/2/18 | 4.21.16 email Gilbert to Roberson, Thompson, etc. re: AJE update on community outreach |
| | 707 | | | | | | | | | 4.21.16 email Gilbert to Andrews, Jones, Roberson, McKinney, Samuels, others re: update on outreach |
| | 708 | | | | | | | | | 4.27.16 email Gilbert to Roberson, Thompson, etc. re: AJE update, EPA Tarrant activities |
| | 709 | | | | | | | | | 4.27.16 email Gilbert to Andrews, Jones, Roberson, McKinney, Samuels others community outreach |
| | 710 | | | | | | | | | 4.27.16 email Amanda Robinson to Gilbert re: meeting with Melick |

STYLE: U.S. v. Gilbert, et al.

CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 711 | | | | | | | | | 5.24.16 email Gilbert to Roberson, Thompson, etc. re: House Oversight |
| | 712 | | | | | | | | | 10.16.15 email Gilbert to Richey, Bowden, Thompson, McKinney re: draft AJE letter |
| | 713 | ✓ | | | | | | | 7/5/18 | Get Smart sampling/testing questionnaires |
| | 714 | ✓ | | | | | | | 7/5/18 | Get Smart general attitudes questionnaires |
| | 715 | | | | | | | | | 2.5.15 Complaint filed by Ludder re: issuance of permit to ABC Coke |
| | 716 | | | | | | | | | 5.21.15 email Trey Glenn to Spears with draft resolution |
| | 717 | | | | | | | | | 6.12.13 letter EPA Lodin to Drummond, Dwight Hicks re: supplemental request for information |
| | 718 | | | | | | | | | Lewis Elementary School Additional assessment |
| | 719 | | | | | | | | | Lewis Elementary School initial analysis |
| | 720 | | | | | | | | | 2.9.18 EPA memorandum from Kristy Eubanks to Randall Chaffins re: Superfund cost documentation |

STYLE: U.S. v. Gilbert, et al.                    CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 731 | | | | | | | | | Tarrant Access Agreements / Authorizations |
| | 732 | | | | | | | | | Tarrant Tech report 2009 study |
| | 733 | | | | | | | | | 6.29.15 email Anita Davis to Neema Atashi, Swalts re: with attached Final Pinson Valley preliminary assessment |
| | 734 | | | | | | | | | 6.29.15 email Anita Davis to Neema, Swalts FAQs Pinson Valley neighborhood preliminary assessment |
| | 735 | ✓ | | | | | | 6/29/18 | | 12.15.14 handwritten notes Gilbert re: Drummond |
| | 736 | | | | | | | | | 12.15.14 email Roberson to McKinney, Gilbert re: ADEM meeting |
| | 737 | | | | | | | | | 12.15.14 email Gilbert to Richard Owens, Poling, Mason, Roberson, others with summary of GASP presentation to AEMC |
| | 738 | | | | | | | | | 12.15.14 Roberson, McKinney, Gilbert to Curt Jones and Blake Andrews with audio file from EPA meeting |
| | 739 | | | | | | | | | 12.17.14 Gilbert email to Roberson, McKinney spoken to governor's office to make aware of what is going on, call to Tambling, Turner |
| | 740 | | | | | | | | | Drummond staff meeting notes 10.1.14 |

STYLE:  U.S. v. Gilbert, et al.                                    CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 741 | ✓ | | | | | | | 7/16/18 | Drummond staff meeting notes 10.15.14 |
| | 742 | | | | | | | | | Drummond staff meeting notes 10.8.14 |
| | 743 | | | | | | | | | 10.1.14 tentative Drummond staff meeting |
| | 744 | | | | | | | | | 12.19.14 email Roberson to Gilbert, Glenn, Phillips re: letter from ADEM |
| | 745 | | | | | | | | | 12.19.14 email Gilbert to Glenn, Phillips ADEM's draft NPL |
| | 746 | | | | | | | | | 1.22.15 Robinson note Sam Nunn Atlanta Federal Center North Birmingham Federal Interagency Work Group Meeting on environmental justice |
| | 747 | | | | | | | | | 2.16.15 email Gilbert to Roberson re: job keeper's action items re: GASP |
| | 748 | | | | | | | | | Oliver Robinson composite |
| | 749 | | | | | | | | | Oliver Robinson contact sheet |
| | 750 | | | | | | | | | 2.20.15 Agenda meeting of AEMC with attached 1.28.15 Alabama Rivers Alliance letter to AEMC |

STYLE:  U.S. v. Gilbert, et al.                                    CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 791 | | | | | | | | | 10.21.15 Meeting document Gilbert, Roberson, Amanda Robinson |
| | 792 | | | | | | | | | 10.23.15 Gilbert to Amanda Robinson, Roberson with ADEM's letter to EPA, etc. |
| | 793 | | | | | | | | | Withdrawn |
| | 794 | | | | | | | | | 10.28.15 Gilbert to Roberson, Powe, Amanda Robinson 90 residences and 22 lots identified by EPA |
| | 795 | | | | | | | | | 10.29.15 Gilbert to Roberson, Oliver Robinson re: message from Delli-Gatti |
| | 796 | | | | | | | | | 10.30.15 Robinson to Gilbert draft flyer for Tarrant |
| | 797 | | | | | | | | | 11.9.15 Roberson draft financials for AJE |
| | 798 | ✓ | ✓ | | | | | | | 11.9.15 Email Amanda Robinson to Gilbert reporting meeting with Tuck, Waggoner, attorney |
| | 799 | | | | | | | | | 11.23.15 Amanda Robinson to Gilbert photos of yard signs |
| | 800 | | | | | | | | | List of properties that want signs |

STYLE: U.S. v. Gilbert, et al.                    CASE NUMBER: 2:17-cr-000419-AKK-TMP

| N O T   O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if ahy) | | | RULING ON REOFFER | | R E C D.   C O N D.   OR   L T D. | R E C E I V E D | EXHIBITS  DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 801 | | | | | | | | | 12.1.15 Emails Gilbert, Glenn re: EPA site investigation |
| | 802 | | | | | | | | | 12.1.15 Roberson list of attendees at 11.30.15 AJE meeting to Richey, Thompson, Bowden, Gilbert |
| | 803 | ✓ | | | | | | | 7/11/18 | 12.15.15 Gilbert comments to Amanda Robinson flyer |
| | 804 | | | | | | | | | 12.15.15 Gilbert revisions to EPA is here flyer to Roberson |
| | 805 | | | | | | | | | 1.5.16 Amanda Robinson email to Gilbert, Roberson re: update on phase II surveys |
| | 806 | | | | | | | | | 1.25.16 Amanda Robinson email to Gilbert, coat drive, check ready |
| | 807 | | | | | | | | | Withdrawn |
| | 808 | | | | | | | | | Withdrawn |
| | 809 | | | | | | | | | 2.18.16 text Robinson to Gilbert, Powe from Working Group for Environmental Justice meeting |
| | 810 | | | | | | | | | Withdrawn |

STYLE:  U.S. v. Gilbert, et al.

CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 831 | | | | | | | | | 9.29.16 email Gilbert to Shaper, Roberson revised bill to AJE |
| | 832 | | | | | | | | | 10.6.16 Gilbert to Roberson recent proposal from Get Smart for Kingston and Norwood |
| | 833 | | | | | | | | | 10.12.16 email Gilbert to Robinson, Powe re: Tarrant flyer |
| | 834 | | | | | | | | | 10.14.16 email Powe to Gilbert new Get Smart proposal |
| | 835 | | | | | | | | | 10.17.16 email Powe to Gilbert, Roberson biweekly report |
| | 836 | | | | | | | | | Withdrawn |
| | 837 | | | | | | | | | 11.3.16 Carolyn Jeff for W9's for Oliver Robinson Foundation and AJE |
| | 838 | | | | | | | | | 11.9.16 Powe to Gilbert summary WE 10/30 |
| | 839 | | | | | | | | | 12.1.16 Gilbert to Roberson article from Alabama Political Reporter re: Robinson resignation |
| | 840 | ✓ | | | | | | 6/29/18 | | 12.15.14 Gilbert email to Butrus re: need to talk |

STYLE:  U.S. v. Gilbert, et al.

CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 921 | | | | | | | | | 5.1.16 Gmail emails Amanda Robinson to Hezekiah Jackson |
| | 922 | | | | | | | | | 4.28.16 Gmail emails Amanda Robinson to Melick |
| | 923 | | | | | | | | | 5.19.16 Gmail emails Melick to Amanda Robinson |
| | 924 | | | | | | | | | 5.19.16 Gmail emails Melick to Amanda Robinson |
| | 925 | | | | | | | | | 6.1.16 Gmail emails Hezekiah Jackson to Amanda Robinson |
| | 926 | | | | | | | | | Sample location list |
| | 927 | | | | | | | | | Draft affidavits |
| | 928 | | | | | | | | | Bank deposit slips |
| | 929 | | | | | | | | | 11.10.14 memo Roberson to Drummond, Tracy, Webster draft outline communications campaign |
| | 930 A | ✓ | ✓ | | | | | | | |

STYLE: U.S. v. Gilbert, et al.                                      CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 971 | | | | | | | | | 7.31.14 letter LeFleur to Mayor Bell re: proposed superfund site with attached 4.2.14 EPA letter to Davis |
| | 972 | | | | | | | | | 8.25.14 letter Governor Bentley to Mayor Bell re: superfund site |
| | 973 | | | | | | | | | 8.28.14 letter Mayor Bell to McTeer Toney considering petition by GASP |
| | 974 | | | | | | | | | 8.28.14 Gilbert email to Elliott, Davis, LeFleur, Roberson, others re: ABC Coke's response to GASP petition |
| | 975 | | | | | | | | | 9.4.14 email LeFleur to Byrne re: proposed NPL listing |
| | 976 | | | | | | | | | 9.8.14 email Hammett to LeFleur, Byrne re: 9.8.14 letter to Bentley |
| | 977 | ✓ | | | | | | | 7/9/18 | 9.8.14 email Barnett to LeFleur draft revisions to letter to Bentley |
| | 978 | | | | | | | | | 9.16.14 email Hammett to LeFleur re: NPL listing |
| | 979 | | | | | | | | | 9.17.14 email McCarthy to LeFleur re: NPL listing |
| | 980 | | | | | | | | | 9.17.14 email LeFleur to Boxler re: NPL listing |

STYLE:  U.S. v. Gilbert, et al.

CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS  DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1011 | | | | | | | | | 1.13.15 letter ADEM LeFleur to EPA re: proposed NPL listing |
| | 1012 | | | | | | | | | 1.14.15 email Debi Thomas to LeFleur, Lanier Brown, Phillips, others re: Dr. Propst from GASP, 12.12.14 EMC presentation |
| | 1013 | | | | | | | | | 1.15.15 email Barnett to LeFleur, others re: AG 35th Ave. superfund comment letter Strange comments |
| | 1014 | | | | | | | | | 1.20.15 email Barnett to LeFleur, others re: Alabama Gas Sid Trent comments to NPL listing proposal |
| | 1015 | | | | | | | | | 1.20.15 email Mowrey to LeFleur, Barnett re: comments NewFields |
| | 1016 | | | | | | | | | 1.20.15 Attorney General Strange letter to EPA comments in response to EPA, not supporting |
| | 1017 | | | | | | | | | 1.23.15 ADEM LeFleur letter to Propst re: 12.12.14 comments |
| | 1018 | | | | | | | | | 1.23.15 email Echols to LeFleur re: response to 1.12.15 letters to EMC |
| | 1019 | ✓ | ✓ | ✓ | | | | | | 1.27.15 email Lanier Brown to LeFleur re: ATSDR shows no human risk |
| | 1020 | | | | | | | | | 1.27.15 email Lanier Brown to LeFleur re: ADEM should make challenge |

STYLE: U.S. v. Gilbert, et al.                                              CASE NUMBER: 2:17-cr-000419-AKK-TMP

| N O T O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D. C O N D. OR L T D. | R E C E I V E D | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1041 | | | | | | | | | 7.24.15 email Phil Davis to LeFleur re: ATSDR news room |
| | 1042 | | | | | | | | | 9.8.15 letter GASP Lewis to Toney, EPA air monitoring 2015 |
| | 1043 | | | | | | | | | 10.19.15 email Terry Richardson to LeFleur, Lanier Brown, others re: Get Smart irresponsible |
| | 1044 | | | | | | | | | 12.7.15 EPA letter to LeFleur in response to 10.20.15 letter |
| | 1045 | | | | | | | | | 9.30.15 letter Robert Mowrey to Agency for Toxic Sustances and Disease Registry |
| | 1046 | | | | | | | | | 10.18.15 email Lanier Brown to LeFleur, others re: Amanda Robinson letters, documents |
| | 1047 | | | | | | | | | 10.19.15 email Paul Davis to LeFleur, Barnett, Elliott re: Tarrant response to HLB |
| | 1048 | ✓ | ✓ | | | | | | 7/6/18 | 10.20.15 ADEM LeFleur letter to Toney EPA re: SJR97 |
| | 1049 | | | | | | | | | 10.20.15 email Terry Richardson to LeFleur re: engagements with EPA |
| | 1050 | | | | | | | | | 10.20.15 email James Laier to Richardson, LeFleur, Lanier Brown, others response to Richardson 10.19.15 email |

STYLE: U.S. v. Gilbert, et al.                                    CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1111 | | | | | | | | | 11.20.14 memo to Mr. Drummond, Mike Tracy and Bruce Webster from Roberson |
| | 1112 | ✓ | | | | | | | 7/11/18 | 11.6.15 OR issues emails Lineberry to Butrus re: 2011 form 990s, articles of incorporation Oliver Robinson Foundation |
| | 1113 | | | | | | | | | 1.5.16 Gilbert to Amanda Robinson re: Benson property |
| | 1114 | | | | | | | | | 11.12.15 letter Ben Goldman to Gilbert re: City of Tarrant |
| | 1115 | | | | | | | | | 4.21.16 email Tuck to Hill re: Get Smart affidavits |
| | 1116 | | | | | | | | | 7.1.16 email Stoeffhaas to Goldman, Gilbert re: Tarrant/EPA |
| | 1117 | | | | | | | | | 10.21.13 email Samuels to Glaze, Moore, Strube re: PowerPoint for Drummond |
| | 1118 | | | | | | | | | 11.20.13 email Gilbert to Moore, McKinney, Strube, Glaze re: 35th Ave. availability for individual liability discussions |
| | 1119 | | | | | | | | | 10.1.14 meeting notification Drummond, Glaze, Strube, McKinney, Gilbert, others with 9.30.14 email |
| | 1120 | | | | | | | | | 1.3.16 email Amanda Robinson to Gilbert re: recent information |

STYLE: U.S. v. Gilbert, et al.                                    CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1131 | | | | | | | | | 1.5.16 email Amanda Robinson to Gilbert re: data from phase 2 |
| | 1132 | | | | | | | | | 1.6.16 email Amanda Robinson to Gilbert re: Benson |
| | 1133 | | | | | | | | | 7.18.16 email Gilbert to Boldman re: Teck Cominco case |
| | 1134 | | | | | | | | | 1.13.16 draft potential discussion items for City of Tarrant |
| | 1135 | | | | | | | | | 3.7.16 email Wendel to Gerald Hardy re: background sampling for Tarrant |
| | 1136 | | | | | | | | | 10.21.15 email Gilbert to Goldman re: ADEM letter Tarrant |
| | 1137 | | | | | | | | | 9.3.14 email Tuck to Keith with Gilbert to Goldman email re: revised Tarrant resolution re: GASP petition |
| | 1138 | ✓ | | | | | | 4/23/18 | | Tiered Compensation System |
| | 1139 | | | | | | | | | 7.1.15 email Gilbert to Ben Goldman re: Pinson Valley |
| | 1140 | | | | | | | | | 11.12.15 email Gilbert to Ben Goldman re: COC invitation |

STYLE:  U.S. v. Gilbert, et al.                                    CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC D. COND. OR LTD. | RECEIVED | EXHIBITS DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1161 | ✓ | | | | | | | 7/5/18 | 1.10.14 email Glenn to David Moore re: SEC action items |
| | 1162 | | | | | | | | | Gilbert Alabama Water Resources conference and compensation |
| | 1163 | | | | | | | | | 2015 Balch partner billing |
| | 1164 | | | | | | | | | 2.22.16 email Miceli to Tim Tracy re: compensation |
| | 1165 | | | | | | | | | 1.14.16 email Jardine to Russell Henderson, others re: Get Smart Tarrant campaign |
| | 1166 | | | | | | | | | February 2015 Balch billing chart |
| | 1167 | | | | | | | | | Skeo EPA contract |
| | 1168 | | | | | | | | | Tetra Tech EPA contract |
| | 1169 | | | | | | | | | Accura EPA contract |
| | 1170 | | | | | | | | | 2.18.16 Save the Date North Birmingham Federal Interagency Working Group |

STYLE: U.S. v. Gilbert, et al.                                    CASE NUMBER: 2:17-cr-000419-AKK-TMP

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS  DEFENDANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1171 | ✓ | ✓ | | | | | | | 8.19.14 email Anita Davis to Anderson, Brown, Delli-Gatti, others re: North Birmingham communications plane |
| | 1172 | | | | | | | | | 6.24.14 revision North Birmingham Communication plan |
| | 1173 | | | | | | | | | Executive Summary of 8.4.14 Federal Interagency working group meeting Heather Toney |
| | 1174 | | | | | | | | | 2.24.12 Draft Communications Outreach Strategy EPA |
| | 1175 | | | | | | | | | 7.16.14 email Anita Davis to Sue Casteel re: 8.4.14 North Birmingham meeting |
| | 1176 | | | | | | | | | 3.12.16 PowerPoint North Birmingham Interagency Working Group for Environmental Justice |
| | 1177 | | ✓ | | | | | | | 5.9.16 email Anita Davis to Caroline Freeman re: citizen nomination William Parker |
| | 1178 | ✓ | | | | | | | 7/3/18 | 3.18.05 IRS notice to Oliver Robinson Foundation re: tax exempt |
| | 1179 | | | | | | | | | 10.38.13 invoice Robinson & Robinson to Birmingham Shuttlesworth International Airport |
| | 1180 | | | | | | | | | Robinson & Robinson invoices to Regions |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS **DEFENDANTS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | | | | | | | | | | |
| | 1221 | ✓ | | | | | | | 7/21/18 | 5.24.16 email Gilbert to Roberson |
| | 1222 | ✓ | | | | | | | 4/24/18 | 7.13.16 email Gilbert to Messier, et al. |
| | 1223 | ✓ | | | | | | | 4/24/18 | 10.21.15 email Gilbert to Richey |
| | 1224 | ✓ | | | | | | | 4/24/18 | 4.14.16 email Gilbert to Roberson |
| | 1225 | | | | | | | | | |
| | 1226 | ✓ | | | | | | | 7/24/18 | 4.27.16 email Gilbert to Roberson |
| | 1227 | | | | | | | | | |
| | 1228 | | | | | | | | | |
| | 1229 | | | | | | | | | |

| N O T   O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.   C O N D.   OR   L T D. | R E C E I V E D | EXHIBITS **DEFENDANTS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | | | | | | | | | | |
| | 1230 | | | | | | | | | |
| | 1231 | | | | | | | | | |
| | 1232 | | | | | | | | | |
| | 1233 | | | | | | | | | |
| | 1234 | | | | | | | | | |
| | 1235 | | | | | | | | | |
| | 1236 | ✓ | | | | | | | 6/21/18 | 12.16.15 email Jeff to Jones, Cote re: ORF check |
| | 1237 | | | | | | | | | |
| | 1238 | | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS **DEFENDANTS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | | | | | | | | | | |
| | 1239 | | | | | | | | | |
| | 1240 | ✓ | | | | | | | 6/29/18 | 11.9.15 email Roberson to Thompson, others re: AJE |
| | 1241 | ✓ | | | | | | | 6/29/18 | Balch lobby photo |
| | 1242 | ✓ | | | | | | | 6/29/18 | Balch lobby photo |
| | 1243 | ✓ | | | | | | | 6/29/18 | Photo of Robinson and Powe |
| | 1244 | | | | | | | | | |
| | 1245 | | | | | | | | | |
| | 1246 | | ✓ | | | | | | 7/6/18 | 3.18.15 email Gilbert to Richey re: AJE follow up and SuperFund PowerPoint |
| | 1247 | ✓ | | | | | | | 7/6/18 | 9.30.15 email Roberson to Thompson, Richey, etc. re: membership meeting for AJE |
| | 1248 | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1249 | | | | | | | | | |
| 1250 | | | | | | | | | |
| 1251 | | | | | | | | | |
| 1252 | | | | | | | | | |
| 1253 | | | | | | | | | |
| 1254 | | | | | | | | | |
| 1255 | | | | | | | | | |
| 1256 | | | | | | | | | |
| 1257 | | | | | | | | | |
| 1258 | | | | | | | | | |
| 1259 | | | | | | | | | |
| 1260 | | | | | | | | | |
| 1261 | | | | | | | | | |
| 1262 | ✓ | | | | | | | 7/9/18 | 10.14.14 email Tambling to Athcheson re: AG Strange letter |
| 1263 | | | | | | | | | |
| 1264 | | | | | | | | | |
| 1265 | | | | | | | | | |
| 1266 | | | | | | | | | |
| 1267 | | | | | | | | | |
| 1268 | | | | | | | | | |
| 1269 | | | | | | | | | |
| 1270 | ✓ | | | | | | | 7/9/18 | 1.20.15 email Atcheson to Tambling |
| 1271 | | | | | | | | | |
| 1272 | | | | | | | | | |
| 1273 | | | | | | | | | |
| 1274 | | | | | | | | | |
| 1275 | | | | | | | | | |
| 1276 | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1277 | ✓ | | | | | | 7/9/18 | 12.4.14 letter from Stanislaus to Strange re: proposed 35th Ave. Site |
| 1278 | ✓ | | | | | | 7/9/18 | 11.20.14 Chaffins to Tambling re: AG''s comment letter to EPA |
| 1279 | | | | | | | | |
| 1280 | | | | | | | | |
| 1281 | | | | | | | | |
| 1282 | | | | | | | | |
| 1283 | | | | | | | | |
| 1284 | | | | | | | | |
| 1285 | | | | | | | | |
| 1286 | | | | | | | | |
| 1287 | ✓ | | | | | | 7/6/18 | 1.2.15 email Gilbert to Jones re: follow up from last week's meeting with EPA |
| 1288 | ✓ | | | | | | 7/6/18 | 1.2.15 email Gilbert to Jones re: EPA reps |
| 1289 | ✓ | | | | | | 7/6/18 | 1.7.15 calendar entry re: Robinson conference call |
| 1290 | ✓ | | | | | | 7/6/18 | 1.8.15 email from Gilbert to Jones re: Robinson contact info |
| 1291 | | | | | | | | |
| 1292 | | | | | | | | |
| 1293 | | | | | | | | |
| 1294 | | | | | | | | |
| 1295 | | | | | | | | |
| 1296 | | | | | | | | |
| 1297 | | | | | | | | |
| 1298 | ✓ | | | | | | 7/12/18 | 2.10.15 email Jones to Gilbert re: OR letter |
| 1299 | ✓ | | | | | | 7/12/18 | 2.2.15 email Jones to DeLawrence re: SC&E agreement |
| 1300 | ✓ | | | | | | 7/11/18 | 1.21.15 email Jones to Powe re: uploading instructions |