| From: | Gilbert, Joel </O=BALCH/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JGILBERT> |
|---|---|
| Sent: | Thursday, April 14, 2016 9:06 AM |
| To: | 'David Roberson' <droberson@drummondco.com>; 'mikethompson@thompsontractor.com'; 'Van Richey (vrichey@american-usa.com)'; 'Godfrey, Mike (Environmental)' <JGODFREY@southernco.com>; Susan Comensky <SCOMENSK@southernco.com> |
| Subject: | AJE Update on Community Outreach / EPA Tarrant Activities / Etc. (Attorney Client Communication / Privileged & Confidential) |
| Attach: | Final results.pdf; EPA March 30 Letter to City.pdf; Tarrant March 31 Letter.pdf; Strada map.pdf; GASP UAB Superfund research email.pdf; Clean-Air-Initiative-Brochure-FINAL.pdf; Shelby Sessions Palmer Letter to EPA.pdf; EPA Response to Federal Delegation Letter.pdf |

**Attorney Client Communication / Privileged & Confidential**

I apologize in advance for the length of this email. Although it has been less than a month since my last update on March 22nd, there has been a lot going on I wanted to make sure everyone was up-to-date on community outreach / EPA activities / other developments.

Community Outreach Activities

Get Smart and the local NAACP have met with numerous pastors in Tarrant within the last several weeks. In particular, two churches, Rushing Springs Baptist Church and Lily Baptist Church, are helping these groups reach out to other churches in the area and are very supportive of Get Smart. Rushing Springs held a church leadership meeting for the churches in the area so that Get Smart could give a presentation on EPA activities and their impact to Tarrant and Inglenook. At that meeting, Get Smart provided the pastors with information to hand out to their members. In addition, Rushing Springs requested 100 Get Smart flyers (and made additional copies on their own) to hand out during their weekly ministry activities in the Tarrant/Inglenook communities.

In addition, Get Smart was invited by the City to the Tarrant Easter Egg hunt on March 26th to hand out Get Smart information. Tarrant residents were very receptive of Get Smart and consistently stated that they did not support the EPA investigation.

The NAACP has been working diligently in the Inglenook community and has been attending various neighborhood meetings. In addition, the NAACP also attended Inglenook Neighborhood Association's Community Day on March 26th to hand out Get Smart information and speak with those in the community about EPA's investigation and what it could mean for the Inglenook neighborhood.

Over the past several weeks, Get Smart has been following up the Tarrant residents that answered the earlier questionnaires to obtain affidavits documenting their experience with EPA during the sampling of their properties. Get Smart has collected approximately 17 affidavits. Get Smart plans to provide several of the affidavits to local and state representatives in the near future for their use.

Finally, Get Smart has been going door-to-door throughout the area targeted for Phase II sampling by EPA to update them on some of the tactics EPA used in obtaining access to the resident's yards during the Phase I sampling as well as re-educating them on why EPA is in the area and the impacts EPA's actions could potentially have on their neighborhood and the City of Tarrant.

City of Tarrant / EPA Investigation

**CONFIDENTIAL**

2:17-CR-00419-AKK-TMP
06/25/18 Jury Trial

DEFENDANT EXHIBIT 1224

**Balch-ORF-PRIV-003429**

Balch-ORF-PRIV-003429
**DX 1224 - 001**

There have been several developments with regard to EPA's investigation of Tarrant since my last update.

On March 30th, EPA responded to Mayor Tuck's February 29th letter which provided the City of Tarrant's concerns with EPA's SAP/QAPP (see attached "EPA March 30 Letter to City") and the results of the Phase I sampling (see attached "Final results"). **Per the sampling report, all sample results are below EPA removal management levels (RML).** Obviously, this is a very good outcome. However, of note, EPA did not include the background sampling results taken in Norwood and Kingston that EPA intended to use to compare the Tarrant samples. As such, while the Phase I results show they are below the respective RMLs and are encouraging, we do not know how the Phase I samples compare to the samples EPA took to allegedly establish background levels.

The City of Tarrant responded on March 31st to EPA's letter requesting the background sampling data and providing that if EPA intends to move forward with the South Tarrant investigation, then the City would like to meet to understand EPA's proposed next steps but only after it has had time to review the background sampling data to ensure the City has a complete picture of all the data EPA is using to determine further investigation is necessary (see attached "Tarrant March 31[st] Letter"). EPA has not responded to the City's latest correspondence; however, in the last few days, we have been told from various sources in contact with EPA that EPA intends to begin sampling of the Phase II area within the next few weeks. In addition, it is also our understanding that the results of the samples taken in Norwood and Kingston by EPA to allegedly establish background for the Tarrant investigation came back very high and EPA is now going to use these results to begin investigating these areas for inclusion in the North Birmingham Superfund Site. While we do not have confirmation of this information, the fact EPA has not provided the City of Tarrant with the sampling results of these areas, seems to support this probability. For your benefit, I have attached a STRADA map providing the original Robinwood background study area, the Gasp Petition area currently under investigation by EPA, as well as the Norwood and Kingston neighborhoods recently sampled by EPA.

UAB Establishment of a Superfund Research Center

In the course of reviewing various documents provided by EPA related to the North Birmingham Superfund site, we discovered a recent string of emails (January 2016) wherein GASP notified EPA that the UAB School of Medicine is in the process of establishing a Superfund Research Center to perform research to specifically address the challenges /issues facing the residents in North Birmingham and surrounding areas. Specifically, the email provides that Dr. Veena Antony, a pulmonologist in the Division of Pulmonary, Allergy & Critical Care Medicine at UAB, will be heading up the research center. Additionally, the email provides that Dr. Antony is applying for a 2016 NIEHS grant for the center and asks for EPA's support of this grant request. (see attached "GASP UAB Superfund research email").

Out of curiosity, I did a little research to see what would come up when I searched for Dr. Antony and discovered the following:

Per an al.com article (http://blog.al.com/spotnews/2012/05/uab_initiative_seeks_clean_air.html ), in 2012, UAB announced that it was launching a Clean Air Initiative wherein it would be joining forces with a coalition of local groups to address air quality in the Birmingham metro area. The Initiatives goal was to identify and address pollution-related health problems of people living near smokestacks and in heavily industrialized areas. Specifically, the initiative would be studying the effects of air pollution by taking breath samples of people who live in Birmingham communities close to sources of pollution.

Of note, the article infers that Dr. Antony was specifically recruited to UAB to head up this initiative as well as perform research at the local level related to the health impacts associated with the **inhalation of coal dust**. In addition, the article noted that the "coalition of groups" working with UAB in this initiative included **GASP**, the American Lung Association and the **Southern Environmental Law Center (SELC)**. The article goes on to provide that **the Clean Air Initiative was being made possible through a $100,000 seed grant from Dell and F. Dixon Brooke Jr.,** and matching money from the UAB School of Medicine. The article concludes by providing that the Initiative was planning a day-long symposium on September 21, 2012, on air quality in Birmingham and its effects. I have attached a copy of the agenda for the symposium (see attached "Clean Air Initiative Brochure"). Per the agenda, Kirsten Bryant (GASP) was a panel member and speaker, as well as, Dr. Michelle Fanucchi (Associate Professor and Interim Chair, UAB Department of

Environmental Health Sciences, School of Public Health), who has been working with GASP on the North Birmingham matter. The materials from the symposium were posted on the internet but are no longer available.

Federal Delegation Activities

Since March 22nd, we have had a couple of meetings with Representative Palmer and his staff concerning EPA activities in Tarrant. Based on these meetings, Rep. Palmer is planning to provide a short presentation to the Congressional Oversight Committee in June (with EPA in attendance) concerning EPA's activities in Tarrant. The presentation will be primarily made up of video interviews with various Tarrant residents, the Mayor of Tarrant and the Superintendent of Tarrant City Schools describing EPA's questionable activities and statements during EPA's Phase I sampling. The information obtained from the affidavits Get Smart has gathered will be used as well. We are currently working with Rep. Palmer's office, the City of Tarrant and Get Smart to develop the information and materials Rep. Palmer has requested for this presentation.

Finally, as you may remember, on February 26th, Senators Shelby and Sessions and Representative Palmer sent a letter to EPA questioning EPA's activities in North Birmingham and their use of air deposition as a theory of CERCLA liability and requested a meeting to discuss these issues (see attached "Shelby Sessions Palmer Letter"). On March 26th, EPA responded (see attached "EPA Response to Federal Delegation Letter"). While EPA did agreed to meet with them, not surprisingly, EPA failed to substantively address/answer any of the concerns raised in the letter. As you will see in EPA's response, of particular interest, is EPA claim "they cannot engage in any level of discussions with third parties, including members of Congress ..." concerning EPA's activities in North Birmingham. Also, noteworthy is that EPA cites "facility air emissions...[that] occurred prior to, in absence of or in exceedance of Clean Air Act permits." We are currently working with the Senators' and Rep. Palmer's office on an appropriate response.

if you have any questions regarding any of the above, let me know. Thanks.

Joel



Joel I. Gilbert, Partner, Balch & Bingham LLP
1901 Sixth Avenue North • Suite 1500 • Birmingham, AL 35203-4642
t: (205) 226-8737   f:(205) 488-5824   e: jgilbert@balch.com
www.balch.com

**CONFIDENTIAL**

| Sample ID | ST1-SS-01 | ST1-SS-02 | ST1-SSD-02 | ST1-SS-03 | ST1-SS-04 | ST1-SS-05 | ST1-SS-07 | ST1-SS-08 | ST1-SS-09 | Removal Management Levels (RML) |
|---|---|---|---|---|---|---|---|---|---|---|
| Property | ST1-01 | ST1-02 | ST1-02 | ST1-05 | ST1-04A | ST1-06 | ST1-11 | ST1-12A | ST1-16 | |
| Date | 2/2/2016 | 2/2/2016 | 2/2/2016 | 2/2/2016 | 2/2/2016 | 2/2/2016 | 2/2/2016 | 2/2/2016 | 2/2/2016 | |
| Matrix | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | |
| Type | Field Sample | Field Sample | Field Duplicate | Field Sample | Field Sample | Field Sample | Field Sample | Field Sample | Field Sample | |
| **PAH (ug/kg)** | | | | | | | | | | |
| 1-Methylnaphthalene | 210 U | 230 U | 220 U | 220 U | 200 U | 230 U | 210 U | 210 U | 200 U | |
| 2-Methylnaphthalene | 210 U | 230 U | 220 U | 220 U | 200 U | 230 U | 210 U | 210 U | 200 U | |
| Acenaphthene | 210 U | 230 U | 220 U | 220 U | 37 J | 230 U | 210 U | 210 U | 200 U | |
| Acenaphthylene | 210 U | 230 U | 220 U | 220 U | 200 U | 230 U | 210 U | 210 U | 200 U | |
| Anthracene | 210 U | 230 U | 220 U | 38 J | 79 J | 230 U | 210 U | 210 U | 93 J | |
| Benzo(a)anthracene | 59 J | 72 J | 74 J | 150 J | 470 | 98 J | 47 J | 27 J | 570 | |
| Benzo(a)pyrene | 63 J | 78 J | 82 J | 160 J | 570 | 110 J | 47 J | 32 J | 470 | |
| Benzo(b)fluoranthene | 81 J | 140 J | 150 J | 240 J | 980 J | 210 J | 78 J | 53 J | 700 J | |
| Benzo(g,h,i)perylene | 37 J | 38 J | 45 J | 79 J | 420 | 82 J | 210 U | 210 UJ | 200 | |
| Benzo(k)fluoranthene | 38 J | 41 J | 63 J | 100 J | 290 J | 97 J | 210 U | 210 U | 330 J | |
| Chrysene | 71 J | 100 J | 98 J | 180 J | 530 | 140 J | 53 J | 39 J | 570 | |
| Dibenz(a,h)anthracene | 210 U | 230 U | 220 U | 220 U | 140 J | 230 U | 210 U | 210 U | 88 J | |
| Fluoranthene | 100 J | 130 J | 150 J | 310 | 920 | 170 J | 81 J | 56 J | 890 | |
| Fluorene | 210 U | 230 U | 220 U | 220 U | 33 J | 230 U | 210 U | 210 U | 200 U | |
| Indeno(1,2,3-cd)pyrene | 34 J | 37 J | 41 J | 80 J | 390 | 74 J | 210 U | 210 U | 220 | |
| Naphthalene | 210 U | 230 U | 220 U | 220 U | 48 J | 230 U | 210 U | 210 U | 200 U | |
| Phenanthrene | 54 J | 71 J | 76 J | 190 J | 480 | 89 J | 42 J | 23 J | 350 | |
| Pyrene | 88 J | 98 J | 100 J | 220 | 710 | 140 J | 70 J | 40 J | 730 | |
| Benzo (a) Pyrene TEQ | 186.49 | 219.31 | 220.11 | 319.8 | 902.2 | 265.57 | 176.58 | 156.94 | 716 | **1,600** |
| **Metals, Total (mg/kg)** | | | | | | | | | | |
| Arsenic | 19 J | 17 J | 13 J | 21 J | 16 J | 16 J | 29 J | 22 J | 19 J | **68** |
| Barium | 190 J | 150 J | 100 | 300 J | 400 J | 260 J | 150 J | 76 J | 77 J | **46,000** |
| Cadmium | 0.53 J | 0.5 J | 0.41 J | 0.76 | 1.1 | 1.3 | 0.54 | 0.3 J | 0.28 J | **210** |
| Chromium | 72 J | 27 J | 27 | 32 J | 38 J | 39 J | 240 J | 110 J | 19 J | **350,000** |
| Lead | 130 | 120 | 100 | 180 | 140 | 320 | 120 | 62 | 110 | **400** |
| Mercury | 0.096 J | 0.14 | 0.15 | 0.14 | 0.1 J | 0.47 | 0.15 | 0.08 J | 0.15 | **70** |
| Selenium | 3.5 J | 2.6 J | 2 J | 2.7 J | 2.3 J | 2.1 J | 4.2 | 3.1 J | 0.7 J | **1,200** |
| Silver | 1.1 U | 1.3 U | 1.3 U | 1.1 U | 0.29 J | 0.094 J | 0.098 J | 1.1 U | 1.2 U | **1,200** |

**Notes:**
**TEQ**-Toxic Equivalency Quotient-The EPA Uses weighting factors to summarize all Polycyclic Aromatic Hydrocarbon (PAH)
which is then expressed as the toxicity of Benzo(a) Pyrene. This is a conservative expression of the total toxicity of all detected
**ug/kg**-micrograms per kilogram
**mg/kg**-milligrams per kilogram
**J**-sample analysis is acceptable, sample is estimated
**U**-Not Detected in sample
**RML- Removal Management Level**. Values used by the EPA to determine where action may be necessary to
protect human health and/or the environment.

| Sample ID | ST1-SS-10 | ST1-SS-11 | ST1-SSD-11 | ST1-SS-12 | ST1-SS-13 | ST1-SS-14 | ST1-SS-15 | ST1-SS-16 | ST1-SS-17 | Removal Management Levels (RML) |
|---|---|---|---|---|---|---|---|---|---|---|
| Property | ST1-18 | ST1-20 | ST1-20 | ST1-22 | ST1-23A | ST1-24 | ST1-15A | ST-09A | ST1-10A | |
| Date | 2/3/2016 | 2/3/2016 | 2/3/2016 | 2/3/2016 | 2/3/2016 | 2/3/2016 | 2/3/2016 | 2/3/2016 | 2/3/2016 | |
| Matrix | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | |
| Type | Field Sample | Field Sample | Field Duplicate | Field Sample | Field Sample | Field Sample | Field Sample | Field Sample | Field Sample | |
| **PAH (ug/kg)** | | | | | | | | | | |
| 1-Methylnaphthalene | 190 U | 200 U | 200 U | 80 J | 200 U | 230 U | 210 U | 210 U | 210 U | |
| 2-Methylnaphthalene | 190 U | 200 U | 200 U | 78 J | 200 U | 230 U | 210 U | 28 J | 210 U | |
| Acenaphthene | 190 U | 200 U | 200 U | 260 U | 200 U | 230 U | 210 U | 210 U | 210 U | |
| Acenaphthylene | 190 U | 200 U | 200 U | 260 U | 200 U | 230 U | 210 U | 210 U | 210 U | |
| Anthracene | 190 U | 200 U | 34 J | 260 U | 200 U | 230 U | 210 U | 45 J | 210 U | |
| Benzo(a)anthracene | 39 J | 130 J | 150 J | 240 J | 120 J | 54 J | 58 J | 470 | 70 J | |
| Benzo(a)pyrene | 34 J | 140 J | 150 J | 260 | 140 J | 51 J | 75 J | 320 | 86 J | |
| Benzo(b)fluoranthene | 47 J | 210 | 250 J | 450 J | 240 J | 110 J | 130 J | 680 J | 150 J | |
| Benzo(g,h,i)perylene | 190 U | 76 J | 78 J | 170 J | 79 J | 35 J | 45 J | 180 J | 55 J | |
| Benzo(k)fluoranthene | 190 U | 79 J | 170 J | 220 J | 110 J | 42 J | 68 J | 340 J | 100 J | |
| Chrysene | 43 J | 150 J | 170 J | 320 | 140 J | 70 J | 92 J | 460 | 130 J | |
| Dibenz(a,h)anthracene | 190 U | 200 U | 200 U | 62 J | 200 U | 230 U | 210 U | 79 J | 210 U | |
| Fluoranthene | 68 J | 250 | 330 | 470 | 240 | 94 J | 110 J | 710 | 260 | |
| Fluorene | 190 U | 200 U | 200 U | 260 U | 200 U | 230 U | 210 U | 210 U | 210 U | |
| Indeno(1,2,3-cd)pyrene | 190 U | 78 J | 72 J | 160 J | 74 J | 230 U | 40 J | 210 | 53 J | |
| Naphthalene | 190 U | 200 U | 200 U | 50 J | 200 U | 230 U | 210 U | 37 J | 210 U | |
| Phenanthrene | 52 J | 110 J | 190 J | 260 | 120 J | 58 J | 78 J | 270 | 220 | |
| Pyrene | 62 J | 210 | 230 | 370 J | 200 J | 77 J | 85 J | 540 J | 180 J | |
| Benzo(a) Pyrene TEQ | 148.48 | 284.09 | 300.6 | 412.4 | 285.9 | 195.02 | 204.4 | 543 | 220.6 | 1,600 |
| **Metals, Total (mg/kg)** | | | | | | | | | | |
| Arsenic | 14 J | 11 J | 11 J | 27 J | 15 J | 17 J | 21 J | 14 J | 17 J | 68 |
| Barium | 150 J | 160 J | 170 | 450 J | 110 | 220 | 440 | 190 | 250 | 46,000 |
| Cadmium | 0.15 J | 0.72 | 0.76 | 1.7 J | 1.1 | 0.85 | 1.3 | 1.5 | 0.73 | 210 |
| Chromium | 16 J | 21 J | 29 | 24 | 24 | 41 | 53 | 54 | 62 | 350,000 |
| Lead | 26 | 140 | 150 | 310 | 160 | 110 | 150 | 250 | 140 | 400 |
| Mercury | 0.073 J | 0.12 | 0.13 | 0.35 | 0.11 J | 0.26 | 0.25 | 0.33 | 0.096 J | 70 |
| Selenium | 1.1 J | 1.2 | 2.3 J | 1.9 J | 1.8 J | 2.7 J | 3.4 J | 2.4 J | 3.2 J | 1,200 |
| Silver | 1 U | 0.089 J | 0.089 J | 1.2 J | 1 U | 0.73 J | 0.19 J | 0.1 J | 0.98 U | 1,200 |

**Notes:**

**TEQ**-Toxic Equivalency Quotient-The EPA Uses weighting factors to summarize all Polycyclic Aromatic Hydrocarbon (PAH)
which is then expressed as the toxicity of Benzo(a) Pyrene. This is a conservative expression of the total toxicity of all detected

**ug/kg**-micrograms per kilogram

**mg/kg**-milligrams per kilogram

**J**-sample analysis is acceptable, sample is estimated

**U**-Not Detected in sample

**RML- Removal Management Level**. Values used by the EPA to determine where action may be necessary to
protect human health and/or the environment.

| Sample ID | ST1-SS-18 | ST1-SS-19 | ST1-SS-20 | ST1-SS-21 | ST1-SS-22 | ST1-SSD-22 | ST1-SS-23 | ST1-SS-24 | ST1-SS-25 | Removal Management Levels (RML) |
|---|---|---|---|---|---|---|---|---|---|---|
| Property | ST1-7A | ST1-03 | ST1-08 | ST1-25 | ST1-19A | ST1-19A | ST1-21A | ST1-26 | ST1-17A | |
| Date | 2/3/2016 | 2/3/2016 | 2/3/2016 | 2/3/2016 | 2/4/2016 | 2/4/2016 | 2/4/2016 | 2/4/2016 | 2/4/2016 | |
| Matrix | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | Surface Soil | |
| Type | Field Sample | Field Sample | Field Sample | Field Sample | Field Sample | Field Duplicate | Field Sample | Field Sample | Field Sample | |
| **PAH (ug/kg)** | | | | | | | | | | |
| 1-Methylnaphthalene | 130 J | 210 U | 230 U | 210 U | 220 U | 220 U | 240 U | 210 U | 33 J | |
| 2-Methylnaphthalene | 120 J | 210 U | 34 J | 210 U | 220 U | 220 U | 240 U | 210 U | 33 J | |
| Acenaphthene | 230 | 210 U | 230 U | 210 U | 220 U | 220 U | 240 U | 210 U | 220 U | |
| Acenaphthylene | 220 U | 210 U | 32 J | 210 U | 220 U | 220 U | 240 U | 210 U | 220 U | |
| Anthracene | 410 | 210 U | 48 J | 51 J | 80 J | 58 J | 240 U | 210 U | 61 J | |
| Benzo(a)anthracene | 820 | 43 J | 180 J | 170 J | 650 | 450 | 82 J | 210 U | 190 J | |
| Benzo(a)pyrene | 670 | 56 J | 170 J | 160 J | 670 | 510 | 91 J | 210 U | 180 J | |
| Benzo(b)fluoranthene | 1100 J | 99 J | 230 J | 250 J | 1200 J | 830 J | 160 J | 210 U | 280 | |
| Benzo(g,h,i)perylene | 370 | 210 U | 69 J | 69 J | 420 | 260 | 49 J | 210 U | 78 J | |
| Benzo(k)fluoranthene | 480 J | 47 J | 120 J | 140 J | 480 J | 410 J | 82 J | 210 U | 140 J | |
| Chrysene | 730 | 80 J | 190 J | 200 J | 710 | 490 | 100 J | 210 U | 220 | |
| Dibenz(a,h)anthracene | 110 J | 210 U | 230 U | 210 U | 120 J | 84 J | 240 U | 210 U | 220 U | |
| Fluoranthene | 1600 | 120 J | 350 | 360 | 1600 | 1100 | 160 J | 210 U | 360 | |
| Fluorene | 200 J | 210 U | 37 J | 210 U | 220 U | 220 U | 240 U | 210 U | 220 U | |
| Indeno(1,2,3-cd)pyrene | 330 | 210 U | 78 J | 69 J | 400 | 240 | 51 J | 210 U | 79 J | |
| Naphthalene | 170 J | 210 U | 45 J | 210 U | 220 U | 220 U | 240 U | 210 U | 220 U | |
| Phenanthrene | 1700 | 65 J | 270 | 260 | 650 | 470 | 62 J | 210 U | 220 | |
| Pyrene | 1300 J | 110 J | 250 J | 300 J | 1200 | 840 | 130 J | 210 U | 280 | |
| Benzo(a) Pyrene TEQ | 1017.1 | 186.97 | 336.9 | 317.3 | 1026.9 | 755 | 242.12 | 243.6 | 348.5 | **1,600** |
| **Metals, Total (mg/kg)** | | | | | | | | | | |
| Arsenic | 15 J | 16 J | 21 J | 6.4 J | 13 J | 12 J | 7.2 J | 21 J | 13 J | **68** |
| Barium | 170 | 86 | 100 | 220 | 150 | 140 | 50 | 40 | 160 | **46,000** |
| Cadmium | 0.47 J | 0.33 J | 1.8 | 0.37 J | 0.67 | 0.69 | 0.39 J | 0.075 J | 0.93 | **210** |
| Chromium | 33 | 180 | 39 | 19 | 28 | 27 | 14 | 92 | 23 | **350,000** |
| Lead | 130 | 160 | 93 | 170 | 190 | 180 | 120 | 22 | 160 | **400** |
| Mercury | 0.16 | 0.077 J | 0.21 | 0.19 | 0.12 J | 0.12 | 0.15 | 0.11 J | 0.42 | **70** |
| Selenium | 2 J | 2 J | 2.8 J | 1.6 J | 2.4 J | 2 J | 0.73 J | 2.7 J | 1.9 J | **1,200** |
| Silver | 0.099 J | 0.96 U | 0.33 J | 0.25 J | 1.2 U | 1.1 U | 0.19 J | 1.1 U | 0.22 J | **1,200** |

**Notes:**

**TEQ**-Toxic Equivalency Quotient-The EPA Uses weighting factors to summarize all Polycyclic Aromatic Hydrocarbon (PAH) which is then expressed as the toxicity of Benzo(a) Pyrene. This is a conservative expression of the total toxicity of all detected

**ug/kg**-micrograms per kilogram

**mg/kg**-milligrams per kilogram

**J**-sample analysis is acceptable, sample is estimated

**U**-Not Detected in sample

**RML- Removal Management Level**. Values used by the EPA to determine where action may be necessary to protect human health and/or the environment.



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

MAR 3 0 2016

The Honorable Loxil B. Tuck, Mayor
City of Tarrant
1605 Pinson Valley Parkway
P.O. Box 170220
Tarrant, Alabama 35217

Dear Mayor Tuck:

I am responding to your letter dated February 29, 2016, regarding the U.S. Environmental Protection Agency's activities at the Pinson Valley Neighborhood site (renamed the South Tarrant Neighborhood site). In this letter you again express your concerns regarding the EPA's Site Inspection (SI) conducted pursuant to the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA or Superfund).

As you know, the EPA prepared a sampling plan to collect the needed data to complete the SI. A copy of that sampling plan was provided to you in advance of the field sampling effort. This sampling plan was prepared in accordance with all applicable EPA guidance and policies. In addition, the field work was conducted in accordance with the Region 4 Science and Ecosystem Support Division Field Branch's Quality System and Technical Procedures. All documents related to the SI work plan and sampling are included in the SI Sampling Plan that was provided to you in advance of the field work.

The EPA has verified the data for samples collected on February 2 - 3, 2016, and I have enclosed a copy of those results. The EPA has also provided these analytical results to the property owners. Once the SI report is complete, the EPA will forward a copy of the report to you. In addition, I am happy to meet with you to discuss our findings and explain our next steps.

If you have any additional questions, please contact me at (404) 562-8599.

Sincerely,

Franklin E. Hill, Director
Superfund Division

Enclosure

**CONFIDENTIAL**

**Balch-ORF-PRIV-003435**

Balch-ORF-PRIV-003435

**DX 1224 - 007**

BENJAMIN S. GOLDMAN
CITY ATTORNEY

LOXCIL B. TUCK
MAYOR

LILLIAN A. KEITH
CITY CLERK

# CITY OF TARRANT

1604 Pinson Valley Parkway
P. O. Box 170220
Tarrant, Alabama 35217-0220
205/849-2800
Fax 205/849-2805

COUNCIL MEMBERS
JOHN T. "TOMMY" BRYANT
BETTY S. MIDDLEBROOKS

COUNCIL MEMBERS
DEBORAH M. MATTHEWS
CATHY ANDERSON

LAURA HORTON
MAYOR PRO TEM

March 31, 2016

**VIA EMAIL & U.S. MAIL**
Franklin E. Hill, Director
Superfund Division
U. S. Environmental Protection Agency
Region 4
Atlanta Federal Center
61 Forsyth Street
Atlanta, GA 30303-8960

Re: **South Tarrant Neighborhood Site**

Dear Director Hill:

Thank you for forwarding the verified sampling results from the collections on February 2-3, 2016. As I am sure you will understand, I was pleased to see that every single constituent analyzed in connection with each and every surface soil sample was below the established Removal Management Level.

I look forward to receiving the SI report from you once it has been completed. In addition, I would also like to review the analytical results for the background samples as soon as those are available.

Your letter of March 30, 2016, very kindly offers a meeting to discuss the EPA's findings and to explain your next steps. In light of the favorable sampling results, it is my hope that a further meeting will not be warranted. However, if it is EPA's intent to continue with further study, testing, or analysis of the South Tarrant neighborhood site, then we should meet as soon as possible. If that is indeed the case, I believe that meeting would be most fruitful once we have had an

CONFIDENTIAL

opportunity to review the results of the background samples as well, to ensure that the City has a complete picture of all the data EPA used in its determination that further investigation is necessary.

If you have any questions concerning the foregoing, please do not hesitate to let me know. I very much appreciate your consideration of these matters.

Sincerely,

*Loxcil B Tuck*

Loxcil B. Tuck, Mayor


cc:     Dionne Delli-Gatti, EPA Government Affairs Specialist (Via Email)
        Gerald Hardy, Strada Professional Services, LLC (Via Email)
        Benjamin S. Goldman, City Attorney, City of Tarrant, Alabama (Via Email)



Robinwood Background Area

South Tarrant
Neighborhood Site

35th Avenue
Study Area

AOB

Kingston

Norwood

March 2016 Background Areas

Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX,
Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community

**Map Contents**

| | |
|---|---|
| ▭ 35th Ave. EPA Study | ▬ Phase 1 Area |
| ▬ 35th Ave. | ▬ Phase 2 Area |
| ● Robinwood Background Samples | ▨ South Tarrant Neighborhood Site |
| | ▨ EPA Background Neighborhoods March 2016 |

**DRAFT**

N

GRAPHIC SCALE
0.5   0   0.5   1

PRIVILEGED AND CONFIDENTIAL WORK PRODUCT
PREPARED AT THE REQUEST OF LEGAL COUNSEL,
FOR OR IN ANTICIPATION OF LITIGATION
AND IN CONNECTION WITH RENDERING LEGAL ADVICE

Balch & Bingham LLP
Birmingham, Alabama
**South Tarrant Neighborhood PA/SI**

SAMPLING
LOCATION SUMMARY

**STRADA** | FIGURE **SL-15**

CONFIDENTIAL

Balch-ORF-PRIV-003438

| From: | Kirsten Bryant |
| To: | Heard, Anne |
| Cc: | Haley Colson; Michael Hansen |
| Subject: | Re: UAB Superfund Research Program Grant - NEIHS |
| Date: | Friday, January 29, 2016 10:01:02 AM |
| Attachments: | image001.png |

Thank you Ms. Heard for your response. EPA Region 4 will be pleased to learn the details of Dr. Antony's research and efforts to help address the ongoing issues facing the northern Birmingham communities.

Let us know if you have any questions about our Gasp or our work with the Northern Birmingham Community Coalition.

-Kirsten


On Wed, Jan 27, 2016 at 3:27 PM, Heard, Anne <Heard.Anne@epa.gov> wrote:

Hello Ms. Bryant and Dr. Antony,

Thank you for your messages. I appreciate your efforts to establish a Superfund Research Center in Birmingham, Alabama. My staff would be more than happy to meet with you. They will let you know when they plan to be in Birmingham again.

Sincerely,

*V. Anne Heard* ¦ Deputy Regional Administrator, Region 4

U.S. Environmental Protection Agency ¦ 61 Forsyth Street, SW ¦ Atlanta, GA 30303

_____

☎ **404-562-8357** ✉ **heard.anne@epa.gov** 🖥 **www.epa.gov**

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received.

**From:** Kirsten Bryant [mailto:kirsten@gaspgroup.org]
**Sent:** Tuesday, January 19, 2016 6:07 PM
**To:** Heard, Anne <Heard.Anne@epa.gov>
**Cc:** Veena B Antony <vantony@uab.edu>; Michael Hansen <michael@gaspgroup.org>; Haley Colson <Haley@gaspgroup.org>
**Subject:** Fwd: UAB Superfund Research Program Grant - NEIHS

Hi Ms. Heard,

My colleague, Michael Hansen, introduced you to our organization (Gasp) via email last week.

I wanted to share the information below regarding the opportunity to establish a Superfund Research Center in Birmingham, Alabama. We encourage Region 4 to get involved and learn how this research will complement the work EPA is currently doing in the impacted communities of northern Birmingham.

If you have any questions about this effort, please don't hesitate to contact me, my colleagues or Dr. Antony.

Thank you for your time,

Kirsten Bryant


---------- Forwarded message ----------
From: **Kirsten Bryant** <kirsten@gaspgroup.org>
Date: Mon, Jan 11, 2016 at 9:57 AM
Subject: UAB Superfund Research Program Grant - NEIHS
To: "McTeerToney, Heather" <McTeertoney.heather@epa.gov>, "Jenkins.brandi@epa.gov" <Jenkins.brandi@epa.gov>, Cynthia Peurifoy <Peurifoy.Cynthia@epa.gov>, Denise Tennessee <Tennessee.Denise@epa.gov>, "Cc: Anita Davis" <Davis.Anita@epa.gov>, Bryant.kyle.@epa.gov
Cc: Veena B Antony <vantony@uab.edu>, Chester Wallace <chesterwallace@bellsouth.net>, Thurman Thomas <thomasthurman@bellsouth.net>, Vernice Miller-Travis <vmiller-travis@skeo.com>, Haley Colson <Haley@gaspgroup.org>, Michael Hansen <michael@gaspgroup.org>


Hello everyone,

I hope you all had an enjoyable holiday break and a good start to the new year.

The purpose of this email is to introduce you all to Dr. Veena Antony, (copied here) a pulmonologist in the Division of Pulmonary, Allergy & Critical Care Medicine within the School of Medicine at UAB.

As you know, UAB is a driver of research that improves the health and contributes greatly to the well being of Birmingham area citizens. Dr. Antony is leading the effort to apply for the 2016 National Institute of Environmental Health Sciences (NIEHS), Superfund Research

Program Grant.

The research that UAB is proposing to do, through the establishment of a Superfund Research Center, will support the Birmingham community at large. The research will specifically help address challenges facing residents living in northern Birmingham communities.

Dr. Antony has met with key leaders within the community who are in support of this effort and additional research that will benefit their community's health. Dr. Antony and UAB representatives will be collaborating closely with the community in all aspects of their research and education efforts.

It is our hope that EPA Region 4 representatives will meet with Dr. Antony and support the establishment of a Superfund Research Center at UAB. The Center will complement and build on the significant and important work EPA is doing to improve the lives of Birmingham residents.

Thank you all for your continued dedication and commitment to Birmingham.

Sincerely,

Kirsten

—

Kirsten G. Bryant

Outreach Director

GASP

732 Montgomery Hwy #405

Birmingham, AL 35216

205-541-3746

GASPgroup.org

GASP on Twitter

GASP on Facebook

**CONFIDENTIAL**

--

Kirsten G. Bryant

Outreach Director

GASP

732 Montgomery Hwy #405

Birmingham, AL 35216

205-541-3746

GASPgroup.org

GASP on Twitter

GASP on Facebook

--
Kirsten G. Bryant
Outreach Director
GASP
732 Montgomery Hwy #405
Birmingham, AL 35216
205-541-3746
GASPgroup.org
GASP on Twitter
GASP on Facebook

**CONFIDENTIAL**



CONFIDENTIAL







UAB is pleased to host this educational symposium based on its commitment to research, healthcare and technology. UAB does not support any political views related to this initiative.

This event is sponsored by the UAB School of Medicine, Division of Continuing Medical Education.

# CLEAN AIR INITIATIVE
## A Scientific and Educational Symposium

## Friday, September 21, 2012

7:30 a.m.–8:00 a.m.   Pick up conference materials & badges
8:00 a.m.–5:00 p.m.   Opening remarks & lecture sessions

**UAB National Alumni Society House**
University of Alabama at Birmingham
1301 10th Avenue South
Birmingham, Alabama 35294

*APPROVED FOR:*
*6 AMA PRA CATEGORY*
*1 CME CREDIT(S)™*

SEATING LIMITED TO
200 REGISTRANTS

NO REGISTRATION AT
THE DOOR

REGISTRATION
CLOSES WEDNESDAY,
SEPTEMBER 19, 2012

For many decades, Birmingham and surrounding regions were plagued with poor air quality. The post-WWII industrial boom brought a thriving economy to Birmingham and with it, air pollution that was ranked among the worst in the nation.

In the 1970s and 1990s, industries were mandated under the federal Clean Air Acts to install pollution abatement devices and alter manufacturing processes to reduce industrial pollutants. These efforts ultimately produced significant changes in the region's visible air quality, but significant health hazards for area citizens still remain from high levels of particulate matter and other pollutants.

The symposium's focus is educational: to bring together UAB research, health care, and engineering to educate the community and healthcare providers on the health effects of air pollution; to describe current treatment programs at UAB; and to develop a dialogue with industry and community clean air advocates to find newer technologies to mitigate air quality problems.

## For more information and to register, go online to
*www.uab.edu/medicine/BirminghamCleanAir/*

Or contact Janice L. Bernauer in Dr. Veena Antony's office at
**205.934.5059** or email **JLBERNAU@uab.edu**

**CONFIDENTIAL**

**Balch-ORF-PRIV-003444**

Balch-ORF-PRIV-003444
# DX 1224 - 016

## SPEAKERS AND PANEL MEMBERS

**Veena B. Antony, M.D.**—Professor of Medicine; Director, Environmental & Translational Medicine Program; UAB Division of Pulmonary, Allergy & Critical Care

**William C. Bailey, M.D.**—Professor of Medicine, Former Medical Director–Lung Health Center, UAB Division of Pulmonary, Allergy & Critical Care

**Beverly H. Banister, BCHE**—Director, EPA Division of Air, Pesticides and Toxics Management, Region IV, Atlanta, Georgia

**Kirsten Bryant**—Representative, Greater Birmingham Alliance to Stop Air Pollution (GASP)

**Michelle Fanucchi, Ph.D.**—Associate Professor and Interim Chair, UAB Department of Environmental Health Sciences, School of Public Health

**Robert P. Kimberly, M.D.**—Senior Associate Dean for Research, UAB School of Medicine, University of Alabama at Birmingham

**Elizabeth Maples, Ph.D.**—Assistant Professor, UAB Department of Environmental Health Sciences, School of Public Health

**William J. Martin, M.D.**—Associate Director for Disease Prevention and Health Promotion, Eunice Shriver National Institute of Child Health and Human Development, National Institutes of Health

**Edward M. Postlethwait, Ph.D.**—UAB Department of Environmental Health Sciences, School of Public Health

**Roderick Royal**—Council President, City of Birmingham, Birmingham, Alabama

**Bharat Soni, Ph.D.**—Professor and Chair, UAB Department of Mechanical Engineering, School of Engineering

**Victor J. Thannickal, M.D.**—Director, UAB Division of Pulmonary, Allergy and Critical Care

**Mark E. Wilson, M.D.**—Health Officer, Jefferson County Department of Health, Birmingham, Alabama

## Program

| | |
|---|---|
| 7:30–8:00 am | Pick up conference materials and badges |
| 8:00–8:10 am | **WELCOME**<br>Robert P. Kimberly, M.D. |
| 8:10–8:20 am | **OPENING REMARKS**<br>Council President Roderick Royal, City of Birmingham, Birmingham, Alabama |
| 8:20–8:30 am | **PROGRAM DIRECTOR'S WELCOME**<br>Veena B. Antony, M.D. |
| 8:30–9:00 am | First the Good News! Kirsten Bryant |
| 9:00–9:15 am | Why UAB Medicine Is Involved in the Clean Air Initiative. Victor J. Thannickal, M.D. |
| 9:15–10:00 am | **PLENARY LECTURE**<br>Prenatal and Early Childhood Exposures in Adult Diseases. William J. Martin II, M.D. |
| 10:00–10:30 am | Exhaled Breath Condensate and Early Markers of Lung Injury Secondary to Environmental Pollution. Veena B. Antony, M.D. |
| 10:30–11:00 am | **BREAK** (beverages and light refreshments) |
| 11:00–11:30 am | Focus on Environmental Insults, COPD, and Lung Cancer. William C. Bailey, M.D. |
| 11:30 am–12:00 pm | Use of 3-Dimensional Technology in Environmental Research. Bharat Soni, Ph.D. |
| 12:00–1:00 pm | **LUNCH BREAK**<br>(lunch provided for registered attendees only) |
| 1:00–1:30 pm | The Role of the Environmental Protection Agency in Protecting Air Quality. Beverly H. Banister, BCHE |
| 1:30–2:00 pm | The Role of the Jefferson County Department of Health in Environmental Air Monitoring and Mitigation. Mark E. Wilson, M.D. |
| 2:00–2:30 pm | Experimental Models for Respiratory Research. Michelle Fanucchi, Ph.D. |
| 2:30–3:00 pm | **BREAK** (coffee/tea and light refreshments) |
| 3:00–4:30 pm | **PANEL DISCUSSION**<br>William Martin, Beverly Banister, Kirsten Bryant, Ed Postlethwait, Victor J. Thannickal, Veena Antony, Mark Wilson (Moderator) |
| 4:30–5:00 pm | Training Tomorrow's Health and Safety Personnel. Elizabeth Maples, Ph.D. |

CONFIDENTIAL


PULMONARY, ALLERGY & CRITICAL CARE
UAB SCHOOL OF MEDICINE

## Program Overview

With the creation of UAB's new **Environmental and Translational Medicine (ETM) Program** comes a multidisciplinary effort to understand air pollution problems that have long plagued this state. UAB has a strong commitment to improving the health of the people of Alabama and will use a multifaceted approach through its medical research and engineering talent to deal with health issues tied to environmental origins. The new **Environmental and Translational Medicine Program** and this symposium are part of that effort. Some environmental issues are man-made, and some are natural, including environmental organisms. Through this educational symposium, you will learn how we propose to study, educate and better understand the effects of pollution on human health from any environmental exposure.

The ETM Program has three components: to provide clinical care for patients with disease tied to environmental exposure; to educate the public on the health effects of such exposure; and to conduct research that will work to better assess the risks of exposure by identifying pollution sources, and then search for ways to mitigate or reduce exposures.

One of the first projects of the ETM Program is the **Clean Air Initiative**, a multidisciplinary effort to understand air pollution problems. It involves the UAB schools of Medicine, Public Health, and Engineering in partnership with the Jefferson County Department of Health, the Alabama chapter of the American Lung Association, and GASP (Greater Birmingham Alliance to Stop Air Pollution).

## Who Should Attend

Physicians from all medical disciplines, fellows, residents, medical students, healthcare workers, the general public, community leaders, and groups and/or individuals concerned with clean air issues and how air pollution affects health. Only those who have pre-registered online or by phone may attend. Seating is limited to first 200 registrants.

## Course Format

There will be a series of 30-minute PowerPoint lectures with question-and-answer sessions following each presentation. Speakers are asked to use language that will be understood by all attendees. Lunch is provided for registered attendees only.

FREE
# CONFERENCE REGISTRATION
No registration at the door

**REGISTER ONLINE AT:**
*www.uab.edu/medicine/BirminghamCleanAir/*

If you do not have internet access or have problems accessing our Web site, call Janice Bernauer at 205.934.5059 and provide the following information:

Name_____
E-mail address_____
Daytime phone_____
Degree_____
Specialty_____
Business name or institution_____
Business/institution or home address
_____
City_____ State _____ZIP_____
Will you stay for lunch? ____ Yes ____ No
Do you need a: ____Vegan meal? ____Vegetarian meal?

Please describe your interests. (Check all that apply)
_____ I live in the Birmingham area and have an interest in clean air.
_____ I live in an area with air pollution problems.
_____ I am a member of an environmental advocacy group.
_____ I am a member of the Birmingham business community and have an interest in air quality.

Would you like to receive information via email about UAB's Environmental and Translational Medicine Program/Clean Air Initiative, and the Environmental and Occupational Medicine Clinic? ____ Yes ____ No

**REGISTRATION IS LIMITED TO 200**

**REGISTRATION CLOSES SEPTEMBER 19, 2012**

CONFIDENTIAL

 **MEDICINE**

PULMONARY, ALLERGY & CRITICAL CARE
UAB SCHOOL OF MEDICINE

Non-Profit Org.
U.S. Postage
PAID
Permit No. 1256
Birmingham, AL

**CLEAN AIR SYMPOSIUM**

THT 422 • 1900 UNIVERSITY BLVD
1720 2ND AVE S
BIRMINGHAM AL 35294-0006

## ACCREDITATION STATEMENT

The University of Alabama School of Medicine is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to provide continuing medical education for physicians.

The University of Alabama School of Medicine designates this live activity for a maximum of *6 AMA PRA Category 1 credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

## EEOC STATEMENT

UAB is an Equal Opportunity/Affirmative Action Employer committed to fostering a diverse, equitable and family-oriented environment in which all faculty and staff can excel and achieve work/life balance irrespective of ethnicity, gender, faith, gender identity and expression, as well as sexual orientation. UAB also encourages applications from individuals with disabilities and veterans.

  

## LEARNING OBJECTIVES

At the end of this scientific and educational symposium, participants should be able to:

1. Understand the science behind the effects of air pollution on the lung and its role as a direct or indirect cause of specific lung or systemic diseases such as COPD, asthma, cognitive impairment, and cancer.
2. Have increased knowledge and awareness about the latest advances in translational and environmental research at UAB that relate to air pollution.
3. Understand the role of various organizations, both local and national, that support clean air initiatives, and their advocacy roles and commitment to achieving the common goal of decreasing air pollution.

**CONFIDENTIAL**

**Balch-ORF-PRIV-003447**

Balch-ORF-PRIV-003447

# Congress of the United States
Washington, DC 20510

February 26, 2016

The Honorable Gina McCarthy
Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, DC 20460

Ms. Heather McTeer Toney
Regional Administrator, Region 4
Environmental Protection Agency
Atlanta Federal Center
61 Forsyth Avenue, SW
Atlanta, GA 30303

Dear Madam Administrator and Ms. Toney:

We write to express serious concern regarding the Environmental Protection Agency's (EPA) administration of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), otherwise known as Superfund. In particular, EPA's designation of "potentially responsible parties" (PRPs) through an "air deposition" theory of liability appears to rest on questionable legal authority and may set a troubling precedent for all facilities in the United States which generate air emissions subject to the Clean Air Act and other relevant statutes.

As you are aware, on September 22, 2014, EPA proposed placing the 35th Avenue site in North Birmingham on the National Priorities List. According to the EPA Hazard Ranking System record that accompanied the proposal, "[a]ir is the primary source of deposition within the 35th Avenue site . . . from smokestacks and windblown particles from process fines and other stockpiled material." In conjunction with this air deposition theory, the agency has designated several facilities as PRPs and has informed the facilities that they may be forced to undertake cleanup actions or incur financial liability for costs associated with any cleanup of the site.

We are mindful of EPA's repeated attempts to increase the scope of federal regulatory authority, and we fear the application of the air deposition theory to supposed "arrangers" under CERCLA represents a significant expansion of the agency's Superfund enforcement powers. Arranger liability attaches to any person who disposes of hazardous substances,[1] with "disposal" defined as the "discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste *into or on any land or water* so that such solid waste or hazardous waste or any

---

[1] 42 U.S.C. § 9607(a)(3).

**CONFIDENTIAL**

**Balch-ORF-PRIV-003448**

constituent thereof may enter the environment or be *emitted into the air* or discharge into any waters."[2]

A plain reading of this definition demonstrates that, to the extent air emissions may be a factor in determining arranger liability, such emissions must result directly from the discharge of solid or hazardous waste directly into or onto any land or water. In other words, industrial air emissions from lawful sources are to be regulated under the Clean Air Act, not CERCLA. However, EPA seems intent on pressing the air deposition theory in North Birmingham, while having also endorsed the theory in an amicus curiae brief filed recently in the Ninth Circuit Court of Appeals. EPA's legal positions raise serious questions regarding the agency's understanding of its statutory authority.

Similar reservations are expressed in the enclosed resolution, adopted jointly by the Alabama House of Representatives and Alabama Senate and approved by the Governor of Alabama on June 9, 2015. The resolution describes the 35th Avenue site proposal and provides that EPA is "attempting to impose a novel and overbroad 'air deposition' theory of Superfund liability which would allow EPA to pursue industrial facilities for contamination at non-contiguous properties on the basis of air emissions which are subject to the federal Clean Air Act and authorized by a valid air operating permit." The resolution notes further that EPA's "broad air deposition theory would allow EPA to order businesses to clean up hazardous contamination within an indefinite area before proving that the business was actually responsible." Thus, we are especially concerned with the due process implications associated with this charge.

The resolution also suggests that EPA is pursuing the air deposition theory "as an illicit means for funding policy initiatives which are outside its regulatory authority." Indeed, the 35th Avenue site proposal appears to be part of an "environmental justice" initiative for EPA to become a *de facto* redevelopment authority in Birmingham.[3] Tellingly, the proposal follows a 2011 planning document in which EPA announced its intent to "go beyond traditional injunctive relief to stop illegal pollution . . . and, where appropriate and agreed to by defendants, to include Supplemental Environmental Projects . . . that provide benefits to communities," as well as to "leverage benefits resulting from enforcement activities."[4]

Finally, the resolution describes prior objections to the 35th Avenue site proposal from the Alabama Attorney General and Alabama Department of Environmental Management (ADEM). For example, ADEM repeatedly informed EPA that it did not concur with the proposed listing, as the Attorney General explained in a letter provided

---

[2] *Id.* § 6903(3) (emphasis added).

[3] *See* Environmental Protection Agency, Region 4 Superfund, Annual Report, FY 2014 at 5.

[4] Environmental Protection Agency, *Plan EJ 2014: Advancing Environmental Justice Through Compliance and Enforcement* (Sept. 2011).

CONFIDENTIAL

to EPA on January 20, 2015. Under the 1997 "Fields Memorandum," ADEM's decision to withhold concurrence required EPA to work closely with the State of Alabama prior to formally proposing a site for the National Priorities List. Yet the Attorney General's comment letter indicates that EPA neglected to follow the procedure outlined in the Fields Memorandum, suggesting agency disregard for state coordination and input during the site proposal process.

EPA's air deposition theory and corresponding proposal to place the 35th Avenue site on the National Priorities List raise important legal and scientific questions and present substantial risk for businesses that may have little to no responsibility for site contamination. For these reasons, the state Legislature, Governor, and Attorney General for Alabama have each requested EPA to reconsider its position.

We believe these requests are justified, and we urge EPA to give them careful attention. Furthermore, so that we may confirm the agency's appropriate understanding of CERCLA and related legal authorities, we request your staff to schedule a meeting with our offices at the earliest opportunity to discuss the concerns raised above and in the enclosed resolution.

Yours very truly,

Jeff Sessions
United States Senator

Richard Shelby
United States Senator

Gary Palmer
United States Representative

cc:     Sen. James M. Inhofe, Chairman, Committee on Environment and Public Works
        Sen. Thad Cochran, Chairman, Committee on Appropriations
        Sen. M. Michael Rounds, Chairman, Subcommittee on Superfund, Waste
            Management, and Regulatory Oversight, Committee on Environment and
            Public Works
        Sen. Lisa Murkowski, Chairman, Subcommittee on the Interior, Environment,
            and Related Agencies, Committee on Appropriations

**CONFIDENTIAL**



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET
ATLANTA, GEORGIA 30303-8960

MAR 29 2016

The Honorable Richard Shelby
United States Senate
Washington, D.C. 20515

Dear Senator Shelby:

Thank you for your February 26, 2016, letter to the U.S. Environmental Protection Agency's Administrator, Gina McCarthy, and myself regarding the 35th Avenue Superfund Site (Site) located in Birmingham, Jefferson County, Alabama. We appreciate your attention to this issue, as well as that of the State of Alabama (State). Based on our reading of your letter, we understand you to be raising three concerns related to the EPA's proposed listing of the Site on the National Priorities Listing (NPL) pursuant to the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA or Superfund): (1) the Agency's designation of Potentially Responsible Parties (PRPs) through an "air deposition" theory of liability; (2) the Agency's efforts related to environmental justice; and (3) the Agency's coordination with the State prior to and following proposal of the Site to the NPL.

The EPA believes that it is critical that the State and all of the parties involved understand that the listing of a site on the NPL and enforcement against PRPs under any type of liability theory are separate and distinct activities based on different authorities under Superfund. Superfund liability is not considered when evaluating a site for listing on the NPL, nor is liability established or apportioned based on the decision to propose or finalize a site on the NPL.

With respect to your concerns about the EPA's enforcement approach and/or theories of liability against any PRP associated with the Site, unfortunately the EPA cannot engage in any level of discussions with third parties, including members of Congress, as articulated in the Memorandum from Granta Y. Nakayama, dated March 8, 2006, and titled "Restrictions on Communicating with Outside Parties Regarding Enforcement Actions" https://www.epa.gov/enforcement/restrictions-communicating-outside-parties-regarding-enforcement-actions. However, I am able to address the remaining concerns raised in your letter, as well as any additional questions you may have regarding the environmental conditions and the EPA response efforts to date at the Site.

On September 22, 2014, the EPA proposed to include the 35th Avenue Site on the NPL. The identification of sites for listing on the NPL is intended to guide the EPA in: a) determining which sites warrant further investigation to assess the nature and extent of the human health and environmental risks associated with a site; b) identifying what CERCLA-financed remedial actions may be appropriate; c) notifying the public of sites the EPA believes warrant further investigation; and d) serving notice to PRPs that the EPA may initiate CERCLA-financed remedial action. As the D.C. Circuit Court of Appeals has held, the NPL serves primarily as an informational tool for use by the EPA in identifying, quickly and inexpensively, those sites that appear to present a significant risk to public health or the environment. See CTS Corp. v. EPA, 759 F.3d 52, 56 (D.C. Cir. 2014); Carus Chem. Co. v. EPA, 395 F.3d 434, 441 (D.C. Cir. 2005); Wash. State Dep't of Transp. v. EPA, 917 F.2d 1309, 1310 (D.C. Cir. 1990).

In order to determine whether a site may be proposed or added to the NPL, the EPA uses the Hazard Ranking System (HRS). Sites that score greater than 28.50 based on the HRS are eligible for the NPL. The HRS score

**CONFIDENTIAL**

**Balch-ORF-PRIV-003451**

Balch-ORF-PRIV-003451

**DX 1224 - 023**

scientifically reflects an assessment of the relative threat to human health and the environment posed by the release or threatened release of hazardous substances at a site. The 35th Avenue site's score at the time of proposal to the NPL was 50.00. Consistent with CERCLA, this score relied solely on the Site's soil exposure pathway, due to widespread soil contamination in the residential neighborhoods of Fairmont, Collegeville and Harriman Park. This was based on results of sampling events conducted in 2013 and 2014 in these neighborhoods that revealed elevated concentrations of lead, arsenic and Benzo (a) pyrene. Environmental justice concerns are not a part of a site's HRS score or used to qualify a site for NPL listing.

In the HRS supporting materials the EPA identified several facilities as the possible sources of contamination detected in residential soil due to their proximity to the Area of Contamination (AOC), the type of plant, the processes utilized at the plant, and the history of releases contributing to the commingled contamination of the AOC over the period of many years. Identification of potential sources of contamination is a typical part of HRS supporting materials. This does not, however, establish liability. Liability is established at a site through a separate process using different CERCLA authorities. While the Agency's investigation is still underway, the presence of contaminants in the residential neighborhoods is potentially due to a number of routes, including use of solid waste as fill material, storm water runoff from facilities, continued migration of contaminants from frequent flooding in the area, and facility air emissions. These emissions occurred prior to, in absence of or in exceedance of Clean Air Act permits.

A public comment period on the proposed NPL listing was held from September 22, 2014 to January 22, 2015. The EPA received numerous public comments both in support and in opposition to a final listing, including letters from the Alabama Department of Environmental Management (ADEM) and the Alabama Attorney General. In those letters, the State requested review of the EPA's decision through the dispute resolution process outlined in the July 25, 1997 OSWER memorandum titled, "Coordinating with the States on National Priorities List Decisions – Issue Resolution Process." Prior to making a final listing decision, the EPA must consider all comments received on a proposed NPL site and respond to significant comments in writing. After consideration of all comments, if the Site still qualifies for listing on the NPL, the EPA will welcome informal deliberations with ADEM. Depending on the outcome of those deliberations, as appropriate, the EPA will follow the process outlined in the above "Issue Resolution Process" memorandum. The EPA is committed to consultations with the State prior to making any future decision, for example, to add the Site on the NPL through a final rule, to pursue additional cleanup approaches, or to withdraw the proposal to list the Site.

I believe that we share the common goal to protect and improve the quality of life for Alabama residents. As such, the EPA welcomes any further discussions on the proposed listing of the 35th Avenue site on the NPL or any other issues related to the environmental conditions and ongoing EPA response efforts at the Site. I have directed my staff to arrange for a meeting with your office at your earliest convenience. If you have additional questions please contact Allison Wise at (404) 562-8327.

Sincerely,

Heather McTeer Toney
Regional Administrator

cc: Mathy Stanislaus, OLEM

Franklin Hill, Superfund Division

**CONFIDENTIAL**