FILED

2018 Sep-24 AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,    | CASE NO. 2:17-cr-00419-AKK

            Plaintiff,           | Abdul K. Kallon
                                 | United States District Judge
v.                               |
                                 |
JOEL IVERSON GILBERT,            |
STEVEN GEORGE McKINNEY, and      |
DAVID LYNN ROBERSON,             |
                                 | June 25, 2018
            Defendants.          | Birmingham, Alabama


## JURY TRIAL - VOL. 1 of 19


Proceedings recorded by mechanical stenography, transcript
produced by computer.

**SABRINA LEWIS, CCR, RDR, CRR**
Federal Official Court Reporter
1729 Fifth Avenue North
Birmingham, Alabama 35203
(205) 278-2065
sabrina_lewis@alnd.uscourts.gov

```
 1    FOR THE GOVERNMENT:          Robin Beardsley Mark
                                   George A. Martin, Jr.
 2                                 John B. Ward
                                   Assistant United States Attorneys
 3                                 United States Attorney's Office
                                   Northern District of Alabama
 4                                 1801 Fourth Avenue North
                                   Birmingham, Alabama 35203
 5                                 205-244-2001
                                   robin.mark@usdoj.gov
 6                                 george.martin@usdoj.gov
                                   john.b.ward@usdoj.gov
 7

 8    FOR THE DEFENDANT            Jeffrey P. Doss
      JOEL IVERSON GILBERT:        Brandon Keith Essig
 9                                 Jackson R. Sharman III
                                   Lightfoot Franklin & White LLC
10                                 400 20th Street North
                                   Birmingham, Alabama 35203
11                                 205-581-0700
                                   jdoss@lightfootlaw.com
12                                 bessig@lightfootlaw.com
                                   jsharman@lfwlaw.com
13

14    FOR THE DEFENDANT            Craig A. Gillen
      STEVEN GEORGE McKINNEY:      Gillen Withers & Lake LLC
15                                 400 Galleria Parkway
                                   Suite 1920
16                                 Atlanta, Georgia 30339
                                   404-842-9700
17                                 cgillen@gwllawfirm.com

18                                 Lawanda N. Hodges
                                   The Law Firm of Lawanda Hodges LLC
19                                 1100 Peachtree Street NE
                                   Suite 200
20                                 Atlanta, Georgia 30309
                                   404-474-0772
21                                 lhodges@lhodgeslaw.com

22                                 Stewart Davidson McKnight III
                                   Baxley Dillard McKnight James
23                                  & McElroy
                                   2700 Highway 280
24                                 Suite 110 East
                                   Birmingham, Alabama 35223
25                                 205-271-1100
                                   dmcknight@baxleydillard.com
```

```
 1   FOR THE DEFENDANT          Henry W. Asbill
     DAVID LYNN ROBERSON:       Buckley Sandler LLP
 2                              1250 24th Street NW
                                Suite 700
 3                              Washington, DC 20037
                                202-349-8007
 4                              hasbill@buckleysandler.com

 5                              Brett M. Bloomston
                                The Bloomston Firm
 6                              2151 Highland Avenue
                                Suite 310
 7                              Birmingham, Alabama 35205
                                205-212-9700
 8                              brett@thebloomstonfirm.com

 9                              David Bouchard
                                Jones Day
10                              1420 Peachtree Street NE
                                Suite 800
11                              Atlanta, Georgia 30309
                                404-581-8386
12                              dbouchard@jonesday.com

13                              Barbara Mack Harding
                                Jones Day
14                              51 Louisiana Avenue NW
                                Washington, DC 20001
15                              202-879-3939
                                bharding@jonesday.com
16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:   Only 64 people showed up.   5 of them had

2     prepaid vacation plans.   So I think only 59 will come.

3          THE COURTROOM DEPUTY:   58.

4          THE COURT:   We'll see where we are.   If I have enough,

5     then my plan will be to give the defendants two additional

6     strikes.   I'm willing to listen if there's an argument to

7     be made for more, but, again, it will all be contingent on

8     how many we have after the strikes for cause.

9          There is a preliminary questionnaire that's been given

10    to me.   I think it was given to me last week or some

11    portion of it.   And it was given to me again today.   Both

12    sides are in agreement on those?

13         MR. SHARMAN:   Yes, sir.

14         THE COURT:   Okay.   I will read that as part of my voir

15    dire.   Thank you.

16         Okay.   Be seated, please.

17         Ms. Sabrina, are you ready?

18         THE COURT REPORTER:   Yes, sir.

19         THE COURT:   In the interest of disclosure, not that

20    this matters to you at all, in addition to the interns in

21    this building, I believe the interns in Tuscaloosa with

22    Judge Coogler are listening in as well to this trial.

23         As I mentioned when we met for the pretrial, it's

24    always good to have cases in the summer from a teaching

25    point of view.   And I think this is an opportunity for the

1    law clerks but also for the interns as well to observe.

2    And so I appreciate the parties' and the lawyers'

3    willingness to allow the courtroom and the audio feed to be

4    transmitted to the students in Tuscaloosa as well.

5        Karen said there were some preliminary matters that you

6    guys wanted to raise with me this morning.  I assume

7    they're separate from the ones we talked about on Friday,

8    but go ahead, please, Mr. Bloomston.

9        MR. BLOOMSTON:  Yes.  May it please the Court, Your

10   Honor, Brett Bloomston for the defendant, David Roberson.

11       Your Honor, we would ask the Court to consider

12   something a little bit out of the ordinary course, and that

13   is to allow Mr. Roberson's team to address him and to refer

14   to him by his first name, David.  We believe that this will

15   help with potential clarification as to one of the key

16   witnesses in the government's case is --

17       THE COURT:  No, let me stop you.  Is there an objection

18   from the government?

19       MR. MARTIN:  No, Your Honor.

20       THE COURT:  Okay.  Yeah, it's your client.  My

21   formalities only extend to other witnesses.  But if

22   Mr. Roberson prefers for you to call him by his first

23   name -- and that goes for everyone else.  If it's your

24   witness or your client and you believe, for whatever

25   reason, including the one Mr. Bloomston has mentioned,

```
1   confusion or just to personalize an individual to the jury,
2   you are free to use the first name.
3        MR. BLOOMSTON:  Thank you, Your Honor.
4        We have one other issue, Your Honor.  The government,
5   we believe, in their case in chief may refer to society as
6   a whole as a victim of honest services fraud in this
7   matter.  We would object to the terminology of the phrasing
8   of "victim."  We believe it's prejudicial, it assumes that
9   the defendants are guilty, and it would be an improper
10  bolstering of the government's case to use the term
11  "victim."
12       THE COURT:  In any criminal case, there's always an
13  alleged victim.  How is this different than the standard
14  case?
15       MR. BLOOMSTON:  Well, our concern, Your Honor, is that
16  if the potential jury is classified -- if all of us are
17  classified as victims, it may affect their impartiality and
18  ability to rule, having not considered that they were a
19  victim before they came into the courtroom and heard
20  themselves being referred to as a victim.  So we think it's
21  highly prejudicial and certainly, again, would assume that
22  the defendants are guilty if they are classified as that.
23       THE COURT:  What's the government's response, if any?
24       MR. MARTIN:  Judge, the indictment has long charged
25  that the State of Alabama and its citizens were victims of
```

1  honest services fraud by Oliver Robinson, who has admitted

2  to committing honest services fraud against the state and

3  its citizens.

4      The defendants could have made this objection long

5  before the first day of trial, but they didn't.  And it is

6  just a fact, and it is not unfair that the government refer

7  to the victims of Oliver Robinson and his co-conspirators'

8  scheme as victims.  The state itself and its citizens are

9  victims of the honest services fraud by a state legislator.

10 That's what this case is about.  And how we go through this

11 case without mentioning that, I don't know.  And the

12 government shouldn't be put in that position of having to

13 not talk about the victims of the defendants' alleged

14 crimes.

15     THE COURT:  I generally agree.  How do I address,

16 Mr. Bloomston, your concern overruling your objection

17 beyond telling the jurors what we typically tell them,

18 which is an indictment is not evidence of guilt and that

19 they are the ones who are to determine if the government

20 has proved its case beyond a reasonable doubt?  And so to

21 the extent there's something else that you want me to

22 consider doing beyond that --

23     MR. BLOOMSTON:  No, sir.

24     THE COURT:  -- I'm open to that to address the concern

25 that you have.

1     MR. BLOOMSTON:  No, sir, Your Honor.  Thank you.

2     THE COURT:  Thanks.

3     Any other preliminary things beyond what we chatted

4 about on Friday?

5     MR. MARTIN:  Your Honor, the government would ask the

6 Court to invoke the rule and excuse the government's case

7 agents from the rule.

8     MR. ASBILL:  I'm sorry.  Did you want to have more than

9 one case agent?

10    MR. MARTIN:  Yes.  We have two case agents, one from

11 the FBI and one from the IRS.

12    MR. ASBILL:  We object to more than one case agent

13 sitting in the courtroom on their side for the whole trial.

14    THE COURT:  You have one from the IRS and one from

15 where else?

16    MR. ASBILL:  FBI.

17    THE COURT:  FBI?  Okay.  Since an objection has been

18 made, why do you need two?

19    MR. MARTIN:  Your Honor, both of these agents worked on

20 the case together, and they had different focuses at times.

21 And we will be presenting evidence that both of them worked

22 on together and also separately.  And the defendant has

23 their gaggle of people who are helping him.  And these two

24 case agents worked on the case, and the government only

25 intends to call one of them in trial.  So we ask that the

1    FBI agent at least be excused from the rule.

2        THE COURT:  Gaggle?  That's a little bit strong.

3        MR. MARTIN:  Not from our perspective, Judge.

4        THE COURT:  Okay.  You may.

5        MR. ASBILL:  If either of them are going to be called

6    as witnesses, they're only allowed to have one in the

7    courtroom, not allowed to have two case agents that are

8    potential witnesses at this trial.

9        THE COURT:  Well, he just said -- I don't know if that

10   changes your position, but he just said he's only going to

11   call one of them as a witness.  I don't know which one.  I

12   guess he's only going to call one witness.

13       Mr. Martin, did I understand that correctly?  Or did I

14   just misunderstand totally what you said?

15       MR. MARTIN:  Judge, could you repeat that, please?

16       THE COURT:  I think I heard you to say you're only

17   going to call one of these two gentlemen as a witness in

18   this case.  Is that correct or incorrect?

19       MR. MARTIN:  That is the plan, yes, sir, at this point.

20       THE COURT:  Does that change the defendants' position

21   on allowing two in the courtroom?

22       MR. ASBILL:  If only one will ever be called, even if

23   there's a rebuttal need for the other.  I don't think it's

24   fair to have two of them in this courtroom if they could

25   potentially be witnesses at any time regardless of what the

1   present plan is.  And with respect to our "gaggle" of

2   people, we don't have witnesses other than the potential

3   defendants in this courtroom on our side.

4       THE COURT:  I agree with that point, the latter point.

5   That's the reason why I told Mr. Martin that "gaggle" is a

6   bit strong.

7       All right.  Subject to the government only calling one

8   of these two case agents, the government will be allowed to

9   have both of them in the courtroom.

10      As I promised on Friday -- so that the record is clear,

11  there was a phone call where the Court was asked to

12  revisit -- orally, that is, was asked to revisit or to

13  reconsider its decision regarding the motions in limine

14  that deal with the alleged commonplace nature of the

15  defendants' conduct and the defendants' motion to admit

16  certain evidence regarding the environmental issues in the

17  case.

18      Obviously, again, the parties are generally in

19  agreement that some background information about the

20  environmental issues needs to come in.  The issue from my

21  perspective is what I ruled on.  I believe that the

22  defendants seek to go above and beyond just generic

23  background context evidence and seem to want to, for lack

24  of a better term, challenge the EPA's decisions in this

25  case to designate Mr. Roberson's employer as one of the

1   parties that are responsible for the contamination at the

2   35th Avenue Superfund Site.

3       I have gone back, as I promised the parties that I

4   would; I have read the briefs.  And I will carry the issue,

5   as far as the environmental issues are concerned in this

6   case, to see how the government tries its case.  But in the

7   grand scheme from my perspective and consistent with what I

8   have ruled on already, whether the defendants believe that

9   Mr. Roberson's employer was not responsible and/or that the

10  EPA overreached in its decisions in this case is evidence

11  that I don't believe is relevant to the question of whether

12  these defendants purportedly bribed a state legislator.

13      Again, I think in the government's response they have

14  outlined the type of context evidence that they agree needs

15  to come in.  Where I think there's no issue with respect to

16  at a minimum that coming in, the one thing that I will want

17  to hear from the government -- not the government -- from

18  the defendants on later is on the call on Friday, an

19  argument was made, which was not in the papers that I read

20  before I ruled on the motion, that because the EPA, I

21  guess, engaged in some grassroots efforts, that the

22  defendants believed that they also needed to counteract

23  that with their own grassroots efforts.

24      When the time comes, I will hear on the record about

25  that.  Subject to certain limitations, obviously, I do

1    think generally that type of evidence is allowed and needs

2    to come in as part of laying the framework for the jurors

3    to have the full context of what was going on at the time.

4    But, again, my inclination is -- and I'll give the

5    defendants an opportunity to put everything in the record

6    and then will revisit the issue if I'm convinced otherwise.

7        But my overall inclination is that the EPA, which has

8    always been an agency that evokes strong emotions from both

9    sides, either from those who feel that the EPA is not a

10   strong environmental advocate or from the other side that

11   believes that they are too antibusiness, the EPA is not in

12   trial in this case.  What I'm trying is the alleged bribery

13   of a state legislator.  And depending on how the government

14   goes about to prove its case, I will revisit the issue on

15   whether or not I need more background information about the

16   EPA's actions in this case beyond just the generic -- what

17   I'll call the generic, but tracking what the government has

18   outlined in its response to the motion.

19       MR. GILLEN:  Your Honor, may I be heard briefly on

20   that?

21       THE COURT:  You may, but I'm not going to rule on it

22   until later.  But go ahead.

23       MR. GILLEN:  I understand that.  But the reason why I'm

24   raising it is because we're going to have opening soon, and

25   I want to make sure that we have clarification from the

1    Court on this.

2        For the record, Mr. Gillen for Mr. McKinney.

3        On Friday what the Court told us to do is to get in

4    touch with the government and to try to work out some sort

5    of parameters.

6        THE COURT:   Correct.

7        MR. GILLEN:   There was a call with the government on

8    this issue.   And as one might expect, there was not total

9    agreement between the parties about what the Court's

10   parameters were and how that should be implemented.

11   However, my recollection of the call with the government

12   went as follows:

13       My point to the government is, "Are you saying that

14   when the EPA proposes action on 35th Avenue and extension

15   into Tarrant and Inglenook and to place 35th Avenue on the

16   NPL list, are you saying the actions of the defendants in

17   order to react to and to marshal together appropriate,

18   lawful, and ethical responses to that would not be

19   admissible, such as, you know, research that was done,

20   whatever testing that was done, the community outreach that

21   was done, contacting political officials, the governor, the

22   attorney general, the senators, the congressmen, all of

23   that?   Is that something that the government believes would

24   not be admissible?"

25       And my recollection from the discussion with the

government is that they agreed with me that that would be admissible.  What they did not believe would be admissible was to try the EPA case or the extension or proposed extension into Tarrant or the NPL listing as a right or wrong decision that was made by the EPA but that actions taken by the defendant which show the context of their activity to show that they were acting in their view -- and this is obviously a criminal case with specific intent required -- that their view was the actions they were taking was appropriate and well thought out and had a plan involving multifaceted prongs to that plan.

My understanding is that the government's objection went as follows:  "We don't think that someone can simply walk into court and introduce an historical document regarding what might have been the previous testing from Jefferson County or from the CDC subsidiary."

Now, that's different from the point that I raise.  The point that I raise is the collecting of materials and the dissemination of those materials and the advocacy for the appropriateness of the position of Drummond and Balch would be admissible as it relates to the intent of the defendants.

My recollection from the call was that as it related to that particular matter, that the government seemed to be more in line with my view of what the Court would be

admitting.  And I wanted to get that on the record because
the Court directed that we meet.  We did meet.  We didn't
meet physically, but we spoke.  And I wanted to report at
least on my perception of that because, as I said earlier,
we're going to be having opening statements rolling up, and
I wanted to make sure that the Court and the government was
aware of my perception of what at least the government
believed would be within the scope of the Court's ruling.

Thank you, Your Honor.

THE COURT:  Thank you.

MR. ASBILL:  Judge, I just want to weigh in on this as
well because I had planned to talk about this in openings,
too.

I understand the Court's desire not to get into a
fight --

THE COURT:  Yeah, I don't think anything that you guys
have said so far goes to the merits of the EPA's conduct,
whether it's right, whether they overreached or not.  I see
that as contextual evidence, though I think the issue is,
at this point for me is, Mr. Martin, Mr. Ward, Ms. Mark, do
you guys disagree with the representation that's been made
here in court about the call?

MR. WARD:  Thank you, Your Honor.  Mr. Ward for the
government.

With all respect to Mr. Gillen, we came away with a

1    very different perception of the call on Saturday.

2         THE COURT:   Okay.

3         MR. WARD:   The parties did talk and did try to reach

4    agreement.   The government explained specifically that we

5    intend to establish the background as set out in the

6    indictment.   Paragraph 7 through 12 of the indictment set

7    out just basic background for the events.   But we didn't

8    believe it was appropriate to get into whether the

9    defendants believed that their opposition to EPA was

10   correct or not.

11        And I think that's kind of a backdoor way of getting

12   into the merits of the case, not exactly arguing that the

13   EPA was right or wrong but arguing that the defendants

14   believed that they were right and EPA was wrong and putting

15   in evidence about that to support their beliefs.   And, Your

16   Honor, we --

17        THE COURT:   All right.   Let me stop you there.   The

18   defendants want to be able, I guess, as part of their

19   opening, as part of their case to say that in response to

20   the EPA, they engaged in community outreach efforts.   Any

21   objections from the government with respect to that?

22        MR. WARD:   No.

23        THE COURT:   They also want to get either in opening or

24   as part of their case that as part of their response, they

25   contacted certain political officials both from the state

1   and perhaps local elected officials as well.  Any

2   objections to that aspect of their position?

3      MR. WARD:  No, Your Honor, not to them putting in the

4   facts of that.  What we would object to is argument or

5   evidence that gets into what they believe -- the sincerity

6   of their opposition to the EPA and then arguing from that

7   that they had a good faith intent.  Because as Your Honor

8   said in one of your orders very correctly, obviously one

9   can bribe a public official to take an action that one

10  sincerely believes in.

11     THE COURT:  Okay.  Go ahead.

12     MR. ASBILL:  Well, obviously one is less likely to

13  bribe a politician if you sincerely believe that you're

14  right and you're going to win on the merits.

15     THE COURT:  Well, again, I'm not sure if the EPA's

16  overreach or their -- EPA being wrong is somehow something

17  that I need to get into to deal with whether the actions

18  that your clients took with respect to Mr. Robinson crossed

19  the line into bribery to violate the laws here that have

20  been charged.

21     The EPA is not in trial in this case.  We do need to

22  bring in some background context including your client's

23  response that involves any community outreach that they

24  undertook, any political contacts that they make.  But I

25  don't think I will allow you -- in fact, I will not allow

1  you to get into any arguments about the EPA's actions being

2  wrong or your clients believing that the EPA's actions were

3  wrong and, therefore, this is why they did X, Y, and Z.

4      Again, your clients obviously have to put on a defense.

5  I think they can do that within the limitations of my

6  ruling without crossing the line and arguing that

7  somehow -- because even if you are correct, as I see it,

8  the law -- even if the EPA had no reason to do what it did,

9  the law or the science did not support the EPA's actions to

10 the extent that the government is able to prove that the

11 alleged conduct here rises to a bribe, to use that just

12 generic vernacular.

13     I don't think that under the law, as I understand it,

14 the fact that the EPA's actions, assuming you are correct,

15 were wrong, Mr. Roberson's employer was not liable for the

16 conduct, had valid defenses, that does not excuse the

17 alleged bribery.

18     MR. ASBILL:  No way were we trying to make that

19 argument.

20     THE COURT:  And so for that reason, to the extent that

21 the defendants want to argue that in response to EPA's

22 community outreach they also engaged in community outreach,

23 that's fair.  To the extent that the EPA's actions led the

24 defendants to contact political figures to try to enlist

25 their help, that's fair to put that in as well.

1        The evidence about how the site was designated as a

2  Superfund site is valid and can come in.   Evidence related

3  to how it was added or the proposal to add it to the

4  National Priorities List can come in as well.   But we will

5  not, again, allow the propriety of the EPA's actions to be

6  litigated in this case.

7        MR. ASBILL:   We're not trying to say that just because

8  we thought the EPA was wrong, we were entitled to bribe

9  people.   That's not the defense in this case.

10       MR. SHARMAN:   Your Honor, briefly, Jack Sharman for

11  Mr. Gilbert.

12       Just so I don't run afoul of the Court's order within

13  the first 10 minutes of my appearance, am I to understand,

14  Your Honor, that if I wish to say in opening that

15  Mr. Gilbert did not believe Drummond to be liable for the

16  contamination, that I may not say that under the Court's

17  order?

18       THE COURT:   I will not allow you to go there.   In

19  opening -- I guess it's opening.   I need to be fair to you

20  guys.   Obviously, "fair" may not be the right term.

21       Your clients obviously have every right under the law

22  to defend themselves, and so I don't need to restrict you

23  too much.   But I also don't want to engage in the ultimate

24  mini-trial and have the strong emotions for and against the

25  EPA's actions to be at issue in this case.

1      So what do you plan to say, before I give you an answer

2   to that question?  What else do you plan to say?

3   Mr. Gilbert does not believe that Mr. Roberson's employer

4   was liable for the actions.  Therefore, what?

5      MR. SHARMAN:  And therefore took lawful, appropriate,

6   and perfectly acceptable and customary actions to oppose it

7   because he did not believe that his client had contributed

8   to the charged conduct.

9      And that's important, Your Honor, because one of the

10  pillars of the government's case is that because of

11  financial exposure potentially with regard to a Superfund

12  site, the defendants were motivated to bribe somebody.

13     Of course, not only do we disagree with that, we

14  believe that, obviously, the opposite is true and that the

15  vigor of the response, whether before an agency, in the

16  community, in litigation, or in contact with public

17  officials, was driven by our belief and understanding that

18  we and Drummond were in the right.

19     I do not believe, Your Honor, that that involves

20  putting EPA on trial.  It involves meeting the

21  government's -- or one of the government's central charges

22  against us.

23     THE COURT:  Mr. Ward, let me hear from you --

24     MR. WARD:  Thank you, Your Honor.

25     THE COURT:  -- as to Mr. Sharman's description of what

1    he wants to do in opening.

2        MR. WARD:  Your Honor, I appreciate his comments.  I

3    just -- I'm having trouble connecting the dots.

4        I've worked in private practice.  Many of us have.  And

5    sometimes you represent clients whose positions you agree

6    with substantively, and sometimes you don't agree with them

7    substantively, and you advocate vigorously either way and,

8    you know, do what you think is right either way.

9        So I don't see the relevance -- I still don't see the

10   relevance of argument that the defendants as attorneys

11   believed that their client's position was substantively

12   right as a technical matter and that that somehow means

13   that they were less likely to violate the law.

14       Your Honor, true believers sometimes find it easier to

15   rationalize wrongdoing because it's wrongdoing in service

16   of the greater good.  So I just don't see the connection,

17   Your Honor.

18       MR. SHARMAN:  Your Honor, if the government will

19   stipulate that they will not argue or put on evidence that

20   we were motivated to avoid cleanup costs, then I'll

21   withdraw the request.

22       MR. WARD:  Your Honor, we have to be --

23       THE COURT:  Mr. Ward?

24       MR. WARD:  Your Honor, the government has to be able to

25   explain why the defendants were motivated to take action,

1    just to explain to the jury why it is that Drummond and the

2    representatives at Balch cared about this.

3         MR. SHARMAN:   I look forward to that, Your Honor, but I

4    would like to do my own explaining, too.

5         THE COURT:   Mr. Ward, you have the floor.

6         MR. WARD:   Your Honor, I won't repeat myself.  I think

7    the government would object to that line of argument.  The

8    sincerity of the defendants' belief and their opposition

9    just has no relevance in this case, and it poses a high

10   risk of undue prejudice under Rule 403 because the risk is

11   the jury's going to confuse these arguments about the

12   defendants' intent, their good faith intent in opposing the

13   EPA, with whether the defendants intended to commit the

14   crimes that they have been charged with.  And that's a

15   serious risk.

16        Frankly, we found it confusing in our call on Saturday,

17   I'm sure through no fault of the defense lawyers.  They're

18   excellent at their jobs.  But when we talk about evidence

19   and they say, "This is relevant to the defendants' intent,"

20   we have to kind of drill down, "What do you mean by

21   intent?"  Because if it's just you earnestly believe that

22   the EPA was wrong, that's not what we're here for.

23        MR. GILLEN:   Your Honor, Craig Gillen for --

24        MR. ESSIG:   Your Honor, may I be heard on this?  I was

25   on the call on Friday and did most of the argument for the

1    defense.

2         I think, Your Honor, to the extent that I was confusing

3    on Friday, I think we can fairly well summarize it.

4         The indictment contends the defendants were motivated

5    by a fear that Drummond would be exposed to tens of

6    millions of dollars of cleanup costs.  That is the exact

7    allegation in the indictment.  That's what they contend is

8    the central motive.

9         The defendants' belief that after they litigated this

10   matter that their clients were right and could not be

11   exposed to the tens of millions of dollars in costs would

12   tend to explain that they did not have corrupt intent.

13   This evidence that we are talking about is not really the

14   belief in the EPA being wrong.  It's our clients' belief

15   that they were right.  That belief has the tendency to

16   negate the notion that they had corrupt intent.

17        Mr. Ward is correct.  They can argue to the jury and

18   the jury might ultimately find that a legitimate opposition

19   still involved bribery.  But that's a decision for the jury

20   to make based on evidence that they hear.  The fact that

21   we're having this discussion and the fact that Mr. Ward

22   said that sometimes clients take positions even when they

23   don't agree with their client indicates it's an open fact

24   question that cannot be decided as a matter of law to

25   exclude all evidence on this issue.  And I think at this

1   point, that's all we're asking the Court for.

2       THE COURT:  What is your clients' beliefs about the

3   merits of the EPA's purported conduct and all the other

4   actions they took?  Let's drill down with respect to

5   Mr. Roberson, though -- I'm sorry -- Mr. Robinson.  This

6   goes back to Mr. Bloomston's point at the start of all this

7   about the potential confusion.

8       Give me a minute.  Let me look at the relevant part of

9   the indictment for a minute.

10  (Pause.)

11      THE COURT:  Who is going to bring in the defendants'

12  beliefs into the evidence?  The defendants themselves?  Or

13  how is that evidence going to come in to the jury?

14      MR. ASBILL:  It may come in through the defendants.  It

15  may come in through Drummond executives.  It may come

16  through Balch lawyers.  There are a lot of different ways

17  that it might come in.

18      THE COURT:  Well, what do you plan to do when you call

19  the witnesses exactly?

20      MR. ASBILL:  Well, I think -- well, I'll try to give

21  some preview of this.  One thing I do not intend to do --

22      THE COURT:  Yeah, I need a preview.  I need a preview.

23  Look --

24      MR. ASBILL:  Okay.  Well, I don't intend to argue that

25  this scientist was right or this scientist was wrong.

1      THE COURT:  Let's stop for a minute, okay?  I know this

2   is a heated case for all involved.  I am just trying to get

3   an answer.  I don't need the tone.  I just want to know how

4   the evidence will come in.  You've told me through the

5   lawyers from Balch and/or from Drummond executives and

6   maybe the defendants themselves.  What I want to know now

7   is exactly what you are planning to offer were this

8   evidence to come in.

9      MR. ASBILL:  In essence, that there was a -- you know,

10   it started in 2013.  EPA sends a letter asking Drummond and

11   other companies to voluntarily participate in giving money

12   to clean up what they perceived to be pollution, what EPA

13   perceived to be pollution that we were potentially

14   responsible for.  That was not the view of Drummond in

15   terms of whether or not we were responsible for anything,

16   in fact, had polluted anything.  But we had to get into

17   this battle.  We had to get into this Superfund site battle

18   and all of its components.  So we hired a law firm to help

19   us defend against that action.  And we did.

20      THE COURT:  I've not heard anything yet with respect to

21   these defendants and their beliefs.  That's really what I

22   want to drill down on, is the argument that's been made by

23   Mr. Sharman and others is that these defendants did not

24   believe that Drummond was liable.  And so who is going to

25   bring in the evidence of their belief, and how is that

1    going to be done?

2        MR. SHARMAN:  Your Honor, Jack Sharman again.  I think

3    the Court asked how this might come in.  And in addition to

4    the ways that Mr. Asbill identified, there were voluminous,

5    frequent, and thorough submissions to the agency by Balch &

6    Bingham and particularly led by Mr. Gilbert pointing out

7    for lots of reasons why Drummond, Balch & Bingham's client,

8    was not liable.

9        I think it will be not only obvious from those

10   documents which would be offered to witnesses who helped to

11   work on them to explain what was going on, but it would be

12   obvious from that that both Mr. Gilbert and Drummond

13   believed for many reasons that it was not liable for the

14   contamination.

15       We don't have any intention and I don't think anybody

16   in the courtroom has any intention of getting into a toxic

17   tort case with lots of science, getting into a Superfund

18   trial.  I've had two in my career, and I earnestly do not

19   want a third.

20       But it will be not only obvious what the defendants'

21   and certainly Mr. Gilbert's belief was, but, Your Honor, I

22   believe it will be impossible for anyone, including the

23   government, despite what they say, to discuss it

24   coherently.

25       This evidence goes to intent.  It goes to motive.  It

1  goes to the acceptability of what was going on.

2      Everything that Mr. Gilbert and his co-defendants did

3  was either a reaction to or something in anticipation of an

4  act by the agency.  And if we are deprived of the ability

5  to explain the reaction, part of which, as a commonsense

6  matter, is one's belief about what you're doing, we will

7  not have the opportunity to put on a meaningful defense.

8      THE COURT:  All right.  Thank you both.  Mr. Ward,

9  thank you as well.

10      Given what the indictment says and to be fair to the

11  defendants but also to make sure that I rein things in, we

12  will streamline this.  It's not going to involve a

13  significant amount of documents, but to the extent that the

14  government is going to argue that the defendants are

15  motivated in part by saving Drummond from a potential

16  millions in dollars of liability, then I will allow some

17  evidence to come in that either these defendants -- well,

18  yeah, through these defendants that they took the view on

19  behalf of their client that their client was not liable.

20      I don't think we need to get into the specifics of what

21  the letters say, although some of them need to come in, but

22  we're not going to get into a heated argument.  All I will

23  need as part of the contextual background information is

24  that the EPA took position X.  The defendants disagree on

25  behalf of their client.

1       So, Mr. Sharman, yes, in your opening statements, you

2   are free to say -- because I suspect the government in

3   their opening will say, consistent with the indictment,

4   that the motivation here -- I still don't know how all of

5   this will -- but that's for the jury to decide, as one of

6   you pointed out.  But in your opening, you're free to say

7   your client -- and same for other defendants -- did not

8   believe -- or disagreed with the EPA's actions.  Or maybe

9   "disagreed" is probably not the best term to say that in

10  addition to disagreeing, that you guys believed and

11  submitted evidence to the EPA showing that your clients

12  were not liable for the alleged contamination.

13      Anything that I need to clarify for anyone?

14      MR. SHARMAN:  Thank you, Your Honor.

15      MR. WARD:  No, Your Honor.

16  (Pause.)

17      THE COURT:  For the lawyers, why don't we take a quick

18  break if you guys need it.  The jurors are on their way up.

19  Take five minutes.

20  (Recess.)

21      THE COURT:  Mr. Martin?

22      MR. MARTIN:  Judge, we have just been provided the list

23  of potential jurors.  I notice that Juror Number 12 is

24  employed at Balch & Bingham.  And we would move ahead of

25  time before voir dire to strike her for cause.

1      THE COURT:  Any objections from the defendants?  That's

2  Juror Number 12, who is a legal assistant at Balch?

3      MR. GILLEN:  You're asking to use one of your strikes?

4      MR. MARTIN:  No, we're asking to strike her for cause.

5      MR. GILLEN:  Well, we would object to that, Your Honor.

6  Craig Gillen on behalf of Mr. McKinney.

7      Balch is not a defendant in this case.  The government

8  has listed many, many witnesses from Balch that they will

9  be calling in their case in chief.  There is no reason that

10  I am aware of that the juror would be legally impaired from

11  serving on the jury.  If the government wants to use their

12  strike, then they can use their strike.  But we oppose to

13  have the strike of the juror for cause simply because she

14  is a member of Balch.

15      THE COURT:  All right.  I'll tell you what.  I think we

16  will all -- this is going to be an interesting case because

17  if we can't even agree on something that's just basic --

18      But, Mr. Martin, once the juror comes in, then why

19  don't you question her as part of your voir dire and then

20  raise the issue again when you have evidence to support

21  your contention that a reason exists for her to be stricken

22  for cause.

23      MR. MARTIN:  Yes, Your Honor.

24  (The following proceedings were had in open court in the

25  presence and hearing of the venire.)

1        THE COURT:  Good morning, everyone.

2        Members of the jury or the prospective jurors, I

3   apologize for being so far removed from you.  There are a

4   lot of you.  In fact, there are 58 of you.  And this is the

5   biggest courtroom that we have to accommodate all the

6   parties.  But it means that it's a great distance between

7   you and me.

8        Ms. Mark, is the government ready?

9        MS. MARK:  We are, Your Honor.

10       THE COURT:  Mr. Essig, Mr. Bloomston, and Mr. McKnight,

11  are the defendants ready?

12       MR. ESSIG:  We are, Your Honor.

13       MR. BLOOMSTON:  Yes, Your Honor.

14       MR. McKNIGHT:  Yes, sir, Your Honor.

15       THE COURT:  Thank you, all.

16       Ladies and gentlemen of the jury, we are calling for

17  trial at this time the case of the United States against

18  Joel Iverson Gilbert, Steven George McKinney, and David

19  Lynn Roberson.

20       The defendants are charged in this case in a six-count

21  indictment.  I'm not going to go into great details of what

22  the charges are.  I will do so later for those of you who

23  are selected as jurors.  But, basically, the charges are

24  conspiracy, bribery, honest services wire fraud, and money

25  laundering.

1    The defendants have each entered a plea of not guilty

2  to these charges.   I want you to understand that the mere

3  fact that the defendants are charged with these offenses

4  does not in any way mean that they are guilty.   On the

5  contrary, the defendants come to this trial presumed to be

6  innocent.   It is the burden of the government to prove each

7  of their guilt before the government will be entitled to a

8  verdict of guilty.

9    Ladies and gentlemen, we are about to begin what we

10  call in the law the voir dire process.   Loosely translated,

11  it means to inquire or to speak the truth.

12    As you can surmise, it means in this part of the case,

13  you are going to be asked a series of questions.   It is

14  extremely important that you answer all of the questions

15  fully and completely.   We are simply trying to attempt to

16  ascertain each of your characteristics and your feelings so

17  that the fairest and most impartial group of you can be

18  selected to try this case.

19    Before we begin, we're going to give each of you a

20  chance to tell us a little bit about yourselves.   We will

21  start with Juror Number 1.   Just spend two to three minutes

22  giving us the information that's on the sheet of paper that

23  you have, and then we will go all the way down to Juror

24  Number 8.

25    Please remember to use your juror numbers.   And for

```
 1   those of you who are married, please tell us your spouse's
 2   first name only, no last name, please.
 3       Juror Number 1, you may start us off.
 4       JUROR NUMBER 1:  I'm Juror Number 1.  I live in the
 5   City of Birmingham in Jefferson County.  I work for the
 6   Jefferson County Commission.  My duties include checking
 7   and verifying all the incoming title mail coming from out
 8   of state.  I have been there for 20 years.
 9       I have some college that I took at Jefferson State
10   Community College.  I have a degree in accounting.
11       I am single.
12       I have never been in a party in a lawsuit.  I have
13   never been a witness in a lawsuit.  I was a juror on a case
14   that was an insurance claim.  It was found in the favor of
15   the -- I can't think of --
16       THE COURT:  The plaintiff or defendant?  If you
17   remember, that is, sir.
18       JUROR NUMBER 1:  The person that was suing won.
19       THE COURT:  Okay.
20       JUROR NUMBER 1:  I don't really have a whole lot of
21   hobbies or interests.  I don't have any bumper stickers on
22   my car.  I'm not a member of any organizations.
23       I do have a Facebook account.  And I don't regularly
24   read any blogs.
25       THE COURT:  Number 1, thank you very much.  Please give
```

1   the microphone to Juror Number 2.

2       JUROR NUMBER 2:  Hi.  I'm Juror Number 2.  I live in

3   Calera, in Shelby County.  I work for Allstate Insurance,

4   and I am a represented litigated adjuster for bodily

5   injury, and I've been there for 16 years.  I have some

6   college at Jefferson State Community College.

7       My husband Adam works for Cook's Pest Control.

8       I had some small claims court where I've had medical

9   bill disputes that were solved before they were seen before

10  the judge.  I've never been a witness in a lawsuit.  And I

11  did serve on the grand jury in Shelby County.

12      My family and I like to camp, just do regular family

13  things.  I don't have a bumper sticker on my car.  I'm not

14  a member of an organization.

15      I have a Facebook account.  And I do not read any

16  blogs.

17      THE COURT:  Thank you.

18      Number 3.

19      JUROR NUMBER 3:  I'm Juror Number 3.  I live in

20  Bessemer, Jefferson County.  I'm retired.  I worked at

21  U.S. Steel for 5 years prior to that and 33 years at

22  U.S. Pipe prior to that.  I was an electronic technician.

23  I have a degree, an associate's degree in electronics.

24      I'm divorced.  She works at U.S. Pipe.

25      I've never experienced a lawsuit.  I've never witnessed

1  one.  I've never been a juror.  I love the water, and I
2  love to read.  I have no bumper stickers.  I'm a member of
3  the NRA, and I have been a member of the IBEW most of my
4  life.
5      I do have a Facebook account, and I do not read any
6  blogs.
7      THE COURT:  Number 4, thank you very much.  Number 3.
8  I'm sorry.
9      Juror Number 4.
10     JUROR NUMBER 4:  Yeah, Juror Number 4. ▨▨▨▨▨▨.
11 City, Birmingham.  County, Jefferson.  My employment is
12 with United Healthcare Insurance Company for 24 years.  I'm
13 currently in benefits and contracts.  Education, some at
14 the University of Alabama.
15     I am single.
16     I have no experience as a party in a lawsuit or as a
17 witness and no experience as a juror.  Hobbies are music
18 and reading.  I have no bumper sticker on my car.  No
19 membership in organizations.
20     I do have a Facebook page.  And I do not really read
21 any specific blogs.
22     THE COURT:  Number 4, thank you.
23     Juror Number 5.
24     JUROR NUMBER 5:  Hello.  I'm Juror Number 5.  I live in
25 Crestline Park, which is in Jefferson County.  My work

1   experience has been with Amerex Corporation for the last

2   five years.  I'm a regional sales manager.  I cover four

3   states.  Education, University of Alabama.  I spent some

4   time there.  Currently working on my online business

5   degree.

6       Spouse's name is Lindsey.  She's an admin assistant at

7   an accounting firm.

8       No experience in lawsuits.  No experience as a witness.

9   No experience as a juror.  My hobbies and interests include

10  sports, golf, and the outdoors.  I have no bumper stickers.

11  I am a member of Mountain Brook Community Church.  I'm also

12  a member of Kiwanis.

13      I have a Facebook.  I have got an Instagram.  I had a

14  Twitter account back in my younger years and since have not

15  tweeted.  I do read blogs, mostly for recruiting for

16  football.

17      THE COURT:  Thank you.

18      Number 6.

19      JUROR NUMBER 6:  Hi.  I'm Juror Number 6.  I live in

20  Remlap in Blount County.  I work for a company called

21  MedAssist, which is a computer system vendor for medical

22  software.  I manage the software and installation

23  department.  I've been with them for 24 years, so I wear

24  many hats there.  I have some college at Jefferson State

25  Community College.

1    I'm divorced.  My ex-spouse, his name is Dennis, and he
2    was in construction.
3        I don't have any experience as a party in a lawsuit or
4    as a witness in a lawsuit.  I've never been a juror.  My
5    hobbies are playing with my grandchildren, genealogy, and
6    yard work.  I do not have any bumper stickers.  I'm not in
7    any membership or no organization.
8        I do have a Facebook, an Instagram, and I have a
9    Twitter that I mainly use for my work.  And I do not read
10   any blogs.
11       THE COURT:  Thank you, ma'am.  Would you pass the
12   microphone down to the wall for Number 7, please?
13       JUROR NUMBER 7:  Hello.  I'm Juror Number 7.  I live in
14   the City of McCalla in Jefferson County.  I work for
15   Mercedes-Benz International.  My duties are production
16   manager.  Been there for 22 years.  I have a high school
17   education.
18       Spouse's name is Tamika.
19       I have no experience as a party in a lawsuit, no
20   experience as a witness in a lawsuit.  I have never been a
21   juror.  Hobbies and interests, mechanicing, drag racing,
22   fishing.  I do not have a bumper sticker.  I'm not a member
23   of any organization.
24       I do not have a Facebook account.  I do have an
25   Instagram account.  And I do not regularly read blogs.

1          THE COURT:  Thank you, sir.

2          Number 8.

3          JUROR NUMBER 8:  I am Juror Number 8.  I live in Hoover

4     in Jefferson County.  I work for Birmingham City Schools.

5     I've worked as a teacher for 33 years.  I do have a

6     bachelor of arts from UAB.

7          My husband's name is Jeff.  He works for EBSCO.

8          I have no experience as a party in a lawsuit.  I have

9     been a witness in family court for a custody case.  I have

10    been a juror before in a criminal case, and the defendant

11    was found not guilty.  My hobby is I love to read.  I do

12    not have any bumper stickers on my car.  I do belong to the

13    Alabama Education Association.

14         I do not have Facebook or Twitter, and I do not read

15    any blogs.

16         THE COURT:  Number 8, thank you.

17         Number 9.

18         JUROR NUMBER 9:  I'm Juror Number 9.  I live in

19    unincorporated Jefferson County.  I've worked the last

20    three years as a preschool aide.  I graduated from Samford

21    with a degree in marketing.

22         My husband is Robert.  He's retired military.  He's

23    presently looking for his next chapter in life.

24         We have had a little bit of experience where we had a

25    rental house, and we were plaintiffs for a couple that did

 1  not pay their rent and left extensive damages.  And it was

 2  awarded in our favor.  No experience as a witness.  No

 3  experience as a juror.  I like to read.  I like to cook.  I

 4  don't have any bumper stickers on my car.  No

 5  organizations.

 6      I do have a Facebook account, and I don't read any

 7  blogs.

 8      THE COURT:  Number 9, thank you very much.

 9      Juror Number 10.

10      JUROR NUMBER 10:  Hi.  I'm Juror Number 10.  I live in

11  Bessemer.  I teach at Calera Elementary School.  I'm a

12  physical education teacher.  I've been there 13 years.  My

13  duties at work are teaching 740 students every day.  I have

14  a degree in physical education from Iowa Wesleyan College

15  in Iowa.

16      I am married to Tony.  He does corporate security for

17  Regions Bank in technology.

18      I have not had experience in a lawsuit or as a witness.

19  I have never been a juror.  My hobbies are camping with my

20  four daughters, riding Harley motorcycles, kayaking.  I do

21  not have a bumper sticker.  I am a member of ACOE, which is

22  a teachers' association, ASIFR National, Alabama Wildlife

23  Federation.

24      And I have a Facebook account, and I do not read any

25  blogs.

1      THE COURT:   Number 10, thank you very much.

2      Juror Number 11.

3      JUROR NUMBER 11:   I'm Juror Number 11.  I live in

4  Vestavia, Alabama.  I'm a retired fireman.  I worked at

5  Center Point as a captain there, a lieutenant at Homewood.

6  I worked a short period at Jefferson County Sheriff's

7  Department.  I now work for a company called MES.  I sell

8  rescue tools.  I have a BS degree in homeland

9  security/public safety.

10      I'm divorced.

11      No experience in a lawsuit.  No experience as a

12  witness.  Never been a juror.  My hobbies are hunting and

13  fishing.  No bumper sticker.  No membership of any

14  organization.

15      I do have a Facebook and a Twitter.  And I do not read

16  blogs.

17      THE COURT:   Thank you, sir.

18      Juror Number 12.

19      JUROR NUMBER 12:   I'm Juror Number 12.  I live in

20  Warrior.  I work at Balch & Bingham law firm as a legal

21  assistant.  I've been there 18 years.  I do not have a

22  college degree.

23      I am divorced.  My ex works at Serra Toyota.

24      I do not have any experience as a party or a witness in

25  a lawsuit.  I was a juror in a criminal case, and the

defendant was found guilty.  My hobbies are anything

related to my six grandchildren.  I do not have any bumper

stickers.  I'm not a member of any organization.

I do have a Facebook.  And I do not read any blogs.

THE COURT:  Number 12, thank you.  Please pass the

microphone down to Number 13, please.

Juror Number 13.

JUROR NUMBER 13:  Hi.  I'm Juror Number 13.  I live in

Vestavia Hills, Jefferson County.  I work for Kamtek Magna,

Incorporated.  I'm a quality engineering area leader,

launch leader.  I have been there for seven years.  I have

some college from McKendree College in Lebanon, Illinois,

went for business.

I am single.

I have no experience in a party lawsuit, no experience

as a witness.  Never been on a jury.  Hobbies are reading

and cooking and hiking.  I have no bumper stickers on my

car.  I am a member of the American Society of Quality.

I do have a Facebook, and I do not read blogs.

THE COURT:  Thank you.

Number 14.

JUROR NUMBER 14:  Hi.  I'm Juror Number 14.  I live in

Mountain Brook, Jefferson County.  I am retired.  It will

be a year in August.  Before that, I was 17 years with

Havertys Furniture.  I went one year to Jacksonville State

1    College.

2        My husband is Bob.  He's a project manager at UAB.

3        I have not had any experience as a witness in a lawsuit

4    or as a party in a lawsuit.  No experience as a juror.  I

5    love to visit art exhibits, travel, stained glass, few

6    other things.  I have no bumper stickers on my car except

7    an Alabama tag.  No membership in organizations except

8    AARP.

9        I do have a Facebook account, but I don't read any

10   blogs.

11       THE COURT:  Thank you.

12       Juror Number 15.

13       JUROR NUMBER 15:  Hi.  I'm Juror Number 15.  I live in

14   Montevallo in the county of Shelby County.  For the past

15   five years, I was a school bus driver.  I retired last

16   year, but I went back this year as a sub for the Shelby

17   County Board of Education.  My duty was driving a school

18   bus.  I've been there for 15 years.  I have high school

19   education.

20       I am single.

21       I don't have any experience in a lawsuit or a witness

22   in a lawsuit.  I've never been a juror.  My hobbies are

23   cooking, gardening, and taking time with my grandchildren.

24   I don't have a bumper sticker.  No organization.

25       No Facebook.  And I don't read blogs.

 1      THE COURT:  Thank you, ma'am.

 2      Juror Number 16.

 3      JUROR NUMBER 16:  Hi.  I'm Juror Number 16.  I live in

 4  Gardendale in Jefferson County.  Within the last five

 5  years, I've had two different jobs, one from 2012 to 2015

 6  as a full-time stay-at-home mom at Big Oak Girls Ranch in

 7  Springville, Alabama, and then went back to be an

 8  elementary early childhood teacher in Blount County at

 9  Hayden Elementary.  I teach third grade there now.  This

10  will be my ninth year there.  My education is from UAB in

11  early childhood elementary.  I have a bachelor's degree.

12      My husband's name is Chad, and he works in a cabinet

13  shop.

14      I was in a lawsuit over 10 years ago about a car

15  accident as the defendant, and it was found in my favor.

16  I've never been a juror or a witness in a lawsuit.  My

17  hobbies are cooking and reading.  I do not have a bumper

18  sticker on my car.  I'm a member of Gardendale First

19  Baptist Church.

20      I have a Facebook page, and I do not regularly read

21  blogs.

22      THE COURT:  Thank you.

23      Number 17.

24      JUROR NUMBER 17:  Juror Number 17.  I live in

25  Birmingham in Jefferson County.  I work at St. Vincent's

1    East Hospital in the clinical laboratory, the microbiology

2    department.  I've worked there about 10 years.  I have an

3    associate's degree from Jeff State.

4        My husband's name is Jerry, and he does industrial

5    testing.

6        I've never been in a lawsuit, never a witness in a

7    lawsuit.  I have been a juror a couple of times.  One, the

8    first one, was a criminal case, and it was a split

9    decision.  There were several charges.  It was a split

10   decision.  The second one was a civil case, and it was

11   found for the plaintiff.  My hobbies are I really like old

12   movies.  I like to cook.  I do not have any bumper

13   stickers.  I'm a member of the Association of Clinical

14   Pathologists, which is work related.

15       I do have a Facebook and a Twitter, but I don't use

16   either one very often, and I don't read blogs.

17       THE COURT:  Thank you.

18       Let's go to Number 18, please.

19       JUROR NUMBER 18:  Yeah, I'm Juror 18.  I live in

20   Alabaster in Shelby County.  I work for Barb's Cakes, which

21   is wedding industry related.  I also am a regular

22   substitute teacher at a private school in Alabaster.  I

23   have a bachelor of science degree in education from

24   Mississippi State.  I'm certified in Texas and in Alabama

25   in elementary and early childhood.

1      My husband is in sales.  His name is Ernest.

2      I've never been a participant in a lawsuit, either

3    party or witness.  Never served on a jury.  I like to

4    flower garden and watch movies.  No bumper sticker on the

5    car.  No organizations.

6      I do have social media accounts.  And I read wedding

7    industry and cooking blogs.

8      THE COURT:  Thank you, ma'am.  Can you pass the

9    microphone down to Juror Number 19, please?

10      JUROR NUMBER 19:  Yes.  I'm Juror 19.  I'm from Bluff

11   Park in Jefferson County.  I work for a company called EBZ

12   Systec as a controls engineer.  Been there since October of

13   2013.  I went to Shelton State Community College.  No

14   degree.

15      I have a long-time girlfriend, Lisa.  She works at

16   ACIPCO as a process engineer.

17      I have never had any experience as a party in a

18   lawsuit, nor have I been a witness.  I have also never been

19   a juror.  My hobbies are amateur sports car racing and the

20   outdoors.  I have no bumper stickers on my car.  I'm with

21   the Jefferson County Republican Executive Committee.

22      I have Facebook, Twitter, and Instagram, and I do not

23   read regularly any blogs.

24      THE COURT:  Number 19, thank you.

25      Juror Number 20.

 1      JUROR NUMBER 20:  I'm Juror Number 20.  I live in

 2  Gardendale in Jefferson County.  I work at Walmart as an

 3  optician.  I've been there for 12 years.  Some college at

 4  Jeff State Community College.

 5      Single.

 6      Never participated in a lawsuit, a party in a lawsuit.

 7  Never a witness and never a juror.  My hobbies are

 8  traveling and spending time with my kids.  I do not have a

 9  bumper sticker.  I'm not a member of an organization.

10      I have Facebook, Snapchat, and Instagram, and I do not

11  read any blogs.

12      THE COURT:  Number 20, thank you very much.

13      Juror Number 21.

14      JUROR NUMBER 21:  I'm Number 21.  I live in Birmingham

15  in Jefferson County.  I'm self-employed.  I do residential

16  design work, and I also teach piano lessons.  I've been

17  doing that forever, for 48 years, split between piano at

18  the beginning and then design work.  I went to Converse

19  College.  I got a bachelor of music in piano performance

20  and a minor in cello.

21      My former spouse is a realtor.

22      I have no experience in a lawsuit, never been a

23  witness, never been on a jury.  My interests are classical

24  music, floral design, painting, gardening, all the, I guess

25  you'd say, sewing, homemade stuff.  I don't have a bumper

1    sticker.  I'm a member of the Cathedral Church of the

2    Advent and Black Warrior Riverkeepers.

3        I do read blogs.  Do you want to know all the blogs I'm

4    on to?  And I have Twitter and a Facebook account.  Do

5    y'all want to know about the blogs or just let it go?

6        THE COURT:  They will follow up.  Thank you, Number 21.

7        Juror Number 22.

8        JUROR NUMBER 22:  I'm Juror Number 22.  I live in

9    Pelham in Shelby County.  I am retired.  Before retirement,

10   I served for 40 years in Asia with the International

11   Mission Board, Southern Baptist Convention.  I received a

12   bachelor of arts degree from Mississippi College, New

13   Orleans Baptist Theological Seminary, a master of divinity.

14       My spouse served with me for those 40 years in Asia.

15       Never been a party to a lawsuit or a witness in a

16   lawsuit.  Never had any experience as a juror.  My hobbies

17   include dabbling with computers, reading, and music.  I

18   don't have a bumper sticker on my car.  I'm a member of

19   Hunter Street Baptist Church.

20       Not associated with Facebook.  My wife is, but not me.

21   And I do not read blogs.

22       THE COURT:  Thank you.

23       Number 23.

24       JUROR NUMBER 23:  Hi.  I'm Juror Number 23.  I live in

25   Alabaster, Shelby County.  I work for Covenant Classical

1    School as a preschool teacher.  I've been there for 13

2    years.  I am a high school graduate.

3        My husband Jacob is a coal miner.

4        I had a personal injury lawsuit that was settled

5    outside of court.  I have no experience witness in a

6    lawsuit.  I've never been a juror.  My hobbies are being a

7    full-time mom and whatever my kids like to do.  I do not

8    have a bumper sticker.  I am not a member of an

9    organization.

10       I have a Facebook, and I do not read blogs.

11       THE COURT:  Thank you.

12       Number 24.

13       JUROR NUMBER 24:  Juror Number 24.  I live in Adger,

14   Alabama, Jefferson County.  Had a paint and body shop here

15   in Birmingham.  I did not go to college.

16       Divorced.  She was a hairdresser.

17       Haven't had no experiences in lawsuits, no experience

18   as a juror.  Like to hunt and fish.  No bumper stickers.

19   No membership in organizations.

20       I have Facebook.  No blogs.

21       THE COURT:  Thank you, sir.  Would you pass the

22   microphone to the row behind you.

23       Number 25, please.

24       JUROR NUMBER 25:  I'm juror Number 25.  I've been

25   working at Publix for the past four years.  I have some

1    college at Lawson.

2         I'm single.

3         I have no experience in any party or witness in any

4    lawsuit.  Never been a juror.  Hobbies are swimming.  No

5    bumper stickers.  No member of any organizations.

6         I have Facebook, Snapchat, and Instagram.  No blogs.

7         THE COURT:  Thank you, sir.

8         Number 26.

9         JUROR NUMBER 26:  Good afternoon.  I'm Juror Number 26.

10   I stay in Birmingham, Alabama, Jefferson County.  I am an

11   office manager at Liberty Tax, been there since 2013.  My

12   education is an associate's in business from Brown Mackie.

13        I'm divorced.  Ex-spouse's name is Anthony.  He's an IT

14   supervisor at UAB.

15        I don't have any experience as a party in a lawsuit.  I

16   have never been a witness in a lawsuit, never been a juror.

17   My hobbies are party planning, anything DIY.  I create

18   balloon column centerpieces, wreaths, anything I can put my

19   hands on.  You name it.  I don't have a bumper sticker.  I

20   am not a member of an organization.

21        I do have Facebook only, and I do not read any blogs.

22        THE COURT:  Number 26, thank you.

23        Juror Number 27.

24        JUROR NUMBER 27:  Juror 27.  I live in Mountain Brook,

25   Jefferson County.  Before I quit work last year, I was

```
 1    employed by TRO Jung Brannen.  I was their office manager
 2    for 18 years.  I have some college at Jeff State.
 3        My husband's name is Abe.  He works as a sales
 4    executive.
 5        My husband was a party in a civil lawsuit where I was a
 6    witness.  I have never been a juror.  My hobbies are our
 7    grandchildren, our dogs, DAR, genealogy.  I have bumper
 8    stickers, Jam High Tots, DAR, and Thank a Veteran.  I'm a
 9    member of DAR, Temple Beth-El Sisterhood.
10        I do have a Facebook account, and I do not read blogs
11    regularly.
12        THE COURT:  Thank you.
13        Juror Number 28.
14        JUROR NUMBER 28:  My name is ▨▨▨▨▨.  I stay in
15    Center Point, which is Jefferson County.  Finished high
16    school.  No experience in lawsuits.  No experience as a
17    witness, not as a juror.  No bumper stickers.  No
18    organizations.
19        Do not have a Facebook, do not tweet, do not read
20    blogs.
21        THE COURT:  Thank you, Number 28.
22        Juror Number 29.
23        JUROR NUMBER 29:  Juror 29.  Birmingham in Jefferson
24    County.  Retired warehouse manager from Stacy Williams.
25    Education, associate's degree in accounting from Lawson
```

1  State.

2      Spouse, Val, married 42 years.  She's retired.

3      No experience in a lawsuit.  No experience as a witness

4  in a lawsuit.  I have been a juror.  My hobbies are

5  watching and attending sporting events, all sporting

6  events.  Do not have a bumper sticker.  Membership, I am a

7  member of Faith Chapel Christian Center.

8      No Facebook.  And I do not read blogs.

9      THE COURT:  Number 29, your prior jury service,

10  criminal case or civil case?

11      JUROR NUMBER 29:  Criminal.

12      THE COURT:  Do you remember if the defendant was

13  convicted or exonerated?

14      JUROR NUMBER 29:  I can't remember.  It's been about 30

15  years ago.

16      THE COURT:  Okay.  Thank you.

17      Number 30.

18      JUROR NUMBER 30:  I'm Juror Number 30.  I'm from Hoover

19  in Jefferson County.  For the past 10 years I've been a

20  Hoover school bus driver, and I just recently retired.  I'm

21  a graduate of Texas Christian University and the University

22  of Alabama.

23      My husband Scott is retired.  He was a mechanical

24  engineer.

25      I have never been a party in a lawsuit or a witness in

1  a lawsuit or a juror.  My hobbies are reading and

2  traveling.  No bumper stickers.  I'm a member of AEA and

3  St. Mark United Methodist Church.

4      I do have a Facebook account, and I don't read blogs.

5      THE COURT:  Thank you.

6      Please, ladies and gentlemen, it's 10 after noon.  We

7  have roughly 28 more of you to go through.  We started at

8  11:40, and so it's taken us about 30 minutes to do 30 of

9  you.  So I think we can use the rest of the time for the

10 second group.  So I would like to go until 12:30 before I

11 give you guys a break for lunch.  Any objections from

12 anyone?  Just raise your hand.

13     Seeing no objections, let me move on to Juror Number

14 31, please.

15     JUROR NUMBER 31:  Juror Number 31.  I live in

16 Montevallo, Shelby County, Alabama.  I work at BlueCross

17 BlueShield of Alabama.  My duties include out-of-state

18 inpatient precertification for medical necessity.  I've

19 been there 12 years.  My education is at Lawson State

20 Community College, and I have an associate's degree in

21 nursing.  And I also went to Faulkner University.  I have a

22 bachelor of business degree.

23     My ex-spouse is Gizel, and he works at Birmingham

24 International Airport.

25     I have no experience in a lawsuit nor a witness in a

1   lawsuit.  I did serve as a juror.  It was a criminal case,

2   I believe.  The favor was for the defendant.  And my

3   hobbies include traveling, cooking, listening to music, and

4   learning to play a base guitar.  And I don't have a bumper

5   sticker on my car.  I don't -- not a member of organization

6   or do I have -- nor do I have Facebook or Twitter account.

7   And I do not read blogs.

8        THE COURT:  Thank you.

9        Juror Number 32.

10       JUROR NUMBER 32:  I'm Juror 32.  I live in Mountain

11  Brook in Jefferson County.  I'm a public finance lawyer at

12  Maynard Cooper.  I've been there since January.  Prior to

13  that, I was at Balch & Bingham.  I have a BA in economics

14  from Birmingham-Southern and a JD from Yale.

15       My wife's name is Lisa.  She's not employed outside the

16  home.

17       Never been a party to a lawsuit.  I've never been a

18  witness in a lawsuit, although I have been deposed once.

19  I've been a juror twice.  Once in a criminal case.  It was

20  a carjacking resulting in a conviction.  And in a civil

21  case, it was a car wreck resulting in a judgment for the

22  defendants.  Hobbies are running, biking, travel, and

23  reading.  No bumper sticker.  Organizations, a number of

24  organizations relating to work as a lawyer.  In addition to

25  that, Kiwanis Club of Birmingham and Mountain Brook City

1   Schools Foundation.  I'm a director of both.  Kirkwood

2   Board of Directors and Independent Presbyterian Church.

3       I have a Facebook page.  And I read lots of blogs

4   relating to sports, politics, and travel.

5       THE COURT:  Number 32, thank you.

6       Juror Number 33.

7       JUROR NUMBER 33:  Juror Number 33.  I live in Vestavia

8   Hills in Jefferson County.  I am a health coach.  I own my

9   own health and wellness company.  I have four employees.

10  I've been doing that for six years.  I'm also a distributor

11  for an essential oil company.  I have graduated from high

12  school.  I've had four years at the University of Alabama

13  at Birmingham.  I didn't graduate because of pregnancy

14  complications.

15      My spouse's name is Les, and he is my business partner.

16      I've never been in a lawsuit.  I have never been a

17  witness in a lawsuit or a juror.  I play tennis, and I love

18  to spend time with my two girls and my husband and we love

19  to travel.  I don't have any bumper stickers.  I'm a member

20  of Church of the Highlands.

21      And I do have Facebook, Twitter, Instagram, and

22  Pinterest.  And I don't read blogs.

23      THE COURT:  Thank you.

24      Juror Number 34.

25      JUROR NUMBER 34:  I'm juror Number 34.  I live in

1    unincorporated Shelby County.  I work for DST as a manager

2    of BPO operations.  Prior to that, I worked for FIS as a

3    professional services manager.  I'm also a retired colonel

4    from the Army Reserves.  Education, master's of business

5    administration from Samford University and bachelor's

6    degree in business from the University of Alabama.

7         Spouse's name is Christy, and she is a high school

8    principal.

9         I have not been a party to a lawsuit.  I have been

10   deposed as a part of a lawsuit.  And I've also been a

11   witness in a military trial.  I do not have experience as a

12   juror.  Hobbies, hunting, fishing, boating, shooting.  I do

13   not have a bumper sticker.  I'm a member of Christ Church

14   United Methodist and a member of the NRA.

15        I do have a Facebook page, a Twitter account, and I do

16   not read blogs.

17        THE COURT:  Number 34, thank you.

18        Number 35.

19        JUROR NUMBER 35:  I'm Juror Number 35.  I live in

20   Irondale in Jefferson County.  I retired after 32 years

21   with the State of Alabama.  I was a social work supervisor.

22   And I have a bachelor's degree from Jacksonville State.

23        My husband Lawrence retired from CSX Railroad.

24        I have been a party in a lawsuit.  We have a teenager

25   who was involved in a car accident years ago, and that case

ended up being settled.  I have been a witness in cases
related to my former employment.  I've been summoned for
jury duty but usually struck.  And my hobbies are cooking,
sewing, decorating, genealogy.  And I don't have any bumper
stickers on my car.  I'm a member of Baptist faith.

I do not have Facebook, Twitter accounts.  I think I am
on classmates.com, but I don't read blogs regularly.

THE COURT:  Thank you, ma'am.

Number 36.

JUROR NUMBER 36:  I'm Juror 36.  I'm from Hayden in
Blount County.  I'm unemployed now, but my last job, I
worked at Imaging Business Machines, LLC.  I operated a
forklift and a couple different pieces of machinery.  I
worked there for two years.  I'm currently a student at
Wallace State Community College, and I'm majoring in
business administration.

I'm not married.

I've never had any experience as a party in a lawsuit
or as a witness.  I don't have any experience as a juror
other than being summoned and then not selected.  My
hobbies, I like watching sports, playing video games,
keeping up with politics, and researching my family
history.  I don't have any bumper stickers.  I'm a member
at Gardendale First Baptist Church.

I don't have any social media.  And I read a website

 1   related to college sports.

 2        THE COURT:  Thank you, sir.  Pass the microphone down

 3   to the aisle.

 4        Number 37, you may begin once you get the microphone.

 5        JUROR NUMBER 37:  I'm Juror Number 37.  I live in the

 6   town of Morris in Jefferson County.  I work for Birmingham

 7   Coca-Cola Bottling Company.  I'm in sales support.  I've

 8   been there with Coca-Cola for 29 years.  I have a high

 9   school education.

10        My wife's name is Stacy.  She works for Noland Health

11   Services in human resources.

12        I have no experience as a party in a lawsuit, no

13   experience as a witness in a lawsuit.  I was -- do have

14   experience as a juror.  And it was a civil matter, and we

15   found for the plaintiff.  My hobbies include hunting and

16   fishing.  I have no bumper stickers.  Organizations, I'm a

17   member of Enon Baptist Church where I serve as a deacon.

18        I have no Facebook page, and I do not regularly read

19   blogs.

20        THE COURT:  37, thank you very much.

21        Juror Number 38.

22        JUROR NUMBER 38:  I'm Juror Number 38.  I'm from

23   Hueytown in Jefferson County.  I was working at G&G

24   Interior Design as an assistant interior designer, and then

25   I presently work at NeedCo as a kitchen and bath designer.

```
 1    I went to Shelton for transfer studies and then the

 2    University of Alabama for interior design.

 3        My fiancé, Austin, is a home-builder superintendent for

 4    DR Horton.

 5        I've never been a party in a lawsuit, a witness, or a

 6    juror.  My hobbies include decorating, party planning, and

 7    hanging out with friends and family.  I have a University

 8    of Alabama bumper sticker.  I'm a member at North Highlands

 9    Baptist Church.  I'm a member of ASID, which is interior

10    design stuff, and I'm a UA alumni.

11        I do have a Facebook, Twitter, Instagram, Snapchat, all

12    that kind of stuff.  And I do regularly read blogs.  And I

13    read interior design, kitchen and bath, wedding planning,

14    cooking and co-parenting stuff.

15        THE COURT:  Thank you.

16        Number 39.

17        JUROR NUMBER 39:  I am Juror Number 39, and I am from

18    the Oak Mountain area of Shelby County.

19        After 18 years of being a stay-at-home mom, I went back

20    to work 3 years ago at Cheaha Regional Mental Health Center

21    as a child and adolescent therapist.  I did counseling on

22    all different levels.  I then returned -- I left there once

23    they merged with AltaPointe Health Systems and went and was

24    employed by Shelby County as a school counselor, and I

25    worked at Shelby Elementary School and Wilsonville
```

1    Elementary School.

2        And then in an effort to try to get my certification

3    completed or be eligible for certification, I have spent

4    the last year working as -- finishing out a maternity leave

5    for three different counselors with Helena Intermediate,

6    Chelsea Park Elementary, and Forest Oaks Elementary.  So

7    I've completed that.  I'm searching for a job now, and I'm

8    hoping to get one before the fall because I need a job.

9        So let's see.  My degrees are I have a psychology

10   bachelor's from Auburn University.  I have a master's in

11   counseling from University of South Alabama.

12       My husband's name is Patrick.  He's in management in

13   the restaurant industry.

14       I have no experience in a lawsuit, as a witness, in a

15   party of a lawsuit, as a juror.  My hobbies are just pretty

16   much spending time with my family and husband.  I don't

17   have a bumper sticker.  And I'm a member of the Church of

18   the Highlands.

19       I do have Facebook.  I maintain a Twitter just for

20   school to contact us.  And I do not regularly read blogs.

21       THE COURT:  Thank you very much.

22       Juror Number 40.

23       JUROR NUMBER 40:  Juror Number 40.  Helena, Shelby

24   County.  Last six years I've been the lead pastor at

25   Crossroad Baptist Church.  Education from UAB.  I have a

1    bachelor's in psychology.

2         Spouse's name is Stephanie.  She works in marketing.

3         No experience as a party in a lawsuit.  No experience

4    as a witness in a lawsuit or as a juror.  My hobbies are my

5    family, golf, all things sports.  No bumper sticker.

6    Member of Crossroad Baptist Church.

7         I have a Twitter and an Instagram account.  And I do

8    not regularly read any blogs.

9         THE COURT:  Number 40, thank you.

10        Juror Number 41.

11        JUROR NUMBER 41:  I am Juror Number 41.  I live in

12   Birmingham, Jefferson County.  I worked for 30 years at

13   Tricon Metals.  I was a receptionist, inventory control,

14   and purchasing agent.  I have no college education.

15        I don't know if I can call him my spouse, but we've

16   been living together for 22 years.  And he works for the

17   same company I retired from, Tricon.

18        I've never been a party to a lawsuit.  Once I was a

19   witness in a lawsuit.  I was a juror once.  That was a

20   mother and her son suing John Deere and -- for the death of

21   the father.  And it resulted in for John Deere and against

22   the family.  I read -- I love to read books, and I love to

23   take care of my little dog and play with tinkering around

24   with making jewelry.  I have one bumper sticker on my car

25   for the Roll Tide, Alabama.  And I don't belong to any

1    organizations.

2        I do have Facebook, but I don't read blogs.

3        THE COURT:  Number 41, thank you.

4        Juror Number 42.

5        JUROR NUMBER 42:  Birmingham, Jefferson County.

6    Retired due to health disabilities.  College education.

7        Spouse's name is Rosie, who is also retired.

8        I have no experience in party -- a party or in a

9    lawsuit, no experience as a witness in a lawsuit, no

10   experience as a juror.  My hobbies are fishing,

11   woodworking, and dogs.  And I have no bumper stickers.  And

12   I'm a member of Tabernacle Baptist Church.

13       I do have Facebook, and I read no blogs.

14       THE COURT:  Number 42, thank you very much.  Please

15   pass the microphone back down to the aisle.

16       Number 43, you may begin once you're ready.

17       JUROR NUMBER 43:  I'm Juror Number 43.  I live in

18   Columbiana in Shelby County.  I'm a fourth-grade teacher at

19   Clanton Intermediate School.  I have a bachelor's of

20   science in elementary education from the University of

21   Montevallo.

22       My husband's name is Jake, and he works for Alabama

23   Power.

24       I don't have any experience as a party in a lawsuit.  I

25   don't have any experience as a witness or a juror.  My

1   hobbies include CrossFit, running, and reading.  I do have

2   a bumper sticker, and it says "Teacher I Am."  I'm a member

3   of Kingwood Christian Church.

4      I have a Facebook, a Twitter, and an Instagram.  And I

5   do read blogs.  They're mostly Christian and teacher.

6      THE COURT:  Thank you.  Number 44.

7      JUROR NUMBER 44:  44.  I live in unincorporated Shelby

8   County.  My first job I started one month ago as a summer

9   intern for Sav-A-Life Shelby Pregnancy Resource Center.

10   I'm the intern, so I just do whatever they tell me.  And

11   I'm the sonographer's assistant.  I'm a current sophomore

12   at Samford University.  I'm a psych major.

13      Not married.

14      No experience in a lawsuit.  Not a witness.  I have not

15   been a juror, but I've been summoned four times.  I like

16   music and reading.  No bumper stickers.  No organizations.

17      Instagram, Snapchat, and Facebook for school, and no

18   blogs.

19      THE COURT:  44, thank you.

20      Juror Number 45.

21      JUROR NUMBER 45:  Number 45.  I live in Vestavia Hills,

22   Jefferson County.  I was in banking for 10 years with

23   SouthTrust Bank.  Stay-at-home mom, and now I work at

24   Vestavia Hills City Schools as a librarian.  I've done that

25   for the last seven years.  I have a marketing degree from

1   Auburn University.

2       My husband is John.  He is a pharmaceutical rep.

3       No experience with a lawsuit nor witness to a lawsuit.

4   I haven't been a juror.  My hobbies include exercise and

5   sports spectating.  No bumper stickers.  I'm a member of

6   the AEA and Covenant Presbyterian Church.

7       I have Facebook and Instagram and no blogs.

8       THE COURT:  Thank you, ma'am.

9       Number 46.

10      JUROR NUMBER 46:  My jury number is 46.  I'm living in

11  the Birmingham, Jefferson County.  I'm an associate

12  professor working in the UAB for 15 years until now.  My

13  duties are the research and the teaching.  And I have the

14  bachelor's degree, master's degree, and doctor, PhD degree.

15  The final degree I got from the Kyushu University in Japan.

16  My major was biology.

17      And I have a family.  My wife is also working at UAB as

18  a scientist.

19      About the next question, my answer is no, I don't

20  have -- until now, I don't have any experience relating to

21  the court or to the lawsuit.  Also, this is my first time,

22  you know, as the juror.  My hobbies are running and

23  exercise.

24      For other questions, my answer out is no, I don't have

25  any.

            THE COURT:  Thank you, sir.

            Number 47.

            JUROR NUMBER 47:  Juror 47 from Gardendale, which is in

Jefferson County.  Full-time student.  Part-time college

and career leader at Sharon Heights Baptist Church.  I have

a BA and MA in history from UAB, and I'm working on an MDiv

at Beeson Divinity School.

            Soon to be engaged.  I'll let you know if she says yes.

            Experience as a party in lawsuit, no.  Experience as a

witness in lawsuit, none.  Experience as a juror, about

four and a half hours.

            Hobbies and interests are really just reading and

sports.  I have a couple of stickers on the back of my car,

mainly for the universities that I attended.  Membership in

an organization, I'm a member at Sharon Heights Baptist

Church.

            I do not have a Facebook, maybe an old Twitter.  And I

do not regularly read any blogs.

            THE COURT:  Number 47, thank you.

            Juror Number 48.

            JUROR NUMBER 48:  Hello.  I'm Juror Number 48.  I

reside in Hoover, in Jefferson County.  For the last four

years I've worked as a medical social worker at Children's

of Alabama in the pediatric intensive care unit.  And prior

to that, I was a stay-at-home mom to my twin daughters.  I

1    got my bachelor's degree in mental health and human

2    services from Northern Kentucky University and my master's

3    degree in social work from Temple University in

4    Philadelphia, Pennsylvania.

5        I am divorced.  My ex-spouse, Tim, is a physician at

6    UAB.

7        I have no experience as a party in lawsuit or a witness

8    in a lawsuit and no prior experience as a juror.  My

9    hobbies or interests are raising my children, traveling,

10   reading, being artistic.  I have never had a bumper sticker

11   on my car.  I am a member of St. Peter's Catholic Church in

12   Hoover, Alabama; Alabama River Alliances; I just completed

13   a term on the board of directors for the Alabama Kidney

14   Foundation; and my children's PTA at Green Valley

15   Elementary School in Hoover.

16       I have a Facebook and Instagram account, and I do not

17   read any blogs.

18       THE COURT:  48, thank you.  Would you pass the

19   microphone back to the aisle to Number 49, please.

20       JUROR NUMBER 49:  Juror Number 49.  I live in Oneonta

21   in Blount County.  I've been retired for the last 18 years.

22   I have a high school education.

23       My husband's name is John.  He's retired.

24       I have no experience as a party in a lawsuit or as a

25   witness in a lawsuit.  I have had experience as a juror.  I

served on a criminal case, and the defendant was found

innocent.  I served on a civil case, and it was found for

the plaintiff.  My hobbies are reading and gardening and

painting.  I have no bumper sticker.  I'm a member of the

Blount County Master Gardener Association.

I do have a Facebook page and on Instagram.  No Twitter

and no blogs.

THE COURT:  Thank you.  Number 50.

JUROR NUMBER 50:  I'm Juror Number 50.  I am from

Columbiana, which is in Shelby County.  I am about to start

my 11th year as a teacher with Shelby County Board of

Education.  I went to the University of Montevallo, got my

bachelor degree in elementary education.

My spouse is Tommy.  He is a doctor of physical therapy

at Coosa Valley Medical Center.

I have never had any party in a lawsuit or a witness in

a lawsuit.  I have been a juror in Shelby County on a

criminal case, and they were found guilty.  The defendant

was.  And then hobbies are traveling, running, Alabama

football.  I do not have any bumper stickers.  I am a

member of the Church at Brook Hills.

And I do have a Facebook, and I do not regularly read

any blogs.

THE COURT:  Number 50, thank you.

51.

1    JUROR NUMBER 51:  I'm juror Number 51.  I live in

2  Birmingham, Jefferson County.  For the last five years I've

3  worked at Dixon Hughes Goodman, which is a public

4  accounting firm.  I provide tax returns as well as tax and

5  nontax advisory services.  I have a BA in accounting and a

6  master's in tax accounting, both from the University of

7  Alabama.

8    Single.

9    No experience as a party in a lawsuit, no experience as

10  a witness in a lawsuit, no experience as a juror.  I like

11  running and playing guitar.  I have no bumper stickers.

12  I'm a member of the AICPA, the Alabama Society of Public

13  Accountants, and YP Birmingham.

14    I do have a Facebook, and I do not read any blogs.

15    THE COURT:  51, thank you.

16    Number 52.

17    JUROR NUMBER 52:  I'm Juror Number 52.  I live in

18  Graysville in Jefferson County.  I work for Arlington

19  Properties as a maintenance technician.  Before that, I

20  worked at Douglas Cooling & Heating as a refrigeration

21  technician and a generator technician.  I have an

22  associate's in refrigeration.

23    My spouse's name is A.J., and she's assistant dog

24  groomer.

25    I have no experience as a party in a lawsuit or a

witness or a juror.  My hobbies are cooking, home brewing

beer, and hanging out with my son.  I do have some bumper

stickers.  One's a libertarian porcupine and a CI -- Combat

Infantryman's -- badge.  I'm a member of the VFW and the

American Legion.

I do have a Facebook, and I regularly read political,

financial, and military blogs.

THE COURT:  52, thank you.

Number 53.

JUROR NUMBER 53:  I'm Juror Number 53.  I live in

Hoover, which is in Jefferson County.  For 12 years I was a

litigation paralegal at Ogletree Deakins.  Recently --

well, within the last two and a half months was hired as a

legal assistant at Balch & Bingham.  My education is an

associate's degree, secretarial studies specializing in

medical, bachelor's from Bloomfield College in business

organizational management with some classes for paralegal

studies at Samford University.

My spouse's name is Dale.  He is a sales executive.

I have no experience as a party in a lawsuit, no

experience as a witness in a lawsuit.  This is my first

experience as a federal juror.  Hobbies and interests

include genealogy, family, and decorating.  I have no

bumper stickers on my car.  I was a former member of the

Alabama Paralegal Association.

1    I do have a Facebook account, no Twitter.  I do not

2    read blogs.

3        THE COURT:  Thank you.  Number 54.

4        JUROR NUMBER 54:  I'm Juror Number 54.  I live in

5    Montevallo, which is Shelby County.  I work as a teacher

6    for Creek View.  I teach third grade.  This will be my 15th

7    year.  I went to AUM, graduated with a bachelor's.  I have

8    my master's from UWA, and I'm nationally board certified.

9        My husband is Micah.  He's also a teacher and a coach.

10        My grandmother was killed, and I had to speak on behalf

11    of the grandchildren at her -- at the sentencing for that.

12    That's my experience.  No experience as a juror.  I like to

13    go to the beach and the pool with my kids and paint

14    furniture.  I don't have any bumper stickers.  I go to

15    First Baptist Church Alabaster, and I'm a member of AEA.

16        And I have Facebook and Twitter and don't read any

17    blogs.

18        THE COURT:  54, thank you.  Please pass the microphone

19    down to Number 55, please.

20        JUROR NUMBER 55:  I'm Juror Number 55.  I live in

21    Hoover, which is in Jefferson County.  I'm a pharmacist at

22    Rite Aid, which is now owned by Walgreens.  I've been there

23    for 12 years.  I went to Samford University, where I got my

24    degree in pharmacy.

25        My wife's name is Robin.  She's a manager of a horse

1  association at Shoal Creek.

2      I have no experience as a party in a lawsuit, nor as a

3  witness in a lawsuit.  I have been a juror twice.  One was

4  criminal.  It ended up in a hung jury.  The other was

5  civil, and we sided with the plaintiff.  My hobbies are

6  hunting and fishing.  I get season tickets to Alabama

7  football.  I have no bumper stickers.  I have no

8  organizations.

9      I have a Facebook, but do not read blogs.

10      THE COURT:  55, thank you very much.

11      Number 56.

12      JUROR NUMBER 56:  56.  I live in incorporated Shelby

13  County.  I am a broker with Magnolia Wealth Strategies and

14  prior to that with International Care providing global

15  benefit services for those living outside their home

16  country.  And graduated from Samford University then

17  attended Gordon-Conwell Theological Seminary, focus in

18  counseling.

19      My wife is Juliana.  She is a physician specialized in

20  travel medicine working at Shoreland.

21      I do not have experience as a party in a lawsuit or

22  witness.  I was a juror for five weeks in a case against a

23  large manufacturer.  We decided in their favor.  And

24  hobbies:  family, friends.  And I am a member of and

25  trustee of my local church.  I do not have bumper stickers.

1    I do have all social media accounts.

2    THE COURT:   Number 56, I think the jury service that

3    you mentioned was in a civil case?

4    JUROR NUMBER 56:   Correct.

5    THE COURT:  All right.  Thank you.

6    Number 57.

7    JUROR NUMBER 57:  I'm Juror Number 57.  I live in

8    Morris in Jefferson County.  Two years ago I worked at

9    Flooring America as a sales associate.  And I currently

10   work at Lowe's in the flooring department as a customer

11   service associate.  I have not yet gone to college.

12   I'm engaged.  My fiancé Jesse works as a project

13   manager for a insurance restoration company, and he's also

14   a volunteer fireman.

15   I have never had any experience as a party in a

16   lawsuit.  I have never been a witness to a lawsuit.  I've

17   never had experience as a juror.  My hobbies include

18   anything outside, hiking.  I don't have any bumper

19   stickers.  I'm not a member of any organization.

20   I do have Facebook, and I don't read blogs.

21   THE COURT:  57, thank you very much.

22   And last, but not least, Number 58, please.

23   JUROR NUMBER 58:  Yes, sir.  Juror Number 58.  I live

24   in Hoover in Shelby County.  I work for AT&T Services,

25   Incorporated, as a senior manager with 44 years of service.

1    I have a bachelor of science degree in physics from Baylor
2    University.
3        My wife Evelyn is retired.
4        I've not been a party or a witness in a lawsuit.  And
5    this is my first time as a juror.  My hobbies are golf and
6    music.  I have a Baylor Alumni sticker on my car along with
7    an It Can Wait sticker, which is an AT&T program to
8    discourage texting while driving.  I'm a member of the
9    Telephone Pioneers.
10       I have a Facebook account, and I do not regularly read
11   blogs.
12       THE COURT:  Number 58, thank you.  Thank you, everyone,
13   as well.
14       We're going to stop here now to give you and the
15   lawyers a break as well.  Why don't you guys take 30
16   minutes and plan to come back up in time for me to begin at
17   15 after 1:00.
18       You don't know anything about the case except the brief
19   summary that I gave you.  Please don't talk about it during
20   the lunch break.  If anyone approaches you about this case,
21   please let me know.  I don't believe anyone will, but in
22   the event anyone approaches you about it, please let me or
23   a member of my team know immediately.
24       Thank you, ladies and gentlemen of the jury.  We are
25   adjourned for the next 30 minutes.  I'll see you guys at

```
 1   1:15.  You are released, please.  I'll keep the lawyers and
 2   the parties in here for now.
 3   (Lunch recess.)
 4        THE COURT:  Good afternoon, everyone.  We will continue
 5   with the jury selection process.
 6        The ground rules for the remainder of the afternoon are
 7   as follows:  If a question is posed that applies to you, I
 8   want you to raise your hand up and please keep it up.  When
 9   you are called upon, first thing you will do is to tell us
10   your juror number before you actually begin answering the
11   question.
12        If a question applies to you but it's the type of
13   question you would rather answer in private instead of from
14   where you are, just let me know.  At the end, I'll bring
15   you up and the lawyers up to the bench as well.  It will
16   not be completely private, obviously, but will give you
17   perhaps more privacy than from where you are now.
18        Ladies and gentlemen, is there anyone here who knows
19   anything at all about this case?  Keep your hands up,
20   please.  Make sure I have this right.  Juror Number 32 and
21   Juror Number 12.  Anyone else?  I see one -- what number
22   are you, ma'am?
23        JUROR NUMBER 53:  53.
24        THE COURT:  53.  So it's Jurors Number 12, 32, and 53.
25        Besides these jurors, anyone else know anything at all
```

 1    about the case?  Numbers 12, 53, and 32, I will let the

 2    lawyers follow up with you shortly.

 3         Ladies and gentlemen, I am going to introduce the

 4    defendants to you.  And excluding the three jurors that

 5    have just raised their hands up, if anyone knows these

 6    defendants, please let me know.

 7         First defendant I want to introduce to you is Mr. Joel

 8    Gilbert.

 9         Mr. Gilbert, would you please stand?

10         And then Mr. Steven McKinney, would you please stand as

11    well?

12         And then Mr. David Roberson, would you please stand?

13         Ladies and gentlemen, do you know these three

14    gentlemen?  Again, excluding the three jurors that just

15    raised their hands up?

16         A JUROR:  I can't see the third one.

17         THE COURT:  Mr. Roberson, may I impose on you, please,

18    sir?  Thank you.  Just come on up by the podium perhaps.

19         Does anyone know these three defendants besides the

20    three jurors that raised their hands up previously?

21         Gentlemen, thank you.  You may be seated, please.

22         Ladies and gentlemen, I want to introduce the lawyers

23    to you now.  I'm going to introduce the lead lawyer per

24    side, and he or she will introduce the rest of her

25    colleagues and the rest of her team.

```
 1        For the government, I want to introduce to you
 2   Ms. Robin Mark.
 3        Ms. Mark, good afternoon.  Would you please introduce
 4   yourself and your teammates to the jurors, please?
 5        MS. MARK:  Thank you, Your Honor.  My name is Robin
 6   Mark, and along with George Martin and J.B. Ward, we
 7   represent the government.
 8        THE COURT:  Thank you.  First lawyer on the defense
 9   side I want to introduce to you is Mr. Brandon Essig, who
10   is one of the lawyers that's representing Mr. Gilbert.
11        Mr. Essig, would you introduce your team, please.
12        MR. ESSIG:  Yes.  Thank you, Your Honor.
13        Good afternoon, ladies and gentlemen.  My name is
14   Brandon Essig, as Judge Kallon said, representing
15   Mr. Gilbert.  Along with me is Mr. Jack Sharman, Mr. Jeff
16   Doss.  And I am the lead for today only.  After today for
17   the rest of the case it will be Mr. Sharman.
18        THE COURT:  Gentlemen, thank you very much.  I now
19   would to introduce to you Mr. Stewart McKnight, who is one
20   of the lawyers for Mr. McKinney.  Mr. McKinney, would you
21   introduce your team, please?
22        MR. McKNIGHT:  I am David McKnight, and along with
23   Craig Gillen and Lawanda Hodges, we have the honor and
24   privilege of representing Steve McKinney.
25        THE COURT:  Mr. McKnight, thank you very much.
```

1       And then last, but not least, I want to introduce to

2   you Mr. Brett Bloomston, who represents Mr. Roberson.

3   Mr. Bloomston, same thing, please.

4       MR. BLOOMSTON:  Good afternoon, everyone.  My name is

5   Brett Bloomston.  My team represents David Roberson.  David

6   Bouchard and Barbara Harding and Mr. Hank Asbill are

7   working with me.

8       THE COURT:  Thank you.  Young lady, I didn't see you

9   over there.  I'm sorry.

10      Ladies and gentlemen of the jury, same generic

11  questions.  Do any of you know these lawyers at all?  I see

12  two hands.  I'm going to exclude Number 32.

13      What's your juror number, ma'am?

14      JUROR NUMBER 27:  27.

15      THE COURT:  27?  Which lawyers do you know?

16      JUROR NUMBER 27:  Mr. Bloomston represented one of my

17  sons in a legal matter.

18      THE COURT:  Okay.  Anyone else that I've overlooked?

19  Thank you.

20      Ladies and gentlemen, the next sets of questions I am

21  going to pose are designed to help the lawyers and the

22  Court determine three things.  First and foremost, we want

23  to know if you've heard or read anything about this case

24  and, if so, have you formed any opinions on whether any or

25  all of the defendants are guilty of these charges.  Then

```
 1    the last thing is do you have any extraordinary hardship
 2    that would prevent you from serving as a juror in this
 3    case.
 4         So the first question -- and please raise your hands up
 5    and keep them up so that the lawyers can make the necessary
 6    notations.  I want to know what are your main sources of
 7    news.  For those of you who rely on the local newspaper,
 8    please raise your hands up.
 9         Thank you, sir.
10         For those of you who rely on newspapers other than
11    local ones for your sources of news, please raise your
12    hands up as well.
13         Television, who relies on television for your main
14    sources of news?  Keep your hands up, please.  Give the
15    lawyers a chance to make the necessary notations.
16         I would speculate that's probably about 90 percent of
17    the room, so maybe a better way to help the lawyers quickly
18    is who does not rely on television for your news?  Please
19    raise your hands up.
20         Well, I thought that was going to be a smaller group.
21    It's last call for the lawyers.  Anyone needs more time for
22    this one?  Thank you, ladies and gentlemen.
23         Next question, same generic topic, how many of you rely
24    on the radio for your sources of news?
25         JUROR NUMBER 5:  I do all of this.
```

```
 1        THE COURT:  You do all of it.  That's okay.  Raise your
 2   hands up.
 3        MR. BLOOMSTON:  Your Honor, would it be more efficient
 4   if we could just ask them to give us their numbers?
 5        THE COURT:  Okay.
 6        MR. BLOOMSTON:  Thank you.
 7        THE COURT:  Raise your hands up if you rely on the
 8   radio.  And starting with Number 1, and then we will go
 9   behind your row and then over to my right.  Number 1,
10   please identify your juror number and then the next person.
11        JUROR NUMBER 1:  Juror 1.
12        THE COURT:  Radio?  Next person?
13        JUROR NUMBER 3:  Radio, TV, and I read it on an app.
14        THE COURT:  On the what?
15        JUROR NUMBER 3:  On an app.  I'm Number 3.
16        THE COURT:  Okay.  Number 3?  And then is that
17   Number 4?
18        JUROR NUMBER 4.  Number 4.
19        THE COURT:  Number 5?
20        JUROR NUMBER 5:  Number 5.  Social media and TV and
21   radio.
22        THE COURT:  All right.  Second row, just announce your
23   numbers, please.
24        JUROR NUMBER 8:  Number 8.
25        JUROR NUMBER 10:  Number 10.
```

1      THE COURT:  Third row?

2      JUROR NUMBER 18:  18.

3      JUROR NUMBER 19:  19.

4      JUROR NUMBER 20:  20.

5      JUROR NUMBER 24:  24.

6      JUROR NUMBER 30:  30.

7      JUROR NUMBER 32:  32.

8      JUROR NUMBER 34:  34.

9      JUROR NUMBER 35:  35.

10     JUROR NUMBER 48:  48.

11     JUROR NUMBER 52:  52.

12     THE COURT:  Anyone else?  Some of you have already

13  answered this.  Let me jump to the broad "Internet," which

14  includes social media, obviously.  For those of who you

15  rely on the Internet for your news, please raise your hands

16  up and then same drill, starting with Number 1.

17     JUROR NUMBER 1:  Number 1.

18     JUROR NUMBER 2:  Number 2.

19     JUROR NUMBER 3:  Number 3.

20     JUROR NUMBER 4:  4.

21     JUROR NUMBER 5:  5.

22     JUROR NUMBER 6:  Number 6.

23     JUROR NUMBER 7:  7.

24     JUROR NUMBER 9:  9.

25     JUROR NUMBER 10:  10.

```
 1        JUROR NUMBER 16:   16.

 2        JUROR NUMBER 17:   17.

 3        JUROR NUMBER 18:   18.

 4        JUROR NUMBER 19:   19.

 5        JUROR NUMBER 20:   20.

 6        JUROR NUMBER 21:   21.

 7        JUROR NUMBER 25:   25.

 8        JUROR NUMBER 27:   27.

 9        JUROR NUMBER 30:   30.

10        JUROR NUMBER 32:   32.

11        JUROR NUMBER 33:   33.

12        JUROR NUMBER 34:   34.

13        JUROR NUMBER 35:   35.

14        JUROR NUMBER 36:   36.

15        JUROR NUMBER 38:   38.

16        JUROR NUMBER 39:   39.

17        JUROR NUMBER 43:   43.

18        JUROR NUMBER 44:   44.

19        JUROR NUMBER 46:   46.

20        JUROR NUMBER 47:   47.

21        JUROR NUMBER 48:   48.

22        JUROR NUMBER 50:   50.

23        JUROR NUMBER 51:   51.

24        JUROR NUMBER 52:   52.

25        JUROR NUMBER 53:   53.
```

1          JUROR NUMBER 54:   54.

2          JUROR NUMBER 56:   56.

3          JUROR NUMBER 57:   57.

4          JUROR NUMBER 58:   58.

5          THE COURT:   The last thing I want to inquire about,

6     again, sources of news, how many of you rely on your

7     reliable/perhaps not so reliable friends and family for

8     your sources of news?   All right.   Let's start with

9     Number 5.   Anyone else on this row?   Juror numbers only,

10    please.

11         JUROR NUMBER 16:   16.

12         JUROR NUMBER 17:   17.

13         THE COURT:   Anyone else on my left?   All right.   To my

14    right?

15         JUROR NUMBER 34:   34.

16         JUROR NUMBER 31:   31.

17         JUROR NUMBER 39:   39.

18         JUROR NUMBER 43:   43.

19         JUROR NUMBER 44:   44.

20         JUROR NUMBER 45:   45.

21         THE COURT:   Thanks, everyone.   My next question is, in

22    the last two years, how many times, if any, do you remember

23    reading, hearing, or seeing any media reports about former

24    Alabama State Representative Oliver Robinson or any of the

25    defendants in this case?

1    So before I drill down on that, for those of you who

2   have heard anything at all about Oliver Robinson or about

3   any of the defendants in this case, please raise your hands

4   up.

5        Juror Number 1, how many times?  More than 20 or less

6   than 20?

7        JUROR NUMBER 1:  Less than 20.

8        THE COURT:  More than 10 or less than 10?

9        JUROR NUMBER 1:  Less than 10.

10       THE COURT:  Roughly how many times?

11       JUROR NUMBER 1:  Two probably.

12       THE COURT:  Thank you.  Anyone else?

13       Next, Number 4, how many times?

14       JUROR NUMBER 4:  Probably five times.

15       THE COURT:  Okay.  Second row, what number are you?

16       JUROR NUMBER 8:  Number 8.

17       THE COURT:  How many times?

18       JUROR NUMBER 8:  Maybe two times.

19       THE COURT:  Who is next?

20       JUROR NUMBER 27:  27.  Probably less than five.

21       THE COURT:  Juror Number 27, less than five, you said?

22       What about Juror Number -- is that 12?

23       JUROR NUMBER 24:  24.

24       THE COURT:  Let me just do it in order as best as I

25   can.

1       Juror Number 12, how many times?

2       JUROR NUMBER 12:  10.

3       THE COURT:  Thank you.  Who is behind Juror Number 12?

4       JUROR NUMBER 24:  24.

5       THE COURT:  Is that Juror Number 24?

6       JUROR NUMBER 24:  Yes, sir.

7       THE COURT:  How many times?

8       JUROR NUMBER 24:  I'd say two or three times.

9       THE COURT:  Okay.  And who else?

10      JUROR NUMBER 28:  28.  Many times.

11      THE COURT:  More than 20, sir, or less than 20?

12      JUROR NUMBER 28:  Probably more than 20.

13      THE COURT:  Okay.  The last number, ▨▨▨▨▨▨, what is

14  your number again?

15      JUROR NUMBER 28:  28.

16      THE COURT:  28.

17      Is that 29 next to --

18      JUROR NUMBER 29:  29.

19      THE COURT:  How many times, sir?

20      JUROR NUMBER 29:  Approximately four or five times.

21      THE COURT:  Okay.  And is that Number 30?

22      JUROR NUMBER 30:  30.

23      THE COURT:  How many times?

24      JUROR NUMBER 30:  Three or four.

25      THE COURT:  Thank you.

1   Anyone else that I've missed on my left side of the

2 room.

3   Coming over to the right, Number 32?

4   JUROR NUMBER 32:  More than 20.

5   THE COURT:  Thank you.  And then is that Number 35?

6 How many times, ma'am?

7   JUROR NUMBER 35:  I'm thinking about 10.

8   THE COURT:  Thank you.  Is that 49?  Or are you 55?

9   JUROR NUMBER 55:  55.

10   THE COURT:  55, how many times?

11   JUROR NUMBER 55:  About five times.

12   THE COURT:  Thank you.

13   Did I miss anyone else?  For those of you who just had

14 your hands up, the lawyers will want to know of all the

15 things that you've heard about or read about or seen, what

16 stands out the most in your mind?  Same with the people --

17 let's just start in sequential order beginning with the

18 first juror that had his or her hand up.

19   MR. ESSIG:  Your Honor, may we approach?

20   THE COURT:  Yes.  You want to do that in private?

21 Okay.  All right.

22 (Off-the-record discussion.)

23   THE COURT:  For those of who you had your hands up to

24 the prior question, would you please raise your hands up

25 again, please?  Let me do it in sequential order to my far

1   right.  Let's start with Number 1.  I know it's going to

2   cause some inconvenience since you are all tightly packed.

3   Let me bring Number 1 up.  Ms. Lewis, can you come up as

4   well, please?

5   (At sidebar:)

6       THE COURT:  The lawyers just simply want to know what

7   has stood out the most in your mind.

8       JUROR NUMBER 1:  Just that he was a state senator.

9   That's probably the biggest thing.  I don't really know a

10  whole lot else about it.  Just that he was a state senator.

11      THE COURT:  Okay.  You all get a chance to follow up.

12  That's probably the best way to do it instead of free for

13  all here.  That's it?  Just that.

14      JUROR NUMBER 1:  Just that he was a state senator and

15  there was a connection with -- that he was being charged.

16  I didn't really get ahold of what he was being charged.  I

17  read it because he was a state senator, he was a Jefferson

18  County senator.

19      THE COURT:  Okay.  Thank you, Juror Number 1.  You may

20  go back.  Stay here, please.

21  (In open court:)

22      THE COURT:  Who is next on the front row that had their

23  hand up?  Please come on up.

24  (At sidebar:)

25      THE COURT:  Tell me your juror number again, sir.

1        JUROR NUMBER 4:   Number 4.

2        THE COURT:   Number 4, tell us what stood out the most

3   of all the things that you heard.

4        JUROR NUMBER 4:   (Inaudible.)

5        THE COURT REPORTER:   I'm sorry?

6        THE COURT:   "It's Oliver Robinson."

7        JUROR NUMBER 4:   Oliver Robinson.   Dealing with the

8   sports person, basketball?

9        THE COURT:   Yes, sir.

10       JUROR NUMBER 4:   Yeah.   And you want to know what I

11   remember about it?

12       THE COURT:   Yeah, what stood out the most of all the

13   things you've heard?

14       JUROR NUMBER 4:   Just saying that he was in trouble and

15   going to court and something -- I want to say Auburn for

16   some reason.   I'm not sure.   But I remember basketball and

17   sports and his name.

18       THE COURT:   Okay.   Anything else?

19       JUROR NUMBER 4:   No.   And I watch a lot of sports.

20   That's why it was in my mind.

21       THE COURT:   Thank you.   Thanks.

22       There's a lot of them.   I would like to minimize our

23   sidebars to the extent that if you need a voir dire, that

24   you believe there are sensitive topics you'd rather do in

25   private and we can do them, but otherwise let's plan to do

1   it in open court as much as possible.  Okay.

2   (In open court:)

3       THE COURT:  Who else in the front row?  No one.  Who is

4   next in the second row?

5   (At sidebar:)

6       THE COURT:  And let me say this.  I don't believe

7   anyone has said anything yet that raises any red flags for

8   me.  But why don't you guys who are going to do your

9   respective voir dires, before I release these folks, if you

10  want to do it now and follow-up question, probably is the

11  best time to do it.

12      Come on up, ma'am.  Tell me your number again.  I'm

13  sorry.

14      JUROR NUMBER 8:  Number 8.

15      THE COURT:  Number 8.  Of all of the things that you

16  have heard about these defendants and/or State

17  Representative Robinson, what stood out the most, if

18  anything?

19      JUROR NUMBER 8:  Really, I think my memory just has to

20  do with I know he was a former UAB basketball player and on

21  that team.  I was a UAB fan, and I was disappointed to know

22  that someone representing UAB would have done -- may be

23  involved in something of a negative nature.

24      THE COURT:  Okay.  Thank you.

25      Any follow-up from the government?  Any --

1    Mr. Bloomston?

2        MR. BLOOMSTON:  Ma'am, what you've heard about Oliver

3    Robinson, has that affected your ability to sit as a juror

4    today?  Do you have any preformed opinions of anything?

5        JUROR NUMBER 8:  (Shaking head.)

6        THE COURT:  Anyone else for this juror?

7        You may go back, ma'am.  Thank you.

8    (In open court:)

9        THE COURT:  Will the next person come up as well,

10   please?

11   (At sidebar:)

12       THE COURT:  Number 12.  Thank you very much.  You work

13   at the Balch firm; is that correct?  Questions for

14   Number 12.

15       MS. MARK:  What have you -- first, what have you heard

16   about this case?

17       JUROR NUMBER 12:  A lot.

18       MS. MARK:  Okay.  How often have you heard about it?

19       JUROR NUMBER 12:  Well, only what I've seen on the news

20   and then, of course, what our firm does tell us.  But I

21   also work for the general counsel, who is a senior partner,

22   so I have a lot of knowledge.  But as far as I go, I find

23   it confusing and I'm skeptical.  And then I have huge

24   periods of doubt, you know, so I just kind of waiver, you

25   know.

1      MS. MARK:  Would you be uncomfortable sitting on this

2  jury?

3      JUROR NUMBER 12:  Absolutely.

4      MR. BLOOMSTON:  So, ma'am, you have not formed an

5  opinion as you stand here today as to the guilt or

6  innocence of these folks?

7      JUROR NUMBER 12:  No, I haven't.

8      MR. BLOOMSTON:  And you can assure us that you can be

9  fair?

10      JUROR NUMBER 12:  Yes.

11      MS. MARK:  Who is the general counsel that you work

12  for?

13      JUROR NUMBER 12:  Allen Baker.

14      MS. MARK:  Do you know if Allen Baker has been involved

15  in this case and meeting with lawyers or meeting with the

16  government?

17      JUROR NUMBER 12:  I just know that he deals with the

18  general counsel duties, you know, as far as -- their names

19  are in his time, but it's not anything as far as meeting, I

20  think, with specific attorneys or anything.

21      MS. MARK:  In responding to the subpoenas that were

22  issued to Balch, did you assist in responding to some of

23  those subpoenas and gathering documents on behalf of the

24  general counsel?

25      JUROR NUMBER 12:  No.  Because his secretary of 45

1    years was still there.  I just took over in February.  So,

2    you know, I came in after all that was done, but I do see

3    stuff, you know.

4        MS. MARK:  What do you mean you came in after all that

5    was done?

6        JUROR NUMBER 12:  I came in after a lot of the, you

7    know, the document production was done because I started

8    working for him when she retired.

9        MS. MARK:  Okay.  Who were you working for before that?

10       JUROR NUMBER 12:  I worked for Will Hill Tankersley,

11   Marcus Chatterton, Jeremy Glassford.  I worked for seven

12   people, so it was a lot.

13       MS. MARK:  Do you work for any of the lawyers in the

14   environmental section?

15       JUROR NUMBER 12:  No, I do not.

16       MS. MARK:  Have you ever worked for any of the lawyers

17   in the environmental section?

18       JUROR NUMBER 12:  I worked in the -- some of my people

19   when I worked in real estate did work with Mr. Gilbert --

20   worked sometimes with Mr. Gilbert and Mr. McKinney.

21       MS. MARK:  You did?

22       JUROR NUMBER 12:  With the attorneys I used to work for

23   when I worked in real estate and that kind of work.

24       MS. MARK:  What time period would that have been?

25       JUROR NUMBER 12:  From 2000 until 2012.

1      MS. MARK:  You said earlier that you'd feel
2  uncomfortable sitting in this case.
3      JUROR NUMBER 12:  Uh-huh.
4      MS. MARK:  Tell me what you mean by that.
5      JUROR NUMBER 12:  Because I know them, you know, and --
6      MS. MARK:  And when you say "them," can you tell us
7  who --
8      JUROR NUMBER 12:  I know more Mr. McKinney than I do
9  Mr. Gilbert.
10     MS. MARK:  Okay.
11     JUROR NUMBER 12:  And I just feel like it would be a
12  conflict, like a huge conflict.  So that's just my feeling.
13     MS. MARK:  Thank you very much.
14     THE COURT:  Thank you, ma'am.
15  (In open court:)
16     THE COURT:  Third row, anyone have your hand up as
17  someone who's heard anything at all about this case?
18     Fourth row, anyone had their hands up?
19  (At sidebar:)
20     THE COURT:  Please come up.  Come on up, please.
21  You're not in trouble.  Tell me your juror number, please.
22     JUROR NUMBER 21:  21.
23     THE COURT:  Lawyers want to know all the things you've
24  heard.
25     JUROR NUMBER 21:  I think I know what this case is

1    about, but I'm not sure I know enough to tell you a lot.

2         THE COURT:  They just want to know what, if anything,

3    has stood out from all the things you've heard about, if

4    anything.

5         JUROR NUMBER 21:  I just know that a gentleman, if I'm

6    on the right case, found against the people who worked out

7    in a certain section of town to not let them know that --

8         THE COURT REPORTER:  I'm sorry, ma'am.  You've got to

9    come over here.  I've got to hear you.  That's okay.  Come

10   on over here by me.

11        JUROR NUMBER 21:  I heard there was a gentleman who had

12   gone against the people who lived in a certain section of

13   Birmingham and to not let them know there was pollution ---

14   I'm not exactly sure how to word that -- pollution in the

15   ground where they were living and that there were possibly

16   some other people involved in it who paid some money to him

17   to go against them.  That's about all I know specifically.

18        THE COURT:  Thank you.

19        Any follow-up from anyone.

20        MR. ESSIG:  Ma'am, how did you find out about that?

21        JUROR NUMBER 21:  Online.

22        MR. ESSIG:  Online.  And is it through you reading news

23   stories that you heard about it?

24        JUROR NUMBER 21:  Yes.

25        MR. ESSIG:  And what sources of news?

1      JUROR NUMBER 21:  I think the Riverkeepers came out

2  with it first, and then I read about it in some other --

3      MR. ESSIG:  Okay.

4      JUROR NUMBER 21:  I guess you'd call them in blogs.

5      MR. ESSIG:  Okay.  So the first place you read about it

6  was on the Alabama Riverkeepers' website?

7      JUROR NUMBER 21:  Right.  Yes.

8      MR. ESSIG:  I think you mentioned early on that

9  Riverkeepers -- are you a member of Riverkeepers?  Is that

10  right?

11      JUROR NUMBER 21:  Uh-huh.

12      MR. ESSIG:  What's your role with them?  Are you just a

13  member interested or --

14      JUROR NUMBER 21:  Just interested in clean water.

15      MR. ESSIG:  Okay.  What was your reaction when you

16  first read about this story?

17      JUROR NUMBER 21:  I was real shocked.

18      MR. ESSIG:  Why is that?  What about it shocked you?

19      JUROR NUMBER 21:  Well, I wouldn't think that anybody

20  would try to hurt people by not letting them know what was

21  going on on their own property.

22      MR. ESSIG:  And did you mean by not letting them know

23  there was pollution in the ground -- is that what I

24  understand?  Pollution --

25      JUROR NUMBER 21:  Pollution was there causing problems,

1   health problems, and that there could have been something

2   done about it that wasn't done.

3      MR. ESSIG:   Okay.  So you were concerned that whoever

4   was involved with Mr. Robinson may have kept people who had

5   polluted problems or had a health risk, kept them from

6   having that problem fixed?  Is that your concern?

7      JUROR NUMBER 21:  I don't know exactly what went on

8   there.  I think that's probably the question.  That's my

9   concern.

10      MS. MARK:  One thing.  Have you made any determinations

11   about this case at all?

12      JUROR NUMBER 21:  No.

13      MS. MARK:  Are you willing to be open and listen to the

14   evidence?

15      JUROR NUMBER 21:  Certainly.

16      MR. BLOOMSTON:  Along those lines, I mean, just

17   generally as a member of that organization, have you formed

18   an opinion?  Do you have an opinion about people who do

19   this kind of stuff or alleged to have done this stuff?

20      JUROR NUMBER 21:  Not really.  I don't know what

21   exactly was done except that know there are pollutants and

22   that I know the rivers need cleaning.  And I'm all for

23   that.  Just to keep people safe.

24      MR. BLOOMSTON:  Did you believe the stories that you

25   heard and read?

1        JUROR NUMBER 21:  Well, I believe that -- is it
2   Mr. Robinson?

3        MR. ESSIG:  Yes, ma'am.

4        JUROR NUMBER 21:  -- that he did do that.  So he
5   admitted it.

6        MS. MARK:  What about with respect to anyone else?
7   Have you made any decision --

8        JUROR NUMBER 21:  They were indicted, so I don't guess
9   we know.

10       MS. MARK:  Would you be willing to listen --

11       JUROR NUMBER 21:  Yes.

12       MS. MARK:  -- and be fair and listen to all the
13   evidence?

14       JUROR NUMBER 21:  Yes.

15       MR. McKNIGHT:  I'm David McKnight.  The money that was
16   paid -- you say some money was paid by certain people to
17   Mr. Robinson --

18       JUROR NUMBER 21:  This is what I remember.  I'm old, so
19   I don't have -- y'all have got to hope I write things down.

20       MR. McKNIGHT:  Well, you see myself writing.

21       So the money that was paid, was it as legal money being
22   paid for him to work doing a legal thing, or did you take
23   it as being a bribe?

24       JUROR NUMBER 21:  I don't have an opinion on that right
25   now.  I just know that money was paid.

1      MR. McKNIGHT:  Okay.  Improperly paid or properly paid?

2      JUROR NUMBER 21:  Probably improperly paid.

3      MR. McKNIGHT:  Improperly.  And --

4      THE COURT:  What are we doing here?  Are you guys doing

5  your voir dires now of these witnesses?  Or you just want

6  to follow up with what they've heard about the matter?  I

7  need to know because I'm going to be cutting some of this

8  time from your one-hour slots that I've given you guys

9  earlier.  So just let me know.  But otherwise, this time,

10  which is my voir dire and I normally don't charge the

11  lawyers on, I will definitely revisit my one-hour-per-side.

12      Please continue with your questioning.  I think the

13  question was the money that was paid, do you believe it was

14  done for legal services or for a bribe based on what you

15  have read.

16      MR. McKNIGHT:  And I think she said --

17      JUROR NUMBER 21:  I can't -- I can't give you an

18  opinion on that.  I'm sorry.

19      THE COURT:  What was your follow-up question, then?

20      MR. McKNIGHT:  I didn't have a follow-up question,

21  Judge.

22      THE COURT:  Okay.  Thank you, ma'am.  I'm not -- you

23  may go.

24      I need to move this along.  Otherwise, we will not be

25  done with these people today.  And I want to at least get

1  you, assuming I have time, to at least be done with yours

2  just to move things along.

3      MR. ESSIG:  Your Honor, may I propose --

4      THE COURT:  I'm listening for good ideas.  Please.

5      MR. ESSIG:  I think there are certainly going to be

6  instances where we're going to need to do up here not in

7  front of the jury fairly limited questions.  So the topic

8  here is, "What's the first thing that comes to your mind?

9  What's most prominent in your mind based on what you've

10  heard?"  My recommendation would be that we handle those

11  fairly quickly, not do the in-depth questions that don't

12  involve that subject, have all the parties --

13      THE COURT:  That's what I wanted to do, correct.

14  That's the reason why I was asking about if we're going

15  beyond that and I'll start penalizing people.

16      MR. ESSIG:  Yes, sir.

17      THE COURT:  Okay.  I'm in favor of that.  Let's move

18  things along, please.

19  (In open court:)

20      THE COURT:  Third row.  Anyone else?  Come on up,

21  please, sir.

22  (At sidebar:)

23      THE COURT:  Good afternoon, sir.  Come on up to

24  Ms. Lewis, please.

25      What is your juror number?

1          JUROR NUMBER 24:  24.

2          THE COURT:  Okay.  Of all the things that you've heard

3    about this case, what, if anything, stood out?

4          JUROR NUMBER 24:  He was taking bribes.

5          THE COURT:  Who?

6          JUROR NUMBER 24:  Oliver.

7          THE COURT:  Okay.  Thank you.

8          Follow-up, one lawyer per side.

9          MS. MARK:  Sir, have you formed any opinions about this

10   case?  Which, in this case, Oliver Robinson is not on trial

11   here.  Have you formed any opinions about the trial that's

12   involved here today?

13         JUROR NUMBER 24:  I haven't formed no opinion.

14         MS. MARK:  About the three defendants in this case?

15         JUROR NUMBER 24:  No.

16         MR. BLOOMSTON:  Sir, so you're clear, the allegations

17   are that the three defendants on trial in this matter are

18   the ones that bribed Oliver Robinson.  Does that affect

19   your opinion as to these defendants?

20         JUROR NUMBER 24:  No, I -- I don't know.

21         MR. BLOOMSTON:  Okay.  Let me ask it this way.  If you

22   hear evidence in this matter, can you weigh this evidence

23   and be a fair and impartial juror?

24         JUROR NUMBER 24:  Yeah, I can do that.

25         MR. BLOOMSTON:  Thank you.

 1      THE COURT:  Anyone else?

 2      Number 24, thank you.  You may go back, sir.

 3  (In open court:)

 4      THE COURT:  Anyone on the last row who's heard anything

 5  at all on the radio?  Come on up, please.

 6  (At sidebar:)

 7      THE COURT:  Are you Number 26 or 27?

 8      JUROR NUMBER 27:  27.

 9      THE COURT:  27.  Would you please step close to

10  Ms. Lewis?

11      Of all the things that you have heard, the lawyers want

12  to know what stood out, if anything?

13      JUROR NUMBER 27:  That there was a guilty plea or

14  guilty verdict and that other people were going to be

15  charged.

16      THE COURT:  Okay.  Thank you.  Hang on a minute.

17  Follow-up, one lawyer per side, please.

18      MS. MARK:  Have you formed any opinions about the

19  others who were -- you said to be charged?

20      JUROR NUMBER 27:  No.  I don't know enough about it.

21      MS. MARK:  Would you be willing to sit and listen and

22  hear the evidence and be a fair and impartial juror?

23      JUROR NUMBER 27:  If the chair is cushioned, yes.

24      MS. MARK:  Thank you.

25      MR. ASBILL:  These are the chairs.

1     THE COURT:  Anyone else?  May I release 27?

2     MR. BLOOMSTON:  Yes, sir.

3     THE COURT:  Thank you, ma'am.

4  (In open court:)

5     THE COURT:  Is there anyone else on this side that I

6  may have -- come on up, please.

7  (At sidebar:)

8     THE COURT:  This is Number 28.

9     For the lawyers, because I want you guys -- you can use

10  my time for this.  In addition to the questioning Number 28

11  is up here for, he's also -- he's a salaried employee

12  for -- it's not Jim Walter Resources anymore.  Who is the

13  new employer?

14     JUROR NUMBER 28:  ERP Compliant Coke.

15     THE COURT:  ARP?

16     JUROR NUMBER 28:  ERP.

17     THE COURT:  ERP.  It's a coal company, and he is

18  worried that if he serves on a jury, although the employer

19  is not supposed to retaliate against their employees for

20  jury service, he does have concern about potential

21  retaliation.  And I told him that question will come up

22  because I had gotten your questionnaire.  But since he's up

23  here, if anyone wants to follow up with him on that, you

24  can use my time for that so you don't use it on your watch.

25     But for now, ░░░░░░░ -- Number 28 -- I'm sorry -- of

1    all the things that you have heard -- I think you've said

2    you have heard about this case more than 20 times -- the

3    lawyers want to know what, if anything, stood out of all

4    the things that you've heard?

5        JUROR NUMBER 28:  With Oliver Robinson, this case -- it

6    concerns my plant.  I work over in that area, in the North

7    Birmingham area.  And if this is what this is about, I know

8    the case.  They talk about it all the time because we

9    almost closed up.  If it's got something to do with the

10   government and stuff and Oliver Robinson, I'm at one of

11   those plants.

12       THE COURT:  Which plant?  I know U.S. Pipe had a plant

13   up there, and I know they were affiliated with Jim Walters.

14   Is it Sloss?

15       JUROR NUMBER 28:  Yeah, Sloss.

16       THE COURT:  Okay.

17       JUROR NUMBER 28:  It's not Sloss anymore, but at the

18   time it was Sloss, yes, sir.

19       MR. ESSIG:  Yes, sir.  Were you at Walter Coke --

20       JUROR NUMBER 28:  Yes, sir.

21       MR. ESSIG:  -- at the time the Superfund investigation

22   was going on?

23       JUROR NUMBER 28:  Yes.

24       MR. ESSIG:  Were you involved in that in any way, get

25   interviewed by the EPA or --

1        JUROR NUMBER 28:  No.  I drive the water truck out

2   there in that plant.

3        MR. ESSIG:  Okay.

4        JUROR NUMBER 28:  So ERP -- I mean, EPA, it's a

5   department.  I work in that department.  So but nobody

6   questioned us about that.

7        THE COURT:  Follow-up as to what he has heard or about

8   his employment concerns for potentially a four- to six-week

9   service?  Again, you can use my time for this one.

10        MS. MARK:  Have you formed any opinions about this

11   case?

12        JUROR NUMBER 28:  Yes, ma'am.

13        MS. MARK:  Okay.  Can you tell us what that is?

14        THE COURT:  Remember you were sworn in under oath

15   downstairs before you came up.  You are still under oath.

16        JUROR NUMBER 28:  Money laundering.

17        MR. ESSIG:  Sir?

18        JUROR NUMBER 28:  All the people that's involved in

19   this case here is right around in that area where I'm at,

20   Drummond and stuff, you know, so I know what's going on.

21   So --

22        MR. ESSIG:  You think they're guilty?  You can say yes.

23        JUROR NUMBER 28:  Yes, I do.

24        MR. ESSIG:  Okay.

25        THE COURT:  Let me make sure I'm concerned -- I'm clear

1    on this, ▨▨▨▨▨▨.   I keep calling you that because I

2    think you were one of my former clients back in my former

3    life.   But Number 28, based on what you have just said, you

4    don't believe you can keep an open mind --

5         JUROR NUMBER 28:   No.

6         THE COURT:   -- and listen to the evidence and my

7    instructions and then decide based on the facts in this

8    case?

9         JUROR NUMBER 28:   No, sir.   I know I can't.

10        THE COURT:   Okay.   All right.   Thank you.

11        MR. ESSIG:   Judge --

12   (In open court:)

13        THE COURT:   Come on up, sir.

14   (At sidebar:)

15        THE COURT:   Well, I suspect you all have narrowed it

16   down to 12, 32 involved.   I will hear all of them, but you

17   do have good grounds.   And I will listen to you guys'

18   arguments about -- well, based on what she said, I think

19   you have good grounds as well.

20        Come up on, sir.   Tell me your number again, please.

21   Number 29 or 30?

22        JUROR NUMBER 29:   29.

23        THE COURT:   29.   Of all the things that you have heard

24   about this case, the lawyers want to know what stands out

25   the most to you?

1      JUROR NUMBER 29:  That Oliver took bribes and that he

2   sold his influence.

3      THE COURT:  As to the defendants in this case,

4   Mr. McKinney, Mr. Gilbert, and Mr. Roberson, have you heard

5   anything at all about them?

6      JUROR NUMBER 29:  No, I've -- no.

7      THE COURT:  Follow-up questions.  One per side, please.

8      MS. MARK:  Have you formed any opinions about this case

9   of Mr. Gilbert, Mr. Roberson, and Mr. McKinney?

10      JUROR NUMBER 29:  No.

11      MS. MARK:  Would you be willing to sit and listen to

12   the evidence and be fair and impartial?

13      JUROR NUMBER 29:  I haven't formed an opinion, but I

14   don't know if I'd be fair.

15      MR. BLOOMSTON:  May I ask you this?  The allegations

16   are that these three defendants are the ones that bribed

17   Oliver Robinson.  You know that Mr. Robinson pled guilty.

18   Is that going to affect your ability to give these three

19   defendants a fair trial?

20      JUROR NUMBER 29:  It will.

21      MR. BLOOMSTON:  Thank you.

22      THE COURT:  If you are sworn in as a juror, your oath

23   will be for you to listen to all of the evidence from both

24   sides including the defendants' responses to Mr. Robinson's

25   allegations and then to render a verdict based on the facts

1    as the jury finds them and based on the law as I charge you

2    at the end of the case.  Do you believe you will be able to

3    do that?

4         JUROR NUMBER 29:  I would hope I would, but I'm not --

5    I'm not -- I'm not confident in myself to make that

6    decision because -- well, I'm just not confident in myself

7    to make that.

8         THE COURT:  Okay.  Anything else for Number 29?

9         MS. MARK:  No, sir.

10        THE COURT:  Thank you.  You may step down, sir.

11        I think you guys are dealing with jurors who don't want

12   to be here and know what to say.  Number 28 was very

13   shocked when I did not excuse him because he was claiming

14   that his employer was going to fire him.  They can't do

15   that.  That's against the law.  And he's a salaried

16   employee, so there's not any concern about losing money at

17   all.  He just did not want to be here.

18   (In open court:)

19        THE COURT:  The first row to my right, come on up,

20   please.  Number 30.

21        JUROR NUMBER 30:  Thank you.

22   (At sidebar:)

23        THE COURT:  Number 30, good afternoon.  The lawyers

24   want to know of all the things that you've heard, what

25   stood out, if anything, the most to you?

1      JUROR NUMBER 30:  Oh, I didn't realize what the case

2   was about until I heard Oliver Robinson's name today.

3      THE COURT:  Yes, ma'am.

4      JUROR NUMBER 30:  So I knew -- I knew from watching him

5   play basketball at UAB, and I was real happy when he became

6   a Birmingham City Councilor.  So I was disappointed when I

7   heard on the radio that he'd been accused of a crime.  It

8   doesn't mean that he did it.  My memory is vague.  It's

9   been a while since I heard anything.

10      It had to do with him talking to some of his people he

11   represents into not reporting something they should have

12   reported -- and I don't know what it is, but some lawyers

13   were involved, supposedly, and money exchanged hands.  I

14   don't know how.  Don't remember enough about it.  I just

15   know that some lawyers are accused of being involved in

16   this and paying -- I don't know if they paid the

17   homeowners, if they paid Robinson.  Supposedly --

18      THE COURT:  Based on what you've heard, do you believe

19   you can sit on this jury, listen to the evidence and the

20   law, and render a fair and impartial verdict?

21      JUROR NUMBER 30:  I do hope so, yes.  My daughter is a

22   lawyer, and I wouldn't want anybody to --

23      THE COURT:  Where is your daughter practicing?

24      JUROR NUMBER 30:  In Washington, D.C.

25      THE COURT:  Okay.  Follow-up questions?  One lawyer per

1    side, please.

2        MS. MARK:  Where is your daughter?

3        JUROR NUMBER 30:  She's at Department of Homeland

4    Security in Washington, D.C.

5        MS. MARK:  Thank you.

6        THE COURT:  Any questions from the defendants?

7        MR. BLOOMSTON:  No, sir.

8        THE COURT:  Number 30, thank you, ma'am.

9    (In open court:)

10        THE COURT:  Did I miss anyone else on this side of the

11    room?  On that side?  Let me start with my right side at

12    this point.  Again, just people who want to know -- who

13    have heard anything about the case.

14        Come on up, Number 32, please.

15    (At sidebar:)

16        THE COURT:  Number 32, good afternoon.  Did I hear you

17    say you were a brother in the law?

18        JUROR NUMBER 32:  Yes, I am.

19        THE COURT:  You used to be at Balch and now at Maynard?

20        JUROR NUMBER 32:  That's right.

21        THE COURT:  How long were you at Balch?

22        JUROR NUMBER 32:  From May of 2012 until January of

23    this year.

24        THE COURT:  So you were there, I guess, when the

25    alleged infractions in this case took place?

1      JUROR NUMBER 32:  That's correct.

2      THE COURT:  Okay.  I'll turn it over to you first and

3  then follow up with the defense.

4      MS. MARK:  You were a partner at Balch?

5      JUROR NUMBER 32:  Yes.

6      MS. MARK:  Do you know Steve McKinney?

7      JUROR NUMBER 32:  Yes.

8      MS. MARK:  Did you work or practice with him when you

9  were at Balch?

10      JUROR NUMBER 32:  No.  I knew him but did not work with

11  him.

12      MS. MARK:  What practice?

13      JUROR NUMBER 32:  Public finance.

14      MS. MARK:  What about Joel Gilbert?  Did you work with

15  Joel Gilbert?

16      JUROR NUMBER 32:  No.

17      MS. MARK:  Did you socialize with either one of them

18  while you worked there?

19      JUROR NUMBER 32:  Steve some.

20      MS. MARK:  Joel?

21      JUROR NUMBER 32:  No.

22      MS. MARK:  Were you aware of the investigation and the

23  response to the subpoena?

24      JUROR NUMBER 32:  Not until -- yeah, once the subpoena

25  came out, yes.

1      MS. MARK:  Was that something that was discussed among

2  the partners?

3      JUROR NUMBER 32:  Yes.

4      MS. MARK:  Did you form any opinions about those

5  events?

6      JUROR NUMBER 32:  Opinions, yes.  Not as to ultimate

7  guilt or innocence, but yes, I had opinions.

8      MS. MARK:  Okay.  Can you tell us what that is?

9      JUROR NUMBER 32:  In the kind of practice that I do

10  which involves working with nonprofits a good bit, it was

11  hard for me to understand how this fact pattern that was

12  alleged could have happened.

13      MS. MARK:  Why do you say that?

14      JUROR NUMBER 32:  It didn't seem like -- it didn't seem

15  like a plausible way to set up a nonprofit and for a

16  nonprofit's activities.  It did not make any sense to

17  somebody who works with nonprofits frequently.

18      MS. MARK:  Would you be uncomfortable sitting on this

19  case?

20      JUROR NUMBER 32:  Yes.

21      MS. MARK:  Okay.  Why is that?

22      JUROR NUMBER 32:  I know all three defendants.

23      MS. MARK:  How do you know Mr. Roberson?

24      JUROR NUMBER 32:  His daughter was very good friends

25  with one of my daughters in high school.  His wife was in

1    college with me.  They have been at our house for dinner.

2    I don't know them well, but I know them.

3        MS. MARK:  Do you think you'd be able to sit and listen

4    to the evidence and be a juror on this case, or would you

5    feel uncomfortable with that?

6        JUROR NUMBER 32:  I could.  But I have an awful lot of

7    background.

8        MS. MARK:  Do you feel like it's a conflict for you to

9    be a juror in this case?

10       JUROR NUMBER 32:  No.

11       MR. ESSIG:  The charges in this case, did they

12   contribute to the reasons for leaving Balch?

13       JUROR NUMBER 32:  Yes.

14       THE COURT:  Anything else for this witness?

15       I've never met you since I don't do any public finance,

16   but thanks for being here.

17       JUROR NUMBER 32:  Thank you.

18   (In open court:)

19       THE COURT:  Next, please.

20   (At sidebar:)

21       THE COURT:  This is the woman who works for the state,

22   retired.

23       ░░░░░░░░░, would you remind me again?  You're the one

24   who said you need a knee replacement at some point, right?

25       JUROR NUMBER 35:  No.  I'm ░░░░.

1    THE COURT:  Okay.  You're ▨▨▨?

2    JUROR NUMBER 35:  Uh-huh.

3    THE COURT:  Okay.  Sorry.  Ms. ▨▨▨, of all the things

4  that have happened that you have read about, the lawyers

5  want to know what, if anything, stands out to you about

6  this case?

7    JUROR NUMBER 35:  Okay.  Well, I didn't remember the

8  defendants' names, but I did remember the bribery and

9  Oliver Robinson.  I remembered his name.  Of course, I was

10  more familiar with him.

11    THE COURT:  Okay.  What do you remember hearing about

12  Oliver Robinson besides just the general bribery

13  contention?

14    JUROR NUMBER 35:  It was pretty general; that I just

15  recall that he had been accused of taking bribes and he did

16  have a plea deal.  So --

17    THE COURT:  I will let the lawyers follow up.  But

18  before I do that, you don't remember reading anything

19  specifically about the defendants in this case?

20    JUROR NUMBER 35:  Not enough so that I know their

21  names.

22    THE COURT:  Thank you, ma'am.

23    MS. MARK:  With what you've heard about Oliver

24  Robinson, would you be able to listen to the evidence in

25  this case and be fair and impartial?

1    JUROR NUMBER 35:  Well, it depends.  If these are the

2  folks that supposedly bribed him, I can't say I wouldn't

3  remember that.

4    THE COURT:  Well, let's emphasize on "supposedly."  In

5  other words, if the evidence shows that they did not do

6  what they're being accused of, would you be able to render

7  a verdict of not guilty if that's what the evidence shows

8  at trial?

9    JUROR NUMBER 35:  I guess if -- I just can't imagine

10  what -- well, I would just -- I can't imagine what evidence

11  I could hear that would make me think for somebody to get a

12  deal if, you know, if there was no basis to what they were

13  accused of.

14    THE COURT:  Well, okay.  I think I see where you're

15  going.  But just so that the record is clear, Oliver

16  Robinson is the one that got a deal.  He's not a defendant

17  in this case.

18    JUROR NUMBER 35:  Uh-huh.  Uh-huh.

19    THE COURT:  The defendants in this case are accused of

20  allegedly bribing Mr. Robinson.  They have denied those

21  allegations.

22    JUROR NUMBER 35:  Uh-huh.

23    THE COURT:  And so my question to you is, if the

24  evidence at trial supports their denials, are you saying

25  that you're not going to be able to reach a verdict of not

1    guilty if that's what the evidence at trial shows?

2         JUROR NUMBER 35:  Just trying to be honest with you, I

3    just can't imagine, well, what I would hear that would make

4    me think there was no basis to any of the charges.

5         THE COURT:  Okay.  Any follow-up?  I'm sorry for

6    cutting you off.

7         JUROR NUMBER 35:  No, I was just saying I was just

8    trying to be honest.

9         THE COURT:  No, no.  No.  I wanted you to get that on

10   the record so the record is clear.  Never apologize for

11   being honest, please.  That's what we want.

12        Any follow-up from anyone?

13        Thank you, ma'am.

14   (In open court:)

15        THE COURT:  Anyone else on the front row on my right?

16   If not, what about the second row?  Third row?  Fourth row?

17   Last row?

18        Come on up, please, Number 55.

19   (At sidebar:)

20        THE COURT:  Good afternoon, sir.

21        JUROR NUMBER 55:  Good afternoon.

22        THE COURT:  Let's get you up here next to Ms. Lewis,

23   please.  The lawyers just simply want to know with all the

24   things you've heard, what, if anything, has stood out to

25   you?

1     JUROR NUMBER 55:  Just, you know, over the last couple

2  years, I'd seen on the news Mr. Robinson on there, that he

3  was a state politician and maybe was accused of corruption.

4  I followed his career over the years.  I think he played

5  basketball at UAB, if I remember correctly.  So I had

6  followed him over the years.  And then just, you know, what

7  I've heard a few times on the news about that.

8     THE COURT:  Okay.  Thank you.

9     Lawyers, one per side, please.

10     MS. MARK:  You mention you've heard about Oliver

11  Robinson.  Have you heard anything about the three

12  defendants in this case, Mr. Gilbert, Mr. Roberson,

13  Mr. McKinney?

14     JUROR NUMBER 55:  No.

15     MS. MARK:  Have you formed an opinion about the charges

16  against them in this case?

17     JUROR NUMBER 55:  No.

18     MS. MARK:  Thank you.

19     MR. BLOOMSTON:  Is there any reason why you couldn't be

20  a fair and impartial juror in this case?

21     JUROR NUMBER 55:  I don't see why not.

22     THE COURT:  Anything else for Number 55?

23  Thank you.  You may step down.

24  Ladies and gentlemen, that's it.  I think.

25     MS. MARK:  Your Honor, I thought Number 53 had raised

1   her hand.

2        THE COURT:  Well, let me find out.

3   (In open court:)

4        THE COURT:  Juror Number 53, there's confusion up here.

5   Did you raise your hand up to say you'd heard anything

6   about this case on the news?

7        JUROR NUMBER 53:  On the news?

8        THE COURT:  Yes, ma'am.

9        JUROR NUMBER 53:  No.

10       THE COURT:  Okay.  Thank you.

11       Let me not restrict it to the news.  Did you read

12   anything at all about this case prior to today?  Why don't

13   you come up briefly just to be safe, please?  Thank you.

14   (At sidebar:)

15       THE COURT:  Number 53, thank you.  My notes are just

16   not clear.  Come on over here next to Ms. Lewis, please.

17       Have you heard anything at all, be it news, friends,

18   radio, Internet, about Oliver Robinson or about the

19   defendants in this case?

20       JUROR NUMBER 53:  I don't know.  I don't know any of

21   the attorneys, and I don't know Mr. Roberson.  The only

22   thing I knew is that when I was going to interview with

23   Balch, I did a search.  And I thought it was a blog, but I

24   didn't read it because I wasn't interested.  I was just

25   interested in the firm.

1    THE COURT:  Okay.  Are you the one that left Ogletree

2    and went to Balch recently?

3    JUROR NUMBER 53:  Right.

4    THE COURT:  Okay.  Any follow-up questions for

5    Number 53?

6    MS. MARK:  Yes, Your Honor.

7    Who do you work for at Balch?

8    JUROR NUMBER 53:  I work for Jeff Sterling.  I'm in the

9    labor and employment department.

10   MS. MARK:  Do you work with any of the environmental

11   lawyers?

12   JUROR NUMBER 53:  No.

13   MS. MARK:  How long have you been at Balch?

14   JUROR NUMBER 53:  Almost three months.

15   MS. MARK:  Have you heard anything at Balch among any

16   of your colleagues about this case?

17   JUROR NUMBER 53:  The only thing that I did hear was I

18   mentioned that I had been called for jury duty.  And they

19   said, "Oh, you may be called on the Balch case."  And

20   that's how I knew there was a Balch case.  But I'm not from

21   here, so I don't really know a lot of --

22   MS. MARK:  Who did you speak with about your jury

23   service today before?

24   JUROR NUMBER 53:  You know, I don't remember because I

25   don't even know that I've talked to that person since.  I

```
 1   don't really know that many people there.  I kind of go in
 2   and work and sit by myself at lunch, and I don't really --
 3   I'm a loner.
 4        THE COURT:  Me, too.
 5        JUROR NUMBER 53:  I do my thing and leave.
 6        MS. MARK:  Have you formed any opinions about this
 7   case?
 8        JUROR NUMBER 53:  I don't know anything about the case,
 9   so I couldn't form an opinion.
10        MR. BLOOMSTON:  Is there any reason why you couldn't be
11   a juror on this case?
12        JUROR NUMBER 53:  No.
13        THE COURT:  If you were selected and, hypothetically
14   speaking, the evidence supports a guilty verdict, would you
15   feel uncomfortable for voting for a guilty verdict knowing
16   that you'll have to go back to work?
17        JUROR NUMBER 53:  No.
18        THE COURT:  Okay.  Thank you.
19        I think that's it.  I'm just going to go now to
20   questions number five and six, any reason why they can't be
21   fair and impartial and the length of the trial.  I will
22   take up strikes for cause later.  I believe that both sides
23   have good reasons to move on some of these individuals, but
24   I will allow both of you to argue for and against your
25   positions in a while.  Thank you.
```

1   (In open court:)

2       THE COURT:  Ladies and gentlemen, thank you all for

3   your patience.  Besides the people that I've called up

4   individually who have already answered this question, is

5   there anyone here who has any reason why he or she believes

6   they cannot be fair and impartial if they are selected as a

7   juror in this case?

8       Anyone who knows of any reason why you don't believe

9   you can be fair or impartial either to the government or to

10  the defendants?

11      Ladies and gentlemen, I mentioned this when we met this

12  morning as a group outside of the presence of the lawyers,

13  but this trial is expected to last three to four weeks.

14  I've also heard as long as six weeks.

15      Regardless of whether it's three, four, five, or six, a

16  trial of this length will pose an extraordinary hardship on

17  virtually every juror, lawyer, and participant in this

18  case.

19      But focusing on you as prospective jurors, is there

20  anyone here who has a severe or extraordinary hardship that

21  would make it impossible for you to serve on this case?

22  Please raise your hands up and please keep them up.

23      Anyone on my left side of the courtroom?

24      Turning to my right side, Number 33?  Your hand's not

25  up?  Okay.  And then is that 42?

1          JUROR NUMBER 42:  Yes, sir.

2          THE COURT:  Anyone besides 33 and 42?  What's your

3    number, sir, in the back?  Is it 47?

4          JUROR NUMBER 52:  52.

5          THE COURT:  52.  I've got 33, and then is that

6    Number 39?

7          JUROR NUMBER 39:  Yes, sir.

8          THE COURT:  Okay.  Number 33, why don't we start with

9    you?  Why don't you tell the lawyers what your hardship is?

10         JUROR NUMBER 33:  I'm opening up a wellness studio in

11   Cahaba Heights, and our grand opening is August the 10th,

12   and it's not complete.  And I'm the sole owner of it and in

13   charge of all the construction and getting everything

14   together.  So I'm already paying rent on the facility.

15   And, also, our family vacation to New York is prepaid, and

16   we're leaving on Friday and coming back on Monday, this

17   Friday and Monday.

18         THE COURT:  Thank you, Number 33.  Will you please pass

19   the microphone down to Number 42, please?

20         Number 42.

21         JUROR NUMBER 42:  Yes.  Like I was saying this morning,

22   due to health conditions, recently being in the hospital,

23   and my wife's operation, I do not feel I will be able to

24   totally concentrate on this as the way I should.

25         THE COURT:  When is your wife's operation?

1     JUROR NUMBER 42:  It's on the 9th.

2     THE COURT:  Of July?

3     JUROR NUMBER 42:  Yes, sir.

4     THE COURT:  And, remind me again, is it an outpatient

5  or inpatient operation?

6     JUROR NUMBER 42:  It's outpatient.  She'll go in in the

7  morning and come out sometime that day.  I don't know why.

8  There's nobody else to be there for her.  It's just her and

9  I immediate family.

10     THE COURT:  Okay.  Thank you, sir.  Can you pass the

11  microphone down to Number 39, who's on the same row as you,

12  please?  Number 39.

13     JUROR NUMBER 39:  As much as I would love to do it, I'm

14  in an active job search for -- the school year just ended.

15  And I currently do not have any employment for the next

16  school year.  And so I need these weeks to interview and

17  praying that I get a job.  My daughter's in college, and I

18  have a son in high school.  And so I'm just trying to get

19  kind of set up for the fall semester, the fall school year.

20  And this is the time when they are offering jobs for a

21  school counselor.

22     THE COURT:  And so you're worried that in the middle of

23  this trial you may have an interview that you will need to

24  go to?

25     JUROR NUMBER 39:  I'm praying.

1    THE COURT:  And as of now, there's nothing lined up; is

2  that correct?

3    JUROR NUMBER 39:  I've applied for seven positions in

4  my current county.  There is not any jobs available.  But

5  that may change at the very last minute before the school

6  year.

7    THE COURT:  Thank you very much.  Can you pass the

8  microphone two rows behind you to Number 52, please?

9    JUROR NUMBER 52:  I work for a multifamily complex in

10  Cullman, Alabama.  I'm the only maintenance guy there.  And

11  my sister property is over an hour away from that area.  So

12  if there's any water leaks or, you know, major stuff like

13  that -- now, AC's and stuff like that can wait till the end

14  of the day.  But if there's a water leak and there's over

15  an hour for somebody to get there, that's kind of a big

16  issue for me, so.

17    THE COURT:  Thank you.  For the lawyers, let me start

18  with the government.  Any follow-up questions for any of

19  these jurors?

20    MS. MARK:  No, Your Honor.

21    THE COURT:  Mr. Gilbert's team, any questions for --

22    MR. ESSIG:  No, Your Honor.

23    THE COURT:  What about Mr. McKinney?

24    MR. McKNIGHT:  No, Your Honor.

25    THE COURT:  Thank you.  And then Mr. Roberson?

1        MR. BLOOMSTON:  No, sir, Your Honor.

2        THE COURT:  Thank you.

3        Ladies and gentlemen, some of the persons who may

4    testify in this case may be government case agents or

5    government employees.  Is there anyone here who believes or

6    who would view witnesses from the government to be more

7    credible than witnesses who were not affiliated with the

8    government?

9        Bad question, so let me try to see if I can do a better

10    job.

11        Is there anyone here who believes that folks that work

12    for the government or any of its agencies are just

13    automatically more credible than nongovernment employees?

14        Ladies and gentlemen, I am going to turn it over now to

15    the government, to Ms. Mark.  She will begin her

16    examination.

17        We've been at it for about an hour.  Why don't I give

18    you guys a break to stretch your legs and to use the

19    facilities before we begin so I don't cut off in the middle

20    to give you guys any breaks.  She will have roughly an

21    hour, so I think a break now makes sense.

22        There's a lot of you.  Let's take five or ten minutes.

23    I'm going to keep everyone else here in the courtroom for

24    now to let you guys use the restrooms first if you're so

25    inclined.  Please come back in no more than 10 minutes max.

1    (Recess.)

2       THE COURT:  Ladies and gentlemen, please give Ms. Mark

3    the same courtesy that you've given me.  She's going to ask

4    you some questions now.

5       Ms. Mark, when you are ready, you may begin.

6       MS. MARK:  Thank you, Your Honor.

7       Good afternoon.  We thank you for being here.  I think

8    I can say that on behalf of all of the attorneys that are

9    here today, that we appreciate your time, we appreciate

10   your attention, and we mostly appreciate your patience

11   because selecting a jury is a process.  And we all want to

12   find a group of people who can be fair and impartial.  And

13   that's our goal today.

14       You've all been gracious enough to tell a little bit

15   about yourself, so I'll tell you a little bit about me.  My

16   name is Robin Mark.  I'm an Assistant United States

17   Attorney.  I've been working at the U.S. Attorney's Office

18   for about 6 years, and I've been practicing law for a total

19   of about 15 years.

20       I'm from here in Birmingham, went to high school here.

21   And I'm looking forward to getting to know all of you

22   today.

23       So with that in mind, since you all had a moment to

24   introduce yourselves, while you were introducing

25   yourselves, did anyone happen to recognize any of your

fellow jurors?  I find that when we do jury selection, we
will have high school classmates or someone that you knew
from work or in the past.  So if anybody recognizes any of
your fellow jurors, can I have a hand up?

Wow.  Quite a few.  Okay.  We will start over here on
the left.  Tell us your juror number first.

JUROR NUMBER 2:  I'm Juror Number 2.  And this lovely
juror was my daughter's PE coach.

MS. MARK:  And what juror number are you?

JUROR NUMBER 10:  Number 10.

MS. MARK:  Number 10.  Okay.  Thank you very much.  And
did you recognize her?

JUROR NUMBER 10:  Yes.  Not as quickly because I teach,
like, 730 kids every day.  Over 13 years, that's a lot of
students and parents.  But, yes, I did.

MS. MARK:  Very good.  Anybody else on this second row
that you recognize a fellow juror?

JUROR NUMBER 8:  I'm Juror Number 8, and I recognized
someone in -- my pharmacist that I go to his pharmacy.

MS. MARK:  Okay.  Very good.  How about on the third
row?  Any hands?  Fourth row?  And how about the last row?

All right.  I think I saw a lot of hands on this side
of the room.  So pass the microphone over to my right and
tell me who you recognize.

JUROR NUMBER 31:  I'm Juror 31.  I recognize my

1    classmate, but she didn't recognize me.

2        MS. MARK:  All right.  Very good.  Anybody else?

3        JUROR NUMBER 32:  I'm Juror 32, and I recognize a legal

4    assistant at my former law firm.

5        JUROR NUMBER 33:  I am Juror 33, and I recognized a

6    classmate from high school back there somewhere.

7        MS. MARK:  Anybody else on this first row?

8        JUROR NUMBER 34:  I'm Juror 34, and I recognize a

9    friend of my wife's.

10       JUROR NUMBER 39:  I recognize two people:  him, and I

11   worked with her.

12       MS. MARK:  Tell us your juror number.

13       JUROR NUMBER 39:  I'm 39.

14       MS. MARK:  Very good.

15       JUROR NUMBER 38:  I'm 38, and I recognized her.  I

16   don't really know her but recognized her, if that makes

17   sense.  And then he grew up with my dad.

18       MS. MARK:  And who are you?

19       JUROR NUMBER 40:  40.

20       MS. MARK:  Juror Number 40.  All right.

21   Anybody else in the next row?

22       JUROR NUMBER 50:  I'm Juror Number 50, and I worked

23   with her.

24       MS. MARK:  Who?  Which?

25       JUROR NUMBER 39:  Me.

1     MS. MARK:  You're Juror Number?

2     JUROR NUMBER 39:  39.

3     MS. MARK:  39.  Okay.

4     JUROR NUMBER 55:  I'm Juror Number 55, and I recognize

5  Juror Number 8 as my customer.

6     THE COURT:  Okay.  Very good.  All right.  Thank you.

7  So -- oh, we have one more.  Yes.

8     JUROR NUMBER 56:  Right.  I recognized the lady in the

9  front row.  We went to high school together.  Facebook

10  friends.  Could ask her again, "How was the trip last

11  week?"

12     MS. MARK:  And what juror number are you?

13     JUROR NUMBER 56:  56.

14     MS. MARK:  56.

15     So two of the defendants in this case, Joel Gilbert and

16  Steve McKinney, work at the law firm of Balch & Bingham.

17  And we have already heard a few people who work or have

18  previously worked at Balch & Bingham.  So other than those

19  three individuals, does anybody else do work with Balch &

20  Bingham?  And when I say that, I mean do you use Balch &

21  Bingham as your law firm or have you ever done any work

22  with the law firm Balch & Bingham?

23     And I'll start on my left.  Anybody?  Raise your hand

24  if you have ever worked with the law firm Balch & Bingham.

25     Okay.  To the right.

1        JUROR NUMBER 39:  I didn't work, but my brother did.

2        MS. MARK:  And tell me your jury number.

3        JUROR NUMBER 39:  39.

4        MS. MARK:  39.  And I'm sorry.  I will continue to ask

5   for juror numbers for Ms. Lewis and for all of these ladies

6   and gentlemen.

7        And he worked with?

8        JUROR NUMBER 39:  My brother worked with them.

9        MS. MARK:  Okay.  And who's your brother?

10       JUROR NUMBER 39:  Earl Parsons.

11       MS. MARK:  Okay.  And used to work there?

12       JUROR NUMBER 39:  Yes.

13       MS. MARK:  Where does he work now?

14       JUROR NUMBER 39:  He is retired from Southern Company.

15   He's an attorney.

16       MS. MARK:  How long was he with Southern Company?

17       JUROR NUMBER 39:  Well, he's 50.  He retired young.  I

18   mean, he's been there since -- I think he left them -- I

19   don't -- I really don't know.  I don't know how to tell you

20   that.  But I know he was at Southern Company for quite some

21   time.

22       MS. MARK:  Okay.  All right.

23       Anyone else?  Yes, sir.  Tell us your number.

24       JUROR NUMBER 51:  Juror 51.

25       MS. MARK:  51.

1      JUROR NUMBER 51:  A client of mine uses Balch & Bingham

2  as their primary counsel, and occasionally that overlaps

3  when I'm explaining things.

4      MS. MARK:  Tell me again what you do.

5      JUROR NUMBER 51:  Certified public accountant.

6      MS. MARK:  Do you have interactions with Balch &

7  Bingham on behalf of that client?

8      JUROR NUMBER 51:  My immediate boss does.  I do not.

9      MS. MARK:  Similar question -- was that a hand?  Okay.

10  Similar question, does anyone know anyone who works at the

11  law firm Balch & Bingham?  Other than what we've already

12  discussed, do you know anyone who works there either as a

13  lawyer or as a legal assistant, in IT?  Anyone?  Yes, sir.

14  Tell us your number.

15      JUROR NUMBER 5:  Juror 5.  My wife's best friend works

16  for Balch & Bingham, I believe.  She's involved with the

17  event planning side of things or marketing.

18      MS. MARK:  And do you know who that is?

19      JUROR NUMBER 5:  Madelyn Reeves.

20      MS. MARK:  You said it's your wife's --

21      JUROR NUMBER 5:  My wife's best friend.

22      MS. MARK:  Best friend?

23      JUROR NUMBER 5:  Good friend.

24      MS. MARK:  Anyone else know anyone who is employed at

25  Balch & Bingham?

1        Okay.  The third defendant in this case, David

2    Roberson, is employed by Drummond Coal Company.  Is there

3    anyone here who has ever worked for or worked with or has a

4    close family member or friend who works for Drummond Coal

5    Company?  Anyone on the left?

6        JUROR NUMBER 5:  I graduated high school with some of

7    the Drummond family.

8        MS. MARK:  And you're Juror Number 5?

9        JUROR NUMBER 5:  Juror Number 5.

10       MS. MARK:  Do you still keep in touch with any of them?

11       JUROR NUMBER 5:  Social media-wise, yes.

12       MS. MARK:  Anyone else?

13       JUROR NUMBER 9:  I went to college with a girlfriend

14   that married a Drummond.

15       MS. MARK:  And what was your juror number?

16       JUROR NUMBER 9:  9.

17       MS. MARK:  Do you still keep in touch with them?

18       JUROR NUMBER 9:  (No audible answer.)

19       MS. MARK:  Anybody on the left?  I think I see a hand

20   in the back.  Yes, sir.  Oh, I'm sorry.  I thought you had

21   your hand up.

22       JUROR NUMBER 28:  I've got a lot of friends work over

23   there.

24       MS. MARK:  You have friends who work at Drummond?

25       JUROR NUMBER 28:  Yeah.  It's right around the corner

1  from me.

2      MS. MARK:  Can you tell us your juror number?

3      JUROR NUMBER 28:  Juror 28.

4      MS. MARK:  28?

5      JUROR NUMBER 28:  Yeah.

6      MS. MARK:  Thank you, sir.

7      Is it on?  Is that on?

8      THE COURT:  It's on.

9      MS. MARK:  I think you have to hold it really close.

10      Okay.  Anyone on the right that knows someone at

11  Drummond?  Yes, ma'am?

12      JUROR NUMBER 53:  I worked on one case at my former law

13  firm years ago.  And I don't remember any of the parties

14  that were part of Drummond, but Drummond was the client.

15      MS. MARK:  Okay.  And what law firm did you work at?

16      JUROR NUMBER 53:  Ogletree Deakins.

17      MS. MARK:  And Drummond was the client?

18      JUROR NUMBER 53:  Uh-huh.

19      MS. MARK:  Do you remember if it was any particular

20  division of Drummond?

21      JUROR NUMBER 53:  Mining?

22      MS. MARK:  Okay.  Did you interact with any of the

23  individuals at Drummond doing that work?

24      JUROR NUMBER 53:  No.

25      MS. MARK:  The defendants in this case are, as I said,

1   Joel Gilbert, Steve McKinney, and David Roberson.  They

2   were introduced at the beginning of this case.  Does anyone

3   know or have any association with any of them?  And when I

4   say that, I mean, do you recognize them, that you go to

5   church with them or their family or play little league or

6   have -- anybody recognize any of the defendants?

7        Yes.  And will you tell us your juror number?

8        JUROR NUMBER 32:  32.

9        MS. MARK:  Okay.  And you've already told us that you

10  previously worked at Balch?

11       JUROR NUMBER 32:  That's correct.

12       MS. MARK:  And that you also know Mr. Roberson?

13       JUROR NUMBER 32:  Correct.

14       MS. MARK:  Thank you.

15       During this case, there will be testimony and evidence

16  about a Superfund site that's located in North Birmingham.

17  It's commonly referred to as the 35th Avenue North

18  Birmingham Superfund site.  Does anybody know or are you

19  familiar with the North Birmingham Superfund site?  Anyone?

20  I don't see any hands on the left.

21       Yes, sir, I see you nodding your head.  I believe you

22  told us that you're familiar with the site.

23       JUROR NUMBER 28:  Yes.

24       MS. MARK:  Okay.  Anyone else familiar with the North

25  Birmingham Superfund Site?

1     Yes, sir.  Get the microphone to you.

2     JUROR NUMBER 52:  I've just read about it before.

3  That's it.

4     MS. MARK:  I'm sorry?

5     JUROR NUMBER 52:  I've just read about it before.

6  That's it.

7     MS. MARK:  Okay.

8     JUROR NUMBER 52:  Oh.  52.  I'm sorry.

9     MS. MARK:  52?

10    JUROR NUMBER 52:  Yeah.

11    MS. MARK:  And where did you read about it?

12    JUROR NUMBER 52:  An EPA website, I believe.

13    MS. MARK:  And why were you on the EPA website?

14    JUROR NUMBER 52:  Because I'm a nerd.

15    MS. MARK:  All right.

16    THE COURT:  That's fair.

17    MS. MARK:  Very good.

18    So does anyone happen to live in the North Birmingham

19  Superfund site area?  Okay.

20    So I have a list of some companies and entities that

21  may be mentioned during the course of this case, and I want

22  to read through the list.  We'll try to move through this

23  pretty quickly.  And as I read through them, I'll look to

24  see if anybody has any hands that you recognize mostly

25  companies or organizations, and I'll ask you how do you

1   recognize them, what do you know about them.

2       Some of these are things that you will know about.  But

3   what I'm wanting to know is if you've ever worked with

4   these companies or for any of these companies or have any

5   close association with them.

6       The first one is the City of Birmingham, which I know

7   we have a lot of residents who live in Birmingham, and

8   that's not what I'm asking.  Has anybody ever worked for or

9   with the City of Birmingham?  Yes, ma'am.

10      JUROR NUMBER 8:  Number 8.  I do teach for Birmingham

11  City Schools.

12      MS. MARK:  Okay.  Thank you.  Anybody else, City of

13  Birmingham?

14      Next one is the City of Tarrant.  Does anybody work

15  with or ever worked with the City of Tarrant?

16      All right.  Southeast --

17      THE COURT:  Ms. Mark, I think you have Juror Number

18  18 -- I think.

19      JUROR NUMBER 13:  Juror Number 13.  I actually work in

20  Tarrant and do a lot of the city work and stuff with --

21      MS. MARK:  Okay.  Do you ever attend any Tarrant

22  Chamber of Commerce meetings?

23      JUROR NUMBER 13:  They actually come out to Kamtek, a

24  lot of the city will -- will come out, and actually the

25  City of Birmingham, for different events that we have.

1        MS. MARK:  Okay.  What is Kamtek?

2        JUROR NUMBER 13:  It's a management company.  We do

3    automotive.  So there was a big push for City of Birmingham

4    funding and working with our management team.

5        MS. MARK:  And is it located in Tarrant?

6        JUROR NUMBER 13:  Yes.

7        MS. MARK:  Okay.  Thank you.

8        Anyone else on City of Tarrant?

9        Southeast Engineering & Consulting?  Is anybody

10   familiar with or ever worked with Southeast Engineering &

11   Consulting?  And they're sometimes referred to as SEC, but

12   it's not the football -- not the football SEC.

13       What about Strada Professional Services?  Does anybody

14   recognize that as a company that you know or have ever

15   worked with?  Strada Professional Services?

16       Okay.  Matrix?  Has anybody ever worked with or know

17   anyone who works for Matrix?

18       The Oliver Robinson Foundation?  Is anyone familiar

19   with the Oliver Robinson Foundation?

20       Robinson & Robinson Communications?  Is anyone familiar

21   with or ever worked with Robinson & Robinson

22   Communications?

23       All right.  We're going to move through these quickly.

24       Partnering for Progress?

25       What about GASP?  Is anyone familiar with or ever

1   worked with GASP?

2       What about JobKeepers?  Anybody familiar with a group

3   called JobKeepers?

4       Manufacture Alabama?

5       All right.

6       JUROR NUMBER 21:  Familiar with GASP, just from --

7       MS. MARK:  Tell us your juror number, please.

8       JUROR NUMBER 21:  21.  Just from hearing it on the

9   Internet.

10      MR. BLOOMSTON:  What's your number?

11      MS. MARK:  21.

12      MS. HODGES:  Could you stand up, please?

13      JUROR NUMBER 21:  I'm familiar with GASP just through

14  Internet and Facebook posts.  I don't have anything to do

15  with it personally, but I do read.

16      MS. MARK:  All right.  What about Business Council of

17  Alabama, sometimes referred to as BCA?  Is there anyone

18  who's familiar with or has ever worked with BCA?

19      Birmingham Business Alliance?  Is there anyone who is

20  familiar with or been to a Birmingham Business Alliance

21  meeting?

22      Yes, sir?

23      JUROR NUMBER 56:  56.  I'm familiar with Birmingham

24  Business Alliance.

25      MS. MARK:  Okay.  How are you familiar with BBA?

1      JUROR NUMBER 56:  Business growth, networking events.

2      THE COURT REPORTER:  I'm sorry.  "Business..."

3      JUROR NUMBER 56:  Business growth and networking

4  events.

5      MS. MARK:  How often do you attend BBA events?

6      JUROR NUMBER 56:  Not often.

7      MS. MARK:  Are you a member?

8      JUROR NUMBER 56:  But I follow them -- no, I'm not a

9  member.  I follow them in the media and -- that's it.

10      MS. MARK:  Okay.  Thank you.

11      Walter Coke -- Walter Energy -- which I think is now

12  ERP Coke Compliant, which I think we have somebody who

13  works for ERP now.  Is anybody else familiar with or do you

14  have any close associates or know anybody who works for

15  what was formerly Walter Coke and is now ERP Compliant

16  Coke?  Anyone?  Yes.

17      JUROR NUMBER 1:  I did their car tags.  I did their car

18  tags and titles.

19      MS. MARK:  Okay.  All right.  And how is it that you

20  came to do that?

21      JUROR NUMBER 1:  I work in the revenue department, and

22  they brought their paperwork.  ERP bought them, so they

23  brought in all their paperwork and their titles to get them

24  all transferred.  So it was a big legal document like yea

25  thick.  They brought even -- like I don't even know.

1  MS. MARK:  Okay.  Very good.

2  How about KMAC?  KMAC Recycling & Industrial Services?

3 Is anyone familiar with or ever worked with KMAC?

4  Thompson Tractor?  Is anyone familiar with or ever

5 worked with Thompson Tractor?  Oh, I see the one hand.

6  JUROR NUMBER 1:  I did their car tags.

7  MS. MARK:  More car tags.  All right.

8  Did I see another hand for Thompson?

9  UNIDENTIFIED JUROR:  I'm familiar with them.  I don't

10 work for them.

11  THE COURT REPORTER:  Can we have them stand, please?

12  MS. MARK:  Yes.

13  THE COURT REPORTER:  It's hard to hear.  Could you

14 please stand and use the microphone?

15  UNIDENTIFIED JUROR:  I'm familiar with them.  I don't

16 work for them.

17  MS. MARK:  Yes?  Thank you.

18  JUROR NUMBER 33:  I have a friend who works at Thompson

19 Tractor.

20  MS. MARK:  Okay.  And is it a close friend of yours?

21  JUROR NUMBER 33:  Close family friend.

22  MS. MARK:  Do you know what they do at Thompson?

23  JUROR NUMBER 33:  Sales.

24  MS. MARK:  I think there's someone behind you.  If you

25 can pass the mic back.

1      JUROR NUMBER 41:  I'm Juror Number 41.  And my uncle

2  and my brother both worked there about all their life.

3      MS. MARK:  Okay.

4      JUROR NUMBER 41:  At Thompson Tractor Company.

5      MS. MARK:  What did they do at Thompson?

6      JUROR NUMBER 41:  My uncle was a mechanic for their

7  machinery, I think.  And my brother, I don't know.  He

8  drove one of their trucks and went out on sites, and I

9  don't really know what he did.

10      MS. MARK:  Okay.  Thank you.

11      How about ACIPCO, American Cast Iron Pipe Company?  Is

12  anybody familiar with, ever worked with ACIPCO?

13      We have a juror on -- we'll start right here on the

14  front row, Number 5.

15      JUROR NUMBER 5:  Juror Number 5.  I've got a close

16  family friend who's been a nurse there for a long time.

17  And I've also got another family friend who is an engineer

18  there.

19      MS. MARK:  Okay.  All right.  I think there was another

20  hand.  Can you stand for us?

21      JUROR NUMBER 19:  Sure.

22      MS. MARK:  Thank you.

23      JUROR NUMBER 19:  My girlfriend works there as a

24  process engineer.

25      MS. MARK:  As a what?

1        JUROR NUMBER 19:  Process engineer.

2        MS. MARK:  Process engineer.  Tell us your juror

3    number.

4        JUROR NUMBER 19:  19.

5        MS. MARK:  19.

6        Yes?

7        JUROR NUMBER 20:  I'm familiar with but don't work

8    there.  Do you want us to just stand up if we know what

9    these companies are?

10       MS. MARK:  No --

11       JUROR NUMBER:  Or I don't have any association --

12       MS. MARK:  -- just if you've ever worked with them or

13   have a close friend or something who works there.

14       Yes, ma'am, on the right?

15       JUROR NUMBER 38:  I'm Juror Number 38.  And my -- I

16   don't know if this counts, but my fiancé's best friend's

17   dad is, like, one of their head engineers.  But I don't

18   know him personally, but my fiancé' does.

19       MS. MARK:  Okay.

20       JUROR NUMBER 38:  If that makes any sense.

21       MS. MARK:  It does.  Thank you.

22       JUROR NUMBER 41:  I'm Juror Number 41.  My ex-husband

23   worked there for several years, and that's where we used

24   all their doctors.

25       MS. MARK:  Okay.  And what did he do at ACIPCO?

1    JUROR NUMBER 41:  I don't really know, but it was in

2    the dirtiest spot they had.  I mean, from head to feet,

3    black.

4        MS. MARK:  All right.  Thank you.

5        All right.  Yes, ma'am.  Thank you.

6        JUROR NUMBER 45:  I'm Number 45.  I get that one

7    confused with another company, but ACIPCO, do you know who

8    the CEO is there?

9        MS. MARK:  Well, I can't answer questions.

10       JUROR NUMBER 45:  You can't answer that question?

11   Okay.  I -- if it's the right ACIPCO -- or ACIP -- you

12   know, there's several that had the same name.  But David

13   Walker is a good friend of mine, and I can't remember -- so

14   if David Walker is in charge, is the head of ACIPCO or one

15   of the executives, he's a good friend of mine, our family.

16       MS. MARK:  Thank you.  All right.  Just a couple more.

17       Nucor Steel?

18       JUROR NUMBER 1:  I have a friend of mine that works for

19   a different company but is currently working at ACIPCO.

20       MS. MARK:  Okay.  All right.  I see a hand on the third

21   row.

22       JUROR NUMBER 16:  I'm Juror Number 16, and my

23   father-in-law works at Nucor Steel.

24       MS. MARK:  Okay.  How long has he worked at Nucor?

25       JUROR NUMBER 16:  Several years.  I don't know exact

1    numbers.

2         MS. MARK:  Do you know what he does there?

3         JUROR NUMBER 16:  I don't.

4         MS. MARK:  Okay.  That's all right.

5         Anybody else recognize Nucor Steel?

6         All right.  Just a couple more.

7         Alabama Power?  And I don't need to know if you get

8    your power from Alabama Power.  I think we may have a few

9    people who, I think, mentioned that they either worked for

10   or had an association with Alabama Power.  So I'm looking

11   to see if you or someone who's a close friend or associate

12   works at Alabama Power.

13        All right.  Let's begin on the front row.  And tell us

14   your number.

15        JUROR NUMBER 4:  Juror Number 4.  My nephew works at

16   Alabama Power.

17        MS. MARK:  Do you know what he does there?

18        JUROR NUMBER 4:  IT.

19        MS. MARK:  Thank you.

20        JUROR NUMBER 5:  Juror 5.  Three fraternity brothers

21   work there.

22        MS. MARK:  Do you know what they do?

23        JUROR NUMBER:  They're -- one's -- oh, boy.  He's not

24   an engineer, but he's got his master's in finance.  He does

25   something along those lines.  I've got another one who is

1    in accounting, and then another guy is like the head of

2    their IT.

3         MS. MARK:  Thank you.

4         I think I saw a hand on the second row.  If you'll pass

5    that.

6         JUROR NUMBER 10:  I'm Juror Number 10, and I have a

7    close friend who is a lineman for Alabama Power.

8         MS. MARK:  Very good.

9         JUROR NUMBER 17:  My husband has done some work at

10   boiler plants for Alabama Power, doing inspecting of their

11   welding, of those things.

12        MS. MARK:  Can you tell us your juror number, please?

13        JUROR NUMBER 17:  17.

14        MS. MARK:  Going back to Juror Number 1, yes?

15        JUROR NUMBER 1:  I deal with the people in the motor

16   vehicle division of Alabama Power.

17        MS. MARK:  Okay.  Very good.  Was there anyone else on

18   my left side that has a close friend or you have ever

19   worked at Alabama Power?  Okay.  Get you the microphone.

20        JUROR NUMBER 31:  Juror Number 31.  I have a friend

21   that has a son that works at Alabama Power.

22        MS. MARK:  Do you know what he does at Alabama Power?

23        JUROR NUMBER 31:  No, I don't.

24        MS. MARK:  Okay.  Yes?

25        JUROR NUMBER 33:  Juror Number 33.  My brother-in-law

1    works for Alabama Power in the environmental area.  And all

2    I know is he goes to Washington a lot.

3        MS. MARK:  Okay.  All right.  Who is your

4    brother-in-law?

5        JUROR NUMBER 33:  Thomas Wells.

6        MS. MARK:  Pass the mic over.

7        JUROR NUMBER 34:  Juror 34.  I know a couple of

8    engineers and an engineering intern there.

9        MS. MARK:  How do you know them?

10       JUROR NUMBER 34:  Just personal friends.

11       MS. MARK:  Friends?  All right.  Thank you.

12       JUROR NUMBER 35:  I'm Juror Number 35.  And when I was

13   in college -- and this was over 35 -- no, 40 years ago --

14       MS. MARK:  Okay.

15       JUROR NUMBER 35:  -- I worked at Alabama Power.

16       MS. MARK:  Okay.  What did you do there?

17       JUROR NUMBER 35:  I was in the mailroom.

18       MS. MARK:  Okay.

19       JUROR NUMBER 35:  And glad to go back to school

20   whenever -- when the summer was over.

21       MS. MARK:  Next.

22       JUROR NUMBER 49:  Number 49.  And my biological father

23   worked there from the time he was in his 20s until he

24   retired.  But he's deceased now.

25       MS. MARK:  Thank you.

1     JUROR NUMBER 39:   39.  My dad retired from there as a

2  senior vice president about 18 years ago.

3     JUROR NUMBER 38:   Juror Number 38.  My fiancé working

4  for D.R. Horton, we get a lot of, like, incentives and

5  stuff like that.  And we've been to, like, baseball games

6  and stuff and been in their -- like, their box.  But I

7  don't -- their suite.  I don't know their names, though,

8  the people.

9     MS. MARK:  So your fiancé, does he do work with Alabama

10  Power?

11     JUROR NUMBER 38:  Because he's a home -- like, he's a

12  superintendent, they, like, work with them but not, like,

13  closely, if that makes sense.  Like, they call on them to

14  do their power.  But I don't know how extensive that gets.

15     MS. MARK:  All right.  Thank you.

16     JUROR NUMBER 43:  Juror Number 43.  My husband works

17  for Alabama Power, and my dad's close friend does, too.

18     MS. MARK:  And what does your husband do?

19     JUROR NUMBER 43:  He is an electrical engineering

20  co-op.

21     MS. MARK:  How long has he been at Alabama Power?

22     JUROR NUMBER 43:  He just moved from Georgia Power.  So

23  he's been there this whole summer.  And so I think he'll

24  stay on until next May.

25     MS. MARK:  Okay.  Why till May?

1      JUROR NUMBER 43:  That's when he'll graduate.

2      MS. MARK:  Okay.  All right.

3      Anybody else?  Okay.  In the back.

4      JUROR NUMBER 57:  I'm Juror Number 57.  And before I

5  met my fiancé, he used to work at Alabama Power, but I

6  don't know what he did.

7      MS. MARK:  Okay.  What does he do now?

8      JUROR NUMBER 57:  He works for a general contractor's

9  company, insurance restoration.

10      MS. MARK:  I'm sorry?

11      JUROR NUMBER 57:  Insurance restoration.

12      MS. MARK:  Okay.

13      Two more.  Alagasco?  Does anybody work with or have

14  any close friends or associates who work with Alagasco?

15      Yes, ma'am.  Can you tell us your number?

16      JUROR NUMBER 27:  Juror 27.  My son works for Spire.

17      MS. MARK:  Oh.  Thank you.

18      Anyone else?  Number 1.

19      JUROR NUMBER 1:  I deal with the fleet people at Spire

20  now.

21      MS. MARK:  Thank you.

22      Last one, U.S. Pipe?  Does anybody work with or have

23  any close friends or associates who work with U.S. Pipe?

24      Yes, sir?  Number 3.

25      JUROR NUMBER 3:  I worked at their Bessemer plant for

1    33 years, so I know quite a few people out there.

2         MS. MARK:  Thank you.  What did you do at the plant?

3         JUROR NUMBER 3:  I was an electrician.

4         JUROR NUMBER 22:  Juror Number 22.  My daughter worked

5    as the assistant HR person for U.S. Pipe.

6         MS. MARK:  All right.  Does she still work there?

7         JUROR NUMBER 22:  No.  She's been gone about eight

8    years.

9         MS. MARK:  Thank you.

10        I think I have a couple hands --

11        JUROR NUMBER 43:  Juror Number 43.  And my dad works

12   with the company or something with U.S. Pipe.  I don't know

13   how, but somehow.

14        MS. MARK:  And on the last row?

15        JUROR NUMBER 56:  56.  Close friend of mine is in sales

16   with U.S. Pipe.

17        MS. MARK:  Is there any member of the jury venire that

18   has any training or experience in environmental sciences or

19   geology, environmental regulations, hazard waste, or

20   pollution?  Anybody have any particular training or

21   experience in any of those particular fields?

22        What about anyone who's close to you or a close family

23   member?  Does anybody have any environmental?

24        JUROR NUMBER 56:  My wife is working on her master's in

25   public health, occupational health and safety focus,

1  environmental.

2       MS. MARK:  All right.  Tell us your juror --

3       JUROR NUMBER 56:  I'm sorry.  56.

4  My dad was an OSHA guy, and so is my brother.

5       MS. MARK:  Tell me again, where does your wife work?

6       JUROR NUMBER 56:  A company called Shoreland.

7       MS. MARK:  All right.  Thank you.

8       JUROR NUMBER 48:  I am Juror Number 48.  My father

9  retired from the EPA.  He was a chemist in the federal EPA

10 in Cincinnati.

11      THE COURT REPORTER:  I'm sorry?

12      JUROR NUMBER 48:  My father was -- is now a retired

13 chemist for the federal EPA.

14      JUROR NUMBER 3:  Juror Number 3.  I used to -- I helped

15 maintain some of the equipment and purified the water at

16 U.S. Steel for about five years.

17      MS. MARK:  Okay.  Thank you.

18      JUROR NUMBER 10:  Juror Number 10.  My second daughter

19 is almost finished with her degree in marine biology.  And

20 she is down at Dauphin Island working and taking classes,

21 and it all has to do with conservation.

22      JUROR NUMBER 8:  Number 8.  My brother-in-law is a

23 geologist, and I think he's an industrial hygienist.  And

24 he has his own business and does water testing and air

25 quality testing, things like that.

JUROR NUMBER 7:  Juror Number 7.  Part of my job
description is also deals with environmental waste and
hazards, and I'm required to take a training course yearly
in environmental safety.

MS. MARK:  Any other hands-on training or experience in
environmental science?

We have one up here on the front row, please.

JUROR NUMBER 33:  Juror Number 33.  My brother-in-law
that I mentioned that works at Alabama Power talks a lot
about rivers and all of that.  And whatever he does for
Alabama Power is all of what you said, but it all goes over
my head, so...

MS. MARK:  Okay.  Thank you.

Have you or anyone close to you ever been to the
Alabama Department of Environmental Management?  And I'll
tell you that -- it's ADEM, is sometimes how it's
referred -- is located in Montgomery.  It's a state agency.
So has anyone ever been to ADEM?

I see no hands.

Okay.  Along some of those same lines, has anybody ever
or has anyone you're close with ever sought or obtained an
environmental permit, either from ADEM or from, like, the
Jefferson County Department of Health?  Anybody?

Okay.  I'm going to switch gears and talk a little bit
about the law.  So does anyone here have any training or

1    experience in the law?  And I know we have some lawyers and

2    legal assistants who work at law firms.  But other than

3    those that we have already talked to, is there anyone who

4    has any education, training, or experience in the law?  And

5    I'll start over here on the left.

6        Yes, sir?

7        JUROR NUMBER 11:  I was a Jefferson County Sheriff's

8    Deputy for a little while.

9        THE COURT REPORTER:  I'm sorry.  Speak in -- again.

10       JUROR NUMBER 11:  Jefferson County Sheriff's Deputy for

11   a little --

12       MS. MARK:  What was your juror number?

13       JUROR NUMBER 11:  11.

14       MS. MARK:  11.

15       JUROR NUMBER 2:  I'm Juror Number 2.  I'm a represented

16   litigation bodily injury adjuster.  So I participate in

17   mediations, strategy conferences, the trial strategy

18   conferences, and communicate on a daily basis with legal

19   professionals.

20       MS. MARK:  Okay.  Thank you.  Pass the mic right behind

21   you.

22       JUROR NUMBER 7:  There are yearly courses that I'm

23   required to take at the Mercedes production plant that

24   deals with compliance topics, laws, certain things.

25       MS. MARK:  Thank you.

1      Anyone else on this left side, any training or

2  experience in the law?  Okay.  I'll turn to the left -- my

3  left -- my right.  Your left.  Does anybody on this side

4  have any training or experience in law, legal training?

5      All right.  Does anyone on the panel have an opinion

6  about courts or trials or prosecutors that for any reason

7  makes you feel that you could not be fair or impartial in a

8  case like this or in a jury?

9      Have you or anyone close to you ever had a significant

10 dispute with a government agency?  We'll exempt the tag

11 office.  No disputes with the tag office.

12     Does anyone have any opinions, whether they were

13 positive or negative, about the Federal Bureau of

14 Investigation, the FBI?  Any particular opinions, whether

15 they be negative or positive, about the FBI?

16     Yes, sir?  Can you wait till we get a microphone to

17 you --

18     JUROR NUMBER 36:  I'm Juror Number 36.  I mean, I'm

19 sure everybody is aware of what's going on with the FBI.

20 So I've got negative opinions about that.

21     MS. MARK:  Okay.  Anyone else?

22     What about the IRS?  And I don't just mean that you

23 have to pay taxes.  Anything outstanding, anybody have any

24 issues or problems with the IRS?

25     JUROR NUMBER 3:  Besides what --

1      MS. MARK:  Besides just having to pay those taxes.  All

2  right.

3      JUROR NUMBER 3:  Besides them targeting different

4  political, like, conservatives?

5      MS. MARK:  Okay.  Who are you referring to?

6      JUROR NUMBER 3:  There was a scandal in the IRS when

7  they were targeting conservatives, not giving them a status

8  for -- what do you call it?  Huh?  Nontaxables.

9      MS. MARK:  Okay.  And did you form an opinion about

10  that?

11      JUROR NUMBER 3:  Of course.

12      MS. MARK:  Okay.

13      JUROR NUMBER 3:  I'm very conservative.

14      MS. MARK:  Okay.  Thank you.

15      Same question with respect to the Department of

16  Justice.  And it's okay -- I work for the Department of

17  Justice -- to give me your opinions.  Does anybody have any

18  particular positive or negative feelings about the

19  Department of Justice?

20      Have you or anyone close to you ever worked for a

21  state, local, or a federal government agency?  Has anybody

22  worked for the government?  Juror Number 1?

23      JUROR NUMBER 1:  Juror Number 1.  I work for the

24  county, and my mother worked for the county.

25      MS. MARK:  Okay.  Anyone else?

1      JUROR NUMBER 7:  Does the military count?

2      MS. MARK:  Yes, sir.

3      JUROR NUMBER 7:  I served in the Marine Corps for eight

4  years.

5      MS. MARK:  Thank you.  Your number?

6      JUROR NUMBER 2:  Has anybody that we know?

7      MS. MARK:  Yes.

8      JUROR NUMBER 2:  My brother works for missile defense

9  in Huntsville.

10      JUROR NUMBER 3:  Three years Army.

11      MS. MARKS:  Three years Army?

12      State your number.

13      JUROR NUMBER 9:  Juror Number 9.  My husband was in the

14  Marine Corps for 27 years.

15      JUROR NUMBER 10:  I'm a --

16      MS. MARKS:  Juror number?

17      JUROR NUMBER 10:  Oh, sorry.  Juror Number 10.  I'm a

18  Shelby County Board teacher, so for the state.  My father

19  was in the military for 12 years, and my brother was in the

20  military for 6 years, and my brother and my sister-in-law

21  both work in St. Louis for the military still.

22      MS. MARK:  Okay.  Thank you.

23      JUROR NUMBER 17:  17.  I was in the Army National Guard

24  for six years a long time ago.  I had two brothers in the

25  Air Force many years ago.

```
 1        JUROR NUMBER 22:  Juror Number 22.  U.S. Navy for nine
 2   years.
 3        JUROR NUMBER 27:  Juror Number 27.  In my repertoire, I
 4   have worked for Jefferson County Department of Revenue,
 5   Alabama Air National Guard 117th, and probably one or two
 6   other places on a part-time basis.
 7        MS. MARK:  All right.
 8        JUROR NUMBER 31:  Juror Number 31.  My great-nephew is
 9   in the Army Reserve.
10        JUROR NUMBER 32:  Juror 32.  I was a law clerk here 30
11   years ago for the late Judge Acker.
12        JUROR NUMBER 33:  Juror 33.  My other brother-in-law is
13   20 years in the Army, Fort Lee.
14        JUROR NUMBER 34:  Juror 34.  30 years in the Army
15   Reserve and active duty.  And my wife works for the Shelby
16   County Board of Education.
17        JUROR NUMBER 35:  Juror 35.  I worked 32 years for the
18   State of Alabama.
19        JUROR NUMBER 36:  What was the question?
20        MS. MARK:  Thank you.  The question was have you or
21   anyone close to you ever worked for a state, local, or
22   federal government agency?
23        JUROR NUMBER 36:  No.
24        MS. MARK:  Okay.
25        JUROR NUMBER 39:  Juror 39.  Shelby County Board of
```

1   Education and with mental health.

2       JUROR NUMBER 38:   Juror 38.   My mom and my aunt work

3   for the Jefferson County Board of Education.

4       JUROR NUMBER 37:   Number 37.   I have a daughter that

5   works for Jefferson County Board of Education.

6       MS. MARK:   Okay.   Thank you.

7       JUROR NUMBER 43:   Juror Number 43.   I work for Chilton

8   County Board of Education.

9       JUROR NUMBER 44:   One of my cousins was a Marine, and

10   my other cousin is currently in Afghanistan.   44.

11       MS. MARKS:   What was your juror number?

12       JUROR NUMBER 44:   44.

13       MS. MARKS:   44.   Thank you.

14       JUROR NUMBER 45:   45.   Vestavia City School System.

15       JUROR NUMBER 48:   Juror 48.   I worked for the State of

16   Kentucky for two years.   My father worked for the federal

17   EPA.   I have many, many family members who are active or

18   retired military members, all branches, including an uncle

19   who was a judge advocate general.

20       JUROR NUMBER 54:   Juror Number 54.   My dad was in the

21   Air Force, and I work for Alabaster City Schools.

22       JUROR NUMBER 53:   Number 53.   My sister was in the

23   military, and I was director of administrative services at

24   a Virginia state psychiatric hospital.   And I was an

25   analyst for the VA Hospitals in Virginia for two years.

```
 1        JUROR NUMBER 50:  Juror Number 50.  And I work for

 2   Shelby County Board of Education.

 3        JUROR NUMBER 57:  Juror Number 57.  And my dad was in

 4   the Air Force, and my uncle was a Marine.

 5        JUROR NUMBER 58:  Number 58.  I have a nephew that's

 6   serving in the Army Reserve.

 7        THE COURT REPORTER:  I can't hear you.

 8        JUROR NUMBER 58:  58.  I have a nephew in the Army

 9   Reserve.

10        MS. MARK:  We're going to come right back up here to

11   this front row.  Tell us your number.

12        JUROR NUMBER 31:  31.  My sister-in-law and my niece

13   work for the Shelby County Board of Education.

14        JUROR NUMBER 1:  Juror Number 1.  My best friend works

15   for the State of Alabama, and my adoptive father retired

16   from the U.S. Army.

17        MS. MARK:  Okay.

18        JUROR NUMBER 8:  Number 8.  I work for Birmingham Board

19   of Education, and my brother retired from the Navy.

20        JUROR NUMBER 16:  Number 16.  My father-in-law was in

21   the Army, as well as my cousin.  And I also work for Blount

22   County Board of Education.  My aunt works for Shelby

23   County, as well as several of my cousins.

24        MS. MARK:  All right.  I think that's --

25        JUROR NUMBER 30:  Number 30.  I'm retired from Hoover
```

1    City Schools, and my husband was in the Army for five years

2    and a West Point graduate.

3        MS. MARK:  Thank you.

4        We're going to switch gears a little and talk about the

5    environment.  Who here would say that they do not have any

6    concerns about soil, water, or air quality in Birmingham?

7    And I'll say that again.

8        Who here would say that you do not have any concerns

9    about soil, water, or air quality in Birmingham?

10        Does any member of the panel believe that industrial

11    businesses in Alabama do a good job of keeping the

12    environment clean?

13        Juror Number 1.

14        JUROR NUMBER 1:  I mean, I think they do a good job of

15    doing that.

16        MS. MARK:  Okay.  Juror Number 3, you're laughing, I

17    can see.  Tell me.

18        JUROR NUMBER 3:  I think they all try to slide under

19    the table.

20        MS. MARK:  What do you mean by that?

21        JUROR NUMBER 3:  I think they all pollute and they get

22    away with it in some way or another.

23        MS. MARK:  Who is "they"?

24        JUROR NUMBER 3:  Every industrial.

25        MS. MARK:  And what is it that you think they get away

1    with?

2        JUROR NUMBER 3:  I think they pollute the waterways,

3    the air.  Some more than others.

4        MS. MARK:  Okay.  Anyone else?

5        JUROR NUMBER 10:  Can you go back to your first

6    question when you said that we do not have any problems

7    with it?  I do have a problem with it.  Because when we

8    want to go kayaking, we -- I'm Juror Number 10.  Sorry.  We

9    have to check the water.  We have to make sure the water in

10   the Cahaba is safe.  If we want to go out to the lake

11   house, we have to make sure that no one has an open wound

12   so that nobody gets infections or all kinds of crazy stuff.

13   We get -- somebody in our group at the lake gets an eye

14   infection every year from whatever the yuck is in the

15   water, and it didn't used to be that way.  So I do have

16   concerns.

17       MS. MARK:  Thank you.  Thank you for telling me that.

18       Anyone else believe that industrial businesses in

19   Alabama do a good job of keeping the environment clean?

20       Yes, sir?

21       JUROR NUMBER 52:  Juror 52.  I think that they do a

22   fine job because of the EPA regulations and being checked

23   on all the time.

24       MS. MARK:  Can you say that one more time a little

25   slower?

1          JUROR NUMBER 52:  I'm sorry.  I think they do a good

2     job because they're routinely inspected by the EPA and

3     local government.  So I think they do fine.

4          MS. MARK:  All right.  Does anyone believe that EPA

5     harms local industry and the economy?

6          Does anyone believe that EPA is politically motivated?

7          I'm going to switch gears and talk a little bit about

8     community outreach.  Some of the things that will come up

9     during the course of this case relate to what's called

10    community outreach or campaigns.  Does anyone have any

11    education or experience first in, like, public relations,

12    advertising, or community outreach?

13         No?  Have you or anyone close to you ever participated

14    in a political campaign?

15         Yes, sir?

16         JUROR NUMBER 34:  My wife ran for office this last --

17    last cycle.

18         MS. MARK:  Okay.  Tell us your number.

19         JUROR NUMBER 34:  34.

20         MS. MARK:  34?  And what office did she run for?

21         JUROR NUMBER 34:  Shelby County Superintendent of

22    Education.

23         MS. MARK:  Okay.

24         JUROR NUMBER 46:  My daughter right now in Las Vegas

25    joined the senator this election.

1     MS. MARK:  Okay.  And which senator is that?

2     JUROR NUMBER 46:  It's the Democrat.  Jacky Rosen.

3     MS. MARK:  And what will she be doing with him?

4     JUROR NUMBER 46:  She's a Harvard college student,

5  second year.  Because the senator put advertisement in

6  Harvard College just for the internship that my daughter

7  right now joined in Las Vegas.

8     MS. MARK:  Okay.  Anyone else?  I see a hand in the

9  back.

10    UNIDENTIFIED JUROR:  Can you repeat the question?

11    MS. MARK:  Has anyone ever participated in a political

12  campaign?

13    JUROR NUMBER 57:  So a gentleman that I'm friends with

14  at work is also the mayor of my town.

15    MS. MARK:  Okay.  And have you helped in any way with

16  his campaign?

17    JUROR NUMBER 57:  Uh-uh.  No.

18    THE COURT REPORTER:  Juror number?

19    MS. MARK:  And can you tell us your juror number?

20    JUROR NUMBER 57:  57.

21    MS. MARKS:  Thank you.

22    JUROR NUMBER 56:  56.  I've posted signs and other

23  things for our presidential campaign.

24    MS. MARK:  Can you please speak up just a little?

25    JUROR NUMBER 56:  For presidential campaign, I've

 1   posted signs, yes.  And participated.

 2       MS. MARK:  And which candidate was that?

 3       JUROR NUMBER 56:  Let's see.  That was Robertson back

 4   in '90.  I think that was in 1990.  Robertson maybe.

 5       MS. MARK:  Is that the only time you've ever

 6   participated in a political campaign?

 7       JUROR NUMBER 56:  Yes.

 8       MS. MARK:  Thank you.

 9       Did I see any hands on this side?

10       Yes, sir?

11       JUROR NUMBER 19:  Juror 19.  My girlfriend helped in

12   the Ron Paul presidential campaign, two thousand whenever

13   it was.

14       MS. MARK:  Okay.

15       JUROR NUMBER 31:  31.  My best friend helped in the

16   Democratic campaign this past year.

17       MS. MARK:  Okay.  All right.

18       What about same question but a little different.  Have

19   you ever participated in a campaign that is a grassroots

20   campaign?  Something like for a cause -- not for a

21   candidate, but for a cause.  Maybe for an amendment or

22   something of that sort.  Has anybody ever participated in a

23   grassroots campaign?  Anyone?

24       Yes, ma'am?

25       JUROR NUMBER 8:  Number 8.  My husband and daughter and

1    I -- I don't know if this counts -- but marched recently in

2    the gun control march that we had here in Birmingham.  So

3    we participated in that.

4        MS. MARK:  Okay.  Thank you.

5        Anyone else?

6        Does anyone belong to any particular groups that

7    advocate for a certain cause or certain viewpoint?  I know

8    we heard membership in NRA earlier.  So something similar

9    to that.  Does anyone belong to any organizations that

10   advocate for a specific cause?

11       All right.  We've got some hands up here on the front.

12       JUROR NUMBER 10:  I'm Juror Number 10, and I belong to

13   the NRA.

14       JUROR NUMBER 5:  Juror Number 5.  Our church actively

15   supports pro-life companies.

16       MS. MARK:  Okay.

17       JUROR NUMBER 8:  Number 8.  I belong to AEA, which

18   advocates on educational issues.

19       JUROR NUMBER 7:  I missed it earlier, but I do

20   belong -- Juror Number 7 -- belong to the VFW.

21       MS. MARK:  Thank you.

22       Do I see any other hands on the left side?

23       JUROR NUMBER 30:  30.  AEA.

24       JUROR NUMBER 44:  44.  I do work for Sav-A-Life

25   Pregnancy Resource Center, so I am pro-life.

```
 1        MS. MARK:  Okay.  What kind of work do you do there?
 2        JUROR NUMBER 44:  I'm the summer intern.
 3        MS. MARK:  Okay.
 4        JUROR NUMBER 44:  So, yeah, I help the sonographer do
 5   ultrasounds.
 6        JUROR NUMBER 34:  Juror 34.  NRA.
 7        MS. MARK:  Pass that microphone back, please.
 8        JUROR NUMBER 48:  Juror 48.  I recently became a member
 9   of Alabama Rivers Alliance to create a water plan for the
10   State of Alabama.
11        MS. MARK:  All right.
12        JUROR NUMBER 54:  54.  I'm a member of AEA.
13        MS. MARK:  So I had an answer to this question a minute
14   ago, but I'll open it up to the whole group.  Has anyone or
15   anyone close to you ever run for a political office?  I
16   know we have one up front, but anyone else?  Is there
17   anyone close to you or have you personally ever run for a
18   political office?
19        JUROR NUMBER 34:  Juror 34.  Again, my wife ran for
20   Shelby County Education Superintendent.
21        MS. MARK:  Anyone else?
22        JUROR NUMBER 39:  And I'm friends with his wife, so we
23   helped campaign for her to win, for the campaign.
24        MS. MARK:  All right.  What kind of things did you do
25   for the campaign?
```

1      JUROR NUMBER 39:  It was strictly on Facebook, just

2  advertising on Facebook, so.

3      MS. MARK:  All right.  So if you live in a neighborhood

4  association that has a group that governs your

5  neighborhood, does anyone belong on the neighborhood

6  association board?  Or maybe there's a planning or zoning

7  group.

8      Yes?

9      JUROR NUMBER 49:  Juror Number 49.  And I have served

10  on the board at Limestone Springs where I live.  And I

11  don't currently.  My husband has that job now.  I passed it

12  off.

13      MS. MARK:  Okay.

14      JUROR NUMBER 49:  But yes --

15      THE COURT REPORTER:  What was that, please?

16      MS. MARK:  Tell me your number again.

17      JUROR NUMBER 49:  49.

18      THE COURT REPORTER:  You served on the board of what?

19      JUROR NUMBER 49:  Limestone Springs Homeowners

20  Association.  It's in Blount County.

21      MS. MARK:  Anyone else?  Has anyone else ever served on

22  their neighborhood association, a board, or in a leadership

23  position?

24      What about a city council meeting?  Has anybody ever

25  attended their local city council meeting?  Yes.

1      JUROR NUMBER 31:  31.  Montevallo.

2      MS. MARK:  The City of Montevallo?

3      JUROR NUMBER 31:  The City of Montevallo.

4      MS. MARK:  And why did you attend?

5      JUROR NUMBER 31:  I had some issues with paving of our

6  streets in our community, the highway, the roads.  And that

7  was the issue.

8      MS. MARK:  All right.

9      JUROR NUMBER 32:  32.  I attend them because of my

10  work.  I do public finance work, so I'm frequently in front

11  of city councils.

12      MS. MARK:  All right.  I think I saw a few other hands.

13      JUROR NUMBER 58:  Number 58.  I attended Hoover City

14  Council meetings having to do with some rezoning in the

15  Trace Crossings area.

16      MS. MARK:  Was that personally or on behalf of a

17  business?

18      JUROR NUMBER 58:  Personally.  I'm a homeowner.

19      MS. MARK:  And why did you want to attend that meeting?

20      JUROR NUMBER 58:  I wanted to see what they were doing,

21  what the plans were.  They were going to add some

22  businesses possibly, and so there was some debate as to

23  what actually was going in there and, you know.

24      THE COURT:  15 minutes.

25      MS. MARK:  All right.  Thank you, Your Honor.

1    JUROR NUMBER 10:  I attended a Calera City Council

2  meeting, and it was on zoning, because we did not want them

3  to construct apartment buildings right outside of our

4  subdivision when I lived there a couple years ago.

5    MS. MARK:  Did you speak or just attend?

6    JUROR NUMBER 10:  I just attended.  But before I just

7  attended, I went through and went to every single person's

8  house in our neighborhood and talked to all of them and got

9  everybody to come, but I did not speak.

10    MS. MARK:  Okay.  Thank you.

11    JUROR NUMBER 11:  I was the president of Local 1288 for

12  the firefighters in Homewood, and I attended for about

13  eight years.

14    MS. MARK:  And what would you attend?

15    JUROR NUMBER 11:  Number 10 juror.

16    MS. MARK:  Would you attend the city council meetings?

17    JUROR NUMBER 11:  City council.

18    MS. MARK:  And what city was that?

19    JUROR NUMBER 11:  City of Homewood.

20    MS. MARK:  Did you give us your juror number?

21    JUROR NUMBER 11:  10.  I mean -- excuse me -- 11.

22    MS. MARK:  Thank you.

23    JUROR NUMBER 1:  Juror Number 1.  I attend Jefferson

24  County Commission meetings just so I can try to stay

25  informed of what goes on.

1     MS. MARK:  Very good.

2     I see a hand on the third row.

3     JUROR NUMBER 18:  Juror 18.  Previous question, you

4  asked about homeowners association.  I have served on a

5  homeowners association in another state previously.  And

6  I've been to a city council meeting when our neighborhood

7  was going to be annexed into Alabaster and once again about

8  zoning for building outside our neighborhood.

9     MS. MARK:  Anyone else?

10     Yes, sir?  We have a hand here on the front.

11     JUROR NUMBER 37:  Juror 37.  I attended the Morris City

12  Council meeting several years ago when they were trying to

13  do some strip mining in the area I live in.

14     MS. MARK:  Okay.  And did you speak or --

15     JUROR NUMBER 37:  I did not speak, no.

16     MS. MARK:  Did you have a concern about what they were

17  doing?

18     JUROR NUMBER 37:  Yes, I had concern about them strip

19  mining behind my house, I did.

20     MS. MARK:  Okay.  Thank you.

21     Anyone else ever attend your -- yes, sir?  On the

22  right.

23     JUROR NUMBER 55:  Juror 55.  City of Hoover.  I was a

24  candidate for board of education back about 14 years ago.

25  It's picked by the city council.

1        MS. MARK:  Got you.

2        JUROR NUMBER 55:  So we had to go through an interview

3    process.

4        MS. MARK:  All right.  Very good.

5        Anyone else?  All right.

6        So this is a white-collar case, which sometimes is a

7    little different.  You know, people sometimes expect that

8    they're going to come to court and hear about murder or

9    robbery and see what you see on TV like CSI.  And that's

10   not the type of case that this is.  There won't be any

11   forensics or DNA evidence.  This is a case about bribery.

12   And it's bribery of an elected official.

13       Is there anyone who believes that a white-collar crime

14   is not significant?

15       Is there anyone that thinks that paying a bribe to an

16   elected official is just part of doing business?  Anyone?

17       Yes, sir?

18       JUROR NUMBER 56:  Sorry.  I do believe it's very

19   common.  56.  I do believe it's very common.

20       MS. MARK:  What do you believe is very common?

21       JUROR NUMBER 56:  That paying a bribe to an elected

22   official is quite common.

23       MS. MARK:  Do you think that's just part of doing

24   business?

25       JUROR NUMBER 56:  Yes.

1    MS. MARK:  Do you think that's okay?

2    JUROR NUMBER 56:  Absolutely not.

3    MS. MARK:  Does anyone believe that it's not a big

4    deal, just not a big deal to bribe a politician?

5    Well, I'm getting close to the end of my list.  One of

6    the issues in this case that you will not have to consider

7    is punishment.  The Court determines punishment.  It is

8    completely within the Court's authority to determine

9    punishment.  So you will not be asked to consider

10   punishment at all.  Do you think that you'd be able to set

11   that aside and just listen to the evidence and make a fair

12   and impartial decision about this case after hearing all of

13   the evidence?

14   If you were selected for this jury, you will be called

15   upon to sit in judgment of another person.  And I ask if

16   there's any reason that you may have, whether it's

17   religious or philosophical or personal, that you just feel

18   like that you could not sit in judgment of another person?

19   Does anyone feel like they could not do that?

20   Yes, ma'am?

21   JUROR NUMBER 39:  I'm 39.  As a counselor, you're

22   trained to be very neutral.  So I'm always looking for the

23   gray area.  So I do worry that I'm not going able to pick a

24   side or make a decision about it just because I'm going to

25   be worried that there's some pressuring or something that

1  we're not seeing or something like that that I don't

2  understand or don't have the information for.

3      MS. MARK:  Okay.  Thank you.

4      JUROR NUMBER 57:  I'm Juror 57.  And I kind of just

5  feel like it would be hard to choose somebody's fate.  I

6  don't know if, like -- I think I could do it.  I just think

7  it would be hard to choose somebody's fate.  It's a big

8  deal.

9      JUROR NUMBER 44:  I'm 44.  I agree with what you said

10  because I'm going to -- I'm studying psychology in college

11  right now, and my plan is to be a counselor.  So that's --

12  I don't know.  I've noticed -- that's why I went into

13  counseling was because I noticed that I'm always, like,

14  understanding both sides.  So I can't pick a side because I

15  can always understand their motive behind it.  Whether that

16  be a good or bad thing, I can always see why, so, yeah.

17      MS. MARK:  Okay.  Thank you for telling us that.  I'm

18  going to take one moment, if I can, Your Honor, to --

19      THE COURT:  You may.

20      MS. MARK:  -- confer, then I may be done.

21  (Pause.)

22      MS. MARK:  Your Honor, that's all the questions I have.

23  Thank you.

24      THE COURT:  Thank you.  Which defendant is going to go

25  first?  I forgot to get the logistical --

1      MR. ESSIG:  Mr. Gilbert, Your Honor.

2      THE COURT:  You may proceed, then, please, Mr. Essig.

3      Ladies and gentlemen, while Mr. Essig is getting his

4  notes together, it is roughly 23 minutes before 4:00.  I

5  will take a break at 4:00.  And then when we come back, we

6  will finish with him and call it a day.  And then when we

7  come tomorrow, it will be for the other two defendants to

8  do their voir dire.

9      Mr. Essig, you may begin when you are ready, please.

10      MR. ESSIG:  Thank you, Your Honor.

11      All right, y'all.  Y'all have already sort of been

12  introduced to me.  You know that my name is Brandon Essig.

13  But if it makes you feel more comfortable, feel free to

14  call me Lawyer Number 2 since that seems to be the way

15  we're approaching today.

16      Like Ms. Mark, yeah, we get to sit here and we get to

17  listen to you.  And before we even open our mouths, we hear

18  a lot about you.  And I'll take a few minutes to introduce

19  myself to you.  I won't be long.

20      Again, my name is Brandon Essig.  I work at the law

21  firm of Lightfoot, Franklin & White.  And as you've already

22  heard, along with my partner Jack Sharman and Jeff Doss, we

23  represent Mr. Joel Gilbert.

24      A little bit about me.  I grew up in the Birmingham

25  area.  I split my childhood between Pinson and Remlap.  And

 1    other than that, I spent pretty much my entire life

 2    in Alabama except for four years in the Marine Corps, which

 3    included seven months in Iraq.  So other than that, I've

 4    pretty much been around here.

 5        What I want to start and talk about today is, you know,

 6    a lot of times -- we've had a lot of discussion about

 7    political issues here today, and Ms. Mark did a good job of

 8    asking you questions to identify some of those issues.  And

 9    that brings up something else.  It brings up the First

10    Amendment.

11        And most of the time in our culture, when we talk about

12    the First Amendment or hear about the First Amendment,

13    usually the things we're talking about is the freedom of

14    speech and the freedom of religion.  But the First

15    Amendment also includes the right of the citizens in this

16    country to petition their government for a redress of

17    grievances.  It also includes the right of citizens to

18    assemble with fellow citizens to try to affect the outcome

19    of government actions or policy.

20        Now, there are some big words in there, but let me ask

21    you this question to start with.  Has anyone here ever been

22    involved in the process of petitioning their government or

23    assembling with fellow citizens to do that?

24        Okay.  All right.  Juror Number 9; is that right?

25        JUROR NUMBER 10:  Juror Number 10.

1          MR. ESSIG:  Or 10.  I'm sorry.

2          JUROR NUMBER 10:  Juror Number 10.  That's when we were

3    worried about zoning in Calera and I gathered my neighbors

4    and we all went to the city council meeting to get the

5    apartment stopped.

6          MR. ESSIG:  Okay.  And who did you meet with when you

7    went to that city council meeting?

8          JUROR NUMBER 10:  The city council members.  George Roy

9    was sitting up at the front, had his feet propped up, and

10   whoever else was up front.  And just the whole rest of our

11   neighborhood and adjoining neighborhoods.  There were

12   just -- there was at least a hundred people, if not more.

13         MR. ESSIG:  Yes, ma'am.  What was the process that you

14   used to actually get permission to go and make that

15   appearance at that city council meeting?

16         JUROR NUMBER 10:  I don't know that I actually --

17         MR. ESSIG:  Did you have to get permission to get on

18   the agenda?

19         JUROR NUMBER 10:  Yes.  We had to be on the agenda,

20   yes, sir.

21         MR. ESSIG:  And how did you do that?

22         JUROR NUMBER 10:  I didn't do it, but another one of my

23   neighbors asked to be put on the agenda.  And I don't know

24   how he went about that.  We all had different jobs.  Mine

25   was to round up the neighbors, and so that's what I did,

1   and we all went there.  So I didn't do that part.

2       MR. ESSIG:  Okay.  All right.  Anybody else?

3       Okay, understand, too, when I talk about petitioning,

4   kind of a big word, right, but and assembling.  But built

5   into that, I mean, it can include things like writing a

6   letter to your congressman or your city council, emailing

7   your congressman, emailing your tag office because you had

8   to stand in line too long.  Anybody ever done anything like

9   that at all?

10      All right.  We'll start on this side of the room.

11      JUROR NUMBER 21:  I'm 21.  And I've written letters to

12  my congressmen before, just various ones.

13      MR. ESSIG:  Yes, ma'am.  Okay.

14      JUROR NUMBER 22:  Number 22.  I've written my

15  congressmen, my senators about various issues that

16  concerned me and I felt that was concerning our state.

17      MR. ESSIG:  And do you mind telling us what some of

18  those issues were, please?

19      JUROR NUMBER 22:  Right offhand, I just don't remember.

20      MR. ESSIG:  Okay.

21      JUROR NUMBER 22:  It was about two years ago.

22      MR. ESSIG:  All right.  And I know some of these issues

23  can be personal.  If I ask you a question and you don't

24  feel comfortable answering in front of the group, please

25  just let me know and we'll take that up at sidebar or

 1  something.

 2      JUROR NUMBER 8:   Number 8.   I did join a busload of

 3  people that went to Montgomery and talked to people about

 4  reinstating UAB football at the time that that was shut

 5  down.   And so we did go to Montgomery over that.

 6      MR. ESSIG:  Yes, ma'am.  Okay.  And I think you said

 7  earlier that you had marched in a march in Birmingham about

 8  guns; is that right?

 9      JUROR NUMBER 8:  Yes.  After the shooting in Parkland,

10  that march that organized --

11      MR. ESSIG:  Do you mind me asking which side of the

12  issue y'all were marching about?

13      JUROR NUMBER 8:  We were marching to have better gun

14  control and to try to, you know, reduce gun violence and

15  so...

16      MR. ESSIG:  Was there a permit that y'all got as part

17  of that process of conducting that march?

18      JUROR NUMBER 8:  Not that I know of.  It was just -- I

19  mean, I'm sure someone did have a permit.  I didn't -- you

20  know, we just joined the group that was forming and

21  participated in that march and held signs and all that.

22      MR. ESSIG:  Okay.  Thank you.

23      UNIDENTIFIED JUROR:  I've written my congressman about

24  military benefits.

25      MR. ESSIG:  Okay.  On this side?

1        JUROR NUMBER 31:  31.  I just sent an email for the

2  City of Montevallo clerk and Shelby County commissioner

3  regard pavement of community highways.

4      MR. ESSIG:  Was that the same issue that you talked

5  about before that you went to the city council meeting?

6      JUROR NUMBER 31:  Yes.

7      JUROR NUMBER 45:  Number 45.  I've emailed a parole

8  board before.

9      MR. ESSIG:  Okay.  All right.  And Do you mind letting

10  us know what that was -- what it was about?

11      JUROR NUMBER 45:  Yeah, it was a murder case and

12  someone --

13      MR. ESSIG:  Okay.  It was against --

14      JUROR NUMBER 45:  Against someone --

15      MR. ESSIG:  Were you the one that spoke for your

16  grandmother before?

17      JUROR NUMBER 45:  No.  No.  This was -- and this was

18  pleading not to --

19      MR. ESSIG:  Let them out?

20      JUROR NUMBER 45:  Let them out.

21      MR. ESSIG:  Okay.

22      JUROR NUMBER 48:  Juror 48.  I've emailed Senators

23  Shelby and Sessions in Alabama and I can't remember who in

24  Kentucky just basically about mental health needs for

25  children.

1    MR. ESSIG:  Okay.

2    JUROR NUMBER 54:  I was the one that spoke about my

3  grandmother.  It was at the sentencing.

4    MR. ESSIG:  Okay.

5    JUROR NUMBER 54:  I just had to speak about that.

6    THE COURT REPORTER:  Juror number?

7    JUROR NUMBER 54:  Huh?  Oh, I'm sorry.  54.

8    MR. ESSIG:  Thank you.

9    JUROR NUMBER 53:  I'm Number 53.  And this was years

10 ago.  I remember writing my congressman when I worked for

11 the mental health hospital about mental health funds.

12    MR. ESSIG:  Okay.

13    JUROR NUMBER 49:  Juror Number 49.  And I've written to

14 Senator Shelby.  I think it was 2008 in the financial stuff

15 that was going on.  And he was on the financial -- I think

16 he was chairman of the board or whatever it is then.

17    MR. ESSIG:  Okay.

18    JUROR NUMBER 49:  And I wrote him about that.

19    MR. ESSIG:  All right.  Thank you.

20    JUROR NUMBER 58:  Number 58.  I've written Senators

21 Sessions and Shelby about a couple different -- or several

22 different items, the legislation.  And I also emailed --

23 participated in an email campaign to audit the Federal

24 Reserve.

25    MR. ESSIG:  Okay.  And what was that issue regarding?

1      JUROR NUMBER 58:  I'm sorry?

2      MR. ESSIG:  What was that issue regarding?

3      JUROR NUMBER 58:  It was Ron Paul.  He was wanting to

4  audit the Federal Reserve.

5      MR. ESSIG:  Okay.  All right.  Thank you.

6      I think we missed -- ma'am, did you -- there was

7  somebody else over here.

8      JUROR NUMBER 18:  Juror 18.  I worked with a county

9  engineer concerning speed down a county road before.

10      MR. ESSIG:  Okay.

11      JUROR NUMBER 18:  We continued to have issues with

12  people running through onto our property.

13      MR. ESSIG:  Okay.  And was that wanting to get a lower

14  speed limit?

15      JUROR NUMBER 18:  Yes.

16      MR. ESSIG:  Is that what that was about?

17      JUROR NUMBER 18:  Yes.

18      MR. ESSIG:  Okay.  Now, has anybody -- it sounds like

19  what most people were describing were things you've done

20  sort of in your personal capacity, kind of in your personal

21  life.  Has anyone ever undertaken any of those

22  activities -- petitioning the government, assembling with

23  others -- as part of your work duties?

24      How about anybody as part of your volunteer time with a

25  nonprofit or a group like that, other than your personal

1   time?

2       JUROR NUMBER 48:  I'm Juror 48.  I used to be on the

3   board of the Alabama Kidney Foundation, and we would go

4   down to Alabama's legislature on World Kidney Day, just

5   advocate for the needs of --

6       MR. ESSIG:  Okay.  Did you say the kidney foundation?

7       JUROR NUMBER 48:  Alabama Kidney Foundation, yes, sir.

8       MR. ESSIG:  Anybody else?

9       Now, let me ask you this.  Of those of you that have

10  participated in that activity before, how many of you felt

11  like that your voice was heard?  And you can just raise

12  your hands.  You don't have to respond.  Anybody feel like

13  your voice was not heard, that your public officials did

14  not take into account what you said and pay attention?

15      JUROR NUMBER 18:  18.  Once again, when we went to the

16  city council meeting in Alabaster, I just felt like the

17  city council blew our neighborhood off concerning that

18  matter.

19      MR. ESSIG:  Now, ladies and gentlemen, the First

20  Amendment, we talked about that before.  But in addition to

21  the rights of individuals to do the things that we've

22  talked about, it also protects the rights of businesses,

23  big businesses and small businesses, labor organizations

24  and nonprofits and other groups.  It protects their right

25  to petition the government as well.

1      Is there anybody here that thinks that corporations and

2   groups like them should not have the right to free speech?

3   Does anybody here think that corporations like them and

4   other groups like them should not have the right to engage

5   with public officials directly?

6      Now, the law also protects the right of individual

7   citizens and, again, businesses, you know, trade unions and

8   other organizations to spend money on political causes and

9   public issues that are important to them.  Does anybody

10  believe that they should not have that right?

11     Sir.

12     JUROR NUMBER 3:  I was in the union all my life.

13  Number 3.  I've been in the IBEW and a labor union, two

14  different unions.  And they'll take your union dues and

15  they'll put it in and give it to a political cause that

16  you're not comfortable with but you have no rights.  I

17  don't think there should be any type of lobbying, period.

18     MR. ESSIG:  Any type of what?

19     JUROR NUMBER 3:  Lobbying.

20     MR. ESSIG:  Okay.

21     JUROR NUMBER 3:  Money given to a governmental

22  official.  None.

23     MR. ESSIG:  Okay.  Even if it's done -- I man, what

24  you're describing is a situation where you're forced to do

25  that, right?

1    JUROR NUMBER 3:  Corporate should never be able to give

2 money to the government, any government.

3    MR. ESSIG:  In any way whatsoever?

4    JUROR NUMBER 3:  The individuals should, but not

5 corporate because they have too much influence.

6    MR. ESSIG:  Does anybody else agree with that?

7    Thank you.

8    JUROR NUMBER 55:  Yeah, I think sometimes lobbyists can

9 be great, but then sometimes I feel like they have too much

10 power and sometimes the little people don't have a voice.

11 Like insurance companies have lobbyists in Washington.

12    MR. ESSIG:  Are you saying you don't feel like they

13 should be able to do that?

14    JUROR NUMBER 55:  Correct.  Not -- yeah.

15    MR. ESSIG:  All right.  Anyone else?

16    JUROR NUMBER 56:  56.  I do not believe that they

17 should be able to contribute to politicians.

18    MR. ESSIG:  Okay.  And who is "they"?

19    JUROR NUMBER 56:  Corporations.

20    MR. ESSIG:  Okay.  What about labor unions?

21    JUROR NUMBER 56:  Or organizations.  Or organizations.

22    MR. ESSIG:  What about 501(c)(3) organizations,

23 nonprofit, citizens-led groups that get together and donate

24 money?

25    JUROR NUMBER 56:  No, not to politicians.

1        MR. ESSIG:  Okay.  All right.

2        Anybody else?

3        Anybody else think that the free speech rights or the

4   rights to petition by such groups should be less than those

5   of your average citizen?

6        UNIDENTIFIED JUROR:  Would you repeat that?

7        MR. ESSIG:  Does anyone feel like that the right, the

8   First Amendment rights of a corporation or a labor union or

9   a nonprofit or a similar group, that their ability or their

10  right to donate to campaigns, their right to engage on

11  public issues should be less than those of individual

12  citizens?  Does anybody believe that?

13       JUROR NUMBER 22:  I think -- this is Juror 22.  I think

14  they certainly have a right.  I think there needs to be

15  limits pressed on those rights as to how far they can go

16  with it.  But certainly they have the right to do it.

17       MR. ESSIG:  Okay.  Anybody else have any comment on

18  that?

19       Now, has anyone here -- I've heard -- I know we've got

20  a couple or a few NRA members.  Has anybody here ever

21  donated money to a political advocacy group, whether it be

22  somebody like the NRA or some other group similar to them?

23  Anyone?

24       JUROR NUMBER 34:  Juror 34.  I mean, NRA membership

25  costs money, so --

1        MR. ESSIG:  Right.

2        JUROR NUMBER 34:  -- by that token, yes.

3        MR. ESSIG:  Got it.  All right.  Anybody else?  Go

4    ahead.

5        JUROR NUMBER 10:  Juror Number 10.  My husband and I

6    donate money to the NRA.

7        MR. ESSIG:  Okay.

8        JUROR NUMBER 10:  We donate money to the National

9    Wildlife Federation and the Alabama Wildlife Federation as

10   well.

11       MR. ESSIG:  Okay.  Anyone else?

12       JUROR NUMBER 9:  We donate to the NRA and also to --

13   and I can't think of the name of it, but it's the group led

14   by Jay Sekulow.

15       MR. ESSIG:  Yes, ma'am, I'm familiar with it.  Number?

16       JUROR NUMBER 9:  9.

17       JUROR NUMBER 7:  Juror 7.  I've donated in the past to

18   different veteran organizations like Wounded Warrior,

19   things of that sort.

20       MR. ESSIG:  Okay.

21       Anybody else?  Yes, sir, in the back?

22       JUROR NUMBER 58:  58.  Are you talking about political

23   action committees?

24       MR. ESSIG:  That would -- political action committees

25   would be included, yes, sir.

1      JUROR NUMBER 58:  Yes, I participated in an AT&T
2  political action committee.
3      MR. ESSIG:  Did you say AT&T political action?
4      JUROR NUMBER 58:  Yes.
5      MR. ESSIG:  Was that your employer?
6      JUROR NUMBER 58:  Yes.
7      MR. ESSIG:  And was that something that you were
8  required to do, or was that something you did voluntarily?
9      JUROR NUMBER 58:  It's volunteer.
10      JUROR NUMBER 32:  32.  A number of political action
11  committees over the years.
12      MR. ESSIG:  Okay.  Now, we've had several of you that
13  have talked about having engagements with public officials,
14  petitioning your government, speaking, assembling together
15  to speak.  Has anybody ever helped someone else with that
16  process?  For example, maybe helped them write a letter for
17  someone else to send to a congressman or to a city
18  councilman, anything like that?  Anybody ever helped
19  somebody?  Any of you that have made presentations and gone
20  and spoken to a city council, have you ever helped someone
21  create a presentation or a PowerPoint slide or something of
22  that nature?
23      JUROR NUMBER 32:  32.  I've done that as a part of my
24  work, yes.
25      MR. ESSIG:  Okay.  How many times?

           JUROR NUMBER 32:  Several dozen.

           MR. ESSIG:  Okay.  Is that fairly common in your line

of work?

           JUROR NUMBER 32:  Yes.

           MR. ESSIG:  You know, it's going to take me a few

minutes because I had an outline and Ms. Mark covered many

of my questions.  So I'm going to have to bounce around a

little bit.

           What I want to do now is I want to talk about -- and I

know you guys have given us a lot of information on this.

It's the details I want to get.  I want to talk about your

employment experience.  I know we've got a few people in

here that are already retired.  But I've heard -- it sounds

like most of the venire has a pretty significant work

background.

           I mean, so if you're retired and obviously these

questions wouldn't any longer apply to you, please answer

them as they are relevant to your experience when you were

working.

           Now, how many people in their current job have some

sort of supervisory responsibility?  All right.  I'm not

going to follow up right now.  Okay.  Show of hands.  Can

we give our numbers?  Start here.

           JUROR NUMBER 1:  1.

           JUROR NUMBER 2:  2.

```
1        JUROR NUMBER 4:  4.

2        JUROR NUMBER 6:  6.

3        JUROR NUMBER 7:  7.

4        JUROR NUMBER 8:  8.

5        JUROR NUMBER 10:  10.

6        JUROR NUMBER 11:  11.

7        JUROR NUMBER 13:  13.

8        MR. ESSIG:  I'm sorry.  11?

9        JUROR NUMBER 13:  13.

10        MR. ESSIG:  21?

11        JUROR NUMBER 18:  18.

12        MR. ESSIG:  All right.

13        JUROR NUMBER 26:  26.

14        MR. ESSIG:  26.  Okay.

15        JUROR NUMBER 32:  32.

16        JUROR NUMBER 33:  33.

17        JUROR NUMBER 34:  34.

18        JUROR NUMBER 35:  35.

19        JUROR NUMBER 40:  40.

20        JUROR NUMBER 51:  51.

21        JUROR NUMBER 53:  53.

22        MR. ESSIG:  Okay.  Of those of you who have supervised

23   people, how many of you at least supervise two or more in

24   your work experience.  Okay.  I think that's pretty much

25   everybody who just answered.
```

1        JUROR NUMBER 22:  You're talking about currently?

2        MR. ESSIG:  Just at any point in time.  At any point in

3    time.

4        JUROR NUMBER 22:  I'm retired, but I did it in the

5    past.

6        MR. ESSIG:  Yes, sir.  If you're retired, you did that

7    in the past.  And you are 22; is that right?

8        JUROR NUMBER 22:  22.

9        MR. ESSIG:  Okay.  And I don't think you answered the

10   first time; is that right?

11       JUROR NUMBER 22:  No.  Because I'm retired.

12       MR. ESSIG:  All right.  How many of you have supervised

13   five or more employees as part of your job responsibility?

14   Okay.  Let's go through it.  So 1 and 2, 4, 6, 7, 11, 13,

15   22, 26, 27, 29, 35?

16       JUROR NUMBER 34:  34.

17       MR. ESSIG:  34, 35 --

18       JUROR NUMBER 37:  Previously I have.  Not current.

19       MR. ESSIG:  Okay.  And you're 37?

20       JUROR NUMBER 37:  37.

21       MR. ESSIG:  Okay.  All right.  40.

22       JUROR NUMBER 52:  52.

23       MR. ESSIG:  52, 55.  I missed you.  I'm sorry.  31.

24       JUROR NUMBER 31:  Yeah, previous.

25       MR. ESSIG:  Okay.  That's fine.  That's fine.  18.

1     JUROR NUMBER 19:  19.  In a previous role.

2     MR. ESSIG:  Previous role.  Okay.  How many of you in

3  your work history have supervised more than 10 people at

4  any given point in time?  All right.  Fewer.  2 -- Number

5  2, Number 4, Number 7, Number 11, Number 13.  What number?

6     JUROR NUMBER 19:  19.

7     MR. ESSIG:  19, 22, 26, 27, 29, 34, 52, 56.  Okay.

8  Anybody else?  All right.  Anybody more than 20?  We're

9  going lower, but we're still going.  Number 7 -- let me do

10  it this way for these folks.  Number 7, what's the largest

11  number of people you've supervised?

12     JUROR NUMBER 7:  226.

13     MR. ESSIG:  226?  Is that in your current job?

14     JUROR NUMBER 7:  Yes.

15     MR. ESSIG:  When you were in the Marine Corps, you

16  probably had some supervisory --

17     JUROR NUMBER 7:  When I was in the military, I was a

18  platoon sergeant.  I had about 157 altogether.

19     JUROR NUMBER 10:  I'm looking around, and all of us

20  teachers are kind of looking at each other.  You want to

21  tell us -- because when we are teaching, we are

22  supervising.  I mean, we're supervising our students.

23  We're supervising student teachers.  We're supervising.

24  Are you considering that?  Or are you just talking about,

25  like, corporate management?

1      MR. ESSIG:  Lets include -- my wife's a teacher, so I'm

2  not discounting.  Let's don't include the little ones.

3  Let's include other teachers, teacher's aides, helpers,

4  that sort of thing.  Or if you've had a job where you've

5  supervised a team of teachers, let's include those, too.

6      JUROR NUMBER 11:  Number 11.  Up to 30.

7      MR. ESSIG:  Up to 30?  Okay.

8      JUROR NUMBER 22:  22.  139.

9      MR. ESSIG:  Okay.  Was that in your missions role?

10     JUROR NUMBER 22:  Yes.  Correct.

11     JUROR NUMBER 29:  75.

12     MR. ESSIG:  What was the context in which you managed

13  that number of employees?

14     JUROR NUMBER 29:  We were a master distributor.

15     MR. ESSIG:  Okay.

16     JUROR NUMBER 29:  And everything that dealt with

17  drugstores, small warehouses, we did all the shipping.

18     MR. ESSIG:  Okay.

19     JUROR NUMBER 29:  29.

20     JUROR NUMBER 34:  34.  Approximately 100.

21     MR. ESSIG:  Okay.  Is that in your current job?

22     JUROR NUMBER 34:  No.  Past.

23     JUROR NUMBER 52:  52.  27.

24     MR. ESSIG:  Is that current job?

25     JUROR NUMBER 52:  Yes.

1        JUROR NUMBER 56:  56.  45.

2        MR. ESSIG:  Is that in your current role or previous

3    job?

4        JUROR NUMBER 56:  Previous.

5        MR. ESSIG:  What was the context that you supervised --

6        JUROR NUMBER 56:  It was a humanitarian aid

7    organization.

8        MR. ESSIG:  Okay.

9        JUROR NUMBER 19:  19.  In a previous role, I was a

10   debris manager for the storm cleanup after the Tuscaloosa

11   tornadoes.  So around 20, 25 people.

12       MR. ESSIG:  Okay.  Were you working for the company

13   that was in charge of that?

14       JUROR NUMBER 19:  I was working for Phillips & Jordan.

15   It was a contractor that was assigned to clean up the

16   estate.

17       MR. ESSIG:  Okay.

18       JUROR NUMBER 19:  Or clean up the area.

19       THE COURT:  Okay.  All right.  Mr. Essig, are you done

20   with the supervisory line of questioning?

21       MR. ESSIG:  Yes, sir.

22       THE COURT:  All right.  Let me take a break here.

23       Ladies and gentlemen, let me give you 15 minutes.  When

24   we come back, Mr. Essig will have roughly 40 minutes left.

25       Please do not talk about the case during the break.  If

```
 1   anyone approaches you about it, please let me know.  And,
 2   again, the jurors -- please, everyone, let the jurors exit
 3   the courtroom first.
 4   (Recess.)
 5        THE COURT:  Ladies and gentlemen, apparently some of
 6   you are concerned about procedures and length.  The jury
 7   selection today will end sometime shortly after 5:00, and
 8   then we will continue in the morning at 9:00 a.m. with one
 9   of the other defendants and then at 10:00 with the second
10   defendant.  By 12:00 noon tomorrow, we will have a jury in
11   this case, and those of you who are not selected will be
12   excused at that point.
13        But for today, Mr. Essig is about to continue.  As I've
14   said, he's got roughly 40 minutes, give or take some time
15   depending on your answers.  But we're not going to go past
16   5:30 today.  I suspect we'll be done before then.
17        Mr. Essig, you may continue.
18        MR. ESSIG:  Thank you, Your Honor.  It's always fun
19   when you're the lawyer that gets to keep the jury right up
20   until rush hour begins.  I apologize and thank you for
21   sticking with us today.  I know it's tough.  But I'm going
22   to try to move as quickly as I can.  Got a few more topics
23   to cover on the issue of work experience.
24        How many of you or your spouses are involved in a job
25   that involves business development or sales?  And just a
```

1    show of hands on this one.  Okay.  So 2, 4, 6, 7.  What's

2    your number?  I'm sorry, ma'am.  20?  27, 18 -- right?  33,

3    31, 37.  I'm sorry.  39?  Or no?

4         JUROR NUMBER 39:  39.

5         JUROR NUMBER 44:  44.

6         MR. ESSIG:  44.

7         JUROR NUMBER 45:  45.

8         MR. ESSIG:  45, 51, 53 and 55 and 56.  Okay.  Just

9    making sure.

10        JUROR NUMBER 31:  31.

11        MR. ESSIG:  I'm sorry.  31.  And then 38?  Okay.

12        In your day-to-day jobs, how many of you here have a

13   role or have as part of your responsibilities compliance

14   with either federal, state, local, or company rules?  Okay.

15   Let's ask it this way.  How many do not?  All right.

16   Number 22, Number 18 --

17        JUROR NUMBER 19:  19.

18        MR. ESSIG:  Or 19.  And Number 24.  Okay.  All right.

19        How many of you -- I think everybody nowadays probably

20   gets some training on compliance.  How many as part of your

21   responsibility you have to supervise in some sort of

22   compliance role?  Have to sort of train people or supervise

23   people on their compliance responsibilities?  Number 2,

24   Number 6, Number 7, Number 10, 13, 19, 32, 33, 34, 35.

25        Sir, what was your number?

1     JUROR NUMBER 46:   46.

2     MR. ESSIG:   46.

3     JUROR NUMBER 53:   I did previously, not currently.

4     MR. ESSIG:   Okay.   And 53.

5     How many of you work in human resources?

6     JUROR NUMBER 49:   I did.

7     MR. SHARMAN:   You did?   What juror number are you?

8     JUROR NUMBER 49:   I worked for SouthTrust Bank in the

9     human resources department.   Juror Number 49.

10     MR. ESSIG:   Okay.

11     JUROR NUMBER 49:   SouthTrust Bank human resources

12     department.

13     MR. ESSIG:   Thank you, ma'am.   45?

14     JUROR NUMBER 45:   45.   I did, too.   SouthTrust, human

15     resource development.

16     MR. ESSIG:   All right.   And 27?   And, ma'am, where did

17     you work?

18     JUROR NUMBER 27:   I was human resources in two

19     different places.

20     MR. ESSIG:   Okay.

21     JUROR NUMBER 27:   Patton Chapel Animal Clinic and TRO

22     Jung Brannen.

23     MR. ESSIG:   Now, I'm going to ask you a question that's

24     related to that, and this may be a little bit confusing.

25     But I don't want to hit the same territory.   So let me ask

1  you this.  Has anyone ever worked in a job where you

2  reviewed employment records or performed job performances

3  for other people?  And that's probably going to be all of

4  you that previously raised your hand as supervisors.  If

5  that's you and you did that in your supervisory capacity,

6  no need in answering the question.  What I'm getting at is

7  someone maybe worked in an HR department or sort of did

8  that job on a day-to-day basis.

9      Okay.  Now, Ms. Mark earlier alluded to the fact that

10 this case involves a Superfund site, an EPA Superfund site.

11 And the EPA Superfund site that is at issue here was called

12 the 35th Avenue Superfund Site, and it was located in North

13 Birmingham.  Okay.

14     Just so you can orient yourself a little bit -- I'm not

15 going to go into a lot of detail right now -- but North

16 Birmingham -- and those of you from Birmingham may be aware

17 of this -- is not just the north side of town.  There's an

18 area of town sort of north and east of Interstate 59 and 20

19 here that actually is sort of the North Birmingham

20 neighborhood that's made up of a group of neighborhoods,

21 okay?  And that's the area where the 35th Avenue Superfund

22 site was located.  Okay.

23     Other than those of you that have already answered that

24 question, anybody else have any other knowledge of this

25 area that we haven't already talked about?  Specifically

1   related to the Superfund?

2      Okay.  Now, another aspect of this case is that at the

3   time that the events in this case began, is that the EPA

4   had designated that area as a Superfund site, was cleaning

5   it up, and a company called Walter Coke was actually

6   assisting in the cost of that cleanup.

7      Do any of you have any knowledge -- other than the

8   gentleman that worked at Walter Coke, anybody else have any

9   knowledge of that fact?

10      And, also, you will learn as a part of this case that

11   at the time this case began, one of the things that

12   happened is that the group you've heard mentioned as GASP

13   filed a petition to extend the Superfund site into a

14   neighborhood called Tarrant and to include a plant owned by

15   Drummond Company that was operated in Tarrant.  Anybody

16   have any knowledge about that other than the gentleman that

17   worked at Walter Coke?  Anybody have any knowledge about

18   that?

19      Now, is there anyone -- and I don't think this is the

20   case.  I know we've got a number of people on the jury from

21   Birmingham.  Anybody here that lives in the North

22   Birmingham community?  Some of the neighborhoods,

23   Collegeville, Harriman Park?  It's over near Carver High

24   School, is the area primarily that it deals with.  Anybody

25   live there?

1        Okay.  Anybody live in Tarrant?

2        Do you live in Tarrant currently, ma'am?  I'm sorry.

3    What's your jury number?  Let's start with that.

4        JUROR NUMBER 41:  41.

5        MR. ESSIG:  Okay.

6        JUROR NUMBER 41:  Yeah.  Well, I live between

7    Fultondale and Tarrant.

8        MR. ESSIG:  Okay.

9        JUROR NUMBER 41:  And do have a Tarrant ZIP Code.

10       MR. ESSIG:  Okay.  Go ahead.  Just so everybody heard

11   it.

12       JUROR NUMBER 41:  Yeah, I have a Tarrant ZIP Code, but

13   I do live between Tarrant and Fultondale, but all my mail

14   is addressed to Birmingham.

15       MR. ESSIG:  Okay.

16       JUROR NUMBER 41:  At the same ZIP Code.

17       MR. ESSIG:  All right.  So are you on the west side of

18   Highway 79 heading north?  Is that where you are?

19       JUROR NUMBER 41:  Yes, I'm on the west side of 79.

20       MR. ESSIG:  Okay.  Now, there are some communities that

21   directly surround Tarrant.  And I know we've got a few of

22   you in here because we've already talked about it.  But

23   anybody from -- I know we've got some people from

24   Gardendale.  Who are the jurors from Gardendale?  I'm

25   sorry.  If you'd raise your hand again.  What was your

1  number?

2      JUROR NUMBER 16:  16.

3      MR. ESSIG:  16, 20.

4      JUROR NUMBER 47:  47.

5      MR. ESSIG:  Okay.  And do we have anybody -- do we have

6  any jurors from Pinson?  I think close to it.  We've got

7  somebody from Remlap?

8      JUROR NUMBER 1:  I mean, I'm close to Pinson, but I

9  have a Birmingham ZIP Code.

10     MR. ESSIG:  Okay.  All right.  Okay.

11     JUROR NUMBER 47:  Morris.

12     MR. ESSIG:  You're in Morris?  Which is close by.

13 Anybody else from Fultondale?  We've got one from

14 Fultondale.  Anybody else from there?  I know we've got a

15 couple people from Center Point.  If you're from Center

16 Point, raise your hand, please.  And you're Number 28; is

17 that right?  Anybody from the Roebuck area?  Anybody live

18 in Roebuck?

19     JUROR NUMBER 17:  Yes, I am.

20     MR. ESSIG:  Yes, ma'am.  And you're?

21     JUROR NUMBER 17:  17.

22     MR. ESSIG:  17.  And we talked before, Ms. Mark

23 mentioned a group called GASP, which she just asked if you

24 had heard of it.  Just to be clear, GASP is an acronym that

25 stands for the Greater Birmingham Alliance to Stop

1    Pollution.  Anybody ever heard of GASP or know it by that?

2        Now, you're going learn in this case that part of what

3    this case involved was GASP working with the EPA to try to

4    extend the Superfund site into Tarrant to include Drummond

5    Company.  And I think I've probably covered this before,

6    but anybody have any knowledge about GASP's work on the

7    Superfund site or GASP's work that they did with the EPA?

8        I think you've probably answered this question, but I

9    assume nobody here has ever worked with GASP, done any

10   volunteer work, ever made a donation to GASP?  Anybody been

11   involved in any activity like that?

12       Now, getting into when I asked you some questions about

13   lawyers -- and for this, you know, disregard the last eight

14   hours of your life because my question is does anyone here

15   have any strong attitude, either positive or negative,

16   towards lawyers, present company excluded?  Anybody just

17   sort of in your, you know, sort of philosophy on life think

18   that lawyers can't be trusted just as a general matter?

19       Number 22?

20       JUROR NUMBER 22:  My daughter is a lawyer.  Well, she's

21   a member of the bar, but she's in HR.

22       MR. ESSIG:  Okay.

23       JUROR NUMBER 22:  And I have a very positive outlook,

24   obviously, toward lawyers.

25       MR. ESSIG:  So do my parents.

1      Anybody else?  Yes, ma'am?

2      JUROR NUMBER 20:  Number 20.  My oldest daughter is a

3  lawyer and so is her husband, and I'm very proud of them.

4  They work hard, and they're good -- they're very honest

5  and...

6      MR. ESSIG:  29.  Is that right, ma'am?

7      JUROR NUMBER 30:  30.

8      MR. ESSIG:  30.  Anybody else?

9      Anybody have a view of lawyers or the legal profession

10  that you think would keep you from being fair and impartial

11  in considering this case?

12      Does anybody have those same types of views -- same

13  questions for Mr. Gilbert and Mr. McKinney's law firm,

14  Balch & Bingham?  Anybody have any views one way or the

15  other that would affect your ability to be fair in this

16  case about Balch & Bingham?

17      Yes, sir.

18      JUROR NUMBER 42:  42.  Juror Number 42.  You know, I

19  just -- I don't know if it's me or just personally against

20  lawyers.  Some of you are good.  Some of you aren't.  You

21  know, you watch so much stuff on TV, who can you believe?

22  You know, how you going to say this lawyer did this, this

23  lawyer did that?  You know, so who is it that you can

24  believe in any situation?  You know, that's the whole

25  thing.

1        MR. ESSIG:  Okay.  Sir, do you believe you could decide

2   this case based on the facts and the evidence than rather

3   sort of that perception?

4        JUROR NUMBER 42:  No.

5        MR. ESSIG:  Okay.

6        Now, is there anybody here that personally has hired a

7   lawyer to represent them?  We won't get into why.  1, 5, 7,

8   9, 10.  Right now I'm not looking for if you've done it in

9   your employment.  I'm looking just you personally.  Okay.

10  Same ones?  1, 5, 7, 9, 10, 11, 14, 16, 21, 23, 24, 28 --

11  27, I'm sorry -- 31, 32, 35.  Ma'am, I forget yours.  I

12  apologize.

13       JUROR NUMBER 41:  41.

14       MR. ESSIG:  41, 39 and 58 and 56.  Okay.

15       Anyone here ever as part of your job responsibilities

16  ever been involved in the process of your company or your

17  employer or your business hiring a lawyer?

18       Number 6, 33, 35, 22, 56.  Did I get you, 33?

19       JUROR NUMBER 33:  Yes.

20       MR. ESSIG:  Okay.  Anyone else?  Did I get all of

21  those?  32.

22       Does anyone disagree with this statement:  Businesses

23  facing lawsuits or legal problems have the right to hire

24  lawyers to defend themselves?  Anybody disagree with that

25  statement?

1    My next question -- again, disregard the past eight

2  hours of your life and present company excluded -- anyone

3  ever had a negative experience with a lawyer?  Yes, ma'am.

4  We'll start with Number 2.

5    JUROR NUMBER 2:  Okay.

6    MR. ESSIG:  You deal with them all the time in your

7  job?

8    JUROR NUMBER 2:  Every day.  So just disagreements

9  on -- I'm sorry.  Juror Number 2.

10    I'm a bodily injury adjuster.  So we have continual

11  disagreements.  And sometimes those end up in heated

12  discussions and debates but --

13    MR. ESSIG:  Okay.  That's just sort of in the process

14  of being in litigation?

15    JUROR NUMBER 2:  Right.

16    MR. ESSIG:  Is that just sort of common in your work,

17  being involved in that?

18    JUROR NUMBER 2:  Yes.  Very much so.

19    MR. ESSIG:  All right.  Anyone else?  I thought we had

20  a couple other hands over here.

21    JUROR NUMBER 10:  Juror Number 10.  It had to do with

22  my divorce.  I really don't want to go into --

23    MR. ESSIG:  We don't have to get into that.  Just so

24  you understand, again, this is a -- right now we can do --

25  we can do yes or no if you want.

1      Anybody else?  Number 32, for the record.

2      Number 56?  Okay.  Do you mind talking about it?

3      JUROR NUMBER 56:  I'd rather not.

4      MR. ESSIG:  Okay.  That's fine.  Okay.  29?

5      JUROR NUMBER 29:  Yes.

6      MR. ESSIG:  Now, ladies and gentlemen, Ms. Mark stood

7  up here and she told you that this case was about bribery.

8  Now, that's partially correct.  What this case is about is

9  an indictment that contains allegations of bribery.  Does

10  everyone understand that the defendants as they sit here in

11  this courtroom today, that they are actually presumed

12  innocent of the allegations in the indictment?  Does

13  everybody understand that?  Does anybody have a problem

14  with that concept?

15      Let me ask you this question.  And I'm going to read it

16  so I make sure I get it right.  Does anyone believe that

17  the defendants must have done something illegal or improper

18  simply by the fact that they were indicted by a grand jury?

19      Now, former State Representative Oliver Robinson, who

20  you've heard about, has pled guilty in this case.  He's

21  agreed to testify for the government in exchange for a

22  reduced sentence.  Does that fact lead anyone to believe

23  here today that you're more likely to believe the

24  allegations against them?  Or does that change your view of

25  their presumption of innocence?  Does that change anyone's

1  view of their presumption of innocence?

2      Number 35, Number 42, 56.  Number --

3      JUROR NUMBER 14:  14.

4      MR. ESSIG:  14.  Number 8, 31.  Anyone else?

5      Now, is there anyone here that believes that you are

6  likely to give government witnesses an advantage or be more

7  likely to believe government witnesses simply because they

8  are testifying for the government?  Simply based on that

9  fact?

10      And does everyone understand that during the course of

11  the trial that Mr. Gilbert's attorneys and Mr. Roberson's

12  attorneys and Mr. McKinney's attorneys will have the

13  opportunity to cross-examine witnesses that are called by

14  the government?  Does everybody understand that?

15      And does everybody understand that we will have the

16  opportunity to get answers to questions from those people?

17  Does anyone think that the answers we might get from those

18  witnesses on cross-examination are any way due to lesser

19  weight than the answer that the government gets from those

20  witnesses during their questioning?

21      Do any of you believe that you may have difficulty

22  believing our client, Joel Gilbert, simply because the

23  government charged him with a crime?  And in your mind, is

24  there any way that Joel Gilbert starts out sort of behind

25  the government or in a lesser position to the government

 1   simply because they've alleged that he was involved in

 2   criminal activity?

 3       All right.  I'm letting you go about 20 minutes early.

 4   Thank you very much.

 5       THE COURT:  Thank you.

 6       Ladies and gentlemen, in my effort to keep this trial

 7   closer to four weeks than the six, let me turn over to the

 8   next defendant.  We're going to start their voir dire and

 9   pick up in the morning.  Is it Mr. McKinney who is second

10   or Mr. Roberson?

11       MR. McKNIGHT:  Mr. McKinney.

12       THE COURT:  Mr. McKinney.  You may begin.  We're going

13   to go until the top of the hour and then pick up in the

14   morning, please.  Mr. McKnight.

15       MR. McKNIGHT:  As I mentioned previously, I'm David

16   McKnight.  I won't be able to spout your numbers off like

17   Brandon was because I've been sitting over here and I

18   couldn't see half of y'all.  But this is the only time that

19   we're going to get to talk to y'all during the case.  And

20   you may be glad for that.  You may be tired of all the

21   questioning.  But after the jury is selected, we won't able

22   to talk to you out in the hallway or in the elevators or

23   anywhere like that.  So this is our opportunity to get to

24   ask you some the questions so that we can seat a fair and

25   impartial jury in this case.

```
 1        And as you've come to learn, this case involves some
 2   environmental issues.  And I want to ask you, who feels
 3   that you are more concerned than the average person about
 4   environmental issues?  Who feels that you're more concerned
 5   than the average person about environmental issues?
 6        Okay.  Nobody in the first row.  Second row?
 7        JUROR NUMBER 7:  7.
 8        MR. McKNIGHT:  Number 8.
 9        JUROR NUMBER 10:  Number 10.
10        MR. McKNIGHT:  Number 10.
11        Yes, sir?
12        JUROR NUMBER 24:  24.
13        MR. McKNIGHT:  Number 24.
14        JUROR NUMBER 22.  22.
15        MR. McKNIGHT:  22.
16        Yes, ma'am?
17        JUROR NUMBER 21:  21.
18        MR. McKNIGHT:  21.
19        JUROR NUMBER 30:  30.
20        MR. McKNIGHT:  30.  Anybody else on the left-hand side?
21        Okay.  On the right-hand side?
22        JUROR NUMBER 32:  32.
23        MR. McKNIGHT:  32.
24        JUROR NUMBER 33:  33.
25        MR. McKNIGHT:  33.
```

```
1        JUROR NUMBER 34:  34.

2        MR. McKNIGHT:  34.

3        JUROR NUMBER 35:  35.

4        MR. McKNIGHT:  35.

5        JUROR NUMBER 37:  37.

6        MR. McKNIGHT:  37.

7        JUROR NUMBER 40:  40.

8        JUROR NUMBER 42:  And 42.

9        MR. McKNIGHT:  40 and 42.

10   Next row?

11        JUROR NUMBER 49:  49.

12        MR. McKNIGHT:  49.

13        JUROR NUMBER 55:  55.

14        MR. McKNIGHT:  55.

15        JUROR NUMBER 56:  56.

16        MR. McKNIGHT:  56.

17        JUROR NUMBER 58:  58.

18        MR. McKNIGHT:  58.  Did I miss anybody?

19   Okay.  Now, if there's a dispute between an

20   environmental group and a corporation -- no other facts.

21   Just an environmental group and a corporation -- who says

22   they would tend to side with the environmental group over

23   the corporation?  Okay.  Let's raise those hands.  All

24   right.  Front row?

25        JUROR NUMBER 2:  2.
```

1           MR. McKNIGHT:  2.

2           JUROR NUMBER 8:  8.

3           MR. McKNIGHT:  8.

4           JUROR NUMBER 10:  10.

5           MR. McKNIGHT:  10.  Third row?  Fourth row?

6       Yes, sir?

7           JUROR NUMBER 24:  24.

8           MR. McKNIGHT:  24.

9       Back row?

10          JUROR NUMBER 29:  29.

11          MR. McKNIGHT:  29.

12          JUROR NUMBER 30:  30.

13          MR. McKNIGHT:  30.

14          All right.  On the right-hand side?  Nobody in the

15      first two rows, first three rows.  Fourth row?

16          Yes, ma'am?

17          JUROR NUMBER 53:  53.

18          MR. McKNIGHT:  53?

19          JUROR NUMBER 54:  54.

20          MR. McKNIGHT:  53 and 54.

21          Back row?

22          JUROR NUMBER 56:  56.

23          JUROR NUMBER 57:  57.

24          MR. McKNIGHT:  56 and 57.  Thank you.

25          Now, Brandon has asked you about several of these

```
 1   neighborhoods:  Fairmont, Collegeville, Harriman Park,

 2   Tarrant.  Does anybody live in the Inglenook area?

 3        Okay.  Has anybody heard of a group called Get Smart

 4   Tarrant?

 5        Now, we've heard from a couple of y'all on this next

 6   question.  But are any of you members or supporters or have

 7   you contributed to environmental organizations?  Okay.

 8   Members, supporters, contributed to environmental

 9   organizations.  Let's start out with local ones first.  The

10   Black Warrior Riverkeepers, the Alabama Wildlife

11   Federation, the Alabama River Alliance?  We've heard those

12   names.  Local environmental organizations, members,

13   supporters, contributed to, raise your hand.  Okay.

14        JUROR NUMBER 5:  5.

15        MR. McKNIGHT:  5.

16        JUROR NUMBER 8:  Number 8.

17        MR. McKNIGHT:  8.

18        JUROR NUMBER 10:  10.

19        MR. McKNIGHT:  10.

20        Okay.  5, tell me which organization it was.

21        JUROR NUMBER 5:  The Cahaba River Society.

22        MR. McKNIGHT:  Cahaba River Society.  Are you a member

23   or a supporter?

24        JUROR NUMBER 5:  Just supported and volunteered.

25        MR. McKNIGHT:  Okay.  Supported and volunteered.
```

1    Number 8.

2       JUROR NUMBER 8:  I think my husband probably

3    contributed to the Riverkeepers and has been to some events

4    of theirs.

5       MR. McKINNEY:  Okay.  The Black Warrior Riverkeepers?

6       JUROR NUMBER 8:  I think so, yeah.

7       MR. McKNIGHT:  Okay.  All right.  How about you

8    personally?

9       JUROR NUMBER 8:  I don't think I have personally, but I

10   think my husband has done so.

11      MR. McKNIGHT:  Okay.  Number 10.

12      JUROR NUMBER 10:  You want me to tell you the ones?

13      MR. McKNIGHT:  Yes, ma'am.

14      JUROR NUMBER 10:  Juror Number 10.  The Alabama

15   Wildlife Federation and the National Wildlife Federation.

16      MR. McKNIGHT:  Okay.  And you contributed or you

17   supported?

18      JUROR NUMBER 10:  I'm a member and I contribute.

19      MR. McKNIGHT:  Okay.  Member and you contribute.  Thank

20   you.

21      Okay.  Next row?

22      JUROR NUMBER 21:  Cahaba River and Black Warrior

23   Riverkeepers.  And at one point I was briefly on the

24   Alabama Environmental Council, but it was very brief.

25      MR. McKNIGHT:  I'm sorry.  What was the last one?

```
 1        JUROR NUMBER 21:  I was on the Alabama Environmental
 2   Council, but it was very brief.
 3        MR. McKNIGHT:  Okay.  And on those other organizations,
 4   are you a member, supporter, contributor?  Tell us a little
 5   bit.
 6        JUROR NUMBER 21:  I contribute minor --
 7        MR. McKNIGHT:  Contribute?
 8        JUROR NUMBER 21:  Minor amounts to them.
 9        MR. McKNIGHT:  Okay.
10        JUROR NUMBER 21:  But I do support them as far as what
11   they're trying to do, is clean up the rivers.
12        MR. McKNIGHT:  Okay.  And you were on the Alabama --
13        JUROR NUMBER 21:  Environmental Council.
14        MR. McKNIGHT:  -- Environmental Council what period of
15   time?
16        JUROR NUMBER 21:  Probably 11 years ago.
17        MR. McKNIGHT:  11 years ago?
18        JUROR NUMBER 21:  Yes.
19        MR. McKNIGHT:  And for how long?  You say briefly.
20        JUROR NUMBER 21:  Maybe 5 months.
21        MR. McKNIGHT:  Okay.  Thank you.
22        Was there anybody in the back row?  Okay.  This side
23   over here?
24        JUROR NUMBER 32:  32.  Ruffner Mountain and Red
25   Mountain Park.
```

1        MR. McKNIGHT:  Okay.  Contribute, member, support?

2        JUROR NUMBER 32:  Contributor.

3        MR. McKNIGHT:  Okay.  Thank you.

4        Second row?

5        JUROR NUMBER 37:  37.  National Wild Turkey Federation

6    and also Alabama Wildlife Federation.

7        MR. McKNIGHT:  Okay.  And is that mainly because of

8    hunting or is that --

9        JUROR NUMBER 37:  Habitat improvement for hunting.

10        MR. McKNIGHT:  Okay.

11        JUROR NUMBER 37:  Yes.

12        MR. McKNIGHT:  All right.  Thank you.

13        JUROR NUMBER 48:  Juror Number 48.  I'm a member of the

14    Alabama River Alliance.

15        MR. McKNIGHT:  Okay.

16        JUROR NUMBER 51:  51.  Contributor to the Alabama

17    Wildlife Federation.

18        MR. McKNIGHT:  Okay.  Thank you.

19        JUROR NUMBER 58:  58.  I contribute to the Alabama

20    Wildlife Federation and the Cahaba River Society.

21        MR. McKNIGHT:  All right.  Thank you.

22        JUROR NUMBER 55:  55.  Wildlife -- Alabama Wildlife

23    Federation contributor.

24        MR. McKNIGHT:  Okay.  Thank you.

25        Now, I'm going to ask about national organizations.  Is

1  anybody a member, contributor, or supporter of a national

2  organization?  The Sierra Club, the National Resources

3  Defense Council, any of those organizations?

4       JUROR NUMBER 10:  Juror Number 10.  National Wildlife

5  Federation.

6       MR. McKNIGHT:  Okay.  Yes, ma'am.  You said that one.

7  Thank you.  Anybody else?

8       Has anybody ever seen a short film called "Toxic City"?

9       Has anybody personally or had a family member

10 personally affected by environmental pollution?

11      Number 2.  Was that personally or --

12      JUROR NUMBER 2:  My grandparents.  They're in Calhoun

13 County.  The Monsanto, I guess they were dumping into the

14 nearby waterways and in their areas close to their plant.

15 My grandfather owned property close to the plant.  And so

16 he lost all of his rental property plus health problems.

17      MR. McKNIGHT:  Okay.  Thank you.

18      JUROR NUMBER 3:  Does asbestosis count?

19      MR. McKNIGHT:  Okay.  Yes, sir.

20      JUROR NUMBER 3:  I have asbestosis.

21      MR. McKNIGHT:  Okay.  Anybody else?

22      JUROR NUMBER 31:  Number 31.  My dad has asbestosis.

23      MR. McKNIGHT:  Asbestosis.  Okay.  Thank you.

24      Yes, sir?

25      JUROR NUMBER 37:  I grew up not far from the banks of

1    Bayview Lake, which was probably at one time one of the

2    more polluted areas -- or lakes in our area.

3        MR. McKNIGHT:  Okay.  And were you personally affected

4    by that?

5        JUROR NUMBER 37:  From the smell and mosquito bites,

6    yes, sir.

7        MR. McKNIGHT:  Okay.

8        We've asked you a little bit about auditing and

9    compliance and those sort of questions before, but has

10   anybody specifically worked in the area of ethics and

11   professionalism where you had a job that was specifically

12   dealing with ethics?

13       JUROR NUMBER 48:  Juror 48.

14       MR. McKNIGHT:  She's bringing the microphone to you.

15       JUROR NUMBER 48:  Thank you.

16       Juror 48.  I serve on the ethic -- Children's of

17   Alabama.

18       MR. McKNIGHT:  I'm sorry.  You broke up.

19       JUROR NUMBER 48:  48.  I serve on the ethics committee

20   for Children's of Alabama.

21       MR. McKNIGHT:  Children's of Alabama.  And what is

22   that?

23       JUROR NUMBER 48:  The hospital down the street.

24       MR. McKNIGHT:  Oh, okay.  Children's Hospital.

25       JUROR NUMBER 48:  Yeah, yeah.

1      MR. McKNIGHT:  Okay.  Got you.  Thank you.

2      JUROR NUMBER 47:  Juror 47.  I'm in seminary training

3  to be a pastor, so a lot of that is dealing with ethics.

4      MR. McKNIGHT:  Okay.  Thank you very much.

5      JUROR NUMBER 44:  I work for Sav-A-Life Shelby, so I'm

6  pro-life.  So I try to promote that.

7      MR. McKNIGHT:  Okay.  All right.  Thank you very much.

8      Anybody else?

9      We've asked you if you have participated in political

10  campaigns, but I want to ask you sort of a general

11  question.  Do you consider yourself active in local

12  politics?  Does anybody consider themselves active in local

13  politics?  Not just a specific.  Just on a regular basis.

14      Okay.  Yes, sir?  She's getting you the microphone

15  here.

16      JUROR NUMBER 19:  Yeah, I'm on the executive committee

17  for the Jefferson County Republican Party, so.

18      MR. McKNIGHT:  Okay.  That would be active?

19      JUROR NUMBER 19:  Yeah.  Just in the last couple of

20  years, so.

21      MR. McKNIGHT:  Okay.  I'm sorry.  What number?  What

22  number are you?

23      JUROR NUMBER 19:  19.

24      MR. McKNIGHT:  19?

25      JUROR NUMBER 19:  Yes.

1        MR. McKNIGHT:   Okay.   And how long have you been on the

2   executive council?

3        JUROR NUMBER 19:   This is my second year.

4        MR. McKNIGHT:   Okay.   Thank you.

5        Anybody else?

6        Okay.   And you've been asked before about homeowners

7   association involvement and city council meetings and

8   things along those lines.   But I want to ask you, have you

9   ever gone to a political rally, a political rally where

10  there was a cause?   I know we marched for gun control, but

11  has anybody else attended a political rally where there was

12  an issue or a cause and you went and attended it?   Okay.

13       JUROR NUMBER 33:   It was in elementary school.   My mom

14  took me to Montgomery for the *Roe v. Wade*

15  pro-abortion/pro-life --

16       MR. McKNIGHT:   Okay.   For the rights for abortion when

17  you were in elementary school?

18       JUROR NUMBER 33:   Uh-huh.

19       MR. McKNIGHT:   33, right?

20       JUROR NUMBER 33:   33.

21       JUROR NUMBER 36:   Juror 36.   When I was younger, in

22  elementary or middle school, my dad took me and my sisters

23  and my mom to Montgomery for the 10 Commandments rally when

24  they were getting rid of the 10 Commandments out of the

25  courthouse.

1       MR. McKNIGHT:  Yes, sir.  Okay.  Thank you very much.

2       We've got someone in the back row, also?

3       JUROR NUMBER 56:  When I lived in West Africa, I ended

4   up -- sorry, 56.  I ended up at a political rally that was

5   at a Lebanese social club that was an anti-American

6   political rally.

7       MR. McKNIGHT:  Okay.  You weren't intending to go

8   there.  You ended up there?

9       JUROR NUMBER 56:  No.  But I was taken by Lebanese

10  folks there as a social evening.  It was an anti-American

11  political rally.

12      MR. McKNIGHT:  I got you.  Okay.  Thank you.

13      Anybody else on the right side over here?

14      Okay.  Anybody on the left side?

15      Okay.  Has anybody ever spoken at a political rally?

16      Okay.  Has anyone ever worked with a PAC?  A PAC,

17  political action committee?

18      Does anyone oppose PACs, political action committees?

19      Does anyone have a personal friend who is an Alabama

20  legislator?

21      I want to ask you about signing contracts.  And

22  specifically with regard to a contract, has anybody signed

23  a contract which included a confidentiality clause in it, a

24  clause that you had to keep something confidential?  Raise

25  your hands.  Okay.

 1      All right.  Just going to get numbers.  On the first

 2   row?

 3      JUROR NUMBER 5:  Juror 5.

 4      MR. McKNIGHT:  5.  Second row?

 5      JUROR NUMBER 7:  7.

 6      MR. McKNIGHT:  7.

 7      JUROR NUMBER 13:  13.

 8      MR. McKNIGHT:  13.

 9      JUROR NUMBER 11:  11.

10      MR. McKNIGHT:  11.  Anybody else in the third row?

11   Fourth row?

12      JUROR NUMBER 22:  22.

13      MR. McKNIGHT:  22.

14      JUROR NUMBER 23:  23.

15      MR. McKNIGHT:  23.

16      JUROR NUMBER 26:  26.

17      MR. McKNIGHT:  26.

18      JUROR NUMBER 27:  27.

19      MR. McKNIGHT:  27.

20      JUROR NUMBER 29:  29.

21      MR. McKNIGHT:  29.  Anybody else on this side?  Okay.

22   This side?

23      JUROR NUMBER 32:  32.

24      MR. McKNIGHT:  32.

25      JUROR NUMBER 34:  34.

1        MR. McKNIGHT:  34.

2        JUROR NUMBER 35:  35.

3        MR. McKNIGHT:  35.

4        JUROR NUMBER 38:  38.

5        MR. McKNIGHT:  38.

6        JUROR NUMBER 41:  41.

7        MR. McKNIGHT:  41.

8        JUROR NUMBER 44:  44.

9        MR. McKNIGHT:  44.

10       JUROR NUMBER 45:  45.

11       MR. McKNIGHT:  45.

12       JUROR NUMBER 48:  48.

13       MR. McKNIGHT:  48.  Okay.  Fourth row?

14       JUROR NUMBER 50:  50.

15       MR. McKNIGHT:  50.

16       JUROR NUMBER 51:  51.

17       MR. McKNIGHT:  51.

18       JUROR NUMBER 52:  52.

19       MR. McKNIGHT:  52.

20       JUROR NUMBER 53:  53.

21       MR. McKNIGHT:  53.

22       JUROR NUMBER 54:  54.

23       MR. McKNIGHT:  54.

24       JUROR NUMBER 56:  56.

25       MR. McKNIGHT:  56.

1        JUROR NUMBER 43:  43.

2        MR. McKNIGHT:  43.  Okay.  Anybody else?

3        When you hear somebody had to sign a confidentiality

4    agreement, does that make you think that there's something

5    shady or improper going on?

6        Some people think that people who have earned a lot of

7    money are treated better, in a way that's not fair, by the

8    justice system than people that don't have as much money.

9    Does anyone agree with that?  Raise your hands.

10        JUROR NUMBER 3:  I have a reason, though.

11        MR. McKNIGHT:  Okay.  3.  We can talk about that.

12        JUROR NUMBER 10:  10.

13        MR. McKNIGHT:  10.

14        JUROR NUMBER 14:  14.

15        MR. McKNIGHT:  14.  Okay.

16        JUROR NUMBER 8:  8.

17        MR. McKNIGHT:  8.

18        JUROR NUMBER 29:  29.

19        MR. McKNIGHT:  29.  Excuse me?

20        JUROR NUMBER 30:  30.

21        MR. McKNIGHT:  30.  Okay.  Anybody else on this side?

22    Okay.  On this side?

23        JUROR NUMBER 54:  54.

24        MR. McKNIGHT:  54.

25        JUROR NUMBER 51:  51.

1      MR. McKNIGHT:  51.

2      JUROR NUMBER 50:  50.

3      MR. McKNIGHT:  50.

4      JUROR NUMBER 56:  56.

5      MR. McKNIGHT:  Okay.

6      JUROR NUMBER 58:  58.

7      JUROR NUMBER 43:  43.

8      MR. McKNIGHT:  I'm sorry.  Thank you.

9      Now, if you answered yes to that, would that make you

10 lean extra hard on someone who's charged with a crime that

11 has earned a lot of money just to try to make sure that the

12 system evens out?  Does anybody say yes to that?

13     We live in a world of emails.  Does anybody -- well,

14 first of all, this:  Does anybody not have an email

15 address?

16     Everybody has an email address.  Okay.  Since everybody

17 has an email address, who with an email address reads every

18 email that comes to your email address?  Okay.

19     JUROR NUMBER 3:  I read the preliminary.

20     MR. McKNIGHT:  Okay.  You read the heading.  Number 3,

21 right?

22     JUROR NUMBER 3:  Right.

23     MR. McKNIGHT:  Okay.  Read the preliminary.  May not

24 read the whole thing, but if the subject grabs you, you'll

25 read the rest of it.  Okay.

1          Let's see.  I can't do a Brandon.  35.

2          JUROR NUMBER 36:  36.

3          MR. McKNIGHT:  36.  Okay.  Yes, sir.

4          JUROR NUMBER 36:  I read every one.

5          MR. McKNIGHT:  You read every email that comes to you.

6     Okay.  More than just the subject, you read the whole

7     thing?

8          JUROR NUMBER 36:  Usually.

9          MR. McKNIGHT:  Okay.  Thank you.

10         Anybody else.

11         JUROR NUMBER 1:  I just look to see who they're from.

12         MR. McKNIGHT:  Okay.  Look to see who they're from.

13         JUROR NUMBER 1:  Look to see who sent it to me.

14         MR. McKNIGHT:  Okay.  That's Number 1.  I'm sorry.

15    It's getting late in the day and I'm not doing my job

16    correctly.

17         Number 1, you read who it's from.

18         Now, I know Robin asked about training and experience

19    that you might have in the law, and Brandon asked about

20    strong attitudes you might have for lawyers, but does

21    anybody other than the ones who have identified themselves

22    already work for or have you worked for a law firm in any

23    form or fashion?  If you've already identified yourself as

24    one of those, you don't have to.  But if you haven't, has

25    somebody worked with a law firm that we haven't identified

1  already?

2      Okay.  What about close family members working for law

3  firms?  Okay.  All right.  Let's start over here on this

4  side.

5      JUROR NUMBER 22:  Yeah.  Number 22.  When my daughter

6  was in law school, she interned with a firm in Tuscaloosa.

7      MR. McKNIGHT:  Okay.  And do you recall what firm that

8  was?

9      JUROR NUMBER 22:  No, sir, I don't.  I'm sorry.

10      MR. McKNIGHT:  Okay.  And is she practicing law now?

11      JUROR NUMBER 22:  No, she is in HR.

12      MR. McKNIGHT:  Okay.  I'm sorry.  You mentioned that

13  before.  Yes, sir.

14      JUROR NUMBER 27:  Number 27.  Our daughter is an

15  attorney.

16      MR. McKNIGHT:  And where is she an attorney?

17      JUROR NUMBER 27:  Jefferson County.

18      MR. McKNIGHT:  Okay.  And is she --

19      JUROR NUMBER 27:  Family Court.

20      MR. McKNIGHT:  Family Court.  Okay.  Thank you.

21      JUROR NUMBER 19:  19.  My sister, she worked briefly

22  with a law firm in Tuscaloosa.  I don't remember the name

23  of it.  It was when we were younger, during college.  She

24  was like a secretary.

25      MR. McKNIGHT:  Okay.  Thank you.

1        Anybody else on the left side?

2        Okay.  Yes, ma'am?

3        JUROR NUMBER 30:   Number 30.

4        MR. McKNIGHT:  Yes, ma'am?

5        JUROR NUMBER 30:  She's a lawyer in Washington, D.C.,

6   and so is her husband.

7        MR. McKNIGHT:  Okay.

8        JUROR NUMBER 30:  And they're government lawyers.

9        MR. McKNIGHT:  They're government lawyers?

10        JUROR NUMBER 30:  Yeah.

11        MR. McKNIGHT:  Okay.  And they're with?

12        JUROR NUMBER 30:  Homeland Security and the Securities

13   and Exchange Commission.

14        MR. McKNIGHT:  And the Securities and Exchange.  Okay.

15   Thank you.

16        JUROR NUMBER 31:  Number 31.  My first cousin is a

17   lawyer in Atlanta, Georgia, and my niece is a lawyer in

18   Kansas City.

19        MR. McKNIGHT:  Okay.  Do you know what firm in Atlanta?

20        JUROR NUMBER 31:  I don't.

21        MR. McKNIGHT:  Okay.  Thank you.

22        JUROR NUMBER 33:  Juror Number 33.  My father-in-law is

23   an attorney at Najjar Denaburg, and my mother-in-law is his

24   assistant.

25        MR. McKNIGHT:  Okay.  And your father-in-law's name is?

1          JUROR NUMBER 33:  Steve Wright.

2          MR. McKNIGHT:  Okay.  Thank you.

3          JUROR NUMBER 34:  34.  My sister-in-law is a paralegal

4     for a firm in Pell City.  Do not know who it is with.

5          MR. McKNIGHT:  Firm in Pell City?

6          JUROR NUMBER 34:  Right.

7          MR. McKNIGHT:  Yes, sir.  Thank you.

8          JUROR NUMBER 44:  One of my -- 44.  One of my cousins

9     is a lawyer in Louisiana, but I can't remember what the

10    firm is.

11         MR. McKNIGHT:  Okay.  Do you know what kind of work

12    they do?  No?

13         JUROR NUMBER 44:  Not specifically, no.  Sorry.

14         MR. McKNIGHT:  Okay.  Thank you.

15         JUROR NUMBER 48:  I'm Number 48.  My uncle is a lawyer

16    for the military.  Army specifically.  And then I have

17    several cousins who throughout the country are lawyers,

18    mainly in like business like work site -- sorry, I can't

19    think of words anymore, but basically work site laws, labor

20    laws.

21         MR. McKNIGHT:  Okay.  Thank you very much.

22         JUROR NUMBER 39:  I've mentioned him, but it's my

23    brother for -- he was lead counsel for Southern Company.

24    He's retired.  39.

25         MR. McKNIGHT:  Yes.  Retired early.  I remember that.

1    Thank you.

2       JUROR NUMBER 39:  Yes, he did.

3       MR. McKNIGHT:  Anybody else?

4       Does anybody believe that a lawyer who's charged with a

5    crime ought to be held to a higher standard than anybody

6    else?

7       JUROR NUMBER 29:  29.

8       MR. McKNIGHT:  29.

9       JUROR NUMBER 29:  Yes.

10       MR. McKNIGHT:  Okay.  Thank you.  Anybody else?

11       Does anybody feel that lawyers are less honest than

12    other people?  Okay.

13       JUROR NUMBER 31:  31.

14       MR. McKNIGHT:  That took courage, but, yeah, okay.  But

15    I appreciate you doing that.  Okay.  Anybody else?

16       JUROR NUMBER 42:  I don't know how this is going to

17    sound, but yeah, because y'all try to be tricky.  And

18    questions -- you'll phrase a question five different times

19    to look what kind of answer you get.  And to me, that's

20    playing tricks in the whole deal.  So it kind of, I guess,

21    builds up your self-esteem or something.

22       MR. McKNIGHT:  Okay.

23       JUROR NUMBER 42:  42.

24       MR. McKNIGHT:  Oh, I'm sorry.  Thank you.

25       Anybody else?

1      Does anyone have a friend, close family member that

2  works in the United States Attorney's Office?

3      Same question for the FBI.

4      Same question for the IRS.

5      Same question for the Alabama Attorney General's

6  office.  Family member, friend, close acquaintance that

7  works in the Attorney General's office?

8      What about the district attorney's office, either

9  Jefferson County, Shelby County, Blount County?

10     Has anybody ever applied for a job with a law

11  enforcement agency?

12     Okay.  Number 11, right?

13     JUROR NUMBER 11:  Number 11.

14     MR. McKNIGHT:  And you were, in fact, employed in law

15  enforcement agencies, correct?

16     JUROR NUMBER 11:  That's correct.

17     MR. McKNIGHT:  Anybody else on the left-hand side?

18  Okay.  The right-hand side?

19     JUROR NUMBER 34:  34.

20     MR. McKNIGHT:  Yes, sir.  And what agency?

21     JUROR NUMBER 34:  FBI and Alabaster city police

22  department.

23     MR. McKNIGHT:  FBI and Alabaster city police

24  department.  Thank you.

25     Anybody else?

1     JUROR NUMBER 58:  58.  FBI.

2     MR. McKNIGHT:  FBI.  Okay.

3     Has anybody or a close family member or acquaintance

4  been employed by the EPA?  Now, I know we have -- yes.

5  Okay.  I remember that one.  Anybody else?  Anybody else?

6  Family member, close personal acquaintance employed by the

7  EPA?

8     What about the Alabama Department of Environmental

9  Management or the Alabama Environment -- oh, I'm sorry.

10     Yes, sir?

11     JUROR NUMBER 19:  19.

12     MR. McKNIGHT:  19.

13     JUROR NUMBER 19:  Yeah, my girlfriend's brother, he

14  works for ADEM.

15     MR. McKNIGHT:  Works for ADEM.  And what does he do?

16     JUROR NUMBER 19:  He's like an environmental engineer.

17     MR. McKNIGHT:  Okay.  And what's his name?

18     JUROR NUMBER 19:  John Payton.

19     MR. McKNIGHT:  Payton?

20     JUROR NUMBER 19:  Yes.

21     MR. McKNIGHT:  Okay.  Thank you.  Environmental

22  engineer with ADEM?

23     JUROR NUMBER 19:  Yes.

24     MR. McKNIGHT:  How long has he been there, do you know?

25     JUROR NUMBER 19:  A long time.

1      MR. McKNIGHT:  Okay.

2      JUROR NUMBER 19:  I don't know much about his work, but

3  he's been there a long time.

4      MR. McKNIGHT:  Okay.  Thank you.

5      Anybody else?

6      What about the Alabama Environmental Management

7  Commission?  Anybody work there, ever worked there, had a

8  close personal friend or family member work there?

9      Judge, it's 10 after.  You want me to go to the next

10  topic?

11      THE COURT:  No.  I was trying to figure out a way to

12  step in without interrupting your groove.

13      MR. McKNIGHT:  I'm sorry.

14      THE COURT:  No, there's no need to apologize.  If now

15  is a good time for you, we can stop here.

16      MR. McKNIGHT:  Yes, sir.

17      THE COURT:  And thank you for letting me know that you

18  were at a good stopping point.

19      Ladies and gentlemen of the jury, thank you all for

20  your patience.  All of you, obviously, have to come back

21  tomorrow so that we can finish the voir dire process and

22  then the lawyers can make the selections for the jury.

23      Please do not talk about this case with anyone.  If

24  anyone approaches you about it, please let me know.  I

25  thank you in advance again for coming back tomorrow morning

1    and, obviously, thank you all for being here today.  It's

2    been a long day.  For some of you it's going to be a short

3    day tomorrow.  Have a good night, everyone.

4        We're going to start -- please be here in time for us

5    to start at 9:00 a.m. sharp.  Please report -- you guys are

6    anticipating where I was going.  Please report to the jury

7    assembly room first so that Ms. Cindy can sign you off.

8    Please do so around 8:30ish, and then we will have you up

9    here by 9:00 a.m.

10       Mr. Essig?  Yes, sir?

11   (Off-the-record discussion.)

12       THE COURT:  Ladies and gentlemen, obviously, in

13   addition to not talking to anyone about the case, to the

14   extent there's any media coverage about this case at all,

15   please do not expose yourself to it.  If it's a newspaper

16   article, stop reading it.  If you're watching the news

17   tonight and there's a story about this case, if you're by

18   yourself, please change the channel.  If you're with family

19   members, please politely excuse yourself from the room.

20       And this case is to be decided solely based on the

21   evidence that's presented here in this courtroom.  To make

22   sure that none of you are tainted in any way, please do not

23   do any of your own research tonight or at any time else

24   between now and the end of this case, for those of you who

25   are selected.

1    Again, please show up downstairs by 8:30 in the

2  morning.  We will begin up here at 9:00 a.m. sharp.  Thank

3  you all.

4    The jurors will be excused first.  I'm going to hold

5  everyone else in the courtroom until you guys are off this

6  floor.

7    Thanks, everyone.  Have a good night.

8  (The following proceedings were had in open court

9  outside of the presence and hearing of the venire.)

10    THE COURT:  For the lawyers and the parties, payroll

11  dollars are always an issue.  My CSOs, courtroom security

12  officers, are going to be working late because of this

13  case.  The marshals, who are the one responsible for paying

14  the court security staff, has asked that I please encourage

15  you to leave when we close court every day within 15

16  minutes max.  I know that all of you like to stick around

17  to chat and get ready for the next day, but to make sure

18  that there's enough money for the end of the fiscal year,

19  please, 15 minutes maximum at the end of court every day,

20  please.

21    Thanks, everyone.  I will be in in the morning and will

22  come up here before 9:00 a.m.  But when we begin, I

23  obviously will turn it over to Mr. McKnight.

24    Who is doing the voir dire for Mr. Roberson?  Is it

25  you, Mr. Bloomston?

1        MR. BLOOMSTON:  Yes, sir.

2        THE COURT:  Okay.  And then I will turn it over to you.

3   Mr. McKnight has roughly 32 minutes left.  I don't plan to

4   take a break when he ends.  Be ready to go right away.

5        Thanks, everyone.  Please give the jurors about a

6   minute or two before you exit.

7        Yes, sir?

8        MR. BLOOMSTON:  Your Honor, if I may, if the government

9   anticipates testimony beginning tomorrow after opening, we

10  would expect that the Court's previous order on the 7:00

11  turnover of potential witnesses for the next day.

12       THE COURT:  That makes sense.  My goal is for you guys

13  to be doing your closing arguments, worst case scenario,

14  right after lunch.  But preferably -- well, you will need

15  time, obviously, for us to deal with the jury selection

16  process.

17       But.  Yes, I think there will be at a minimum at least

18  one witness tomorrow, depending on the length of that

19  person, maybe two.

20       Consistent with what I've said before, by 7:00 p.m.

21  each day, please let the other side know the witness or

22  witnesses you anticipate calling the next day, please.

23       Thank you all.  I'll see you in the morning before

24  9:00 a.m.

25       MR. GILLEN:  Your Honor?

1       THE COURT:  Yes, sir?

2       MR. GILLEN:  One more thing.  In terms of the amount of

3   time that defense counsel -- there are three.  We're trying

4   to work together.  How much time has the Court thought that

5   we would have to compare our notes to make decisions prior

6   to the striking of the jury?  How much deliberation time

7   will we have?

8       THE COURT:  Be ready immediately after Mr. Bloomston is

9   done with strikes for cause.  I will take those up.  I

10  think you guys generally at this point have a fairly good

11  idea of at least half of them that you believe such a

12  request needs to be made for.

13      With respect to the actual preemptory strikes, I plan

14  to give you guys 15 minutes individually and then 5, I

15  guess, collectively.  But just plan to take 20 minutes per

16  side for your strikes.

17      The plan for now, again, is 10 and 6.  If I have enough

18  jurors, and I believe I will, I will likely give the

19  defense collectively 2 more.  And then depending on how

20  many strikes -- I mean, how many alternates that I use, you

21  may get as many as 3 additional strikes for alternates if I

22  go to my maximum of 6, which is what I'm leaning, assuming

23  I have enough jurors.

24      But 20 minutes for the preemptory conferences either

25  individually or collectively for the defendants.

1        MR. GILLEN:  Thank you, Your Honor.

2        THE COURT:  Thanks, everyone.  Have a good night,

3   everyone.  I think the jurors are probably gone by now, so

4   you're free to exit the courtroom.

(The proceedings were continued to June 26, 2018.)

C E R T I F I C A T E

        I, Sabrina Lewis, RDR, CRR, Official Court Reporter

for the United States District Court for the Northern

District of Alabama, appointed pursuant to the provisions

of Title 28, United States Code, Section 753, do hereby

certify that the foregoing is a correct transcript of the

proceedings reported by me using the stenotype reporting

method in conjunction with computer-aided transcription,

and that same is a true and correct transcript to the best

of my ability and understanding.

        I further certify that the transcript fees and

format comply with those prescribed by the Court and the

Judicial Conference of the United States.

                    Dated:  September 9, 2018

*Sabrina Lewis*

SABRINA LEWIS, FEDERAL OFFICIAL COURT REPORTER