# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**   } | |
| } | |
| **v.**   } | |
| } | **Case No. 2:17-cv-0419-AKK-TMP** |
| **JOEL IVERSON GILBERT,**   } | |
| } | |
| **Defendant.**   } | |
| } | |

## NOTICE OF OBJECTIONS
## TO PRE-SENTENCE INVESTIGATION REPORT

Comes now defendant, Joel Gilbert, by and through undersigned counsel, and gives notice that on this date he has served his Objections to Certain Portions of the Pre-Sentence Investigation Report upon the United States Probation Officer and counsel for the Government.

Respectfully submitted this 2nd day of October, 2018.

/s/ Jackson R. Sharman, III
Attorney for Joel Gilbert

OF COUNSEL:
Jackson R. Sharman III
*jsharman@lightfootlaw.com*
Brandon K. Essig
*bessig@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone:   (205) 581-0700

2

## **CERTIFICATE OF SERVICE**

    I certify that on this 2nd day of October, 2018, I electronically filed the foregoing with the Clerk of Court via ECF, which will send electronic notification of such filing to all counsel of record.

                                    */s/ Jackson R. Sharman, III*
                                    Of Counsel