| | |
|---|---|
| From: | Gilbert, Joel <jgilbert@balch.com> |
| Sent: | Thursday, January 28, 2016 1:20 PM |
| To: | 'Matthew W. Bowden (mwbowden@southernco.com)'; 'Godfrey, Mike (Environmental)' <JGODFREY@southernco.com> |
| Cc: | 'David Roberson' <droberson@drummondco.com> |
| Subject: | FW: GASP (Attorney Client Communication / Privileged Confidential) |

Just FYI, the below was sent to me by Ben Goldman, attorney for the City of Tarrant, concerning GASP approaching the Tarrant City School system about obtaining access for GASP to test the soil of various Tarrant City school properties and apparently identifying other areas in Tarrant for possible testing. It appears that Kirsten Bryant of GASP is working with Mark Johnston (Chair of the Board of GASP and ED of Camp McDowell) and his wife, Maggie (McDowell Education Program Director), to help facilitate that request via Camp McDowell's relationship with the Tarrant School system. Once the Superintendent of the Tarrant School Board found out about what GASP was trying to do it was shut down pretty quickly. While it is only an assumption on my part, I have to think this is in conjunction with SELC's offer to assist EPA in its investigation of North Birmingham and Tarrant.



Joel I. Gilbert, Partner, Balch & Bingham LLP
1901 Sixth Avenue North • Suite 1500 • Birmingham, AL 35203-4642
t: (205) 226-8737   f:(205) 488-5824   e: jgilbert@balch.com
www.balch.com

---

**From:** Dr Shelly Mize [mailto:mizes@tarrant.k12.al.us]
**Sent:** Wednesday, January 13, 2016 11:42 AM
**To:** Ben Goldman
**Subject:** Fwd: GASP

FYI. just wanted to update you since I am on the CEI board. I feel confident that she understands that tarrant will pull out if this continues.

Shelly

Sent from my iPad

Begin forwarded message:

> **From:** Cathy Parrill <cparrill@gmail.com>
> **Date:** January 13, 2016 at 11:00:06 AM CST
> **To:** Dr Shelly Mize <mizes@tarrant.k12.al.us>
> **Subject: Re: GASP**
>
> I'll answer with delicacy, but make it clear we are not going to participate.
>
> Meanwhile, knowing Maggie, I don't think this will in any way hamper the partnership with McDowell.
>
> And now that I understand that this could hurt the city, I certainly don't want to be involved. It strikes me as being like the grant Kelley and I were working on last Friday, when we realized the impetus should be coming from the teachers. If people in Tarrant are concerned they would go to seek help. And if they aren't concerned, an outside group should not

AJE_PRIV-00002873
AJE_PRIV-00002873

impose themselves. The outsiders can't possibly understand all the ramifications (and I include myself as one of those outsiders). It's been a good learning experience for me.

Catherine Parrill, CEO
Creative Exchanges Initiative
702.278.8006 (cell)
www.CreativeExchangesInitiative.org
www.CatherineParrill.com



On Wed, Jan 13, 2016 at 10:44 AM, Dr Shelly Mize <mizes@tarrant.k12.al.us> wrote:
Yes. Thanks.. I'm not trying to sway you in any way. However, the livelihood and sustainability of my little city is hanging in the balance. AND the city is working so hard with combined efforts of businesses to make it a better place to work and live. I CANNOT have any association with GASP. If that also means that we lose opportunities at Camp McDowell (note - I REALLY want to strengthen a partnership with McDowell), then we will take what we have learned and foster relationships with other environmental partners.

Shelly

Sent from my iPad

On Jan 13, 2016, at 9:15 AM, Cathy Parrill <cparrill@gmail.com> wrote:

> I definitely understand your frustrations, and I'm frustrated too. First of all, because I was so naive. And secondly, because I feel that I was duped.
>
> Today I'm going to write to let them all know that I won't be able to participate in their efforts, nor will CEI or the school district. May I share with them what the information about the quality monitoring station at TES, health department, and soil testing when I write to decline their request to help find places to test soil?
>
> Catherine Parrill, CEO
> Creative Exchanges Initiative
> 702.278.8006 (cell)
> www.CreativeExchangesInitiative.org
> www.CatherineParrill.com



On Tue, Jan 12, 2016 at 5:15 PM, Dr Shelly Mize <mizes@tarrant.k12.al.us> wrote:
We've had an air quality monitoring station at TES for as long as I can remember and I've been here 24 years. I am aware of the results and keep in close contact with the health dept on the matter. I, too, am concerned for all of our stakeholders: families, kids, staff members, my personal child and myself. I would also not put them in jeopardy if I felt that it negatively impacted their health any more than any other urban industrial setting. I have also had the soil tested at all our sites to ensure that it is within safe limits.  The results were no different than what naturally occurs in this area of the state.

I think one of my greatest frustrations is that I feel one company is being targeted. I'm not hearing about pollutants from automobiles, trains, airport...all of which we have in our little city.

Thank you for listening to me gripe. I didn't want you to think I was insensitive.
Shelly

Sent from my iPhone

On Jan 12, 2016, at 4:28 PM, Cathy Parrill <cparrill@gmail.com> wrote:

> I'm so sorry. I don't know anything about how Maggie fits into this. Here's as much as I know: in December over dinner one evening mark was talking about toxicity in this side of BHM. I mentioned the organic garden I'm trying to create in my backyard and the one at TIS and asked if we could be consuming toxins and not know it. I live not far from Sloss and so do my kids. I asked whether my grand kids may be at risk in ways we don't suspect. He said I ought to talk with Kirsten.t
> Then he invited us to have coffee together. We were busy in December andset it up for Friday. When Kelley and I set our mtg I told her I had a prior mtg at red cat and one afterward there and asked her whether she'd like me to gone to her office or she'd like to come to the coffee shop.
>
> In those ways it was all happenstance. And in another way I agree that it felt set up. But I think it was unintentional and out of everyone's efforts to work for the good of others.
>
> I don't know whether Mark and Maggie talked about this, but I know enough now to know that I personally need to stay out of the whole thing. My initial reaction at Fridays coffee was concern for the kids.
>
> And I thought if places where many people end up with cancer because of an industry that doesn't want to invest in technology to operate more cleanly. And to me, testing for toxicity seemed normal and smart.
>
>> I'm sorry for introducing Kelley to them and their efforts. I'll certainly let them know today that none of us can be of help to them

On Tuesday, January 12, 2016, Mize Dr. Shelly <mizes@tarrant.k12.al.us> wrote:
Yes, it does sound ok. However, I thought Maggie already understood our position. I feel like Kelley was baited.

Shelly

Dr. Shelly Mize
Superintendent
Tarrant City Schools
1318 Alabama Street
Tarrant, AL 35217

ph (205)849-3700
fax (205)849-3728

Tarrant City Schools are committed to serving all students and community through quality learning in a secure environment ensuring college and/or career readiness.

Preparing for learning, service, and success
Learning + Service = Success


On Jan 12, 2016, at 3:55 PM, Cathy Parrill <cparrill@gmail.com> wrote:

Thank you for letting me know more about this situation. Neither CEI nor I am in any way affiliated with GASP. Since Maggie's husband, Mark, asked me to have coffee with him and Kirsten I did, because I respect and like him and Maggie. I don't really know much about the organization except that Mark cares about environmental and health issues. I think we can simply say this isn't something we can take on. Does that sound okay to you ?

On Tuesday, January 12, 2016, Mize Dr. Shelly <mizes@tarrant.k12.al.us> wrote:
Cathy,
Kelley just informed me of the impromptu GASP mtg. I understand that you were caught off guard too. It is really important for GASP to respect the boundary that I have already expressed. Our school system cannot and will not participate/encourage/advocate for the agenda being pursued by GASP.

As a science teacher, I have always supported and initiated environmental education and ways to leave our earth a better place. However, using information to inform ourselves and for educational experience is different from furthering a political agenda.

We want to remain part of CEI and a friend to Camp McDowell.
However, we cannot be put in this position.

Advice?
Shelly


Dr. Shelly Mize
Superintendent
Tarrant City Schools
1318 Alabama Street
Tarrant, AL 35217

ph (205)849-3700
fax (205)849-3728

Tarrant City Schools are committed to serving all students and community through quality learning in a secure environment ensuring college and/or career readiness.

Preparing for learning, service, and success
Learning + Service = Success




--
Catherine Parrill, CEO
Creative Exchanges Initiative
702.278.8006 (cell)
www.CreativeExchangesInitiative.org
www.CatherineParrill.com

--
This message has been scanned for viruses and
dangerous content by **MailScanner**, and is
believed to be clean.


--

Catherine Parrill, CEO
Creative Exchanges Initiative
702.278.8006 (cell)
www.CreativeExchangesInitiative.org
www.CatherineParrill.com

--
This message has been scanned for viruses and dangerous content by **MailScanner**, and is believed to be clean.

--
This message has been scanned for viruses and dangerous content by **MailScanner**, and is believed to be clean.

--
This message has been scanned for viruses and dangerous content by **MailScanner**, and is believed to be clean.

The information contained in this electronic message is intended only for the use of the owner of the email address listed as the recipient of this message and may contain attorney-client privileged and confidential information. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

AJE_PRIV-00002878
AJE_PRIV-00002878