| | |
|---|---|
| **From:** | Ben Goldman <bgoldman@handarendall.com> |
| **Sent:** | Tuesday, February 9, 2016 2:54 PM |
| **To:** | Gilbert, Joel <jgilbert@balch.com> |
| **Subject:** | FW: Tarrant Elementary School |

FYI . . .



**Benjamin S. Goldman**

205-502-0142  Direct Dial
205-397-1303  Fax
bgoldman@handarendall.com

2001 Park Place North
Suite 1200
Birmingham, Alabama 35203
www.handarendall.com
vCard | Map

---

**From:** Mize Dr. Shelly [mailto:mizes@tarrant.k12.al.us]
**Sent:** Tuesday, February 09, 2016 2:46 PM
**To:** Trant, Sid; Yuengert, Anne; Ben Goldman
**Cc:** Mize Dr. Shelly
**Subject:** Fwd: Tarrant Elementary School

FYI.  I asked Beth to not respond and to stay out of it.  Just wanted to make you aware of what is going on. (see email chain below)

Sid: Kelley J and I are talking about getting information out to parents. We are thinking of sending home a letter to parents with explaining that we have been proactive in ensuring the safety and well-being of our children. What if you edit our letter?

Shelly


Dr. Shelly Mize
Superintendent
Tarrant City Schools
1318 Alabama Street
Tarrant, AL 35217

ph (205)849-3700
fax (205)849-3728

Tarrant City Schools are committed to serving all students and community through quality learning in a secure environment ensuring college and/or career readiness.

Preparing for learning, service, and success
Learning + Service = Success

AJE_PRIV-00001068
AJE_PRIV-00001068

Begin forwarded message:

**From:** Beth Mcdavid <mcdavidb@tarrant.k12.al.us>
**Subject: Fwd: Tarrant Elementary School**
**Date:** February 9, 2016 at 1:26:45 PM CST
**To:** Mize Shelly <mizes@tarrant.k12.al.us>

Got this from Gail Harper Yeilding, don't know how to respond! Help! B

Sent from my iPhone

Begin forwarded message:

> **From:** Gail Harper Yeilding <ghyeilding@gmail.com>
> **Date:** February 9, 2016 at 12:10:58 PM CST
> **To:** McDavid Beth <mcdavidb@tarrant.k12.al.us>
> **Subject: Fwd: Tarrant Elementary School**
>
> Beth,
>
> Do you know of anyone at the elementary school that I could get in touch with regarding this? Do you know anything about Get Smart Tarrant?
>
> Thanks, hope all is well!
>
> GH
>
>
> ---------- Forwarded message ----------
> From: **Kirsten Bryant** <kirsten@gaspgroup.org>
> Date: Wed, Feb 3, 2016 at 1:17 PM
> Subject: Tarrant Elementary School
> To: Gail Harper Yeilding <ghyeilding@gmail.com>
>
> Hi Gail,
>
> It has been awhile since we last corresponded, how is everything going with you?
>
> I am hoping you may be able to help. Gasp submitted a petition to EPA in 2014 asking them to "investigate" potential contamination in Tarrant. EPA agreed to investigate (which they wouldn't have done if they didn't think there was likely a problem, we are told) and is in the process of getting soil samples right now.
>
> Tarrant Elementary School is one of the 23 properties that EPA wanted to initially test. We just learned that the Tarrant City School System just withdrew, or reversed, their *Site Inspection Permission form* that gave EPA permission to go onto the property and test the soil.
>
> The mayor of Tarrant is likely behind this along with a new, quasi group called, Get Smart Tarrant.

Apparently, Get Smart Tarrant doesn't want the EPA doing anything in Tarrant and they are spreading misinformation. See the attached sign someone alerted us to...

Determining whether or not citizens, especially children, are being exposed to toxic chemicals in the soil is what EPA is trying to do in Tarrant, they are taking the first step by responding to our petition.

As a mom, I thought reaching out to the PTA/PTO at Tarrant Elementary would be a good start. Do you happen to know anyone at Tarrant Elementary I should talk to?

Thanks Gail,
Kirsten


On Thu, Mar 27, 2014 at 5:21 PM, Kirsten Bryant <kirsten@gaspgroup.org> wrote:
Hi Gail,

Thanks for reaching out.

The large facilities that emit the most pollution have a pollution permit review every five years. We currently have a small window to influence those permits. Getting the public involved in these air permit meetings and hearings is critical to improving our air quality.  (Note that all county residents can participate, we are targeting Tarrant due to the proximity of the plant - everyone in the county breathes the pollution, they just breathe more of it!)

Currently, we are encouraging citizens in Jefferson county to attend a public informational meeting on 3/31 at Tarrant Intermediate School regarding ABC Coke's draft air permit. **Anything you can do to encourage residents and those who work in Tarrant to attend Monday's Public Informational meeting is much appreciated!**

Attached is a flyer we are using to canvass the communities living closest to ABC Coke.

We welcome your involvement, thanks so much!

For clean and healthy air,
Kirsten


On Thu, Mar 27, 2014 at 12:14 PM, Gail Harper Yeilding <ghyeilding@gmail.com> wrote:
Kirsten,

I am a former teacher at Tarrant Middle/High School.  Nelson put me in touch with you about helping out with the upcoming meeting on the 31st.  I was unfortunately out of town on Monday and Tuesday when y'all got together.  Is there anything else I can help out with?  I have tried to spread the word through my contacts at Tarrant.  Please let me know if there is any way else that I can help.

Thanks!

GH




--

Kirsten G. Bryant
732 Montgomery Hwy #405
Birmingham, AL 35216
205-541-3746
GASPgroup.org
GASP on Twitter
GASP on Facebook

--

Kirsten G. Bryant
Outreach Director
GASP
2320 Highland Ave S.
Suite 270
Birmingham, AL 35210
205-541-3746
GASPgroup.org
GASP on Twitter
GASP on Facebook

--

---

Teacher and Coach at Chelsea High School
At-Large Member, Homewood Environmental Commission
205-410-6619

--

This message has been scanned for viruses and dangerous content by **MailScanner**, and is believed to be clean.

The information contained in this electronic message is intended only for the use of the owner of the email address listed as the recipient of this message and may contain attorney-client privileged and confidential information. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

AJE_PRIV-00001071
AJE_PRIV-00001071