# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| v. } | |
| } | Case No. 2:17-cr-419-AKK-TMP |
| JOEL IVERSON GILBERT, } | |
| } | |
| Defendant. } | |
| } | |

### DEFENDANT JOEL GILBERT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Joel Gilbert appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this case on November 1, 2018, including all prior adverse rulings by the District Court.

Dated: November 6, 2018

/s/ Jeffrey P. Doss
One of the Attorneys for Joel Gilbert

OF COUNSEL:
Jackson R. Sharman III
*jsharman@lightfootlaw.com*
Brandon K. Essig
*bessig@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 (Facsimile)

## **CERTIFICATE OF SERVICE**

I certify that, on November 6, 2018, I filed the foregoing electronically with the Clerk of Court using the Court's electronic filing system, which will automatically serve all counsel of record.

*/s/ Jeffrey P. Doss*
Of Counsel
